IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS          ]
                     ]
        Plaintiff    ]
                     ]
Vs.                  ]   Civil Action No.
                     ]
ELWOOD YORK, JR., ET AL  ]
                     ]
                     ]   July 6, 2005
                     ]
        Defendants

**FILED**
JUL 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Plaintiff was unable to reach by telephone the defendants as to whether they consent to the filing of this motion.**

### PLAINTIFF'S MOTION TO REQUEST PERMISSION TO USE POST OFFICE BOX AS MAILING ADDRESS

Comes now plaintiff Simon Banks and submit Motion to Request Permission to use his Post Office Box as Mailing Address in support cites the following:

1. The plaintiff is incarcerated in the District of Columbia Jail and is locked down over 23 hours per day.

2. It is difficult to receive and mail pleadings and copies.

3. The plaintiff does not have access to the jail law library.

_Simon Banks_
Simon Banks, J.D., Pro Se

RECEIVED
JUL -7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, hereby certify that the parties are being served pursuant to Rule 4 with a copy of this complaint.

S. Elwood York, Jr.,
Acting Director DC Department of Corrections
1923 Vermont Avenue, N.W.
Washington, DC  20001

Larry Corbett, Acting Warden
DC Jail
1901 D Street, S.E.
Washington, DC  20003

Captain N. Tally
DC Jail
1901 D Street, S.E.
Washington, DC  20003

Edward D. Reiskin
District of Columbia Deputy Mayor for Public Safety,
1350 Pennsylvania Avenue, N.W.
Suite 327
Washington, DC  20004

Anthony Williams
Mayor District of Columbia
1350 Pennsylvania Avenue, N.W.
Washington, DC  20004

Darlene Fields
Office of the Attorney General
For the District of Columbia
441 – 4th Street, N.W.
6th Floor South, Suite 600
Washington, DC 20001

Dr. Gregory Pane
Director of District of Columbia
Department of Health
825 North Capitol Street, N.E.
Washington, DC 20002

*[signature: Simon Banks]*

Simon Banks
DC Jail
1901 D Street, S.E., #269768
Washington, DC 20003

And

Simon Banks
P.O. Box 17052
Alexandria, VA 22302