FILED

JUL 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS,  )
　　　　　　　　　)
　　　Plaintiff,  )
　　　　　　　　　)
　v.  )　Civil Action No. 05-1514
　　　　　　　　　)
S. ELWOOD YORK, et al.,  )
　　　　　　　　　)
　　　Defendants.  )
_____)

## ORDER

The Court has provisionally authorized the Clerk to file this action. Before the Court will consider the Application to Proceed in Forma Pauperis and the Complaint, Plaintiff must provide certain additional information.

In accordance with 28 U.S.C. § 1915, Plaintiff must provide the Court with a <u>certified</u> copy of his prison trust fund account statement (or institutional equivalent), <u>including the supporting ledger sheets</u>, for the <u>six-month period</u> immediately preceding the filing of this complaint, <u>obtained from the appropriate official of each prison at which he is or was confined during those six months.</u> If Plaintiff has been transferred and therefore, after a reasonable effort, is unable to obtain ledger sheets from a previous place of confinement, he shall provide his declaration stating what efforts he has made to obtain the ledger sheets.

The Court advises Plaintiff that federal law requires a plaintiff in a civil action to pay a filing fee of $250.00. After receipt of the trust fund information, the Court will determine whether Plaintiff is able to pay the entire amount in one payment. If the Court determines that Plaintiff does not have sufficient funds to pay the filing fee at one time, the Court will assess an initial partial filing fee. After payment of the initial partial filing fee, the institution will forward to the Clerk of this Court

monthly payments consisting of 20 percent of the deposits made to the Plaintiff's trust fund account during the preceding month each time the account balance exceeds $10.00. Payments will continue until the filing fee is paid in full.

Accordingly, it is by the Court this 10th day of July, 2005,

**ORDERED** that within thirty (30) days of this Order, unless an extension of time is granted, Plaintiff shall provide the above-requested information. Failure to comply with this Order will result in dismissal of this action.

**SO ORDERED.**

_____
United States District Judge