Simon Banks
DC Jail
1901 D Street, S.E.
#269768
Washington, DC 20003
And
P.O. Box 17052
Alexandria, VA 22302

August 23, 2005

Clerk's Office
United States District Court
for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, DC 20001

RE: Banks v. York, et al, Civil Action No.# 05-1514

Subject: Notice of action taken to secure Prisoner Trust Account Statement

Dear Sir/Madam:

This is to submit Notice of Plaintiff's Action to Secure Trust Account Statement from the DC Jail Trust Officer/Prison Finance, with respect to the above-referenced cause of action.

The plaintiff on August 16, 2005 submitted the certification attached form request for completion, execution and submission to plaintiff and the Court prior to August 25, 2005.

See attached form and cover letter.

Sincerely,

Simon Banks

CC: Elwood York, Jr.
    DC Department of Corrections
    923 Vermont Avenue, N.W.
    Washington, DC 20001

Simon Banks
DC Jail
1901 D Street, S.E.
#269768
Washington, DC 20003
And
P.O. Box 17052
Alexandria, VA 22302

August 11, 2005

**202-698-8288 (fax)**
DC Jail
Attention: Trust Officer
Prisoner Finance
1901 D Street, S.E.
Washington, DC 20003

RE: Civil Action No. #05-1514

Dear Trust Officer:

Please find attached, copy of the request for Prisoner Account Statement for Simon Banks, DCDC Number #269768, North 2, Cell 42.

Sincerely,

*Simon Banks*
Simon Banks

CC:
Clerk
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Mr. Harrison,
Warden
DC Jail
1901 D Street, S.E.
Washington, DC 20003

Clerk's Office
United States District Court
U.S. Court House
333 Constitution Avenue, N.W.
Washington, DC 20001

Two copies to be filed by August 25, 2005

Prisoner Trust Account Statement

Name: <u>Simon Banks</u>, DC Jail, DCDC Number #269768

---

To: Trust Officer (Prisoner Finance)
Re: Clerk U.S. District Court
Subject: Banks v. York, et al CA05-1514

Under the Prisoner Litigation Reform Act prisoner proceeding informa pauperis in a civil action must obtain from the Trust Officer of each institution in which the prisoner was confined during the preceding six months, a certified copy of the Prisoner's Trust Account Statement for the six months prior to filing.

Please complete two copies of this form, attach one copy of the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of the due date show at the top of the form.

Balance at time of filing _____

(1) Average monthly deposits during the six months prior to filing of case:

_____

(2) Average monthly balance during the six months prior to filing of the pending action: _____

Twenty Percent of greater of (1) and (2) _____

1

I certify that the above information accurately states the deposits and balances in the applicant's trust account for the period show and that the attached ledger sheets are true copies of account records maintained in the ordinary course of business.

DATE: _____

PRISON OFFICER'S
SIGNATURE: _____

PRINT NAME AND
TITLE: _____