UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV - 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Simon Banks, )
)
    Plaintiff, )
)
v. ) Civil Action No. 05-1514
)
)
S. Elwood York, *et al.*, )
)
    Defendants. )

### ORDER

In response to the Order of July 29, 2005, plaintiff submitted correspondence showing that he has requested from District of Columbia Jail authorities a copy of his inmate account statement. To date, plaintiff has not filed the statement. Accordingly, it is this ____ day of October 2005,

ORDERED *sua sponte* that the time for plaintiff to comply with the July 29 Order is ENLARGED by **thirty (30) days** from the filing date of this Order. Plaintiff's failure to provide within the time provided his account statement for the six-month period preceding the filing of the complaint or a sworn declaration reasonably demonstrating why he cannot comply will result in dismissal of the case; and it is

FURTHER ORDERED that plaintiff's motion for temporary injunctive relief [# 4] is DENIED inasmuch as plaintiff has not made the necessary showing for such extraordinary relief. *See* Fed. R. Civ. P. 65(b)(1).

10/31/05

_____
United States District Judge