IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS                     ]
                                ]
         Plaintiff              ]
                                ]
Vs.                             ]      Civil Action No: 05-1514
                                ]
ELWOOD YORK, JR., ET AL         ]
                                ]
                                ]      December 12, 2005
                                ]
         Defendants

**Plaintiff was unable to reach by telephone the defendants as to whether they consent to the filing of this motion.**

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Comes now Simon Banks, Plaintiff, and in response to Order dated as filed November 3, 2005, and served upon the plaintiff November 18, 2005, and submit Motion for Enlargement of Time to File and Secure "Inmate Account Statement", and in support cites the following:

The Plaintiff previously secured and filed said statement. However, because the CTF Division of the DC Jail has been on lockdown from December 6, 2005 to the present and will continue until Friday, December 16, 2005, depriving plaintiff of phone and library access, et cetera.

Wherefore, plaintiff pray the Court extend time for 15 days from December 16, 2005 to comply with said Order.

/s/ Simon Banks
Simon Banks, J.D., Pro Se

RECEIVED
DEC 16 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV - 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Simon Banks,                               )
                                           )
            Plaintiff,                     )
                                           )
    v.                                     )    Civil Action No. 05-1514
                                           )
                                           )
S. Elwood York, *et al.*,                  )
                                           )
            Defendants.                    )

### ORDER

In response to the Order of July 29, 2005, plaintiff submitted correspondence showing that he has requested from District of Columbia Jail authorities a copy of his inmate account statement. To date, plaintiff has not filed the statement. Accordingly, it is this ___ day of October 2005,

ORDERED *sua sponte* that the time for plaintiff to comply with the July 29 Order is ENLARGED by **thirty (30) days** from the filing date of this Order. Plaintiff's failure to provide within the time provided his account statement for the six-month period preceding the filing of the complaint or a sworn declaration reasonably demonstrating why he cannot comply will result in dismissal of the case; and it is

FURTHER ORDERED that plaintiff's motion for temporary injunctive relief [# 4] is DENIED inasmuch as plaintiff has not made the necessary showing for such extraordinary relief. *See* Fed. R. Civ. P. 65(b)(1).

10/31/05

_____
United States District Judge



RECD NOV 17 2005

NOV 11-22-05

OPEN IN PRESENCE OF INMATE

Simon Banks
D.C. Jail
#269768
1901 D Street, S.E.
W.D.C. 20003

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OPEN IN PRESENCE OF INMATE

20003-2581