**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SIMON BANKS,  )  <br>  )  <br>     Plaintiff,  )  <br>  v.  )  <br>  )  <br> S. ELWOOD YORK, JR. ET AL.  )  <br>  )  <br>     Defendants.  )  <br>  ) | Civil Action No. 05-1514 (ESH) |

**MOTION OF DEFENDANT, ANTHONY WILLIAMS, MAYOR, DISTRICT OF
COLUMBIA, IN HIS OFFICIAL CAPACITY, TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1), F.R.Civ.P., the Defendant, Williams, by counsel, hereby respectfully request an enlargement of time – to April 15, 2006 – to respond to the complaint herein.

1. Defendant, Anthony Williams, Mayor of the District of Columbia, was served in this action on or about February 8, 2006.  Time to answer or otherwise respond to the complaint expires on February 28, 2006.

2. This Defendant requests additional time to investigate the facts and circumstances of Plaintiff's eighteen page complaint.

3. The instant complaint complains about over thirty different conditions, and additional time is necessary in order to investigate these claims and draft an appropriate and comprehensive response.

4.     Given the time necessary to forward appropriate documents, to contact knowledgeable employees, and to investigate the sweeping allegations of the complaint, it is requested that this court grant the relief sought herein.

5.     This is the first request for an enlargement of time for this filing deadline, and the enlargement will not prejudice any party or unduly delay the resolution of this matter.

6.     Counsel for Defendant was unable to obtain consent from Plaintiff prior to filing the instant motion.

WHEREFORE, an enlargement of time to respond to the complaint – to April 15, 2006 – is respectfully requested.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

RICHARD S. LOVE [340455]
Chief, Equity I

_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February, 2006 true copies of the foregoing Motion, Memorandum of Points and Authorities, and proposed Order, were filed electronically with the Court for ECF service, and mailed, US postage prepaid to:

Simon Banks
1800 Diagonal Road, Suite 600
Alexandria VA 22314

       And

Simon Banks
DCOC # 269768
1901 D Street, SW
Washington DC 20003

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SIMON BANKS | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
| | ) | |
| S. ELWOOD YORK, JR., ETAL. | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**DEFENDANT'S MOTION TO EXTEND TIME**
**TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

1. Fed.R.Civ.P. 6(b).

2. The record herein.

3. Absence of prejudice to the parties.

4. The equitable powers of this Court.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

RICHARD S. LOVE [340455]
Chief, Equity I

_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887

4