UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | |
| S. ELWOOD YORK, JR., ETAL. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendants', Motion to Extend Time to Answer or Otherwise Respond to the Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2006, for the reasons stated by defendants in their papers,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that defendants, Dr. Gregory Pane and Nora Tally, may answer or otherwise respond to the Plaintiff's complaint on or before April 15, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
Equity Division
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

Simon Banks
1800 Diagonal Road, Suite 600
Alexandria VA 22314

And

Simon Banks
DCOC # 269768
1901 D Street, SW
Washington DC 20003