UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. SIMON BANKS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1514 (ESH) |
| S. ELWOOD YORK, JR., et al., | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of defendants', Anthony Williams, Gregory Pane, M.D., and Captain Nora Tally, motion to dismiss plaintiff's complaint, the memorandum of points and authorities in support thereof and the entire record herein it is by the Court, this _____ day of _____, 2006;

ORDERED: That defendant's motion be and hereby is GRANTED, and it is,

FURTHER ORDERED: That plaintiff's complaint be and hereby is dismissed.

_____
UNITED STATES DISTRICT JUDGE

cc:   Denise J. Baker
      Assistant Attorney General, DC
      441 Fourth Street, NW, Sixth Floor South
      Washington, DC  20001

      Dr. Simon Banks
      Doctor of Laws
      #269768
      1901 D Street, NW
      Washington, DC  20003

      Dr. Simon Banks
      Doctor of Laws
      P.O. Box 17052
      Alexandria, VA  22302