UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS,             )
                         )
        Plaintiff,        )
    v.                    )   Civil Action No.  05-1514 (ESH)
                         )
S. ELWOOD YORK, *et al.*, )
                         )
        Defendants.       )
                         ) | |

### ORDER

Now before the Court is a motion to dismiss filed on behalf of defendants Williams, Pane, and Tally.  Because a ruling on defendants' motion potentially could dispose of this case in whole or in part, the Court hereby advises the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court.  *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992).

Plaintiff is advised that the Court will rule on defendants' motion taking into consideration the facts proffered in the complaint, along with plaintiff's response or opposition to the motion.  Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within 11 days of the date of service <u>or at such other time as the court may direct</u>, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion.  If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b) (emphasis added).  In addition, plaintiff's attention is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

1

> Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party [by mail], 3 days shall be added to the prescribed period.

Fed. R. Civ. P. 6(e).  The Court may treat as conceded any motion not opposed within the time limits outlined above.  Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above.  Thus, failure to respond to defendants' motion in this case carries with it the risk that the case will be dismissed.

Accordingly, it is hereby

ORDERED that plaintiff shall file his opposition or other response to defendants' motion by **May 19, 2006**.  If plaintiff does not respond timely, the Court may grant the motion as conceded.

SO ORDERED.

                                                                /s  
                                          ELLEN SEGAL HUVELLE  
                                          United States District Judge

DATE: April 14, 2006