Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA  22302

**RECEIVED**

MAY 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

May 5, 2006

Clerk's Office
United States District Court
for the District of Columbia
3rd and Constitution Avenue, N.W., #1225
Washington, DC  20001

Re:  Banks v. Elwood York, et al (CA 05-1514) *ESH*

Subject:  Notice of Change of Address

Dear Clerk of Court,

Please be advised Plaintiff submits notice of his change of address from:

> CTF
> 1901 E Street, S.E.
> Washington, DC 20003

To:

> Dr. Simon Banks
> P.O. Box 17052
> Alexandria, VA  22302

Sincerely,

*[signature]*
Dr. Simon Banks

CC:  **202-442-9887 (tel.)**
Denise J. Baker
Asst. Attorney General, D.P.C.
441 – 4th Street, N.W., 6th Floor South
Washington, DC  20001