RECEIVED
MAY 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | |
| S. ELWOOD YORK, JR., ET AL. ) | |
| ) | |
| Defendants ) | |

**PLAINTIFF'S MOTION FOR 20 DAYS EXTENSION OF TIME
TO SUBMIT RESPONSE TO DEFENDANTS
ANTHONY WILLIAMS, GREGORY PANE, M.D. (PANE),
AND NORA TALLY, CAPTAIN, MOTION TO DISMISS
THE COMPLAINT**

**The defendants do not oppose the filing of this pleading or the
Relief prayed for**

Comes now Simon Banks, the Plaintiff and submit motion for 20 days extension of time to submit response to defendants Anthony Williams, Gregory Pane, M.D. (Pane) and Nora Tally, Captain, Motion to Dismiss the Complaint, and in support cites the following:

1. The Plaintiff was released from custody on April 28, 2006, and prior thereto suffered a deprivation of access to the CTF Law Library where the Plaintiff was housed, and the Plaintiff has two appellate briefs to complete.

2. The Plaintiff needs the additional time to respond to the dispositive motion of the Defendants.

3. Due Process, simple justice mitigate that the Court grant the motion.

**WHEREFORE,** Plaintiff pray this Honorable Court grant the motion.

Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302

## MEMORANDUM OF POINTS AND AUTHORITIES

Rule 6(a) and 9(1), FRCP.

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, _____ was mailed, postage prepaid, this 19th day of May, 2006, to the following:

Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-6623

Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302