UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | |
| S. ELWOOD YORK, JR. ET AL. ) | |
| ) | |
| Defendants. ) | |

MOTION OF DEFENDANT, ANTHONY WILLIAMS, MAYOR, DISTRICT OF
COLUMBIA, IN HIS OFFICIAL CAPACITY, TO EXTEND TIME
TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S
<u>MOTION TO DISMISS THE COMPLAINT</u>

Pursuant to Rule 6(b)(1), F.R.Civ.P., the Defendant, Williams, by counsel, hereby respectfully request an enlargement of time – to June 27, 2006 – to respond to the plaintiff's opposition to the outstanding motion to dismiss filed by defendant.

1.  Defendant, Anthony Williams, Mayor of the District of Columbia, filed a Motion to Dismiss Plaintiff's complaint on April 14, 2006. The response to the motion was due twenty days thereafter.

2.  This Court granted Plaintiff additional time to respond based on a consent motion. Plaintiff's response is now due on June 6, 2006.

3.  Counsel for the Defendant will be out of the country from June 7, 2006, through June 17, 2006, and will be unable to timely respond to the Plaintiff's opposition to the outstanding motion, if any opposition is filed.[1]

---

[1] The relief requested in this motion is premisd on the presumption that Plaintiff will timely comply with this Court's Order to file any Opposition by June 6, 2006.

4.      Counsel for the Defendant respectfully requests an extension of time to provide an opportunity to review and adequately prepare a reply to Plaintiff's Opposition to Defendant's Motion to Dismiss.

5.      This is the second request for an enlargement of time for this filing deadline, and the enlargement will not prejudice any party.

6.      Counsel for Defendant was unable to obtain consent from Plaintiff prior to filing the instant motion.

WHEREFORE, an enlargement of time to file a reply brief to the Plaintiff's Opposition to Defendant's Motion to Dismiss the Complaint – to June 27, 2006 – is respectfully requested.

                    Respectfully submitted,

                    ROBERT J. SPAGNOLETTI
                    Attorney General for the District of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General
                    Civil Litigation Division

                    RICHARD S. LOVE [340455]
                    Chief, Equity I


                    _____/s/_____
                    DENISE J. BAKER [493414]
                    Assistant Attorney General, DC
                    441 Fourth Street, NW
                    Sixth Floor South
                    Washington, DC  20001
                    202-442-9887

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2006 true copies of the foregoing Motion, Memorandum of Points and Authorities, and proposed Order, were filed electronically with the Court for ECF service, and mailed, US postage prepaid to:

Simon Banks
P.O. Box 17052
Alexandria VA 22302

\_\_\_\_/s/_____
Denise J. Baker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS                           )
                                      )
             Plaintiff,               )
                                      )
      v.                              )    Civil Action No. 05-1514 (ESH)
                                      )
S. ELWOOD YORK, JR., ETAL.            )
                                      )
             Defendants.              )

MOTION OF DEFENDANT, ANTHONY WILLIAMS, MAYOR, DISTRICT OF COLUMBIA, IN HIS OFFICIAL CAPACITY, TO EXTEND TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS THE COMPLAINT

1. Fed.R.Civ.P. 6(b).

2. The record herein.

3. Absence of prejudice to the parties.

4. The equitable powers of this Court.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

RICHARD S. LOVE [340455]
Chief, Equity I

____/s/_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887