UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIMON BANKS | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
| S. ELWOOD YORK, JR., ETAL. | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of Defendant's Motion to Extend Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss the Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____day of

_____, 2006, for the reasons stated by defendant in his papers,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that defendant, Anthony Williams, may reply to the Plaintiff's opposition to Defendant's Motion to Dismiss Complaint on or before June 27, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
Equity Division
Office of the Corporation Counsel
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

Simon Banks
P.O. Box 17052
Alexandria A 22302