**RECEIVED**

JUN 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SIMON BANKS, )<br>)<br>           Plaintiff )<br>)<br>v.                           )<br>)<br>S. ELWOOD YORK, JR., ET AL. )<br>)<br>           Defendants ) | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge |

### PLAINTIFF'S RESPONSE TO ORDER
### OF THE COURT DATED MAY 26, 2006

The name and address of the defendant listed on the Court's Order is Devon Brown, Director, D.C. Department of Corrections 1923 Vermont Avenue, N.W., Washington, D.C. 20001.

*Simon Banks*

### CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, _____ was electronically mailed and mailed, postage prepaid, this 5th day of June, 2006, to the following:

Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

*Banks*

Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,