UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS,<br><br>     Plaintiff<br><br>v.<br><br>S. ELWOOD YORK, JR., ET AL.<br><br>     Defendants | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge |

ORDER

Upon consideration of Plaintiff's Motion To Amend The Complaint, the Argument, Memorandum of Points and Authorities, it is, this _____ day of June, 2006,

**HEREBY, GRANTED.**

_____
United States Judge

Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

RECEIVED
JUN - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT