RECEIVED
JUN 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. ) | |
| ) | |
| Defendants ) | June 8, 2006 |

**PLAINTIFF'S CERTIFICATION PURSUANT TO LCVR 7.1 (M)**
That before filing his motion Plaintiff requested defendant's consent
To the relief requested in such motion however the defendants did not
Give their consent to the relief requested in the motion

**PLAINTIFF'S MOTION FOR AN ORDER
AUTHORIZING ELECTRONIC FILING**

Comes now, Simon Banks, J.D. Plaintiff, and Motion this Honorable Court for an Order Authorizing Plaintiff to conduct Electronic Mailing, and in support the Plaintiff cite the following:

1. The Plaintiff has a Law Degree.

2. The Plaintiff has litigated for some 20 years before administrative agencies, administrative judges of the EEOC, the United States Merit Systems Protection Board on behalf of attorneys and other clients.

3. The Plaintiff was a Chief Hearing Examiner for the District of Columbia.

4. The Plaintiff will maintain the integrity of the Court, the Court System and conduct himself in accordance with the equitable integrity of the Court.

5.  The Plaintiff has copied the government via electronic filing in this case and will continue to do so.

WHEREFORE, the Plaintiff prays that the Court grant the motion.

_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, was mailed, postage prepaid, this 8th day of June, 2006, to the following:

Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,