UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, )<br>)<br>           Plaintiff    )<br>)<br>v.                             )<br>)<br>S. ELWOOD YORK, JR., ET AL.  )<br>)<br>           Defendants )<br>) | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge |

ORDER

Upon consideration of Plaintiff's Motion for an Order authorizing Plaintiff to conduct electronic filing, it is, this _____ day of June, 2006,

**HEREBY, GRANTED.**

_____
**United States Judge**

_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,


**Denise.baker@dc.gov**
**djbakerbrown@msn.com**
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887