RECEIVED
JUN 0 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. ) | |
| ) | |
| Defendants ) | |
| ) | June 9, 2006 |

**PLAINTIFF'S MOTION TO STAY DISPOSITION OF
THE DEFENDANTS' MOTION TO DISMISS
UNTIL AFTER THE PLAINTIFF HAS BEEN AFFORDED DISCOVERY
AND AFFORDED OPPORTUNITY TO SUPPLEMENT
RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

**PLAINTIFF'S CERTIFICATION PURSUANT TO LCVR 7.1 (M)
That before filing his motion Plaintiff requested defendant's consent
To the relief requested in such motion however the defendants did not
Give their consent to the relief requested in the motion**

Plaintiff's Motion to Stay disposition of the Defendants Anthony Williams, Dr. Gregory Pane and Captain Tally's motion to dismiss the complaint until after the Plaintiff has been afforded discovery and opportunity to supplement response to defendants' motion to dismiss the complaint.

In support of the motion the Plaintiff cites the following:

The Plaintiff incorporate by reference Plaintiff's Opposition to Defendants' Motion to Stay Discovery.

The Plaintiff incorporate by reference Plaintiff's Motion to Amend the Complaint as to Defendants DeVon Brown, Robert Clay and the District of Columbia Government.

WHEREFORE, the Plaintiff pray that the motion be granted.

Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, was mailed, postage prepaid, this 9thday of June, 2006, to the following:

**VIA EMAIL TO:**
**Denise.baker@dc.gov**
**djbakerbrown@msn.com**
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

(Judge HuVelle United States District Judge). The Plaintiff simply has not had opportunity to secure **any discovery and discovery is critical in this case where the defendants suppressed from the Plaintiff records and record evidence regarding all of the issues set forth in the complaint. It is simply unfair to subject the Plaintiff to a default judgment at this stage of the proceedings.**

The Plaintiff incorporate by reference Plaintiff's Amended Complaint as to Defendants DeVon Brown, Defendant District of Columbia and Defendant Robert Clay.

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, was mailed, postage prepaid, this 9th day of June, 2006, to the following:

Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,