# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIMON BANKS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
| | ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## ORDER

Upon consideration of Plaintiff's Motion to Stay Disposition of Defendants

Anthony Williams, Dr. Gregory Pane and Captain Nora Tally's Motion to Dismiss the

Complaint until after Plaintiff has been afforded discovery and an opportunity to

supplement response to the motion to dismiss, it is, this _____day of June, 2006,

**HEREBY, GRANTED.**

_____
**United States Judge**

_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

**Denise.baker@dc.gov**
**djbakerbrown@msn.com**
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001