UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS,<br><br>    Plaintiff<br><br>v.<br><br>S. ELWOOD YORK, JR., ET AL.<br><br>    Defendants | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge |

**PLAINTIFF'S CERTIFICATION PURSUANT TO LCVR 7.1 (M)**
That before filing this pleading Plaintiff was unable to secure consent from the defendants for the relief requested in this pleading

**PLAINTIFF NOTICE OF FILING
ORDER DATED JUNE 8, 2006
ATTACHING INMATE RECORD THAT SHOWS
PLAINTIFF WAS ELIGIBLE FOR RELEASE ON
MARCH 20, 2006
IN SUPPORT
OF PLAINTIFF'S OPPOSITION TO MOTION FOR
SUMMARY JUDGMENT AND PLAINTIFF'S
MOTION TO AMEND THE COMPLAINT**

Comes now Simon Banks, Plaintiff, pursuant to Fed. R. Civ. P. 6(a) and submit Notice of Filing Order issued by the District of Columbia Court of Appeals in 04-S-789, dated June 8, 2006, attaching "inmate record" that shows Plaintiff was eligible for release from custody of the DC Jail on March 20, 2006, filed in support of Plaintiff's Opposition to Defendants Motion for Summary Judgment and Plaintiff's Motion to Amend the Complaint.

RECEIVED
JUN 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, _____ was mailed, postage prepaid, this _13_ day of _March_, 2006, to the following:

Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,