# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| SIMON BANKS ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | |
| S. ELWOOD YORK, JR. et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### CONSENT MOTION OF DEFENDANTS TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO AMEND AND MOTION TO STAY DISPOSITION OF DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 6(b)(1), Fed. R. Civ. P., the defendants, by counsel, hereby respectfully request an enlargement of time – to June 27, 2006 – to respond to the plaintiff's motion to amend his complaint[1] and plaintiff's motion to stay disposition of defendants' motion to dismiss for the below stated reasons.

1.     As indicated in defendants' motion to extend time to file their reply to plaintiff's opposition to their motion to dismiss, filed with this Court on June 1, 2006, counsel for the defendants is out of the country from June 7, 2006, through June 17, 2006.  The instant motions were filed after counsel's departure and a short of extension of time is required to provide her with sufficient time to prepare and file a response subsequent to her return to the Office.

2.     Counsel for Defendants was able to obtain consent from plaintiff prior to filing the instant motion.

---

[1]  Plaintiff fails to attach a copy of his proposed amended complaint to his motion.

WHEREFORE, an enlargement of time to file a response to plaintiff's motion to amend and to his motion to stay disposition of defendants' motion to dismiss is respectfully requested.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/_____
RICHARD S. LOVE [340455]
Chief, Equity I


/s/_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, 2006 true copies of the foregoing Consent

Motion, Memorandum of Points and Authorities, and proposed Order, were filed electronically

with the Court for ECF service, and mailed, US postage prepaid to:

Simon Banks
P.O. Box 17052
Alexandria VA 22302


/s/_____
Denise J. Baker

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| _____ ) | |
| SIMON BANKS ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | |
| S. ELWOOD YORK, JR., et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION OF DEFENDANTS TO EXTEND TIME TO RESPOND TO
PLAINTIFF'S MOTION TO AMEND AND MOTION TO STAY DISPOSITION OF
<u>DEFENDANTS' MOTION TO DISMISS</u>

1.    Fed. R. Civ. P. 6(b).

2.    Plaintiff's consent.

3.    The record herein.

4.    Absence of prejudice to the parties.

5.    The equitable powers of this Court.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/_____
RICHARD S. LOVE [340455]
Chief, Equity I

/s/_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC

4

441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887