UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIMON BANKS | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
| | ) | |
| S. ELWOOD YORK, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Defendants' Consent Motion to Extend Time to Respond to Plaintiff's Motion to Amend and Plaintiff's Motion to Stay Disposition of Defendants' Motion to Dismiss, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2006,

**ORDERED** that the above-referenced motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that defendants may file a response to the above-referenced motions on or before June 27, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
Equity Section I

Office of the Attorney General for the District of Columbia
441 Fourth Street, NW, 6th Floor South
Washington, D.C. 20001


Simon Banks
P.O. Box 17052
Alexandria A 22302