UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS,

   Plaintiff,

   v.                                  Civil Action No. 05-1514 (ESH)

S. ELWOOD YORK, Jr., *et al.*,

   Defendants.

ORDER

This matter is before the Court on consideration of plaintiff's Motion for an Order Authorizing Electronic Filing.

Generally, a *pro se* litigant files documents in paper form with the Clerk. *See* LCvR 5.4(e)(3). However, under specified circumstances, a *pro se* party may file documents electronically. The relevant Local Civil Rule provides that:

> A pro se party may obtain a CM/ECF password from the Clerk with leave of Court. Whether leave of Court should be granted is within the discretion of the judge to whom the case is assigned. To obtain leave of Court, the pro se party must file a written motion entitled "Motion for CM/ECF Password," describing the party's access to the internet and confirming the capacity to file documents and receive the filings of other parties electronically on a regular basis. If leave of Court is granted, the pro se party must complete the CM/ECF training provided by the Clerk to all electronic filers before the Clerk issues a CM/ECF password.

LCvR 5.4(b)(2). At this time, because the Court lacks sufficient information with regard to plaintiff's access to the internet, his capacity to file and receive documents electronically, and his

familiarity with using the CM/ECF system, the motion will be denied.

Accordingly, it is hereby

ORDERED that plaintiff's Motion for an Order Authorizing Electronic Filing [Dkt. #27] is DENIED WITHOUT PREJUDICE.

SO ORDERED.

/s/<br>
ELLEN SEGAL HUVELLE<br>
United States District Judge

Date: June 16, 2006