UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS,<br><br>    Plaintiff,<br><br>    v.<br><br>S. ELWOOD YORK, Jr., *et al.*,<br><br>    Defendants. | Civil Action No. 05-1514 (ESH) |

### ORDER

It is hereby

ORDERED that, upon consideration of defendants' motion to stay discovery and plaintiff's opposition, defendants' motion [Dkt. #23] is GRANTED. The parties shall not engage in discovery until further Order of this Court. It is further

ORDERED that plaintiff's motion to amend the complaint [Dkt. #25] is DENIED as moot. Plaintiff has filed an Amended Complaint [#32], which is permissible under Fed. R. Civ. P. 15(a) and supercedes his original complaint [#2]. It is further

ORDERED that plaintiff's motion to stay consideration of defendants' motion to dismiss [Dkt. #28] is DENIED as moot. It is further

ORDERED that the defendants' unopposed motion for an extension of time to respond to plaintiff's motion to amend and motion to stay disposition of defendants' motion to dismiss [Dkt. #31] is DENIED as moot. It is further

ORDERED that defendants motion to dismiss [Dkt. #16] is DENIED WITHOUT

1

PREJUDICE in light of the filing of plaintiff's Amended Complaint. Defendants shall file their answer or other response to the Amended Complaint within 20 days of entry of this Order.

SO ORDERED.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 16, 2006