RECEIVED
JUN 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>S. ELWOOD YORK, JR., ET AL. )<br>)<br>Defendants ) | <br><br><br><br>Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge<br><br>June 28, 2006 |

### PLAINTIFF'S MOTION FOR CM/ECF PASSWORD

**PLAINTIFF'S CERTIFICATION PURSUANT TO LCVR 7.1 (M)**
That before filing his motion Plaintiff requested defendant's consent
To the relief requested in such motion and defendants did Give their consent to the
relief requested in the motion

Comes now Dr. Simon Banks, J.D., Plaintiff and submit Motion for CM/ECF Password, and in support the Plaintiff cites the following:

1. Plaintiff has access to the internet through Comcast and MSN. The Plaintiff has had access to the internet since 1994 and the Plaintiff has submitted discovery, appeals, complaints, memorandum of law and other legal pleadings in connection with the Plaintiff's representation of attorneys, FBI employees, Secret Service Employees, IRS employees and other various government employees throughout the United States, Europe and Okinawa, Japan, where the Plaintiff represented government employees before administrative judges of the United States Equal Employment Opportunity Commission [EEOC], the United States Merit

Systems Protection Board [MSPB], the United States Department of Labor, and at and before the various administrative agencies of the United States.

2. The Plaintiff has received and responded to electronic orders issued by administrative judges of the EEOC, the MSPB, in Texas, California, Mississippi, Florida, Ohio, Michigan, Illinois, Alaska, and as far away as Okinawa, Japan. Moreover, the Plaintiff has received and responded to electronic filings issued by attorneys representing the Federal Bureau of Investigation, the United States Department of Justice, and of the other various administrative agencies of the United States for in excess of 10 years.

3. The Plaintiff has received and responded to electronic filings of the Assistant Attorney Generals representing the defendants in the instant case.

4. The Plaintiff is ready, willing and able to complete the CM/ECF training provided by the Clerk to all electronic filers.

WHEREFORE, Plaintiff submit that the relief prayed for be granted.

Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

## CERTIFICATE OF SERVICE

2

I, hereby certify that a copy of this pleading, _____ was mailed, postage prepaid, this 28th day of June, 2006, to the following:

**VIA EMAIL TO**
<u>Denise.baker@dc.gov</u>
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,