UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>S. ELWOOD YORK, JR., ET AL. )<br>)<br>Defendants ) | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge |

ORDER

Upon consideration of Plaintiff's Motion for CM/ECF Password, Plaintiff's argument, Plaintiff's articulated access, and the defendants' consent, it is, this

_____day of June, 2006,

**HEREBY, GRANTED.**

_____
**United States Judge**

drsbanks@msn.com
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302

**Denise.baker@dc.gov**
**djbakerbrown@msn.com**
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001