UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, J.D.<br>P.O. BOX 17052<br>ALEXANDRIA, VA. 22302<br><br>            Plaintiff<br><br>v.<br><br>S. ELWOOD YORK, JR., ET AL.<br><br><br>DISTRICT OF COLUMBIA<br>GOVERNMENT<br>JOHN A. WILSON BUILDING<br>1350 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20004, ET AL<br><br>            Defendants | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge |

June 30, 2006

## PLAINTIFF'S ERRATA TO AMENDED COMPLAINT

Comes now the Plaintiff and submit errata to the amended complaint as follows:

1. At Page one of the Amended Complaint change "District of Columbia Government" to "**Anthony Williams, Mayor, District of Columbia Government**"

2. At Page 3 of the Amended Complaint change "Defendant District of Columbia Government is the Government of the District of Columbia," to "**Defendant Anthony Williams is the Mayor of the District of Columbia Government.**"

**RECEIVED**

JUN 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. At Page 2¶1 of the Amended Complaint change "1. The plaintiff brings this action against the government of the District of Columbia Government, defendants **Robert Clay, Warden** of District of Columbia Jail and **DeVon Brown, Director of the District of Columbia Department of Corrections**, in their individual capacity under Section 1983 of the Civil Rights Act of 1871, 42 U.S.C. § 1983, to enforce the Fourth, Fifth, and Eighth Amendments and through the Fifth Amendment, the Standards of the Fourteenth Amendment, for injuries suffered by Plaintiff because defendants held Plaintiff at a District of Columbia Corrections facility past his release date," to:

"1. **The plaintiff brings this action against Anthony Williams, Mayor government of the District of Columbia Government, <u>in his official capacity</u> and defendants Robert Clay, Warden of District of Columbia Jail and DeVon Brown, Director of the District of Columbia Department of Corrections**, in their individual capacity under Section 1983 of the Civil Rights Act of 1871, 42 U.S.C. § 1983, to enforce the Fourth, Fifth, and Eighth Amendments and through the Fifth Amendment, the Standards of the Fourteenth Amendment, <u>and in their official capacities</u> for injuries suffered by Plaintiff because defendants held Plaintiff at a District of Columbia Corrections facility past his release date, <u>and because of defendants' negligence in causing injuries to Plaintiff's person</u>"

/s/ Simon Banks
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

[Margin annotations:]
Mr. William Banks
68 ½ Marson Street
#c-Up
Mansfield, Ohio 44903
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
419 524-6368
Sprint, residential, 1800 877-7746
PCS Cell 1800 480-4727
419 747-7727
Lifeline low income assistance is available.
www.sprint.com/local

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, Plaintiff's errata to Plaintiff's Amended Complaint was electronically mailed, and postage prepaid, this 30th day of June, 2006, to the following:

VIA FACSIMILE TO

**Denise.baker@dc.gov**
**djbakerbrown@msn.com**
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887


_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,