## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>S. ELWOOD YORK, JR. ET AL. )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1514 (ESH) |

### MOTION OF DEFENDANTS, ANTHONY WILLIAMS, GREGORY PANE, AND N. TALLY TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Rule 6(b)(1), F.R.Civ.P., the Defendants, by counsel, hereby respectfully request an enlargement of time – to July 28, 2006 – to respond to the plaintiff's amended complaint.

1. This Court granted Plaintiff's Motion to Amend the Complaint [Dkt. #25] on June 16, 2006, and permitted Defendants to file their response within 20 days.

2. On June 30, 2006, Plaintiff filed an "Errata" to Amended Complaint.

3. Plaintiff has added an additional cause of action for damages allegedly related to overdetention after the completion of his sentence.

4. Defendants require additional time to research these claims and Plaintiff's institutional files in order to adequately respond to the new allegations.

5. This is the first request for an enlargement of time for a response to the amended complaint filing deadline, and the enlargement will not prejudice any party.

6.      Counsel for Defendant requested and obtained consent from Plaintiff prior to filing the instant motion.

WHEREFORE, an enlargement of time to file an answer or other responsive pleading to Plaintiff's Amended Complaint – to July 28, 2006 – is respectfully requested.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

RICHARD S. LOVE [340455]
Chief, Equity I

_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2006 true copies of the foregoing Motion, Memorandum of Points and Authorities, and proposed Order, were filed electronically with the Court for ECF service, and mailed, US postage prepaid to:

Simon Banks
P.O. Box 17052
Alexandria VA 22302

_____
Denise J. Baker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIMON BANKS | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
| | ) | |
| S. ELWOOD YORK, JR., ETAL. | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND TIME TO REPLY TO PLAINTIFF'S AMENDED COMPLAINT**

1. Fed.R.Civ.P. 6(b).

2. The record herein.

3. Absence of prejudice to the parties.

4. The equitable powers of this Court.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

RICHARD S. LOVE [340455]
Chief, Equity I

_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887