UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | |
| S. ELWOOD YORK, JR., ETAL. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendants Williams, Pane, and Tally's Motion to Extend Time to Answer or Otherwise Respond to the Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2006, for the reasons stated by defendants in their papers,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that defendants may answer or otherwise respond to the Plaintiff's complaint on or before July 28, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
Equity Division
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

Simon Banks
P.O. Box 17052
Alexandria VA 22302