# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

SIMON BANKS )
)
)
Plaintiff, )
v. )     Civil Action No. 05-1514 (ESH)
)
S. ELWOOD YORK, JR. ET AL. )
)
Defendants. )
_____)

## MOTION OF DEFENDANTS, ANTHONY WILLIAMS, GREGORY PANE, AND N. TALLY TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Rule 6(b)(1), Fed. R. Civ. P., Defendants Williams, Pane and Tally, by counsel, hereby respectfully request an enlargement of time to respond to the plaintiff's first amended complaint or second amended complaint, if leave is granted to file it, which motion was filed yesterday, July 27, 2006.

1.      The answer to plaintiff's first amended complaint was due to be filed today, July 28, 2006.

2.      Even if plaintiff had not just filed a motion for leave to file a second amended complaint, Defendants would have needed a brief enlargement to obtain and review Plaintiff's institutional file and documents relative to his sentence, and to talk with key personnel, some of whom work on evening shifts.

3.      However, Plaintiff filed a second amended complaint yesterday, July 27, 2006, which added additional parties, for example, claims against the medical director of the D.C. jail and a D.C. contractor, the Corrections Corporation of America.

4.      This is the second request for an enlargement of time to respond to the first amended complaint, and the enlargement will not prejudice any party.

5.      Defendants contacted the Plaintiff via email on July 27, 2006, and the Plaintiff consents to the relief requested in this motion.  These Defendants do not oppose Plaintiff's motion to amend.

WHEREFORE, an enlargement of time to August 18, 2006, to file an answer or other responsive pleading to Plaintiff's First or Second Amended Complaint is respectfully requested.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

RICHARD S. LOVE [340455]
Chief, Equity I


__/s/_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2006 true copies of the foregoing Motion,

Memorandum of Points and Authorities, and proposed Order were filed electronically with the

Court for ECF service, and mailed, U.S. mail, postage prepaid to:

Simon Banks
P.O. Box 17052
Alexandria VA 22302


_____
Denise J. Baker

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
SIMON BANKS                             )
                                        )
                    Plaintiff,          )
        v.                              )        Civil Action No. 05-1514 (ESH)
                                        )
S. ELWOOD YORK, JR., ETAL.              )
                                        )
                    Defendants.         )
_____)

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

1.      Fed. R. Civ. P. 6(b).

2.      The record herein.

3.      Absence of prejudice to the parties.

4.      Plaintiff's consent.

5.      The equitable powers of this Court.

                        Respectfully submitted,

                        ROBERT J. SPAGNOLETTI
                        Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General
                        Civil Litigation Division

                        RICHARD S. LOVE [340455]
                        Chief, Equity I

                        _____/s/_____
                        DENISE J. BAKER [493414]
                        Assistant Attorney General, DC
                        441 Fourth Street, NW
                        Sixth Floor South
                        Washington, DC  20001

202-442-9887