UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 05-1514 (ESH) |
|  | ) Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. | ) |
| Defendants | ) |

ORDER

Upon consideration of Plaintiff's Motion To Amend The Complaint, the Argument, Memorandum of Points and Authorities, it is, this _____ day of July, 2006,

**HEREBY, GRANTED.**

_____
**United States Judge**


Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,


Denise.baker@dc.gov
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001