# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SIMON BANKS,**  Plaintiff,  v.  **S. ELWOOD YORK, Jr.,** *et al.*,  Defendants. | Civil Action No. 05-1514 (ESH) |

### ORDER

It is hereby

**ORDERED** that plaintiff's motion for leave to file a Second Amended Complaint [No. 39] is **GRANTED**. Plaintiff's Second Amended Complaint [No. 40] is deemed to have been filed on this date, and supercedes the original Complaint [No. 2] and the Amended Complaint [No. 32] and Errata [No. 36]. Plaintiff will not be granted leave to amend his complaint further until such time as all the named defendants have been served and have had an opportunity to respond. It is further

**ORDERED** that the unopposed motion for an extension of time filed on behalf of defendants Williams, Pane and Tally [No. 38] is **GRANTED**. These defendants shall file an answer or other response to the Second Amended Complaint by August 18, 2006.

**SO ORDERED**.

s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 1, 2006