## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, <br><br> Plaintiff, <br> v. <br><br> S. ELWOOD YORK, JR., etal., <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 05-1514 (ESH) <br> ) <br> ) <br> ) <br> ) |

### ORDER

Upon consideration of Defendants Williams, Pane, and Tally's Motion for Enlargement of Time to Answer or Otherwise Respond to the Second Amended Complaint or the Third Amended Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2006, for the reasons stated by defendants in their papers,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that defendants may answer or otherwise respond to the Plaintiff's amended complaint within ten (10) days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
Equity Division
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

Simon Banks
P.O. Box 17052

Alexandria VA 22302