UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SIMON BANKS,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**S. ELWOOD YORK, Jr.,** *et al.***,**<br><br>    **Defendants.** | Civil Action No.  05-1514 (ESH) |

### ORDER

It is hereby

**ORDERED** that plaintiff's motion for leave to file a Third Amended Complaint [Dkt. #45] is **GRANTED**; it is further

**ORDERED** that defendants' motion for an extension of time to respond [Dkt. #43] is **GRANTED**; and it is further

**ORDERED** that defendants shall respond to plaintiff's Third Amended Complaint on or before ten days from the date of this Order.

**SO ORDERED**.

                                              s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date:   August 23, 2006