UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
AUG 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| SIMON BANKS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>S. ELWOOD YORK, JR., ET AL. )<br>)<br>Defendants ) | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge<br><br>August 22, 2006 |

### ERRATA TO
### PLAINTIFF'S MOTION FOR LEAVE TO FILE
### THIRD AMENDED COMPLAINT
### AND
### ERRATA TO THIRD AMENDED COMPLAINT

*Errata to Plaintiff's Motion for Leave to Amend Third Amended Complaint*:

Comes now Simon Banks, Plaintiff and submit errata to Plaintiff's Motion for Leave to File Third Amended complaint, and in support of the Motion cites the following:

The Plaintiff submit certification pursuant to LCVR 7.1 (M) that before filing the motion Plaintiff requested defendant' consent to the relief requested in the motion and defendant noted its objection to the relief requested and the filing of the motion.

*Errata to Plaintiff's Third Amended Complaint*:

At Page 3 of Plaintiff's Third Amended Complaint containing Plaintiff's Certification pursuant to LCVR 7.1 (M), delete the certification paragraph. (Moreover, the statement incorrect. Defendants did not give their consent to relief requested)

_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, Plaintiff's Motion for Leave to File 3rd Amended Complaint, was mailed, postage prepaid, this 22st day of August, 2006, to the following:

**Denise.baker@dc.gov**
**djbakerbrown@msn.com**
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,