UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS, )
 )
          Plaintiff )
 )
v. ) Civil Action No. 05-1514 (ESH)
 ) Ellen Segal Huvelle, Judge
S. ELWOOD YORK, JR., ET AL. )
 )
          Defendants )
 )

## ORDER

Upon consideration of Plaintiff's Motion for a scheduling order, it is, this

_____ day of

August, 2006,

**HEREBY, GRANTED.**

_____
          **United States Judge**

_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,


Denise.baker@dc.gov
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001