**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SIMON BANKS ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | |
| S. ELWOOD YORK, JR. ET AL. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION**
**FOR DISCOVERY SCHEDULING ORDER**

Defendants, by and through counsel, oppose Plaintiff's Motion for Discovery Scheduling Order for the following reasons:

1. The rule relied upon by plaintiff in support of his motion provides that discovery disclosures should be exchanged "at or within 14 days after the Rule 26(f) conference unless a different time is set by stipulation or court order. . .." Fed. R. Civ. Pro. 26 (a)(1)(E). The Rule 26(f) conference has not been held and should not be scheduled solely for the reasons set forth in plaintiff's motion.

2. As recently as August 23, 2006, plaintiff filed his third amended complaint. Therefore, no answer or responsive pleading has yet to be filed in this action. Defendants will be prejudiced if discovery begins prior to having an opportunity to answer or otherwise respond to the complaint.

3. Even after that August 23, 2006 third amended complaint was filed, on September 1, 2006, Plaintiff requested consent from counsel for the defendants to again amend his complaint. Said consent was not given.

4. To the extent that no discovery has been exchanged or disclosures made, it is because of the delays caused by plaintiff's repeated amendments to his complaint. In equity or at law, he should not benefit from the delay that he, himself, caused.

**WHEREFORE**, Defendants oppose plaintiff's motion for a discovery scheduling order until after the Rule 26(f) conference.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    RICHARD S. LOVE [340455]
    Chief, Equity I

    _____/s/_____
    DENISE J. BAKER [493414]
    Assistant Attorney General, DC
    441 Fourth Street, NW
    Sixth Floor South
    Washington, DC  20001
    202-442-9887

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2006 true copies of the foregoing Opposition to Plaintiff's Motion for Discovery Order, and proposed Order, were filed electronically with the Court for ECF service, and mailed, US postage prepaid to:

Simon Banks
P.O. Box 17052
Alexandria VA 22302


_____/s/_____
Denise J. Baker