# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>S. ELWOOD YORK, JR. ET AL. )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1514 (ESH) |

## ORDER

Upon consideration of Plaintiff's Motion for Discovery Scheduling Order, the Defendant's Opposition to that motion, and the entire record herein, it is by the Court, this _____ day of _____, 2006, for the reasons stated by defendants in their opposition, it is hereby,

**ORDERED** that plaintiff's motion is **DENIED.**

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
Equity Section I
Office of the Attorney General
 for the District of Columbia
441 Fourth Street, NW, 6th Floor South
Washington, D.C. 20001

Simon Banks
P.O. Box 17052
Alexandria VA 22302