# TABLE OF CONTENTS

1. Letter from Simon Banks to Larry Corbin, Acting Warden DC Jail dated February 11, 2005, informing him of the removal and trashing of his temporary crown that protected seven of his sawed down teeth during a shakedown. Also informing Acting Warden Corbin that his teeth were now exposed and that he was suffering pain and that obstructed his ability to eat

2. Letter from Simon Banks to Mr. Fulton, Program Mgr., CTF dated February 13, 2006 concerning access and transport to law library and improved communication between law librarian and correctional officers

3. Letter from Simon Banks to Larry Corbin, Acting Warden DC Jail dated April 29, 2005, informing him of Banks' fifth request in the past ninety days for an appointment to see a podiatrist and optometrist. Also a request for the results of x-rays done on his wrist and chest.

4. Letter from Simon Banks to Larry Corbin, Acting Warden DC Jail dated May 6, 2005 informing Acting Warden Corbin that he had been diagnosed as a diabetic and his name had been removed from the list to receive the meals prepared for diabetics.

5. Letter from Simon Banks to Larry Corbin, Acting Warden DC Jail dated June 10, 2005, informing him once again of not receiving diabetic meals. Reiterating a discussion they had February 22, 2005 concerning an incorrect release date and correcting the incorrect release date and complaints Banks filed with the FBI, U.S. Senate, Justice Department and the DC Judicial Tenure Commission regarding illegal incarceration and being a victim of a conspiracy to retaliate and deprive Banks' of his Constitutional Rights

6. Letter from Simon Banks to Larry Corbin, Acting Warden DC Jail dated June 10, 2005, Freedom of Information Act Request (FOIA)

7. Motion for Mandamus submitted in *Banks v. Smith*, Case No. 1:04CV00903 dated June 24, 2005 DC Department of Corrections to provide X-Rays, Diagnosis and Prognosis

8. Letter from Simon Banks to Larry Corbin, Acting Warden DC Jail dated July 25, 2005, District of Columbia FOIA Request

9. Complaint from Simon Banks to Mr. Harrison, Warden DC Jail dated August 19, 2005, please find attached letter to you staff regarding the health threatening emergency caused by lack of heat in cells during the January 1 through 14, 2005.

10. Request from Simon Banks to Chief Ramos, CTF-CCCA dated October 28, 2005 for three blankets because of the freezing and unhealthy temperatures

11. Grievance submitted by Simon Banks to F.E. Figueroa, Warden, CTF dated October 31, 2005, regarding extremely cold climate condition request blankets and heat in cells to alleviate days of misery and health-hazardous conditions

12. Grievance Appeal submitted by Simon Banks to F.E. Figueroa, Warden, CTF dated November 1, 2005 for an Emergency Dental Appointment

13. Letter from Simon Banks to F.E. Figueroa, Warden, CTF dated November 2, 2005, Request for transport to DC General for Private Pre-paid Dental Service and Installation of Crown

14. Letter from Simon Banks to Medical Director, CTF dated November 3, 2005, Emergency Dental Problem, Banks in continuous pain and 2nd breakage and chipping of teeth

15. Letter from Simon Banks to Mr. Fulton, Program Mgr., CTF dated February 13, 2006, concerning access and transport to law library and improved communication between law librarian and correctional officers

16. Letter from Simon Banks to Mr. Fulton, Program Manager, CTF dated February 16, 2006, Request for additional time at CTF Law Library

17. Letter from Simon Banks to F.E. Figueroa, Warden and Mr. Fulton, Program Mgr., CTF dated February 22, 2006, erratic conduct and demeanor of inmate Yaskin.

18. Letter from Simon Banks to Mr. Fulton, Program Mgr., CTF, dated February 22, 2006, Request for additional Access to Law Library for Appellant Brief

19. Letter from Simon Banks to Frank Luna, Warden and Mr. Fulton, Manager, CTF dated March 13, 2006, Complaint of Continued Obstruction, Deliberate Indifference to Access to the Courts and Law Library

20. Internal Grievances Submitted During Incarceration

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DR. SIMON BANKS                    ]
                                   ]
            Plaintiff              ]
                                   ]
Vs.                                ]        **Civil Action No. 05-1514 (ESH)**
                                   ]        **Ellen Segal Huvelle, Judge**
ELWOOD YORK, JR., ET AL            ]
                                   ]
                                   ]        September 8, 2006
                                   ]
            Defendants

**PLAINTIFF'S EXHIBITS IN SUPPORT OF**
**MOTION FOR LEAVE TO SUPPLEMENT THE THIRD**
**AMENDED COMPLAINT**

1

# EXHIBIT 1

Letter from Simon Banks to Larry Corbin, Acting Warden DC Jail dated February 11, 2005, informing him of the removal and trashing of his temporary crown that protected seven of his sawed down teeth during a shakedown.   Also informing Acting Warden Corbin that his teeth were now exposed and that he was suffering pain and that obstructed his ability to eat

Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA  22302
And
DC Jail
1901 D Street, S.E.
S.W. 1, Cell 23
#269768
Washington, DC  20003

February 11, 2005

**202-698-4877 (Fax)**
Mr. Larry Corbin, Acting Warden
DC Jail
1901 D Street, S.E.
Washington, DC  20003

RE:  Removal and Trashing of Temporary Crown

Dear Mr. Corbin:

This is to inform you that your officers, during one of the two shake downs that occurred on Wednesday, February 9, 2005, removed and trashed my temporary crown which was sitting in a cup in a sanitary glove (see through).  As a consequence, all of my sawed-down teeth (seven) are exposed and I am suffering pain.  Moreover, my ability to eat cold, hot and non-soft foods is obstructed.  Unless provisions are made for me to be seen by my dentist, Pamela Brady in Southwest Washington, for treatment and replacement and for installation of permanent or temporary crowns, I will have no alternative but to seek Judicial Relief pursuant to 42 U.S.C. § 1983, Negligence and other rights, in the United States District Court for the District of Columbia, where I will further seek immediate Injunctive Relief.

While I do not wish nor do I have time to pursue this option, should it however become necessary, I will cover a wide-host of and myriad of problems, defects, deprecatory conditions existing at the DC Jail.

Sincerely,

*Simon Banks*

Simon Banks

# EXHIBIT 2

Letter from Simon Banks to Mr. Fulton, Program Mgr., CTF dated February 13, 2006 concerning access and transport to law library and improved communication between law librarian and correctional officers

Simon Banks
DC Jail
1901 D Street, S.E.
#269768
Washington, DC 20003
And
P.O. Box 17052
Alexandria, VA 22302

April 19, 2005

**202-698-8288 (fax)**
Mr. Larry Corbett,
Acting Warden
DC Jail
1901 D Street, S.E.
Washington, DC 20003

RE: BOOKS ORDERED FROM PUBLISHER

SUBJECT: REQUEST FOR PERMISSION TO RECEIVE PREVIOUS PURCHASED
BOOKS BACK INTO JAIL

Dear Mr. Corbett,

The following books were previously purchased from the publisher and the Washington
Law Books Store and mailed directly to the jail in April and May of 2004 of which are
being remailed to me at the jail:

District of Columbia Criminal Procedures, District of Columbia Civil Procedure,
Earl Warren Supreme Court Justice Biography, Biography of Justice Hugo Black,
Supreme Court; W.E. DuBois, Biography, Brief History of Presidents of United States;
Supreme Court of the United States.

These books were returned twice despite my notice to the Mail Room of their
prior purchase and request for readmission.

According, please authorize the Mail Room to accept the foregoing.

Sincerely,

Simon Banks

# EXHIBIT 3

Letter from Simon Banks to Larry Corbin, Acting Warden DC Jail dated April 29, 2005, informing him of Banks' fifth request in the past ninety days for an appointment to see a podiatrist and optometrist.  Also a request for the results of x-rays done on his wrist and chest.

Simon Banks
DC Jail
1901 D Street, S.E.
#269768
Washington, DC 20003
And
P.O. Box 17052
Alexandria, VA 22302

April 29, 2005

**202-698-8288 (fax)**
Mr. Larry Corbett,
Acting Warden
DC Jail
1901 D Street, S.E.
Washington, DC 20003

**Re: Request for Medicals**

Dear Mr. Corbett,

This is my fifth request for the past ninety days for an appointment with the podiatrist and the optometrist, for eyeglasses. I have broken eyeglasses. I need my eyeglasses repaired. I have been making these requests for ninety days. Further I request the results of x-rays I took on my wrist and x-rays prior thereto, chest x-rays. I have not received the results of those.

Sincerely,

Simon Banks

# EXHIBIT 4

Letter from Simon Banks to Larry Corbin, Acting Warden DC Jail dated May 6, 2005 informing Acting Warden Corbin that he had been diagnosed as a diabetic and his name had been removed from the list to receive the meals prepared for diabetics.

