UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>S. ELWOOD YORK, JR., ET AL.<br><br>　　　　　　Defendants | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge |

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Supplement to Third Amended Complaint, it is this _____ day of September, 2006, hereby,

Granted.

_____
United States Judge

Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,


Denise.baker@dc.gov
djbakerbrown@msn.com
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001