# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIMON BANKS | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
| | ) | |
| S. ELWOOD YORK, JR. ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION OF DEFENDANTS, ANTHONY WILLIAMS, GREGORY PANE, AND N. TALLY TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND

Pursuant to Rule 6(b)(1), Fed. R. Civ. P., Defendants Williams, Pane and Tally, by counsel, hereby respectfully request an enlargement of time to respond to the Plaintiff's third amended complaint.

1. Defendant requested and received an extension of time to answer or otherwise respond to plaintiff's third amended complaint until ten (10) days after the Court's Order dated September 18, 2006, which granted Plaintiff the opportunity to file the amended complaint. The response is due on October 2, 2006.

2. At the time the request for only ten (10) days was made, defense counsel did not calculate the fact that the date conflicted with a prescheduled leave for which airline tickets had been purchased months ago. In fact, she will be out-of-town for several days before the due date.

3. Counsel for the Defendants requests this brief enlargement of time in order to travel out of town and return to complete the response.

5. This enlargement will not prejudice any party.

6.      Defendants contacted the Plaintiff via email to request consent to the relief requested in this motion.  Plaintiff responded by email that he did not consent.

WHEREFORE, Defendants request an enlargement of time to file an answer or other responsive pleading to Plaintiff's Third Amended Complaint until Monday October 9, 2006.

                                Respectfully submitted,

                                ROBERT J. SPAGNOLETTI
                                Attorney General for the District of Columbia

                                GEORGE C. VALENTINE
                                Deputy Attorney General
                                Civil Litigation Division

                                RICHARD S. LOVE [340455]
                                Chief, Equity I


                                ____/s/_____
                                DENISE J. BAKER [493414]
                                Assistant Attorney General, DC
                                441 Fourth Street, NW
                                Sixth Floor South
                                Washington, DC  20001
                                202-442-9887

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2006 true copies of the foregoing Motion, Memorandum of Points and Authorities, and proposed Order were filed electronically with the Court for ECF service, and mailed, U.S. mail, postage prepaid to:

Simon Banks
P.O. Box 17052
Alexandria VA 22302

                                                __/s/_____
                                                Denise J. Baker

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SIMON BANKS | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1514 (ESH) |
| | ) |
| S. ELWOOD YORK, JR., ETAL. | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

1. Fed. R. Civ. P. 6(b).

2. The record herein.

3. Absence of prejudice to the parties.

4. The equitable powers of this Court.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

RICHARD S. LOVE [340455]
Chief, Equity I

__/s/_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887

4