UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | |
| S. ELWOOD YORK, JR., etal., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendants Williams, Pane, and Tally's Motion for Enlargement of Time to Answer or Otherwise Respond to the Third Amended Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____day of _____, 2006, for the reasons stated by defendants in their papers,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that defendants may answer or otherwise respond to the Plaintiff's third amended complaint on or before October 9, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

Simon Banks
P.O. Box 17052
Alexandria VA 22302