# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

STATE OF Virginia

vs

Banks, Simon

PDID NO. 364353
SP NO. _____

## ORDER FOR RETURN OF FUGITIVE UPON WAIVER

Banks, Simon _____, having appeared with Counsel in open Court on June 18, 2004 _____ and having waived further proceedings pursuant to law and indicated his desire to return voluntarily to the State of Virginia, is hereby

ORDERED detained at the District of Columbia Jail pending return to the State of Virginia in the custody of the proper officials of that state; and it is

FURTHER ORDERED that if Banks, Simon _____ has not been surrendered to the custody of a proper official of the State of Virginia by June 23, 2004 (3 days, not including Saturday, Sunday or holidays), he shall be returned FORTHWITH to this Court for such further proceedings as the Court shall deem appropriate.

6/18/04
DATE

JUDGE

## RETURN

OFFICIAL: M.R. Cole
NAME

200 Mill Road Alex VA
ADDRESS

Deputy Sheriff IV
TITLE

Exhibit A

WHITE—COURT COPY
YELLOW—DEFENDANT'S COPY
PINK—JAIL COPY
GOLDENROD—COPY TO BE RETURNED TO COURT AFTER EXECUTED

Form CD-494/Nov. 87