UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. SIMON BANKS, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-1514 (ESH) |
| v. ) | |
| S. ELWOOD YORK, JR., et al., ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of defendants' Mayor Anthony Williams, Gregory Pane, M.D., and Captain Nora Tally's, motion to dismiss plaintiff's third amended complaint, the memorandum of points and authorities in support thereof and the entire record herein it is by the Court, this \_\_\_\_\_ day of _____, 2006;

ORDERED: That defendants' motion be and hereby is GRANTED, and it is,

FURTHER ORDERED: That plaintiff's third amended complaint be and hereby is dismissed as to defendants Williams, Pane, and Tally with prejudice.

_____
UNITED STATES DISTRICT JUDGE

cc:   Denise J. Baker
      Assistant Attorney General, DC
      441 Fourth Street, NW, Sixth Floor South
      Washington, DC  20001

      Dr. Simon Banks
      P.O. Box 17052
      Alexandria, VA  22302