**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

|  |  |
|---|---|
| DR. SIMON BANKS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | )    Civil Action No. 05-1514 (ESH) |
|  | ) |
| S. ELWOOD YORK, JR., *et al.*, | ) |
|  | ) |
| Defendants. | ) |

---

## ORDER

Defendants Anthony Williams, Mayor of the District of Columbia, Gregory Pane, M.D., Director, D.C. Department of Health, and Nora Tally, Captain, D.C. Department of Corrections, have filed a motion to dismiss plaintiff's third amended complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.   Plaintiff is proceeding *pro se* in this case.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  *Id*. at 509. Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to defendants' motion to dismiss no later than November 10, 2006.  If plaintiff neither responds nor moves for an extension of time by the due date, the Court may treat the motion as conceded and dismiss plaintiff's third amended complaint.

**SO ORDERED**.

                                              s/                            
ELLEN SEGAL HUVELLE
United States District Judge


DATE: October 11, 2006