UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>S. ELWOOD YORK, JR., *et al.*, )<br>)<br>　　　　Defendants. )<br> ) | Civil Action No. 05-1514 (ESH) |

**ORDER**

This matter is before the Court on consideration of plaintiff's motions for a CM/ECF password.

Generally, a *pro se* litigant files documents in paper form with the Clerk of Court and must be served with documents in paper form. *See* LCvR 5.4(e)(3). However, under limited circumstances, a *pro se* party may file documents electronically. The Local Civil Rules provide in relevant part that:

> A pro se party may obtain a CM/ECF password from the Clerk with leave of Court. Whether leave of Court should be granted is within the discretion of the judge to whom the case is assigned. To obtain leave of Court, the pro se party must file a written motion entitled "Motion for CM/ECF Password," describing the party's access to the internet and confirming the capacity to file documents and receive the filings of other parties electronically on a regular basis. If leave of Court is granted, the pro se party must complete the CM/ECF training provided by the Clerk to all electronic filers before the Clerk issues a CM/ECF password.

LCvR 5.4(b)(2). Plaintiff certifies that he has completed CM/ECF training, that he has downloaded and studied the CM/ECF training manual, that he has adequate access to the internet,

and that he otherwise has the capacity to file documents and receive filings from other parties electronically. The Court will grant plaintiff's motions.

The Court reminds plaintiff that he is granted a CM/ECF password by leave of Court. The CM/ECF password may be used only by plaintiff. Plaintiff shall limit his electronic filings to documents that are relevant and required by Court order or under the Federal Rules of Civil Procedure and the Local Rules of this Court, and shall refrain from filing documents that are frivolous, vexatious or harassing. Once plaintiff obtains a CM/ECF password, he consents to electronic service of all documents, and is responsible for monitoring his e-mail account, retrieving electronic filings, and insuring the accuracy of the official docket entry generated by the CM/ECF software.

Accordingly, it is hereby

**ORDERED** that plaintiff's motions for a CM/ECF password [Dkt. #35, 44] are **GRANTED**.

**SO ORDERED**.

                                                                                 s/
                                           ELLEN SEGAL HUVELLE
                                           United States District Judge

Date: October 16, 2006