**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

**CRIMINAL DIVISION**

STATE OF    Virginia

vs

Banks, Simon

PDID NO.    J64353

SP NO.

## ORDER FOR RETURN OF FUGITIVE UPON WAIVER

Banks, Simon _____, having appeared with Counsel in open Court

on ___ June 18, 2004 ___ and having waived further proceedings pursuant

to law and indicated his desire to return voluntarily to the State of    Virginia   ,

is hereby

ORDERED detained at the District of Columbia Jail pending return to the State of

_____ Virginia _____ in the custody of the proper officials of that state; and it is

FURTHER ORDERED that if    Banks, Simon    has not been

surrendered to the custody of a proper official of the State of    Virginia

by ___ June 23, 2004 ___ (3 days, not including Saturday, Sunday or holidays), he shall

be returned FORTHWITH to this Court for such further proceedings as the Court shall deem

appropriate.

6/18/04
DATE

JUDGE

## RETURN

OFFICIAL: M.A. Cole
NAME

200 (mall road) Alex VA
ADDRESS

Deputy Sheriff IV
TITLE

Exhibit A

WHITE—COURT COPY
YELLOW—DEFENDANT'S COPY
PINK—JAIL COPY
GOLDENROD—COPY TO BE RETURNED TO COURT
AFTER EXECUTED

Form CD-494/Nov. 87