## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. SIMON BANKS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1514 (ESH) |
| S. ELWOOD YORK, JR., et al., | ) |
| Defendants. | ) |

### ORDER

Upon consideration of defendants' DeVon Brown, Edward Reiskin, and Gloria Nelson's motion to dismiss plaintiff's third amended complaint, the memorandum of points and authorities in support thereof and the entire record herein it is by the Court, this _____ day of _____, 2006;

ORDERED: That defendants' motion be and hereby is GRANTED, and it is,

FURTHER ORDERED: That plaintiff's third amended complaint be and hereby is dismissed as to defendants Brown, Reiskin, and Nelson with prejudice.

_____
UNITED STATES DISTRICT JUDGE

cc:   Denise J. Baker
      Assistant Attorney General, DC
      441 Fourth Street, NW, Sixth Floor South
      Washington, DC  20001

      Dr. Simon Banks
      P.O. Box 17052
      Alexandria, VA  22302