# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS<br>P.O. BOX 17052<br>ALEXANDRIA, VA 22302,<br><br>   Plaintiff,<br><br>  v.<br><br>DEVON BROWN, DIRECTOR DC DEPARTMENT OF CORRECTIONS<br>1923 VERMONT AVENUE, NW<br>WASHINGTON, DC 2003, et al.<br>102 WOODMONT BOULEVARD, SUITE 800<br>NASHVILLE, TN 37205<br><br>JOHN CAUFIELD, WARDEN<br>CENTRAL TREATMENT FACILITY (CTF)<br>CORRECTIONS CORPORATION OF AMERICA<br>1901 E. STREET, S.E.<br>WASHINGTON, DC 20003,<br><br>   Defendants. | Civil Action No. 1:05-cv-1514 (ESH) |

## **DEMAND FOR JURY TRIAL OF DEFENDANT, JOHN CAULFIELD**

  Pursuant to Rule 38, FED.R.CIV.P., Defendant, John Caulfield, through counsel, requests a trial by jury of all triable issues in the above-captioned matter.

  Dated: this 7th day of November, 2006.

                s/ Daniel P. Struck
                Daniel P. Struck, Bar No. 012377
                JONES, SKELTON & HOCHULI, P.L.C.
                2901 North Central Avenue, Suite 800
                Phoenix, Arizona 85012
                Telephone: (602) 263-1700
                Facsimile: (602) 263-1784

                    Kelvin L. Newsome, Bar No. 439206
                    Megan Starace Ben'Ary, Bar No. 493415
                    LECLAIR RYAN, A PROFESSIONAL
                    CORPORATION
                    225 Reinekers Lane, Suite 700
                    Alexandria, Virginia 22314
                    Telephone:(703) 684-8007
                    Facsimile: (703) 684-8075

                    Attorneys for Defendant *Caulfield*

Electronically filed this 7th
day of November, 2006, with:

United States District Court
   for the District of Columbia

Copy of the foregoing mailed even date to:

Simon Banks
P.O. Box 17052
Alexandria, VA  22302
*Plaintiff Pro Per*


    ___s/  Carol S. Madden_____

1710063.1