IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DEVON BROWN, DIRECTOR )<br>DC DEPARTMENT OF )<br>CORRECTIONS, *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 1:05-CV-1514 (ESH) |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6, Megan S. Ben'Ary hereby enters her appearance as co-counsel for Defendant John Caulfield. Ms. Ben'Ary's contact information is as follows:

Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Telephone No.:  (703) 684-8007
Facsimile No.:  (703) 684-8075
megan.benary@leclairryan.com

                                            Respectfully submitted,

                                            _____/s/  Megan S. Ben'Ary_____
                                            Kelvin L. Newsome (D.C. Bar No. 439206)
                                            LeClair Ryan
                                            999 Waterside Drive, Suite 2525
                                            Norfolk, VA  23510
                                            Telephone No.:  (757) 441-8938
                                            Facsimile No.:  (757) 441-8988

                                            Megan S. Ben'Ary (D.C. Bar No. 493415)
                                            LeClair Ryan
                                            225 Reinekers Lane, Suite 700
                                            Alexandria, VA  22314
                                            Telephone No.:  (703) 684-8007
                                            Facsimile No.:  (703) 684-8075

Daniel P. Struck (D.C. Bar No. CO0037)
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012
Telephone No.: (602) 263-7323
Facsimile No.: (602) 200-7811

Filed electronically this 8th day of November, 2006.