RECEIVED
NOV 0 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SIMON BANKS,           )<br>                           )<br>         Plaintiff  )<br>                           )<br>v.                         )<br>                           )<br>S. ELWOOD YORK, JR., ET AL.  )<br>                           )<br>         Defendants  )<br>                           ) | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge<br><br>November 9, 2006 |

### PLAINTIFF'S SECOND SET OF EXHIBITS IN SUPPORT OF PLAINTIFF'S RULE 56(e) MOTION

Comes now, Simon Banks, Plaintiff and submit Plaintiff's Exhibits in support of Plaintiff's Rule 56(e) motion, which contain affidavits in support of the issue of overdetention.

_/s/ Simon Banks_

Simon Banks

### CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, Plaintiff's Exhibits in support of Rule 56(e) Motion, was mailed, via electronic mail,
this day of 9th day of November, 2006, to the following:

**VIA EMAIL TO**
**Denise.baker@dc.gov**
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

**VIA EMAIL TO**
Megan.benary@eclairryan.com
Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

**Facsimile 602 263-1784**
Daniel P. Struck
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

_/s/ Simon Banks_
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

2

## TABLE OF EXHIBITS

1. Report of the Attorney General, Review of the Handling of Leo Gonzales Wright and Similar offenders sentenced by the U.S. District Court for the District of Columbia. **United States of America v. Leo Gonzales Wright**, Criminal No. 96-66 (EGS)

2. Order issued in **United States of America v. Leo Gonzales Wright**, Crim. No. 96-66 (EGS), on October 15, 1999, ordering an investigation into the Department of Corrections policies and procedures, for housing, commitment, release, and furlough.

3. JUSTIS information System for the District of Columbia, Phase 3 Project file, filed in : **Marcus Bynum, et al v. District of Columbia,** CA. No. 02-956 (RCL) and **Carl Barnes, et al v. District of Columbia**, et al, CA. No. 06-315(RCL),

4. Letter from Ronald S. Sullivan, Jr., Director, Public Defender Service for the District of Columbia, addressed to Hon. Rufus King, III, Chief Judge, Superior Court for the District of Columbia, dated October 23, 2003, regarding Department of Corrections policy of denying timely release to criminal defendants whose cases are dismissed, acquittal, et cetera.

5. Records Office Release Discrepancy Reports, submitted by Steve A. Smith, DOC, re: Carlos Hill, Horace Cunningham, Kevin Williams, Anthony Hopkins, Ralph McCalip

6. Excerpt Depositions taken in : **Marcus Bynum, et al v. District of Columbia,** CA. No. 02-956 (RCL) case of: Keith A. Godwin, October 6, 2003 and Kenneth Foor, October 17, 2003.

7. Testimony and statement of Richard M. Stana, Director, Justice Issues, regarding D.C. Criminal Justice System, before the United States General Accounting Office (GA0), released Friday, May 11, 2001, and filed in : **Marcus Bynum, et al v. District of Columbia,** CA. No. 02-956 (RCL), in connection with the overdetention of inmates of DC Jail.

8. The District of Columbia Department of Corrections Records Office Action Plan 2000, filed August 31, 2000 in the case of : **Marcus Bynum, et al v. District of Columbia,** CA. No. 02-956 (RCL) .

9. Fee Petition filed by Plaintiff's Attorneys in the : **Marcus Bynum, et al v. District of Columbia,** CA. No. 02-956 (RCL), dated January 20, 2006.

10. Order preliminarily approving settlement class, notice and notice of hearing in the case of : *Marcus Bynum, et al v. District of Columbia,* CA. No. 02-956 (RCL), filed 8, 31, 2005

11. and the list of overdetained persons whose affidavits are attached to Plaintiff's Exhibits in Support of Plaintiff's Rule 56(e) Motion, which were filed in the cases of : : *Marcus Bynum, et al v. District of Columbia,* CA. No. 02-956 (RCL) and *Carl Barnes, et al v. District of Columbia*, et al, CA. No. 06-315(RCL), (pending).

12. Memorandum and Order filed on **November 18, 2002** in the case of : *Marcus Bynum, et al v. District of Columbia,* CA. No. 02-956 (RCL) regarding the Plaintiffs' Second Amended Complaint on the issues of overdetention and strip searches.

13. Memorandum Opinion filed **August 11, 2003** upon granting plaintiffs second motion for class certification.

14. Administrative Order issued by Chief Judge Rufus King, III, dated July 25, 2002 and filed in the case of **Carl Barnes, et al v. District of Columbia**, et al, CA. No. 06-315(RCL, regarding the increase of late releases from the D.C. Jail.

15. Final Approval Order issued by Judge Lamberth on January 25, 2006, in the case of : *Marcus Bynum, et al v. District of Columbia,* CA. No. 02-956 (RCL), approving the over-detention-strip-search, settlement agreement between the plaintiffs and the District of Columbia, resulting in payments to victims of Department of Corrections over-detention policy, custom, practices and procedures.