UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS,                              )<br>                                                       )<br>            Plaintiff                         )<br>                                                       )<br>v.                                                   )<br>                                                       )<br>S. ELWOOD YORK, JR., ET AL.      )<br>                                                       )<br>            Defendants                    )<br>                                                       ) | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge<br><br>November 10, 2006 |

**PLAINTIFF'S ERRATA TO PLAINTIFF'S**
**PLAINTIFF'S RULE 56(E)(F) MOTION TO STAY**
**DECISION ON DEFENDANTS JOINT MOTIONS TO DISMISS AND/OR FOR**
**SUMMARY JUDGMENT**

Comes now, Simon Banks, Plaintiff, and submit Plaintiff's errata to Plaintiff's Rule 56(e)/(f) Motion to Stay Decision on Defendants Joint Motions to Dismiss and/or for Summary Judgment.

Under the caption of the Motion, Please insert, Pursuant to LCR 7.1(M), the Plaintiff after serving notice of the Plaintiff's intent to file the instant motion, counsel

The Plaintiff incorporate by reference the affidavits and exhibits submitted by the Plaintiff in support of Plaintiff's Rule 56(e) motion.


_____/s/_____
Simon Banks

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, was mailed, via electronic mail, this day of 14th day of November, 2006, to the following:

**VIA EMAIL TO**
Denise.baker@dc.gov
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

**VIA EMAIL TO**
Megan.benary@eclairryan.com
Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

Kelvin.Newsome@LeClairRyan.com
Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

**Facsimile 602 263-1784**
Daniel P. Struck
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

_____/s//_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,