UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. ) | |
| ) | |
| Defendants ) | November 15, 2006 |
| ) | |

**PLAINTIFF'S MOTION FOR JUDICIAL NOTICE**

Comes now Simon Banks, Plaintiff and submit Motion that this Honorable Court take Judicial Notice of affidavits and pleadings filed in the Cases of *Carl Barnes v. District of Columbia,* **Case No. 06-315(RCL),** and *Marcus Bynum v. District of Columbia, et al* **Case No. 02-956(RCL)** Both of these class action cases involve overdetention and strip searched victims, victimized in connection the defendants District of Columbia Government's custom, policy, pattern, practices and procedures and constitute evidence of deliberate indifference of the defendants Devon Brown, Gloria Nelson and the District of Columbia Government.

Moreover, the Records Office Director has changed several times in the past couple of years as well as the Warden of the District of Columbia Central Detention Center. These series of changes are reflective of the failure of the defendants to correct known deficiencies that has resulted in the deprivation of the Plaintiff's Constitutional rights as well as many others. This overdetention problem has

continued without abatement from January 1, 2006 to the present. The settlement agreement entered in the class-action case of ***Marcus Bynum v. District of Columbia, et al* Case No. 02-956(RCL),** coupled with orders issued by the Court in ***United States of America v. Leo Gonzales Wright***, Crim. No. 96-66 (EGS), as well as orders issued by Chief Judge Rufus King, III, dated July 25, 2002, regarding late releases of inmates from the Central Detention Center, shows that this on-going systemic problem is egregious, widespread and pervasive. Moreover, these facts show that the defendants have been on heightened notice of these Constitutional Violations and because of deliberate indifference has not implemented an adequate governmental policy, sufficient to bring a halt to these constitutional violations.

***Pursuant to LCR 7.1(M),*** the Plaintiff serving notice of the Plaintiff's intent to file the instant motion on counsel the various counsel's for the defendants and counsel for the defendants do not consent to the filing of the instant motion.

In support the Plaintiff incorporate Plaintiff's Memorandum of Points and Authorities in Support of Motion for Judicial Notice.


_____//s//_____

Simon Banks


**CERTIFICATE OF SERVICE**

I, hereby certify that a copy of this pleading, Plaintiff's Motion for Judicial, via electronic mail, this 14th day of November, 2006, to the following:

**VIA EMAIL TO**
**Denise.baker@dc.gov**
Denise J. Baker,

Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

**VIA EMAIL TO**
Megan.benary@eclairryan.com
Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

**Facsimile 602 263-1784**
Daniel P. Struck
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

_____//S/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SIMON BANKS,**                )
                                )
                                )

3

|                                    |   |                                                          |
|------------------------------------|---|----------------------------------------------------------|
| **Plaintiff**                      | ) |                                                          |
|                                    | ) |                                                          |
| v.                                 | ) | Civil Action No. 05-1514 (ESH)                           |
|                                    | ) | Ellen Segal Huvelle, Judge                               |
| **S. ELWOOD YORK, JR., ET AL.**    | ) |                                                          |
|                                    | ) |                                                          |
| Defendants                         | ) | November 15, 2006                                        |
|                                    | ) |                                                          |

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF MOTION FOR JUDICIAL NOTICE

Comes now Simon Banks the Plaintiff and submit Memorandum of Points and Authorities In Support of Motion For Judicial Notice.

The Plaintiff moves this Honorable Court to take Judicial Notice of Affidavits and Exhibits Filed In Support of Plaintiff's Motion for Extension of Time and Plaintiff's Rule 56(e) and (f) Motion and Plaintiff's Rule 56(e) and (f) Affidavit. In support of the Motion the Plaintiff submit the following:

It is well established that the Court may take Judicial Notice of public record  See *Marshall County Health Care Auth. V. Shalala,* 988 F.2d 1221, 1226 n.6 (D.C. Cir. 1993), *Phillips v. Bureau of Prisons,* 192 U.S. App. D.C. 357, 591 F.2d 966, 969 (D.C. Cir. 1979.  See also *1 Through III v. District of Columbia,* 238 F. Supp. 2d 212, 216 (D.D.C. 2002). ("[I]t is well established that courts are allowed to take judicial notice of matters in the general public record, including records and reports of administrative bodies and records of prior litigation") (quotations omitted). ("[I]t is settled law that the court may take judicial notice of other cases including the same subject matter or questions of a related nature between the same parties.")

Accordingly, this Honorable Court may take judicial notice of the following pleadings of which paper copies have heretofore been filed with this Honorable Court:

**TABLE OF CONTENTS OF BANKS V. YORK, C.A. No. Civil Action No. 05-1514 (ESH)**
**LIST OF AFFIDAVITS OF OVERDETAINED PERSONS**

