UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　Civil Action No. 05-1514 (ESH)
　　　　　　　　　　　　　　　　　　)　　Ellen Segal Huvelle, Judge
S. ELWOOD YORK, JR., ET AL.　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants　　　　　　)　　November 9, 2006
　　　　　　　　　　　　　　　　　　)

### PLAINTIFF'S EXHIBITS IN SUPPORT OF
### PLAINTIFF'S RULE 56(e) MOTION

Comes now, Simon Banks, Plaintiff and submit Plaintiff's Exhibits in support of Plaintiff's Rule 56(e) motion, which contain affidavits in support of the issue of overdetention.

_____
Simon Banks

### CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, Plaintiff's Exhibits in support of Rule 56(e) Motion, was mailed, via electronic mail,
this day of 9th day of November, 2006, to the following:

**VIA EMAIL TO**
**Denise.baker@dc.gov**
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

**VIA EMAIL TO**
Megan.benary@leclairryan.com
Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

**Facsimile 602 263-1784**
Daniel P. Struck
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

**VIA EMAIL TO**
Megan.benary@eclairryan.com
Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

**Facsimile 602 263-1784**
Daniel P. Struck
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

_[signature]_
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

2

**Barnes v. District of Columbia**
U.S. DISTRICT COURT
DISTRICT Case No: 06-315(RCL)
2006 NOV -9 PM 11:59
**MASTER EXHIBIT LIST**
NANCY MAYER-WHITTINGTON

| Exhibit # | Description | Strip Search | Over-Det. | DCDC # | Release Date | Exit Date |
|---|---|---|---|---|---|---|
| 001 | Signed and undated Affidavit of Shankeisha Mitchell re Strip Search | Yes | Yes | None | 1/13/2006 | 1/14/2006 |
| 002 | Affidavit of Toney Malloy re Strip Search after Court session on 2/24/06. [Signed but not dated] | Yes | Yes | 289872 | 2/24/2006 | 3/3/2006 |
| 003 | Affidavit of David Peterson Regarding The Filing of An Administrative Grievance. Issues re strip searches on 2/21/06 and 2/22/06. | Yes and Grievance | Yes | 252552 | 2/20/2006 | 2/24/2006 |
| 004 | Affidavit of Maurice Williams re strip search on 2/8/06. | Yes | Yes | 196269 | 2/8/2006 | 3/1/2006 |
| 005 | Affidavit of Carl Barnes, case Bynum v. Government of the District of Columbia, et al. | Yes | Yes | 278872 | 2/15/2006 | 2/23/2006 |
| 005.A | Inmate Record for Carl A. Barnes | | | | | |
| 006 | Affidavit of James G. Jones Regarding Over detention, Strip search, and Filing of a Grievance at the D.C. Jail | Yes | Yes | | 4/24/2006 | 4/25/2006 |
| 007 | Signed and Dated Affidavit of Mickey Crawford re Strip Search. | Yes | | 194269 | 1/19/2006 | 1/26/2006 |
| 008 | Signed and dated Affidavit of Terence Barfield re Strip Search | Yes | Yes | 289739 | 12/21/2005 | 12/24/2005 |

1

# Barnes v. District of Columbia
## Case No: 06-315(RCL)

## MASTER EXHIBIT LIST

| Exhibit # | Description | Strip Search | Over-Det. | DCDC # | Release Date | Exit Date |
|---|---|---|---|---|---|---|
| 009 | Signed and dated Affidavit of Judith Jamison re Strip Search. | Yes | Yes | 308-097 | 1/20/2006 | 1/21/2006 |
| 010 | Signed and dated Affidavit of Joe Jarrell re Strip Search and Over Detention | Yes | Yes | 308172 | 2/1/2006 | 2/24/2006 |
| 011 | Signed and Dated Affidavit of Robert Young re Over Detention and Strip Search. | Yes | Yes | 193131 | 3/17/2006 | 3/28/2006 |
| 012 | Signed and dated Affidavit of Marcellous Summers re Strip Search and Over Detention. | Yes | Yes | None | 2/7/2006 | 2/13/2006 |
| 013 | Signed and dated Affidavit of Antonio Harris. | Yes | Yes | 306319 | 1/6/2006 | 1/28/2006 |
| 014 | Signed and dated Affidavit of Quenta Ennis. | Yes | Yes | 294987 | 10/31/2005 | 11/4/2005 |
| 015 | RESERVED | | | | | |
| 016 | Signed and dated Affidavit of Anthony Howe. | | Yes | 197488 | 1/18/2006 | 1/20/2006 |
| 017 | Signed and dated Affidavit of Percival Pendergrass. | | Yes | 232947 | 11/3/2005 | 11/14/2005 |

