UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 NOV -9  PM 11: 57

NANCY M.
MAYER-WHITTINGTON
CLERK

|  |  |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. ) | |
| ) | |
| Defendants ) | November 9, 2006 |

### AFFIDAVIT OF SIMON BANKS

I, Simon Banks, pursuant to 28 U.S.C. §1746 hereby certify as true pursuant to the penalty of perjury, under the laws of the United States of America that the following is true and correct:

1. On June 3, 2004, I was sentenced to four (4) six-month sentences to be served consecutively.
2. On June 23, 2004, I was transferred to the City of Alexandria and incarcerated in the Alexandria City Jail until December 17, 2004.
3. On December 17, 2004, I was transferred to the District of Columbia Jail.
4. On April 26, 2006, I was transferred to the District of Columbia Jail from the Central Treatment Facility of the D.C. Department of Corrections.
5. On April 28, 2006, I was released from the District of Columbia Jail at about 9:30 p.m.
6. My sentence expired on March 20, 2006.
7. I was strip searched during visitations at the Central Treatment Facility once a week from March 20, 2006 through April 25, 2006.
8. I was strip searched prior to being transferred to the D.C. Jail on April 26, 2006 and again prior to being released on April 28, 2006.

November 9, 2006.
DOB: 10-9-38
DCDC 269768

_____
Simon Banks

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, Plaintiff's Affidavit in Support of Plaintiff's Rule 56(e) Motion, was mailed, via electronic mail, this day of 9th day of November, 2006, to the following:

**VIA EMAIL TO**
Denise.baker@dc.gov
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

**VIA EMAIL TO**
Megan.benary@eclairryan.com
Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

**Facsimile 602 263-1784**
Daniel P. Struck
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

2