NITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIMON BANKS | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
| | ) | |
| S. ELWOOD YORK, JR., et al. | ) | |
| | ) | |
| Defendants. | ) | |

OPPOSITION OF DISTRICT OF COLUMBIA DEFENDANTS' TO PLAINTIFF'S SECOND MOTION FOR DISCOVERY AND FOR A DISCOVERY SCHEDULING ORDER

Defendants, Anthony Williams, Gregory Pane, M.D., Nora Tally, Gloria Nelson, Edward D. Reiskin, and Devon Brown (herein collectively the "District of Columbia Defendants"), hereby oppose Plaintiff's Second Motion for Discovery and its request for a discovery scheduling order (Dkt. 71), for the following reasons:

1. This Court should not order discovery or permit the discovery process to commence until resolution of the District of Columbia Defendants' pending dispositive motion;

2. A stay of discovery proceedings pending resolution of the dispositive motion will promote judicial efficiency and economy since the disposition of the case by motion would preclude the need for discovery;

3. Fed. R. Civ. Pro. 16 and 26 presume an orderly course of action for the discovery process, which Plaintiff seeks to obviate by hastening discovery before the adjudication of the pending dispositive motion.

4. Plaintiff is concomitantly using the D.C. Freedom of Information Act to garner the information that he otherwise would receive in discovery and, therefore, is not harmed by the lack of a discovery order.  (*See* Exhibit "A" attached hereto and made a part hereof.)

The District of Columbia Defendants attach a proposed Order for the Court's convenience.

WHEREFORE, the District of Columbia Defendants respectfully request that this Court deny the relief sought in the Plaintiff's Motion pending the ruling on the outstanding dispositive motions.

                                          Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS (250746)
Chief, Equity I
_____/s/_____
                               BY:
DENISE J. BAKER [493414]
Assistant Attorney General
Equity I Section

                                                     Civil Litigation Division
                                                     441 4th Street, N.W.
                                                     Washington, DC 20001
                                                   (202) 442-9887

Dated:  November 22, 2006