UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIMON BANKS | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
| | ) ) | |
| S. ELWOOD YORK, JR., et al. | ) ) | |
| Defendants. | ) ) | |

ORDER

Upon consideration of the Opposition of the District of Columbia Defendants to Plaintiff's Motion for Discovery and a Discovery Scheduling Order, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2006,

**ORDERED** that Plaintiff's Motion be, and the same hereby is, **DENIED**.

_____
Ellen S. Huvelle
United States District Judge

Copies to:

Denise J. Baker
Assistant Attorney General
Equity Division
Office of the Attorney General
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

Simon Banks, J.D.
P.O. Box 17052
Alexandria VA 22302