## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SIMON BANKS | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
| | ) | |
| | ) | |
| S. ELWOOD YORK, JR., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DISTRICT OF COLUMBIA DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR JUDICIAL NOTICE

Defendants, Anthony Williams, Gregory Pane, M.D., Nora Tally, Gloria Nelson, Edward D. Reiskin, and Devon Brown (herein collectively the "District of Columbia Defendants), hereby oppose Plaintiff's Motion for Judicial Notice of affidavits and pleadings filed in the cases of *Carl Barnes v. District of Columbia*, Case No. 06-315 (RCL), and *Marcus Bynum v. District of Columbia, et al.*, Case No 02-956 (RCL) for the following reasons:

A. The adjudicative facts, if any, contained in the *Barnes* or *Bynum* affidavits and pleadings were not the subject of an adjudicative proceeding as required by FRE 201, and the District of Columbia Defendants sub judice, were not parties to the prior suits. The *Bynum* civil action settled prior to trial on the merits under a settlement agreement containing a no liability clause against the District of Columbia, which is not a party to this litigation. The *Barnes* civil action has not even entered the discovery stage;

B.  The adjudicative facts, if any, contained in the affidavits are subject to reasonable

   dispute, are not generally known within the territorial jurisdiction, and are not

   capable of accurate and ready determination by resort to sources whose accuracy

   could reasonably be questioned.  There is no assertion made by plaintiff that the

   information contained in the affidavits is published in a reputable treatise or

   journal.  FRE 201 (b);

C.  The persons taking the affidavits have not have been the subject of deposition.

D.  The adjudicative facts, if any, contained in the affidavits must be resolved by the

   factfinder;

E.  The District of Columbia Defendants would be deprived of resolving the factual

   disputes raised in the affidavits by  generally accepted dispute resolution methods,

   such as, rebuttal evidence, cross-examination, and argument;

F.  The District of Columbia Defendants respectfully request an opportunity to be

   heard as to the propriety of taking judicial notice *and the tenor of the matter*

   *noticed by way of oral argument before the Court.  F.R.E. 201 (e).*

   WHEREFORE, the District of Columbia Defendants respectfully request that this

Court deny the relief sought in the Plaintiff's Motion.

<div style="margin-left:50%">

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of
Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746]
Chief, Equity I

</div>

2

_____/s/_____
BY:    DENISE J. BAKER [493414]
Assistant Attorney General
Equity I Section
Civil Litigation Division
441 4th Street, N.W.
Washington, DC 20001
(202) 442-9887

Dated:  November 22, 2006