Received 11/1/06

**DR. SIMON BANKS, J.D.**
**P.O. BOX 17052**
**ALEXANDRIA, VA. 22302**
**[703] 845-0122**
**EMAIL: drsbanks@msn.com**

October 30, 2006

**VIA FACSIMILE TO 202 671-2514**
Maria Amato, General Counsel
District of Columbia Department of Corrections
1923 Vermont Avenue, NW, Room 102
Washington, DC 20001

Re: Banks v. York, et al
No: 1:05-cv-1514
SUBJECT: Plaintiff's request for copy of
Plaintiff's Institutional File and
Steven Smith Declaration submitted
In Marcus Bynum v. Dist. Of Columbia

Dear Ms. Amato:

This is to request that you provide me with a copy of my institutional File covering April 8, 2004 through June 23, 2004 and December 18, 2004 through April 28, 2006.

Please further provide me with a copy of Steven Smith Declaration submitted in *Bynum v. Government of District of Columbia*, 02-cv-956, and The Affidavit of Paige Ireland* Records Office Administrator submitted in *Carl Barnes v. Government of District of Columbia*, 1:06cv00315 (RCL). (You may also consider this a FOIA request)

(The ACA Standards also require a detention facility to record for every person booked into the facility booking information including the date and duration of confinement, and a copy of the court order or other basis of confinement. ACA Standards 3-ALDF-IF-07. The ACA Standards also require a detention facility to make a determination for every person admitted to the facility that the inmate is legally committed to the facility.)

Sincerely,

Simon Banks  (Thank you for your prompt response, in advance)

**VIA EMAIL TO:**
**Denise.baker@dc.gov**
**djbakerbrown@msn.com**
Denise Baker
Assistant Attorney General, DC
441 Fourth Street, NW, Sixth Floor South
Washington, DC 20001


RECEIVED 10/3/06

DR. SIMON BANKS, J.D.<br>
P.O. BOX 17052<br>
ALEXANDRIA, VA. 22302<br>
[703] 845-0122<br>
EMAIL: drsbanks@msn.com

October 30, 2006

<u>**VIA FACSIMILE TO 202 671-2514**</u>

Maria Amato, General Counsel
District of Columbia Department of Corrections
1923 Vermont Avenue, NW, Room 102
Washington, DC 20001

          Re: Banks v. York, et al
          No: 1:05-cv-1514
          SUBJECT: Plaintiff's request for copy of
                     Plaintiff's Institutional File and
                     Steven Smith Declaration submitted
                     In Marcus Bynum v. Dist. Of Columbia

Dear Ms. Amato:

This is to request that you provide me with a copy of my institutional File covering April 8, 2004 through June 23, 2004 and December 18, 2004 through April 28, 2006.

Please further provide me with a copy of Steven Smith Declaration submitted in *Bynum v. Government of District of Columbia*, 02-cv-956, and The Affidavit of Paige Ireland* Records Office Administrator submitted in *Carl Barnes v. Government of District of Columbia*, 1:06cv00315 (RCL). (You may also consider this a FOIA request)

    (The ACA Standards also require a detention facility to record for every person booked into the facility booking information including the date and duration of confinement, and a copy of the court order or other basis of confinement. ACA Standards 3-ALDF-IF-07. The ACA Standards also require a detention facility to make a determination for every person admitted to the facility that the inmate is legally committed to the facility.)

Sincerely,

Simon Banks  (Thank you for your prompt response, in advance)

<u>VIA EMAIL TO:</u>
Denise.baker@dc.gov
djbakerbrown@msn.com
Denise Baker
Assistant Attorney General, DC
441 Fourth Street, NW, Sixth Floor South
Washington, DC 20001



**DR. SIMON BANKS**
**DOCTOR OF LAWS**
**P.O. BOX 17052**
**ALEXANDRIA, VA. 22302**
**703 845-0122**
E-MAIL: drsbanks@msn.com

October 27, 2006

<u>**VIA FACSIMILE TO 202 671-1705**</u>
<u>**VIA FACSIMILE TO 202 698-4877**</u>
Oluwasegun Obebe, FOIA Officer
D.C. Department of Corrections
1923 Vermont Avenue, N.W.
Washington, D.C. 2001

   RE: Simon Banks, DCDC# 269-768
   SUBJECT: Request Pursuant to DC FOIA submitted Oct. 2, 2006
   <u>RESPONSE:</u> To FOIA Officer's Reconstructed/Revised FOIA

Dear Mr. Obebe:

This is to respond to your self-serving revision of my FOIA request submitted to you via facsimile on October 2, 1006. Please respond to my request and not your revision submitted to me on October 20, 2006. My FOIA request provides as follows:

**"This is to request a current, corrected face sheet for the above-referenced requestor.**
**This is to further request a copy of any and all documents that shows how each of the present and former face sheets generated by DC Department of Correction, pertaining to Simon Banks containing release dates were computed, the date of sentence, and all time credited against the sentences imposed. This request covers January 2005 through May 1, 2006."** (I further submitted to you a copy of my letter requesting the same of J. Myrick, Director of Records, DOC dated 9-27-2006 for your edification. I am herewith attaching my letter to William J. Smith, Warden, also dated October 2, 2006, for your edification.

Please respond to my request and not your edited revision and please do not obstruct and distort my FOIA request. I consider a surreptitious distorted response as a non-response



Sincerely

*[signature]*

Simon Banks

CC:

**VIA FACSIMILE TO 202 698-4877**
Mr. Robert Clay,
Warden
D.C. Jail
1901 D Street, S.E.
Washington, DC 20003

**VIA FACSIMILE TO (202) 671-2043**
**Telephone 202 671-2135**
Devon Brown, Director
1923 Vermont Avenue, NW, Room 203
Washington, DC 20001

**VIA FACSIMILE TO 202 671-2514**
Maria Amato, General Counsel
District of Columbia Department of Corrections
1923 Vermont Avenue, N.W., Room 102
Washington, DC 20001

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS

Office of the General Counsel



November 1, 2006

Dr. Simon Banks
P.O. Box 17052
Alexandria, VA 22302

Dear Dr. Banks:

This is the final response to your Freedom of Information Act request that was received in this office on October 2, 2006. Initial response was provided on October 20, 2006.

As you further clarified in a letter dated October 27, your request is for "current, corrected face sheet" and "all documents that show how" all your face sheets were computed. You added that your "request covers January 2005 through May 1, 2006." The following records were determined to be responsive to your request:

1. Three (3) face sheets prepared 4/26/06, 2/28/06, 8/30/05 and 7/13/05 respectively

2. Bench Warrant issued 6/24/04

3. Amended Judgment and Commitment/Probation Order issued 9/1/04 *nunc pro tunc* 6/3/04

4. Order for Return of Fugitive Upon Waiver issued 6/18/04

5. Release Order issued 6/7/04

6. Judgment and Commitment/Probation Order issued 6/3/04

7. MPD Detainer dated 5/28/04

A copy of these records has been made, and it is enclosed with this letter. The copying fee of $4.00 is waived for this request.

If you consider this response a denial of your request, you have the right to appeal to the Mayor, or to seek judicial review in the Superior Court of the District of Columbia, pursuant to D.C. Official Code §2-537 (2001) and 1 D.C.M.R. §412. If you elect to appeal to the Mayor, your appeal should be in writing, and include a statement of the

arguments, circumstances, or reasons in support of the information sought in your request. You should also include a copy of this letter with your appeal.

Sincerely,

Oluwasegun Obebe
Records, Information & Privacy Officer

Enclosure