UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS,                        )<br>                                     )<br>        Plaintiff,              )<br>    v.                               )     Civil Action No. 05-1514 (ESH)<br>                                     )<br>S. ELWOOD YORK, JR., et al.         )<br>                                     )<br>        Defendants.               )<br>                                     )| |

ORDER

Upon consideration of the Motion of the District of Columbia Defendants to Strike Docket Entries 66, 67, 67 and 70, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2006,

**ORDERED** that Defendants' Motion be, and the same hereby is, **GRANTED**.

**BE IT FURTHER ORDERED**: That the Clerk of the Court shall strike from the Docket the entries at 65, 66, 67 and 70.

_____
Ellen S. Huvelle
United States District Judge

Copies to:

Denise J. Baker
Assistant Attorney General
Equity Division
Office of the Attorney General
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

Simon Banks, J.D.

P.O. Box 17052
Alexandria VA 22302

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012

Megan S. Ben'Ary, Esquire
Kelvin Newsome
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria VA 22314