**Baker, Denise (OAG)**

| | |
|---|---|
| **From:** | Baker, Denise (OAG) |
| **Sent:** | Tuesday, November 14, 2006 2:59 PM |
| **To:** | DRSimon Banks; megan.benary@leclairryan.com; Baker, Denise (OAG); djbakerbrown@msn.com; kelvin.newsome@leclairryan.com; Love, Richard (OAG); DStruck@JSHFIRM.com |
| **Subject:** | RE: Motions to be filed |

I DO NOT CONSENT.

Denise J. Baker
202-442-9887

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If you are not the intended recipient, please do not read, distribute, or reproduce this transmission. If you have received this e-mail transmission in error, please notify us immediately of the error by return e-mail, and please delete the message from your system.

-----Original Message-----
From: DRSimon Banks [mailto:drsbanks@msn.com]
Sent: Tuesday, November 14, 2006 2:56 PM
To: megan.benary@leclairryan.com; Denise.baker@dc.gov; djbakerbrown@msn.com; kelvin.newsome@leclairryan.com; Richard.love@dc.gov; DStruck@JSHFIRM.com
Subject: Motions to be filed

Pursuant to the Local Rules of the United States District Court, this is to serve notice that the Plaintiff intends to file Motion for Judicial Notice:
   (See attached)
and to Amend the Complaint for purposes of filing Plaintiff's 4th Amended Complaint which include joining indispensable parties. (These parties include but are not limited to Center For Correctional Health and Policy Studies, Inc., William Smith and John Manuel.

   Please inform me whether you consent to the filing of these motions.

---

Get FREE company branded e-mail accounts and business Web site from Microsoft Office Live
http://clk.atdmt.com/MRT/go/mcrssaub0050001411mrt/direct/01/

1