UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>S. ELWOOD YORK, JR., ET AL. )<br>)<br>Defendants ) <br>) | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge<br><br>November 28, 2006 |

**PLAINTIFF OPPOSITION TO DISTRICTS' MOTION TO
STRIKE PLAINTIFF'S RULE 56(F) MOTION, AND DOCKET ENTRIES,
NUMBERS 65, 66, 67 AND 70**

Comes now Simon Banks, Plaintiff and submit Opposition to Districts' Motion to Strike Plaintiff's Rule 56(f) Motion, and Docket Entries, Numbers 65, 66, 67 and 70, and in support cites the following:

The Plaintiff's Motion is predicated solely upon the contention that the Plaintiff failed to respond to the Court's Order dated November 6, 2006, and/or failed to submit Motion for Extension of Time by or before November 10, 2006.

The Plaintiff did submit Motion for Extension of Time on November 9, 2006, and a copy of the Motion was hand-delivered to the District's counsel. Moreover, the Plaintiff filed an errata to the Plaintiff's Motion for Extension of Time, and a copy of Plaintiff's errata was electronically mailed to District's counsel. The Plaintiff hereto attach as Exhibit to Plaintiff's Opposition, copy of the Plaintiff's Motion for Extension of Time. See also, **"Docket entry #70, 11/092006"**

**Wherefore,** Plaintiff pray the relief prayed for be denied.

_____/s/_____

Simon Banks


## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, Plaintiff's Motion for _____mailed, via electronic mail, this day of 28th day of November, 2006, to the following:

**VIA EMAIL TO**
Denise.baker@dc.gov
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

**VIA EMAIL TO**
Megan.benary@eclairryan.com
Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

**VIA EMAIL TO**
dstruck@jshfirm.com
**Facsimile 602 263-1784**
Daniel P. Struck
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012


_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,
703 965-5637