Simon Banks
DC Jail
1901 D Street, S.E.
#269768
Washington, DC  20003
And
P.O. Box 17052
Alexandria, VA  22302

May 6, 2005

**202-698-8288 (fax)**
Mr. Larry Corbett,
Acting Warden
DC Jail
1901 D Street, S.E.
Washington, DC  20003

**Re:  No longer being provided with Diabetic Meals**

Dear Mr. Corbett,

Ever since I was diagnosed as a diabetic I have been provided with the meals given to diabetic inmates in the DC Jail.  For the last several weeks my name has been removed from the list to receive the meals prepared for diabetics and consequently I am not receiving diabetic meals.

Accordingly, I fear that my health will suffer and no explanation has been given to me other than my name is no longer on the list.

Sincerely,

Simon Banks

# EXHIBIT 5

Letter from Simon Banks to Larry Corbin, Acting Warden DC Jail dated June 10, 2005, informing him once again of not receiving diabetic meals.  Reiterating a discussion they had February 22, 2005 concerning an incorrect release date and correcting the incorrect release date and complaints Banks filed with the FBI, U.S. Senate, Justice Department and the DC Judicial Tenure Commission regarding illegal incarceration and being a victim of a conspiracy to retaliate and deprive Banks' of his Constitutional Rights

Simon Banks
DC Jail
1901 D Street, S.E.
#269768
Washington, DC  20003
And
P.O. Box 17052
Alexandria, VA  22302

June 10, 2005

**202-698-8288 (fax)**
Mr. Larry Corbett,
Acting Warden
DC Jail
1901 D Street, S.E.
Washington, DC  20003

RE:  No longer being provided with diabetic meals

Subject:  My letter dated May 6, 2003

Dear Mr. Corbett:

On May 6, 2005 I submitted a letter to you concerning the cut off of the diabetic meals
which include fruit, apples and oranges and snack tray.  Moreover, during our discussion
of last February 22, 2005 I discussed with you my concern regarding being notified of an
incorrect release date and a correction of the release date.  The release date set forth in
your computer record is October 2, 2006.  There has been no credit afforded for me for
the time I spent in jail since April 8, 2004 to the present.  Particularly, I was released to a
Detainer from the Alexandria Circuit Court, after being adjudicated released by a
Superior Court Judge a week prior to being released to the city of Alexandria on June 23,
2004.  I had been informed that this was a mistake.  Moreover, on June 23, 2004 Judge
Noel Kramer issued a Bench Warrant and a Detainer on June 23, 2004, simultaneously or
in close proximity to my being released to the Virginia Sheriff's Department.

I have filed complaints with the Federal Bureau of Investigation regarding this matter as
well as with the United States Senate and the United States Department of Justice and the
DC Judicial Tenure Commission.  This situation coupled with my illegal incarceration I
have raised before these entities because I am responsible for the removal of a Superior
Court Judge as well as a victim of a conspiracy to retaliate and deprive me of my
Constitutional Rights.

With respect to the issue concerning my meals, my medical dilemma, and my incorrect release date, my concerns not being reasonable addressed, I shall seek immediate Injunctive Relief against the Director of Corrections and yourself as the Acting Warden by next Tuesday.  I believe I have exhausted all reasonable means required to secure redress for the above-referenced, to no avail.

Please find attached my letter dated May 6, 2005 for your reference.

Thank you for your prompt attention to these matters.

Sincerely,

Simon Banks

# EXHIBIT 6

Letter from Simon Banks to Larry Corbin, Acting Warden DC Jail dated June 10, 2005, Freedom of Information Act Request (FOIA)

Simon Banks
DC Jail
1901 D Street, S.E.
#269768
Washington, DC  20003
And
P.O. Box 17052
Alexandria, VA  22302

June 10, 2005

**202-698-8288 (fax)**
Mr. Larry Corbett,
Acting Warden
DC Jail
1901 D Street, S.E.
Washington, DC  20003

RE:  Freedom of Information Act Request (FOIA)

Dear Mr. Corbett:

This is a request pursuant to the District of Columbia Freedom of Information Act.

This request covers a period of January 19, 1996 through the present.

Please provide the following:

1. A copy of any and all documents concerning the undersigned from the United States Attorneys' Office, District of Columbia and from the Corporation Counsel and Attorney General District of Columbia, and from the Superior Court, District of Columbia and/or the District of Columbia Court of Appeals.
2. A copy of any and all x-rays notarized taken of Simon Banks.  Any and all executed medical release being submitted internally.
3. Any and all notes, memorandums of telephone discussions concerning Simon Banks with anyone.
4. A copy of any and all medical diagnosis and prognosis.
5. A copy of any and all Order issued by the DC Courts.
6. A copy of any and all Detainers concerning Simon Banks.
7. A copy of any and all documents received from Simon Banks.
8. A copy of any and all records concerning Simon Banks.

9. The undersigned, Simon Banks, request that the office waive the cost of any research and production connected with providing the undersigned, Simon Banks, with copies of these records including a copy of these.

Sincerely,

*Simon Banks*

Simon Banks

CC:
Elwood York, Jr.
Director of the DC Dept. of Corrections

# EXHIBIT 7

Motion for Mandamus submitted in *Banks v. Smith*, Case No. 1:04CV00903 dated June 24, 2005 DC Department of Corrections to provide X-Rays, Diagnosis and Prognosis

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SIMON BANKS,                           ]
                                       ]
    PLAINTIFF                     ]
                                       ]
Vs.                                    ]       Case No.  1: 04CV00903
                                       ]       Judge Royce C. Lamberth
STEVEN SMITH                           ]
                                       ]       DCCA No. 02-BG-1374
    DEFENDANT                     ]
                                       ]       June 24, 2005
                                       ]

**Plaintiff was unable to secure the government's response to whether or not it objects to the filing of this pleading.  The government has not responded regarding this pleading.**

## DC DEPARTMENT OF CORRECTIONS TO PROVIDE X-RAYS, DIAGNOSIS AND PROGNOSIS

    Comes now the plaintiff and submit Motion for Mandamus directing the DC Department of Corrections, Elwood York, Jr., and Larry Corbett, Warden, DC Jail, to provide plaintiff with a copy of all x-rays, diagnosis and prognosis.

    The plaintiff incorporate by reference plaintiff's affidavit.

    Wherefore, the plaintiff pray that the motion be granted.

_Simon Banks_

Simon Banks, J.D., Pro se

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading was mailed to the following, this 24th day of June 2005:

Steven Smith
Warden
DC Jail
1901 D Street, S.E.
Washington, DC  20003

202-305-4882
Kenneth W. Wainstein
United States Attorney
555 – 4th Street, N.W.
Special Proceedings Section – 10th Floor
Washington, DC  20530

Robert Okum
Chief, Special Proceedings Section
555 – 4th Street, N.W.
Special Proceedings Section – 10th Floor
Washington, DC  20530

Janice Praver
Assistant United States Attorney
555 – 4th Street, N.W.
Special Proceedings Section – 10th Floor
Washington, DC  20530


Simon Banks, J.D., Pro se
DC Jail
1901 D Street, S.E., #269768
Washington, DC  20003


And

Simon Bank, J.D., Pro se
P.O. Box 17052
Alexandria, VA  22302

# EXHIBIT 8

Letter from Simon Banks to Larry Corbin, Acting Warden DC Jail dated July 25, 2005, District of Columbia FOIA Request

Simon Banks
DC Jail
1901 D Street, S.E.
#269768
Washington, DC  20003
And
P.O. Box 17052
Alexandria, VA  22302

July 25, 2005

Larry Corbett
Acting Warden
DC Jail
1901 D Street, S.E.
Washington, DC  20003

Dear Mr. Corbett:

This is a request pursuant to the District of Columbia FOIA (Freedom of Information Act).

This request governs the period January 2000 through the present.  The undersign request that you waive any and all research and copying cost.

Please provide me with a copy of the following:

1.  A copy of any documents which contain a list of FOIA Requests submitted to the DC Department of Corrections (hereinafter "DOC").

2.  A copy of any document which identify any and all statistical and demographic studies kept by DOC.

3.  A copy of any document that contain a list of inmates determined to be mentally impaired.

4.  A copy of any documents which contain the fluctuation and/or list the population of the DC jail from January 1, 2000 to the present.

5.  A copy of any documents which contain the population of the Department of Corrections from January 2000 to the present.

# EXHIBIT 9

Complaint from Simon Banks to Mr. Harrison, Warden DC Jail dated August 19, 2005, please find attached letter to you staff regarding the health threatening emergency caused by lack of heat in cells during the January 1 through 14, 2005

Simon Banks
DC Jail
1901 D Street, S.E.
#269768
Washington, DC  20003
And
P.O. Box 17052
Alexandria, VA  22302

July 25, 2005

Larry Corbett
Acting Warden
DC Jail
1901 D Street, S.E.
Washington, DC  20003

Dear Mr. Corbett:

This is a request pursuant to the District of Columbia FOIA (Freedom of Information Act).