01. Affidavit of Shankeisha Mitchell
02. Affidavit of Toney Malloy
03. Affidavit of David Peterson regarding the filing of an Administrative Grievance
04. Affidavit of Maurice Williams
05. Affidavit of Carl Barnes
06. Affidavit of James G. Jones regarding Overdetention, Strip Search, and filing of a Grievance at the D.C. Jail
07. Affidavit of Mickey Crawford
07. Affidavit of Terence Barfield
08. Affidavit of Judith Jamison
09. Affidavit of Joe Jarrell
10. Affidavit of Robert Young
11. Affidavit of Marcellous Summers
12. Affidavit of Antonio Harris
13. Affidavit of Quenta Ennis
14. Affidavit of Anthony Howe
15. Affidavit of Percival Pendergrass
16. Affidavit of Denard Hawkins
17. Affidavit of Jeanette Gray
18. Affidavit of William Bunn
19. Affidavit of Ricardo Luzano
20. Declaration of Barrett S. Litt
21. Declaration of Richard A. Berk
22. Affidavit of Tony Edward Savage
23. Declaration of Paige Ireland
24. Affidavit of named Plaintiff David Peterson in Support of Plaintiff's Rule 56(f) Motion
25. Affidavit of Chantel Henson
26. Affidavit of Jefferey S. Owens
27. Affidavit of John West
28. Affidavit of James G. Jones regarding Second Overdetention
29. Affidavit of Raymond Butts
30. Affidavit of Ervin Haltiwanger

**TABLE OF EXHIBITS**
**ATTACHED TO PLAINTIFF'S RULE 56(F) MOTION**

1. Report of the Attorney General, Review of the Handling of Leo Gonzales Wright and Similar offenders sentenced by the U.S. District Court for the District of Columbia. *United States of America v. Leo Gonzales Wright*, Criminal No. 96-66 (EGS)

2. Order issued in *United States of America v. Leo Gonzales Wright*, Crim. No. 96-66 (EGS), on October 15, 1999, ordering an investigation into the Department of Corrections policies and procedures, for housing, commitment, release, and furlough.

3. JUSTIS information System for the District of Columbia, Phase 3 Project file, filed in *: Marcus Bynum, et al v. District of Columbia,* CA. No. 02-956 (RCL) and *Carl Barnes, et al v. District of Columbia*, et al, CA. No. 06-315(RCL),

4. Letter from Ronald S. Sullivan, Jr., Director, Public Defender Service for the District of Columbia, addressed to Hon. Rufus King, III, Chief Judge, Superior Court for the District of Columbia, dated October 23, 2003, regarding Department of Corrections policy of denying timely release to criminal defendants whose cases are dismissed, acquittal, et cetera.

5. Records Office Release Discrepancy Reports, submitted by Steve A. Smith, DOC, re: Carlos Hill, Horace Cunningham, Kevin Williams, Anthony Hopkins, Ralph McCalip

6. Excerpt Depositions taken in *: Marcus Bynum, et al v. District of Columbia,* CA. No. 02-956 (RCL) case of: Keith A. Godwin, October 6, 2003 and Kenneth Foor, October 17, 2003.

7. Testimony and statement of Richard M. Stana, Director, Justice Issues, regarding D.C. Criminal Justice System, before the United States General Accounting Office (GA0), released Friday, May 11, 2001, and filed in *: Marcus Bynum, et al v. District of Columbia,* CA. No. 02-956 (RCL), in connection with the overdetention of inmates of DC Jail.

8. The District of Columbia Department of Corrections Records Office Action Plan 2000, filed August 31, 2000 in the case of *: Marcus Bynum, et al v. District of Columbia,* CA. No. 02-956 (RCL) .

9. Fee Petition filed by Plaintiff's Attorneys in the *: Marcus Bynum, et al v. District of Columbia,* CA. No. 02-956 (RCL), dated January 20, 2006.

10. Order preliminarily approving settlement class, notice and notice of hearing in the case of *: Marcus Bynum, et al v. District of Columbia,* CA. No. 02-956 (RCL), filed 8, 31, 2005

11. and the list of overdetained persons whose affidavits are attached to Plaintiff's Exhibits in Support of Plaintiff's Rule 56(e) Motion, which were filed in the cases of : *: Marcus Bynum, et al v. District of Columbia,* CA. No. 02-956 (RCL) and *Carl Barnes, et al v. District of Columbia*, et al, CA. No. 06-315(RCL), (pending).

12. Memorandum and Order filed on **November 18, 2002** in the case of *: Marcus Bynum, et al v. District of Columbia,* CA. No. 02-956 (RCL) regarding the Plaintiffs' Second Amended Complaint on the issues of overdetention and strip searches.

13. Memorandum Opinion filed **August 11, 2003** upon granting plaintiffs second motion for class certification.

14. Administrative Order issued by Chief Judge Rufus King, III, dated July 25, 2002 and filed in the case of *Carl Barnes, et al v. District of Columbia*, et al, CA. No. 06-315(RCL, regarding the increase of late releases from the D.C. Jail.

15. Final Approval Order issued by Judge Lamberth on January 25, 2006, in the case of *: Marcus Bynum, et al v. District of Columbia,* CA. No. 02-956 (RCL), approving the over-detention-strip-search, settlement agreement between the plaintiffs and the District of Columbia, resulting in payments to victims of Department of Corrections over-detention policy, custom, practices and procedures.

This pleading is further filed in support of Plaintiff's Rule 56(e)/(f) Motion to Stay, Deny, without prejudice, defendants Anthony Williams, Devon Brown, Edward D. Reiskin, Nora Tally, and Gloria Nelson's (joint) motions to dismiss and/or for summary judgment.

_____//s//_____
Simon Banks

**CERTIFICATE OF SERVICE**

I, hereby certify that a copy of this pleading, Plaintiff's Motion for Judicial, via electronic mail, this 15th day of November, 2006, to the following:

**VIA EMAIL TO**
Denise.baker@dc.gov
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

**VIA EMAIL TO**
Megan.benary@eclairryan.com
Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

**Facsimile 602 263-1784**
Daniel P. Struck
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012


_____//s//_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,