2

# Barnes v. District of Columbia
## Case No: 06-315(RCL)

## MASTER EXHIBIT LIST

| Exhibit # | Description | Strip Search | Over-Det. | DCDC # | Release Date | Exit Date |
|---|---|---|---|---|---|---|
| 018 | Signed and dated Affidavit of Dernard Hawkins. | Yes | Yes | 281828 | 2/15/2006 | 2/22/2006 |
| 019 | Affidavit of Jeanette Gray signed and dated. | No | Yes | 193814 | 3/20/2006 | 3/31/2006 |
| 020 | Signed and dated Affidavit of William Bunn re Over Detention | No | Yes | 215103 | 2/13/2006 | 2/15/2006 |
| 021 | Signed and dated Affidavit of Ricardo Luzano. | No | Yes | 299543 | 5/3/2006 | 5/12/2006 |
| 022 | Signed and dated Affidavit of Alvin Scott. | No | Yes | 387447 | 5/3/2006 | 5/8/2006 |
| 023 | Declaration of Barrett S. Litt | N/A | N/A | N/A | N/A | N/A |
| 024 | Affidavit of William Claiborne in Support of Motion for Class Certification | N/A | N/A | N/A | N/A | N/A |
| 025 | Affidavit of Ralph D. Robinson in Support of Motion for Class Certification | N/A | N/A | N/A | N/A | N/A |
| 026 | Declaration of Richard A. Berk | N/A | N/A | N/A | N/A | N/A |

3

**Barnes v. District of Columbia**
**Case No: 06-315(RCL)**

## MASTER EXHIBIT LIST

| Exhibit # | Description | Strip Search | Over-Det. | DCDC # | Release Date | Exit Date |
|---|---|---|---|---|---|---|
| 027 | Plaintiff's Proposed Trial Plan and Proposed Notice Procedures | N/A | N/A | N/A | N/A | N/A |
| 028 | Affidavit of Tony Edward Savage | N/A | N/A | N/A | N/A | N/A |
| 029 | Affidavit of lead managing counsel William Claiborne in support of the Rule 56(f) motion | N/A | N/A | N/A | N/A | N/A |
| 030 | Affidavit of Named Plaintiff David Peterson in support of the Rule 56(f) motion | N/A | N/A | N/A | N/A | N/A |
| 031 | Handling of In-Custody-Defendants," Administrative Order No. 02-22, July 25, 2002 | N/A | N/A | N/A | N/A | N/A |
| 032 | Docket Sheet Maurice Williams 04 CMD 6502 | N/A | N/A | N/A | N/A | N/A |
| 033 | Docket Sheet Maurice Williams 05 CMD 9764 | N/A | N/A | N/A | N/A | N/A |
| 034 | Docket Sheet Maurice Williams 06 CTF 2022 | N/A | N/A | N/A | N/A | N/A |
| 035 | Probation Report and Show Order Cause for Maurice Williams | N/A | N/A | N/A | N/A | N/A |

4

**Barnes v. District of Columbia**
**Case No: 06-315(RCL)**

## MASTER EXHIBIT LIST

| Exhibit # | Description | Strip Search | Over-Det. | DCDC # | Release Date | Exit Date |
|---|---|---|---|---|---|---|
| 036 | American Correctional Association's Standards for Adult Local Detention Facilities, 3d ("ACA Standards"), 3-ALDF-1F-01 to -11 | N/A | N/A | N/A | N/A | N/A |
| 037 | Affidavit of Chantel Henson | Yes | Yes | 311043 | 7/21/2006 | 7/22/2006 |
| 038 | Affidavit of Jeffrey S. Owens | Yes | Yes | 211026 | 12/23/2005 | 3/29/2006 |
| 039 | Affidavit of John West | No | Yes | 299215 | 3/13/2006 | 3/23/2006 |
| 040 | Affidavit of James G. Jones Regarding Second Over-Detention | Yes | Yes | 285616 | 7/17/2006 | 7/18/2006 |
| 041 | Affidavit of Raymond Butts | No | Yes | 291004 | 7/7/2006 | 7/26/2006 |
| 042 | Affidavit of Ervin Haltiwanger | Yes | Yes | 159357 | 07/26/2006 | 07/27/2006 |
| 043 | The Atlanta Journal and Constitution - Fulton County | N/A | N/A | N/A | N/A | N/A |
| 044 | JUSTIS Core Data Transfer Design - Information System for the District of Columbia - Phase 3 Project file. | N/A | N/A | N/A | N/A | N/A |

5

# Barnes v. District of Columbia
## Case No: 06-315(RCL)

## MASTER EXHIBIT LIST

| Exhibit # | Description | Strip Search | Over-Det. | DCDC # | Release Date | Exit Date |
|---|---|---|---|---|---|---|
| 045 | D. C. Criminal Justice System: Better Coordination Needed Among Participating Agencies (GAO-01-187, Mar. 30, 2001). TESTIMONY | N/A | N/A | N/A | N/A | N/A |
| 046 | D. C. Criminal Justice System: Better Coordination Needed Among Participating Agencies (GAO-01-187, Mar. 30, 2001). | N/A | N/A | N/A | N/A | N/A |

9