This request governs the period January 2000 through the present.  The undersign request that you waive any and all research and copying cost.

Please provide me with a copy of the following:

1. A copy of any documents which contain a list of FOIA Requests submitted to the DC Department of Corrections (hereinafter "DOC").

2. A copy of any document which identify any and all statistical and demographic studies kept by DOC.

3. A copy of any document that contain a list of inmates determined to be mentally impaired.

4. A copy of any documents which contain the fluctuation and/or list the population of the DC jail from January 1, 2000 to the present.

5. A copy of any documents which contain the population of the Department of Corrections from January 2000 to the present.

6. A copy of any documents that contain the breakdowns of Department of Correction population from January 1, 2000 to the present.

7. A copy of any and all documents that contain demographic breakdown of Department of Correction employees from January 1, 2000 to the present.

8. A copy of Department of Corrections' budget submissions to the DC Council from January 1, 2000 to the present.

9. A copy of any documents that list Department of Corrections' contracts.

10. A copy of any documents which contain each contract DOC has with ITS, AHT, and CCH.

11. A copy of all contracts that Department of Corrections has involving telephone service.

12. A copy of all rules, guidelines, criteria, regulations, policy, directives involving assignments of Department of Correction inmates to Central Treatment Facility (CTF), to No. 2.

13. A copy of all rules, guidelines, criteria, regulations, policy, directives involving, touching and concerning, inmates placed in protective custody.

14. Same as above, involving, governing, placing inmates in connection with disciplinary acts, actions.

15. A copy of all rules, regulations, guidelines, policies, procedures directing, governing the duties, functions, and scope of responsibility of each board of Department of Corrections; including but not limited to the "Adjustment Board," as well as the identities of each board member.

16. A copy of any documents(s) which contain a list of staff of Department of Corrections and their respective duties and functions, including, position descriptions.

17. A copy of any document(s), which contain a list of all civil and administrative actions taken against Department of Corrections.

18. A copy of any document(s), which contain a list of all inmates, placed in protected custody.

19. A copy of any document(s), which contain a list of all inmates subjected to administrative discipline.

20. A copy of any document(s), which contain a list of inmates, classified as "high custody" level, medium, and minimum custody level.

21. A copy of all notes, memorandums documents, in the possession of the Department of Corrections, its Director, Agents the Warden, Larry Corbett, its employees and assigns concerning Simon Banks, #269768 from 1996 to present.

22. A copy of all grievances, complaints, letter, sick request, request(s), submitted to the Department of Corrections by Simon Banks from December 19, 2004. (This includes Larry Corbett).

23. Any documents that contain the Department of Corrections Law Library inventory(s).

24. Any document(s) that contains any and all application(s) of Department of Corrections Law Library Staff, including all inmates whom have been selected to work in Department of Correction's Law Library from January 1, 2000 to the present.

25. A copy of any document that contains the policy, rules, regulations, criteria, and directive governing inmates release date.

Sincerely,

Simon Banks

# EXHIBIT 9

Complaint from Simon Banks to Mr. Harrison, Warden DC Jail dated August 19, 2005, please find attached letter to you staff regarding the health threatening emergency caused by lack of heat in cells during the January 1 through 14, 2005

Simon Banks
DC Jail
1901 D Street, S.E.
#269768
Washington, DC  20003
And
P.O. Box 17052
Alexandria, VA  22302

August 19, 2005

**202-698-8288 (fax)**
Mr. Harrison,
Warden
DC Jail
1901 D Street, S.E.
Washington, DC  20003

RE:  Complaint dated January 9, 2005
      Re:  Lack of heat in cells

Dear Mr. Harrison,

Please find attached, copy of my January 9, 2005 letter to your staff regarding the health threatening emergency caused by lack of heat in cells during the period January 1 through 14, 2005.

Sincerely,

Simon Banks

# EXHIBIT 10

Request from Simon Banks to Chief Ramos, CTF-CCCA dated October 28, 2005 for
three blankets because of the freezing and unhealthy temperatures

Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA  22302
And
CTF
1901 E Street, S.E., #269768
Washington, DC  20003

October 28, 2005

**202-698-3301 FAX**
COSC
Chief Ramos
CTF-CCCA
1901 E Street, S.E.
Washington, DC 20003

Re:    Health-Safety Emergency at E2A
       (Lack/Absence of Heat)

Subject:  Request for blankets (3) End Cells
          And that the Unit be heated

Dear Sir:  (Previously sent to Warden Figueroa and RND Supervisor via Facsimile Oct. 26, 2005)

This is to reiterate my notice of the existence of a Health-Safety Crisis existing at E2A due to absence of heat:

    a)  I do not have "a" blanket,

    b)  Based upon CCA-CTF Policy 17-100 h I am entitled to three blankets (I will accept two blankets minimum).  This is my third day in freezing and unhealthy temperatures.  Please be advised, this is my last notice before I seek judicial relief.  Again, if sought the relief shall be global via TRO which is an exception to the exhaustion process.

I need blankets by the close of business October 30, 2005.

Sincerely,

Simon Banks

CC:
Mr. E. F. Figueroa
Warden
CTF
1901 E Street, S.E.
Washington, DC 20003

Walter Fulton
Program Manager
CTF
1901 E Street, S.E.
Washington, DC 20003

**615-263-3070 FAX**
Via Facsimile and First Class Mail
CCA Corporate Office
10 Burton Hills Boulevard
Nashville, TN  37215

Anthony Williams
Mayor
1350 Pennsylvania Avenue, N.W.
6th Floor
Washington, DC  20004

# EXHIBIT 11

Grievance submitted by Simon Banks to F.E. Figueroa, Warden, CTF dated October 31, 2005, regarding extremely cold climate condition request blankets and heat in cells to alleviate days of misery and health-hazardous conditions

Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA  22302
And
CTF
1901 E Street, S.E., #269768
Washington, DC  20003


October 31, 2005



**202-698-3301 VIA FACSIMILE**
F.E. Figueroa, Warden
CTF
1901 E Street, S.E.
Washington, DC 20003

Re:  Simon Banks, #269768 Grievance regarding extremely cold climate conditions at
CTF E2A

Resolution previously attempted, yes.

GRIEVANCE

On Monday, October 31, 2005 (I have no blanket) and during the past seven days (one
week) the cells, in particular my cell, room 16, has been extremely cold with
temperatures ranging between thirty-five degrees and forty degrees.  Virtually all inmates
at E2A are complaining.  The center room for gathering of inmates seems to have
received heat on this day.  However, the temperatures outside are higher.

**Requested action**:  Provide blankets, turn on heat in cells and compensate me for seven
days of misery and health-hazardous conditions.

Simon Banks
10/31/05


Grievance Appeal to Warden submitted via Internal Grievance Process as well as
Facsimile and First Class Mail

# EXHIBIT 12

Grievance Appeal submitted by Simon Banks to F.E. Figueroa, Warden, CTF dated
November 1, 2005 for an Emergency Dental Appointment

Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA  22302
And
CTF
1901 E Street, S.E., #269768
Washington, DC  20003

November 1, 2005

**202-698-3301 VIA FACSIMILE**
F.E. Figueroa, Warden
CTF
1901 E Street, S.E.
Washington, DC 20003

Re:  Simon Banks, #269768 Grievance Appeal November 1, 2005

### GRIEVANCE APPEAL

Please be informed that there has been a failure of CTF to provide or afford Simon Banks Dental Treatment and/or the Medical Department has failed to provide Simon Banks with any dental appointment in response to 29 Inmate Sick Requests for Dental Assistance since September 4, 2005.

### DAMAGE SUFFERED

A front tooth of Simon Banks has chipped and broken on October 29, 2005. Notwithstanding request for Emergency Dental Appointment requested on October 29, October 31, 2005, no Emergency Dental Appointment has been provided and no response to the Inmate Sick Requests has been provided.

Simon Banks
11/1/2005

Grievance Appeal to Warden submitted via internal Grievance Process as well as Facsimile and First Class Mail

Simon Banks, Inmate Grievance also submitted Internal Grievance Process

# EXHIBIT 13

Letter from Simon Banks to F.E. Figueroa, Warden, CTF dated November 2, 2005,
Request for transport to DC General for Private Pre-paid Dental Service and
Installation of Crown

Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA  22302
And
CTF
1901 E Street, S.E., #269768
Washington, DC  20003

November 2, 2005

**202-698-3301 VIA FACSIMILE**
F.E. Figueroa, Warden
Medical Director-CTF-CCA
CTF
1901 E Street, S.E.
Washington, DC 20003

Re:  Request of Simon Banks, #269768 for Medical Treatment

Subject:  Request for Transport to DC General for Private Pre-Paid Dental Service,
Installation of Dental Crown

Dear Warden Figueroa
Medical Director:

This is to request permission for arrangements to be made with Dr. Pamela Brady, Dental
Surgeon (DDS), for dental treatment and installation of dental crown which Simon Banks
has personally prepaid $8,000 for prior to seven teeth being sawed down and temporary
crown having been installed, awaiting installation of permanent crown.

A second tooth has been destroyed because of Simon Banks inability to secure dental
appointment at CTF and/or dental treatment despite twenty-nine Inmate Sick Requests
for dental appointments.

Simon Banks
#269768

CC:
Anthony Williams, Mayor
C/O Risk Management
1350 Pennsylvania Avenue, N.W.
6th Floor
Washington, DC  20004

**615-263-3070 FAX**
Via Facsimile and First Class Mail
CCA Board of Directors
10 Burton Hills Boulevard
Nashville, TN  37215

# EXHIBIT 14

Letter from Simon Banks to Medical Director, CTF dated November 3, 2005,
Emergency Dental Problem, Banks in continuous pain and 2nd breakage
and chipping of teeth

Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA  22302
And
CTF
1901 E Street, S.E., #269768
Washington, DC  20003

November 3, 2005

**202-698-3301 VIA FACSIMILE**
Medical Director
CTF
1901 E Street, S.E.
Washington, DC 20003

Re:  Simon Banks, #269768

SICK CALL REQUST

Name:  Simon Banks

Date of Birth:  10/9/38

I wish to be seen at Sick Call because (Describe Problem) I have an Emergency Dental Problem – second chipping and breakage of tooth.  I am in continuous pain.

Dental Treatment

This is my 32nd request.  I am in continuous pain.  Second breakage and chipping of tooth.  I promised – guarantee civil action – immediate – this week.

Simon Banks

Internal Sick Call Request submitted on November 2, 2005
Sick Call Request for November 3, 2005 submitted internally

# EXHIBIT 15

Letter from Simon Banks to Mr. Fulton, Program Mgr., CTF dated February 13, 2006, concerning access and transport to law library and improved communication between law librarian and correctional officers

Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA  22302
And
CTF
1901 E Street, S.E., #269768
Washington, DC  20003

February 13, 2006

**202-698-3301 FAX**
Mr. Fulton
Program Manager
CTF
1901 E Street, S.E.
Washington, DC 20003

Dear Mr. Fulton:

The law librarian Ms. Bivens has pursuant to your instructions issued a notice that I would have access to the law library from 1:00 p.m. to 4:00 p.m. on Mondays and Tuesdays this is the third occasion when it is now 1:35 p.m. and we have not received an escort to go to the law library.  On the last occasion which was last week Tuesday it was two o'clock before we were allowed to get to the law library and this seems to be a pattern that either Ms. Bivens is not communicating with the correctional officers for transport or that there appears to be some other obstacle in affording access to the law library from 1:00 to 4:00 p.m. which has to date never occurred within a reasonable time. It is understood that perhaps fifteen minutes might be a delay in getting transported to the law library but a delay of forty-five minutes to one hour and one hour and fifteen minutes is excessive and is contradictory to the asserted time afforded.

Your assistance in this matter is greatly appreciated.

Sincerely,

Simon Banks

# EXHIBIT 16

Letter from Simon Banks to Mr. Fulton, Program Manager, CTF dated February 16, 2006, Request for additional time at CTF Law Library

Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA 22302
And
CTF
1901 E Street, S.E., #269768
Washington, DC 20003

February 16, 2006

**202-698-3301 FAX**
Mr. Fulton
Program Manager
CTF
1901 E Street, S.E.
Washington, DC 20003

RE: Request for additional Law Library Time and Floppy Disk

Dear Mr. Fulton:

I am hereby requesting additional time in the CTF Law Library and in support I submit the following:

1. On Monday, February 13, 2006, I was scheduled to have access to the Law Library from 1:00 p.m. to 4:00 p.m. However, I was not afforded transport to the Law Library until 2:15 p.m. When I arrived at the Law Library Ms. Bivens was inaccessible to turn the computer on until 2:30 p.m. When Ms. Bivens arrived at the computer, she announced that the monitor had burned out and that I could not use the computer. When she left the area of the computer I reinserted the monitor cord which was intact minutes before she had announced it was "burned out".
2. On Tuesday, February 14, 2006, access to the Law Library was cancelled, period.
3. On Wednesday, February 15, 2006, I was scheduled to have access to the Law Library at 7:30 a.m. (7:30 a.m. to 11:00 a.m.). However, I was unable to secure transport to the Law Library until 9:10 a.m.

Secondly, because my Casefinder CDs. need to have the "IT Personnel install the program disk on the computer which regulates the finding of cases on disk two, I am

unable to use the CD – Research – Casefinder Disks. Once this is done, for your edification, Casefinder Access will not work unless the CD is inserted each time it is used for purposes intended, i.e. computer research. The database is on the disk.

Thirdly, a third floppy disk was hand delivered to your attention on February 8, 2006 which contained substantial material for my Appellant Brief. This material was inadvertently left off of the floppy disk I have at the Law Library. All that needs to be done is copy the material from this third disk onto the floppy disk in custody of Ms. Bivens, the Law Librarian. Albeit, I need the material on the third disk.

Finally, perhaps I could be afforded access to the Law Library on Thursday or Friday, the 16th and 17th of February.

Thank you for your prompt attention to this request.

Sincerely,

Dr. Simon Banks

# EXHIBIT 17

Letter from Simon Banks to F.E. Figueroa, Warden and Mr. Fulton, Program Mgr., CTF dated February 22, 2006, erratic conduct and demeanor of inmate Yaskin.

Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA  22302
And
CTF
1901 E Street, S.E., #269768
Washington, DC  20003

February 22, 2006

**202-698-3301 FAX**
F.E. Figueroa, Warden
Mr. Fulton, Program Mgr.
CTF
1901 E Street, S.E.
Washington, DC 20003

Re:  Incident Report

Subject:  Provocative Conduct of Yaskin, Cell 28

Dear Mr. Figueroa and Mr. Fulton:

At on or about 11:20 a.m. when and while Canard Johnson and I were standing shoulder-to-shoulder, discussing a point of mutual concern this burly Caucasian male Mr. Yaskin, Cell 28, abruptly got up from the bench-sofa in the Community Room that he had been sitting at and walked immediately in front of my face and announced abusively, "Excuse me." Before I could step aside he bumped me while passing between Johnson and I. Clearly this scenario and means was a pretext to provoke a hostile response. This person has been acting erratically for some time. Immediately after walking pass me, in the direction of the Pantry Room which was within two feet behind me, he turned around and said loudly and boisterously, which was unwarranted at the time "Don't you understand excuse me." I responded, "You are rude, deliberate and something is wrong with you." For two weeks this man has exhibited strange and erratic conduct and demeanor.

I believe that there is a problem with this person.

Sincerely,

Simon Banks

# EXHIBIT 18

Letter from Simon Banks to Mr. Fulton, Program Mgr., CTF, dated February 22, 2006, Request for additional Access to Law Library for Appellant Brief

Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA  22302
And
CTF
1901 E Street, S.E., #269768
Washington, DC  20003

February 22, 2006

**202-698-3301 FAX**
Mr. Fulton, Program Mgr.
CTF
1901 E Street, S.E.
Washington, DC 20003

Deprivation of Access to Law Library

Subject:  Request for Additional Access to Law Library for Appellant Brief

Dear Mr. Fulton:

First, please allow me to express my thanks to you for your continued prompt actions to afford me with access to the CCA's Law Library.  Your assistance is greatly appreciated.

However, once again on this date, it appears that Ms. Bivens was unavailable early this morning and at 9:45 a.m. through 10:30 a.m., when I was escorted to the Law Library within five minutes of a telephone call to you for assistance, although according to Ms. Bevins' memo of February 8, 2006, I am scheduled to have access to the Law Library from 7:30 a.m. to 11:00 a.m. on Wednesday and 1:00 p.m. to 4:00 p.m. on Monday and Tuesday.  Needless to say, Tuesday we were escorted to the Law Library at 2:35 p.m. and Monday, February 22, 2006 no access was afforded.

After being escorted to the Law Library today at 9:45 a.m. I was denied access when Ms. Bevins was unavailable once again to accommodate my access as previously afforded, 7:30 a.m. to 11:00 a.m.  Perhaps reedification to Ms. Bivens is appropriate.

Accordingly, I request additional access on this Thursday and Friday, February 22 and 23, 2006 respectively.

Sincerely,

Simon Banks

# EXHIBIT 19

Letter from Simon Banks to Frank Luna, Warden and Mr. Fulton, Manager, CTF
dated March 13, 2006, Complaint of Continued Obstruction, Deliberate Indifference
to Access to the Courts and Law Library

Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA 22302
And
CTF
1901 E Street, S.E., #269768
Washington, DC 20003

March 13, 2006

**202-698-3301 VIA FACSIMILE**
Frank Luna, Warden
Mr. Fulton, Manager
CTF
1901 E Street, S.E.
Washington, DC 20003

RE: Ms. Bevins, Law Librarian

Subject: Continued Obstruction, Deliberate Indifference to Access to the Courts and the Law Library

Dear Mr. Luna and Mr. Fulton:

This is, with great reluctance, to report the conduct of Ms. Bevins, Law Librarian as, "continued obstruction, deliberate indifference, unwarranted delay" and abuse of discretion." Ms. Bevins, in addition to the absence of professional responsibility, repeatedly committed unwarranted delay and performance of the simplest functions, i.e. the mere click on the computer to printout a single document which in the instant case is a three-page memorandum of law which completes an eighteen-page legal pleading that include fourteen exhibits. This is a time sensitive legal pleading. I fear the future will continue to reflect the past.

On Wednesday, March 8, 2006, at 3:50 p.m. Ms. Bevins ordered me to shut down my computer and bring her the disk. I did so comply immediately. When I arrived at Ms. Bevins' office, I requested that she printout one document from my disk "Points of Law." I further submitted a written request. Ms. Bevins in response stated she would not do it then and that she did not know when she would get to it, that she had other things to do, things for other inmates. Ms. Bevins then ordered all inmates to the exit door. She stood at the exit door waiting for seventeen minutes while leaning up against the door, presumably waiting for an escort to take us back to our respective units.
Subsequently, Ms. Bevins closed her door, went to her office and clicked on her computer and appeared to be perusing files on it for another eight minutes. I again went

to Ms. Bevins and requested that all she needed to do was to click on one document and print it out. Ms. Bevins went into a tirade stating that she has other inmates who needed things and she is not going to put me in front of them.

Ms. Bevins then again, went to the exit door and waited another five minutes for an escort officer to take us back to our respective units. I repeated that the document was urgent. Ms. Bevins then appeared to relent indicating that she would get it later that day. As of the close of business, March 8, 2006 no printed material was delivered to me from Ms. Bevins.

At 7:45 a.m., March 9, 2006 I had the officer in the unit call Ms. Bevins' office and leave a message on her machine informing Ms. Bevins that I was waiting for the requested document and that it was urgent. After hearing no response and receiving no document from Ms. Bevins at 12.30 p.m. I again had the unit officer leave a message on Ms. Bevins' recorder that I was waiting for the requested document that it was urgent that I receive it within the next hour. I had previously told Ms. Bevins that I needed to dictate the contents of this document to a secretary for typing and filing. As of 1:30 p.m. this date I have not heard anything from Ms. Bevins regarding the requested document.

## SHAM MEDICAL APPOINTMENT CALLS THAT INTERFERED WITH LIBRARY ACCESS

On Monday, March 6, 2006, when and while I arrived at the Law Library I received a notice for Ms. Bevins that I was to go to Medical immediately. When I arrived at Medical the officers there stated that I was not on their list and that no one from there called for me to come there. While I was required to stay there from 1:00 p.m. to 5:00 p.m. simply because I could not secure an escort back to my unit and that I had got caught up in the count.

On Tuesday, March 7, 2006, I received a second call to go to Medical and when I arrived at Medical at 1:00 p.m. the same time I was to go to the Law Library for legal work, I was again told by the officers at the Medical Unit I was not on their list and that no one there called for me to come to the Medical Unit for any medical reason. However, I was successful in securing an escort back to the Law Library at 2:00 p.m. When I inquired of the officer in the unit, Ms. DuBall she stated that she had received a call that requested that I go to medical and that she was surprised that I was not on the list and that I had no medical appointment. She made a note in her book of this incident.

It was late on Friday, March 10, 2006 when I finally received my request from Ms. Bevins. On Friday, March 10, 2006, when I inquired of Ms. Bevins when I could receive the printout citations I requested on Wednesday, Ms. Bevins in a loud, boisterous mean-spirited tirade, told me that she has other things to do and went on for several minutes berating me deliberately, abusively and in a loud, highly disrespectful manner where all in the library could hear. When she finished her diatribe she said, "Don't say anything. Get out of my office. The discussion is over." This is the third occasion where I attempted to have a brief discussion with Ms. Bevins only to be cut off with an order not

to say anything. I am of the contention that Ms. Bevins deliberately delayed printing out my material which only required a click of the mouse. There seems to be a lack of professional pride, a predisposition of hostility coupled with extreme incompetence for the position she holds.

Accordingly, I respectfully request additional time for access to the Law Library and that Ms. Bevins does not continue to be an obstruction which would further impair my ability to have access to the courts.

Wherefore, the undersigned request that some action be taken to edify Ms. Bevins on her responsibility and her requirement to conduct herself in a manner that befits the dignity of proper courtesy and respect.

Sincerely,

Simon Banks

# EXHIBIT 20

Internal Grievances Submitted during Incarceration

Grievance No.: _36413_

Form 14-5A – For Offical Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM

Name (Print): __Banks__, __Simon__  _____
Last Name          First          Middle Initial

Number: __269269__  Housing Assignment: __E5A — Cell 16__

INFORMAL RESOLUTION ATTEMPTED?  Yes __✓__   No _____

NAME OF STAFF CONTACTED _____

STATE GRIEVANCE (Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).

Monday, Oct 31, 2005 (I have no blanket)
During the past 7 Days (one week)
the cells, in particular my cell Rm 16,
has been extremely cold with temperatures
ranging between 35° and 40° (Degrees).
Virtually all inmates are complaining.
The central heating seemed to have received heat this day.

Requested Action __Provide Blanket__
turn heat on in cells, and compensate me for
7 Days of misery and Health-Hazardous Temperatures

Inmate/Resident's Signature: __Simon Banks__   Date Submitted: __10-31-05__

### GRIEVANCE OFFICER'S REPORT
Per Mrs. I. Smith the maintenance
supervisor the heat has been turned
on. Inmate Banks failed to attempt to
resolve this issue informally by submitting
an inmate request slip to his case manager

### GRIEVANCE OFFICER'S DECISION
for a blanket. Resolved.

Grievance Officer's Signature: __Unverified__ __R Allen__  Date: __11/2/05__

Inmate/Resident's Signature (upon receipt): __Simon Banks__  Date: _____

APPEAL: Yes _____  No _____   STATE REASON (S) FOR APPEAL: _____

_____

_____

### WARDEN/ADMINISTRATOR'S RESPONSE

_____

_____

_____

Warden/Administrator's Signature: _____  Date: _____
Inmate/Resident's Signature (upon receipt) _____  Date: _____

Grievance No.: _127_

Form 14-5A – For Offical Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM

**Name (Print):** BANKS    Simon    (Doctor of Law)
Last Name    First    Middle Initial

**Number:** 269768    **Housing Assignment:** 269768

**INFORMAL RESOLUTION ATTEMPTED?**    Yes ____    No ✓

**NAME OF STAFF CONTACTED** CCA Board of Diectes, Warden Figueroa, via Facsimile

**STATE GRIEVANCE** (Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary). 11-24-2005 (Deprivation of Dietary Health)

My Thanksgiving Day was ruin by the irrational dietary decision. On Thursday, ThanksGiving Day, the CCA-CTF Dietary Dept (Cooks, etc.) Served me processed Turkey (2 slices) For lunch, while Non-Dietary inmates received Turkey (unprocessed and absent high-levels processed sodium) and 3 slices of Sodium laced-processed Turkey For Dinner. Others also Served Peach Pie

**Requested Action** 1 Plate of Barbecue Chicken and one Plate of Fried Fish (not square fish) (Whiting) and one Slice of Pie (Peach, Apple, cherry, Blueberry) (Not cold)

**Inmate/Resident's Signature:** Simon Banks    **Date Submitted:** 11-26-05

### GRIEVANCE OFFICER'S REPORT

Sir. I come my self to talk to all of you and I bring extra chips. Every one was find.

### GRIEVANCE OFFICER'S DECISION

We will serving frist your unit, we will talk some this time at christmas time.

**Grievance Officer's Signature:** _____    **Date:** 17/02/05

**Inmate/Resident's Signature (upon receipt):** ✓ Under protest ab Simon Banks (unsatisfied)    **Date:** ____

**APPEAL:  Yes** ____    **No** ____    **STATE REASON (S) FOR APPEAL:** ____

### WARDEN/ADMINISTRATOR'S RESPONSE

**Warden/Administrator's Signature:** _____    **Date:** ____

**Inmate/Resident's Signature (upon receipt)** _____    **Date:** ____

Revised 02-01-03

Grievance No.: 3672

Form 14-5A – For Offical Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM

Name (Print): Banks    Simon
   Last Name      First      Middle Initial

Number: 269765    Housing Assignment: E-A, Cell 16

INFORMAL RESOLUTION ATTEMPTED?    Yes ✓    No _____

NAME OF STAFF CONTACTED  E. F. Figueroa, Director, Medical

STATE GRIEVANCE (Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).  Appeal to Warden Figueroa

this is to appeal the denial of 99 Request for Dental Appointment and Emergency Treatment to treat Dental pain, chipped tooth and now new cracked and chipped tooth. 99 Request for (Inmate Sick Request.) Dental Appointment and Treatment. My front tooth now broken and chipped again on Oct 29, 2005. I received an Emergency Appointment

Requested Action  Emergency Dental appointment and Transfer to D.C. General so that Private Dentist Purnell-Brady may provide Medical Assistance and install Permanent Dental Crown. Pain.

Inmate/Resident's Signature: Simon Banks    Date Submitted: NOV. 1, 2005

GRIEVANCE OFFICER'S REPORT
The medical contractor (CHHPS) is the responsibility of the D.C. Department of Corrections, not CCA. The Warden has no authority or responsibility for the medical or culinary.

GRIEVANCE OFFICER'S DECISION
Grievance Denied.

Grievance Officer's Signature: _____    G. Allen    Date: 11/2/05

Inmate/Resident's Signature (upon receipt): X _____    Date: _____

APPEAL:  Yes _____  No _____    STATE REASON (S) FOR APPEAL: _____

WARDEN/ADMINISTRATOR'S RESPONSE

Warden/Administrator's Signature: _____    Date: _____

Inmate/Resident's Signature (upon receipt) _____    Date: _____

Revised 02-01-03

Grievance No.: _____    Form 14-5A – For Offical Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM

DEC 5 '05

Name (Print): BANKS          Simon
               Last Name      First                              Middle Initial

Number: 269768          Housing Assignment: F2A CTF

INFORMAL RESOLUTION ATTEMPTED?    Yes ✓          No _____

NAME OF STAFF CONTACTED _____

STATE GRIEVANCE (Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).

Arbitrary retaliatory, Abrupt cut off of Diet Tray and snack bag subsequent to my filing grievance complaint last week for being issue processed sodium laced Turkey slices for lunch and for Dinner on Thanksgiving Day while other inmates Received Baked Turkey and peach pie. I have not eaten for 3 days Excepting peanut Butter.

Requested Action    Reinstate Diet Trays and snack bag and Compensate me for each meal deprived of from November 29, 2005 To Date of Reinstated Diet Tray and snack bag

Inmate/Resident's Signature: Simon Banks DrO/ww   Date Submitted: 12-3-2005

---

GRIEVANCE OFFICER'S REPORT

Sir.
    I do not understand what you try to say. Can you rewrite again.
the Above-Referenced Speaks for itself SBanks

---

GRIEVANCE OFFICER'S DECISION

Whiting

under protest, Grievance is clear

Grievance Officer's Signature: ____ Simon Banks ____    Date: 12/14/05

Inmate/Resident's Signature (upon receipt): _____    Date: _____

---

APPEAL:  Yes _____    No _____          STATE REASON (S) FOR APPEAL: _____

_____

_____

---

WARDEN/ADMINISTRATOR'S RESPONSE

_____

_____

Warden/Administrator's Signature: _____    Date: _____

Inmate/Resident's Signature (upon receipt): _____    Date: _____

Grievance No.: 5718

Form 14-5A – For Offical Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM

DEC 5 04 GIOS

Name (Print): Banks                 Simon
           Last Name          First              Middle Initial

Number: 269768          Housing Assignment: E2A

INFORMAL RESOLUTION ATTEMPTED?    Yes  ✓          No _____
NAME OF STAFF CONTACTED   Warden Figroa, etc

STATE GRIEVANCE (Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).

From November 18 2005 To the present 12-3-2005 12 and continuing, with Exception of 2 Days when Temperture outside rose above °68. My cell, cell 15 as well as all other cells in the unit, have been Extremely Cold with Temperture fluxuating from °25 to °40 in the cells. On Dec 2, 2005 we were issued Jackets. The Temp, in my cell was Extremely cold. I have a cold and consequence

Requested Action   I demaged for pain, suffering vio of Const. Right, and for maintaining this depreciatory condition, and for negligence and Deliberate indifference etc.

Inmate/Resident's Signature: Simon Banks          Date Submitted: Dec 3, 2005

## GRIEVANCE OFFICER'S REPORT

_____
_____
_____
_____
_____

## GRIEVANCE OFFICER'S DECISION

I dispute these Assertions as Fabricated

Temperatures were taken 12/9/05 at 77° to 80° so if you all unblock your cells from table, paper, tape you will feel the inmate

Grievance Officer's Signature: Kalie Smith          Date: 12-9-05
Inmate/Resident's Signature (upon receipt): X          Date: _____
Simon Banks under protest

APPEAL:  Yes _____  No _____          STATE REASON (S) FOR APPEAL: _____
_____
_____
_____

## WARDEN/ADMINISTRATOR'S RESPONSE

_____
_____
_____

Warden/Administrator's Signature: _____          Date: _____
Inmate/Resident's Signature (upon receipt) _____          Date: _____

Revised 02-01-02

## CORRECTIONS CORPORATION OF AMERICA
## CORRECTIONAL TREATMENT FACILITY

*Dr. Mark Malekghasemi*
*CCHPS.*

### INMATE REQUEST SLIP

TO: _Medical Director_    DATE: _12/1/5_    UNIT: _E2A_

FROM: (Name: Last, First) _BANKS, Simon_    DCDC #: _369768_

## PLEASE INDICATE BY CHECK ( ) THE NATURE OF REQUEST

( ) Classification or Reclassification
( ) Custody Review
( ) Legal Call
( ) Education
( ) Escorted Trip
( ) Canteen
( ) Classification Appeal
( ) Visiting List(will only be changed every 6 months)

( ) Parole
( ) Personal or Family Problem (s)
( ) Detail job
( ) Sentence Structure
( ) Unit Change
( ) Other (Specify) _after execution of release forms - notice_

Comments : _3rd Request for Medical_
_Files to be released to_
_my Daughter, Simon Banks_
_P.O. Box 17053, Washington D.C. 32305_
_this Request is Urgent. Unless_
_Received in 5 days, I will serve_
_(Have served) a supplemental civil action_
_(complaint bring your Request) and take his deposition_
_Pretrial Damages. Once suit (civil) action is filed, Damages_
_will be_
_the only_
_settlement_
_or_
_satisfact_

Actions Taken/Remarks: _Any civil action will be Given_

Inmate Signature (after complete) _Simon Banks_    Date of service _12/11/2005_

_these documents are needed for legal purposes_
_in a current litigation  [Emphasis Added]_

Grievance No.: 3649

Form 14-5A – For Offical Use Only

NOV 2 AM 12:59

## CCA INMATE/RESIDENT GRIEVANCE FORM

**Name (Print):** Banks, Simon (Last Name / First / Middle Initial)

**Number:** 269768 **Housing Assignment:** [illegible]A, Cell 16

**INFORMAL RESOLUTION ATTEMPTED?** Yes ✓ No

**NAME OF STAFF CONTACTED** E. F. Figueroa, [illegible] Medical

**STATE GRIEVANCE** (Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary). Appeal To Warden Figueroa.

this is To appeal the denial [illegible] 9 Request for Dental Appointment [illegible] Treatment To Treat Dental pain, [illegible] Tooth and now New cracked and [illegible] 29 Request for (inmate Sick Request) Dental [illegible] Treatment and Treatment. My [illegible] and chipped Now on Oct 29 2005, I Request[illegible] emergency Appointment

**Requested Action** Emergency Dental appoint[illegible] [illegible] Transfer To D.C. [illegible] Brady, May Provide Medical [illegible] Permanent Dental Crown PR PA $8,

**Inmate/Resident's Signature:** [signature] **Date Submitted:** NOV. 1, 2005

**GRIEVANCE OFFICER'S REPORT**

The medical contractor [illegible] (CMS) is the responsibility of the D.C. Department of Corrections, not CCA. The Warden has no authority or responsibility for the [illegible] of Ordinary [illegible]

**GRIEVANCE OFFICER'S DECISION**

Grievance Denied

**Grievance Officer's Signature:** [signature] **Date:** 11/2/05

**Inmate/Resident's Signature (upon receipt):** [signature] **Date:**

**APPEAL:** Yes ____ No ____ STATE REASON FOR APPEAL:

**WARDEN/ADMINISTRATOR'S RESPONSE**

Warden/Administrator's Signature: ____ Date: ____

Inmate/Resident's Signature (upon receipt) ____ Date: ____

Grievance No.: _245_

Form 14-5A – For Offical Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM

Name (Print): _BANKS_ (Last Name)   _SimoN_ (First)   JAN 26 AM 9:47 (Middle Initial)

Number: _269-768_   Housing Assignment: _E2A_

INFORMAL RESOLUTION ATTEMPTED?   Yes _____   No _✓_ (Futile)

NAME OF STAFF CONTACTED _____

STATE GRIEVANCE (Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).

See Attachment 1

ON 1-17-2006, I HANDed MS Bivens, LAW Librarian 2 Request slips, one FOR the PRINTING out FROM computer DISK #6, 4 Listed Items, and 2 COPIES of 11 CASE OPINIONS which I Secured FROM OFF-FACILITY SOURCES. AFTER WAITING 2 months TO NO AVAIL when I was unable to secure them FROM MS. Bivens, MOREOVER, ON 1-17-2006 I EmphASIZed TO MS Bivens I Needed, CRITICALLY to have this request BACK ON 1-17-6; ON 1-23-2006 I did NOT

Requested Action   I shall TAKE under Advisement

Inmate/Resident's Signature: _Simon Banks_   Date Submitted: _1-23-2006_

GRIEVANCE OFFICER'S REPORT   See Attached Memo

GRIEVANCE OFFICER'S DECISION   Resolved

Grievance Officer's Signature: _____   Date: _1/30/06_

Inmate/Resident's Signature (upon receipt): _Simon Banks_   Date: _1-30-06_

APPEAL: Yes _____   No _____   STATE REASON (S) FOR APPEAL: _____

WARDEN/ADMINISTRATOR'S RESPONSE

Warden/Administrator's Signature: _____   Date: _____

Inmate/Resident's Signature (upon receipt) _____   Date: _____

Revised 03 01 03

BANKS, SIMON   CCA INMATE GRIEVANCE FORM
#264768       1-23-2006

GRIEVANCE AGAINST MS. BIVENS, LAW LIBRARIAN   Re: 1-20-2006 and

**CONTINUATION SHEET**   1-22-2006 Failure
(1-23-2006)   To Perform

⭐ Bad-Faith induced
Detrimental Reliance

I did NOT Receive Requested (urgent) copies in Packet
MS. Bivens brought to me at ESA. Rather, I Received
All of my ORIGINAL copies of case cite opinions and none
of the Requested copies From them. I did, however,
Received copies of the 4 documents printed out From
the computer Disk #6, I Requested. Because I did
Not Received the Request for Extension of Time To File
Mandamus Appeal on Friday, as MS Bivens Promised, I
handwrote an Emergency Request that had to be Postmarked
as having been mailed by the 21st of JAN. 2006, and
mailed it Along with Two other Time sensitive Requests.

Although I Lost the weekend, critical Time, I was
Prepared To Forgive this Exponential Reckless indifference.
However, when I Reviewed the Packet MS Bivens Returned
To me without copying any of the 11 cases-cites I Acquired
From an outside source, "vivid." [Emphasis Added] I am
Further behind in Two Appeals and a case where I am
The moving Party. I was Falsely induced to believe I
am in possession of the 11 case cites she copied From when
None of Them were copied. I am hindered in sending
Excerpts of these case cites To my outside word processor/
Typists.

Simon Banks
inmate Signature                    1-23-2006
                                      Date

**DR. SIMON BANKS**
**DOCTOR JURISPRUDENCE LAW**
**P.O. BOX 17052**
**ALEXANDRIA, VA. 22302**

5-12-05

**DC JAIL**
**1901 D STREET, S.E.**
**#269768**
**WASHINGTON, D.C. 20003**

VIA FACSIMILE to 202 698-8288

INMATE

RE: Request to Receive
CDs at Law Library

Larry Corbitt, Warden
DC-Jail
1901 D St, SE
Washington, D.C. 20003

RE: Legal Matters

SUBJECT: Request to Receive Supreme Court USA,
VA Supreme Court and Appellate Decisions
on CD to Law Library

Dear Sir/Madam: Mr. Corbitt

This is to Request permission, ASP, To Receive
CD (Disk) Containing Decisions of the
United States Supreme Court, the Virginia Supreme
Court and Appellate Court. This request
is further to provide permission for the
Law Library To Receive and To Retain
custody of these CDs for my use in
my personal Research Regarding my appeals
in the DC courts and in the courts of
Virginia. Please be Advised Time is of
the essence. I have one set of briefs due in
15 Days and Another within 30 Days.
Thank you for your consideration.

Sincerely,

Simon Banks

CC: Elwood York, Jr.

Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA 22302
And
CTF
1901 E Street, S.E., #269768
Washington, DC 20003

October 26, 2005

**202-698-3301 FAX**
RND
C/O F.E. Figueroa, Warden
CTF
1901 E Street, S.E.
Washington, DC 20003

RE: Inmate Request to RND October 26, 2005 Supervisor for Winter Blankets

Dear Mr. Figueroa,

I submitted an Inmate Request to RND October 26, 2005 which provides under comments, "Health-Safety-Crisis Emergency. This is to request that blankets (3) pursuant to Authorized Inmate Personal Property List." Number 17-100H at page 3 under ¶ "Facility Issue," which provides:

"Blanket (winter months, 2, end cells (3)"

At present, I do not have a single blanket. Last night I suffered extreme cold conditions.

I request that you treat this request as "urgent". There is no heat in the unit because of defective heater. This is a Health-Safety-Emergency. Secondly, the Unit E2A has been without a microwave for several months. This has resulted in a great deal of frustration and inability to heat cold foods from the kitchen. Your attention to this matter is appreciated.

Sincerely,

Simon Banks
Simon Banks

Simon Banks
DC Jail
1901 D Street, S.E.
#269768
Washington, DC 20003
And
P.O. Box 17052
Alexandria, VA 22302

April 19, 2005

**202-698-8288 (fax)**
Mr. Larry Corbett,
Acting Warden
DC Jail
1901 D Street, S.E.
Washington, DC 20003

RE: BOOKS ORDERED FROM PUBLISHER

SUBJECT: REQUEST FOR PERMISSION TO RECEIVE PREVIOUS PURCHASED BOOKS BACK INTO JAIL

Dear Mr. Corbett,

The following books were previously purchased from the publisher and the Washington Law Books Store and mailed directly to the jail in April and May of 2004 of which are being remailed to me at the jail:

District of Columbia Criminal Procedures, District of Columbia Civil Procedure, Earl Warren Supreme Court Justice Biography, Biography of Justice Hugo Black, Supreme Court; W.E. DuBois, Biography, Brief History of Presidents of United States; Supreme Court of the United States.

These books were returned twice despite my notice to the Mail Room of their prior purchase and request for readmission.

According, please authorize the Mail Room to accept the foregoing.

Sincerely,

Simon Banks

**SIMON BANKS**
**DOCTOR OF JURISPRUDENCE LAW**
**P.O. BOX 17052**
**ALEXANDRIA, VIRGINIA 22302**
**AND**
**SIMON BANKS**
**#269769**
**CTF (E2A)**
**1901 E STREET, S.E.**
**WASHINGTON, D. C. 20003**

DATE: 12-29-2005

Fred Figueroa, Warden
FOIA Staff
1901 E Street, S.E.
Washington, DC 20003

RE: Freedom of Information Request

SUBJECT: FOIA Request for documents DC FOIA and 5 USC §552 as amended by Public Law No 104-231, 110 Stat. 3048

Dear Sir/Madam:

Please provide me a copy of any documents that contain grievance complaints filed by inmates of CTF from October 2003 to the present concerning inmate exposure to cold temperatures in the housing units (cells).

Please also provide me a copy of any documents that contain grievance(s) complaints filed by inmates of CTF from Jan. 1, 2003 to the present regarding the law library.

Sincerely, Simon Banks

Simon Banks

Grievance No. 2672

Form 14-5A – For Offical Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM

Name (Print): **Bank, Simon**
Last Name          First          Middle Initial

Number: **269768**       Housing Assignment: **E2A, Cell 16**

INFORMAL RESOLUTION ATTEMPTED?   Yes ✓          No _____
NAME OF STAFF CONTACTED **E. F. Figueroa, Director Medical**

STATE GRIEVANCE (Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary). Appeal to Warden Figueroa

this is to appeal the denial of 29 Request for Dental Appointment and Emergency Treatment to Treat Dental Pain, Chipped Tooth and my new cracked and Chipped tooth. 29 Request for (Inmate Sick Request) Dental Appointment and Treatment. My Front Tooth was broken and Chipped while on Oct 29, 2005. I Received an Emergency Appointment

Requested Action Emergency Dental appointment at a Transfer to D.C. General so that Private Dentist, Pamela Beatty may provide Medical Assistance and Install Permanent Dental Crown

Inmate/Resident's Signature: **Simon Banks**       Date Submitted: **Nov. 1, 2005**

GRIEVANCE OFFICER'S REPORT  The medical contractor (CHHPS) is the responsibility of the D.C. Department of Corrections, Not CCA. The Warden has no authority or responsibility for the medical or ordinary.

GRIEVANCE OFFICER'S DECISION  Grievance Denied.

Grievance Officer's Signature: _____ **Q Allen** Date: **11/2/05**
Inmate/Resident's Signature (upon receipt): X _____ Date: _____

APPEAL: Yes _____   No _____   STATE REASON (S) FOR APPEAL: _____

WARDEN/ADMINISTRATOR'S RESPONSE

Warden/Administrator's Signature: _____ Date: _____
Inmate/Resident's Signature (upon receipt) _____ Date: _____

Revised 02-01-03

Grievance No.: 3943

Form 14-5A - For Offical Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM

Name (Print): BANKS _____ SIMON (DR. OF LAWS) ___
Last Name                    First              Middle Initial

Number: 269766        Housing Assignment: E2A

INFORMAL RESOLUTION ATTEMPTED?    Yes _____    No ✓
NAME OF STAFF CONTACTED _____

STATE GRIEVANCE (Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).

ON Christmas DAY AT 9:45 PM the telephone in unit shut off. I was unable to speak with my kids. on this condition continued until 6:30 PM Dec. 26, 2005 AGAIN AT 9:30 PM. 12-26-05 the telephone were off AGAIN. ON 12-28-2005 the telephone Remained shut off. AS OF this DATE 12-28-2005, I have not spoken with my 16 year old son To wish him merry XMAS, for the First Time in his life.

Requested Action DAMAGES, CANCEL CONTRACT with Phone Company. Place out For bids RFB For CCA tele. Service Provider. I "Shall" File with FCC Formal Complaint [Emphasis Added]

Inmate/Resident's Signature: Simon Banks        Date Submitted: 12-28-2005

### GRIEVANCE OFFICER'S REPORT

YOUR REQUESTED ACTION IS OUTSIDE THE SCOPE OF YOUR AUTHORITY. YOU DID NOT USE ANY PAC. THIS THIRD PARTY GRIEVANCES ARE NOT ALLOWED.

D. Allen R 1/4/06

### GRIEVANCE OFFICER'S DECISION

Grievance Denied

signed SB under protest

Grievance Officer's Signature: D. Allen    Date: 1/4/06

Inmate/Resident's Signature (upon receipt): X Simon Banks    Date: 1-9-06

APPEAL: Yes ✓    No ____    STATE REASON (S) FOR APPEAL:

DISPOSITION unsatisfactory. This Third Party Complaint vicariously involve the Institution I will consider Mediation

### WARDEN/ADMINISTRATOR'S RESPONSE

I suggest you write To Evercom. THIS IS A problem with the service Not the facility.

Warden/Administrator's Signature: _____    Date: 1/20/06

Inmate/Resident's Signature (upon receipt): Simon Banks    Date: 1-20-2006

with Reservation of all Rights, SB 1-20-2006

Revised 02-01-03

Grievance No.:_____

## CCA INMATE/RESIDENT GRIEVANCE FORM

Name (Print): BANKS   SIMON
Last Name                          First                     Middle Initial

Number: 389766      Housing Assignment: E2A

INFORMAL RESOLUTION ATTEMPTED?    Yes _____   No ✓

NAME OF STAFF CONTACTED _____

STATE GRIEVANCE (Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).

I am GRIEVING The Fact that FOOD Service
Continued To Serve me, "a Cardiac DIABetic,"
White Bread For Breakfast, Lunch and DINNER, 7
Days aweek. The AMA and the JAMA (Journal of
American Medical ASSOCIATION) has concluded that white
bread increase SUGAR Levels and heighten the RISK of
Stroke(s) and Heart Attack    [Emphasis added]

Requested Action    Please, cease and Desist SERVING Me white
Bread as opposed To wheat Bread.

Inmate/Resident's Signature: Simon Banks      Date Submitted: 1-30-2006

### GRIEVANCE OFFICER'S REPORT

### GRIEVANCE OFFICER'S DECISION

Grievance Officer's Signature: _____  Date: _____
Inmate/Resident's Signature (upon receipt): _____  Date: _____

APPEAL:  Yes _____  No _____   STATE REASON (S) FOR APPEAL: _____

### WARDEN/ADMINISTRATOR'S RESPONSE

Warden/Administrator's Signature: _____  Date: _____
Inmate/Resident's Signature (upon receipt) _____  Date: _____

Revised 02-01-02

Grievance No.: 5824

Form 14-5A – For Offical Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM

DEC RENT 09

Name (Print): BANKS    SIMON
Last Name    First    Middle Initial

Number: 269768    Housing Assignment: E2A CDF

INFORMAL RESOLUTION ATTEMPTED?    Yes _____    No _____
NAME OF STAFF CONTACTED _____

STATE GRIEVANCE (Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).

Law LIBRARY closed FOR 4 weeks out of the
past six weeks. Moreover, Librarian, Ms Bivens,
has Not Provided me with copies of CASE CITE
Printouts submitted To her Oct 14 and Oct 21, 2005.
She steelsmy Printouts and copies had to be approved
by the WARDEN. My request FOR copies are being
censored and suppressed, Denial of Access To Courts

Requested Action Cease and desist censorship, provide requested copies
Approve Request FOR CDs and Floppy Disks Containing
Decisions of the Supreme Court with Librarian as custodian of DISKS

Inmate/Resident's Signature: Simon Banks    Date Submitted: 12-3-2005

GRIEVANCE OFFICER'S REPORT
A review of the attached reveals that inmate Banks
was sentenced on 12-3-04 on case # M-6425-04
A-D Contempt. Inmate Banks does not have
any initial Pleadings before the court. There
is no documentation on this institution file that

GRIEVANCE OFFICER'S DECISION    Denied
Inmate Banks has any Criminal Matters before
the court. The Law Library was closed for
Thanksgiving 11/24/05 and 11/25/05 based on documentation

Grievance Officer's Signature: V. Allen    Date: 12/27/05
Inmate/Resident's Signature (upon receipt): Simon Banks    Date:
Inmate Banks has received 90% of services processed via his inmate request slip

APPEAL: Yes ✓    No _____    STATE REASON (S) FOR APPEAL: I deny I
Received any percentage of service. The Law Library
is a dysfunctional mess. I have been severely
prejudiced in my appeal and pending litigation.
I have Not Receive Research Material.

WARDEN/ADMINISTRATOR'S RESPONSE
_____
_____
_____
_____

Warden/Administrator's Signature: _____    Date: _____
Inmate/Resident's Signature (upon receipt) _____    Date: _____

Revised 02-01-02

[handwritten margin notes left side]: 12-29-05 Sir I Reject this outcome and Reopen the investigation as not so

[handwritten margin notes right side]: No To SB    request slip

COPY

## CORRECTIONS CORPORATION OF AMERICA
## CORRECTIONAL TREATMENT FACILITY

### INMATE REQUEST SLIP

TO: _Warden, F. Figueroa_    DATE: _12-28-2005_    UNIT: _E2A_

FROM: (Name: Last, First) _BANKS, Simon_    DCDC #: _269768_
_(Doctor of Laws)_

### PLEASE INDICATE BY CHECK ( ) THE NATURE OF REQUEST

( )  Classification or Reclassification          ( )  Parole
( )  Custody Review                              ( )  Personal or Family Problem (s)
( )  Legal Call                                  ( )  Detail job
( )  Education                                   ( )  Sentence Structure
( )  Escorted Trip                               ( )  Unit Change
( )  Canteen                                     (✗)  Other (Specify)
( )  Classification Appeal
( )  Visiting List(will only be changed every 6 months)

Comments : _Re Our Discussion of two weeks ago at E2A regarding permission to have 1 Supreme Court Decisions CD and a Floppy Disks (Preformatted) stored (for my use) w/with the Law Library with the Law Librarian as custodian. At the present and for the past 4 months the Law Library has been wholly and totally dysfunctional, providing me access on only 4 to 6 occasions for the past 4 months. Moreover, copies of case cites submitted Oct 7, 2005 have not been provided. Coping documents has been virtually impossible for 4 months. Nbest, These Disks and This Request was Previously Approved by Elwood York, Jr. and Larry Corbitt, Warden (former) DC Jail Aug 29, 2005 Noon! Thank you for your consideration. Happy Holidays._

Actions Taken/Remarks: _____

_____

_____

_____

_____

Inmate Signature (after complete) _Simon Banks_    Date of service _12-28-2005_

Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA  22302
And
CTF
1901 E Street, S.E., #269768
Washington, DC  20003

February 13, 2006

**202-698-3301 FAX**
Mr. Fulton
Program Manager
CTF
1901 E Street, S.E.
Washington, DC 20003

Dear Mr. Fulton:

The law librarian Ms. Bivens has pursuant to your instructions issued a notice that I would have access to the law library from 1:00 p.m. to 4:00 p.m. on Mondays and Tuesdays this is the third occasion when it is now 1:35 p.m. and we have not received an escort to go to the law library.  On the last occasion which was last week Tuesday it was two o'clock before we were allowed to get to the law library and this seems to be a pattern that either Ms. Bivens is not communicating with the correctional officers for transport or that there appears to be some other obstacle in affording access to the law library from 1:00 to 4:00 p.m. which has to date never occurred within a reasonable time. It is understood that perhaps fifteen minutes might be a delay in getting transported to the law library but a delay of forty-five minutes to one hour and one hour and fifteen minutes is excessive and is contradictory to the asserted time afforded.

Your assistance in this matter is greatly appreciated.

Sincerely,

Simon Banks

Simon Banks