UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

2006 NOV -9 PM 11: 58

NANCY M.
MAYER-WHITTINGTON
CLERK

_____
                                    )
SIMON BANKS,                        )
                                    )
                Plaintiff           )
                                    )
v.                                  )   Civil Action No. 05-1514 (ESH)
                                    )   Ellen Segal Huvelle, Judge
S. ELWOOD YORK, JR., ET AL.         )
                                    )
                Defendants          )   November 9, 2006
_____)

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SUBMIT RESPONSE TO MOTIONS TO DISMISS AND/OR FOR SUMMARY JUDGMENT OF DEFENDANTS DEFENDANTS DISTRICT OF COLUMBIA, ANTHONY WILLIAMS, DEVON BROWN, EDWARD D. REISKIN, NORA TALLY, AND GLORIA NELSON

Comes now, Simon Banks, Plaintiff and submit Motion for extension of time of 20 days subsequent to the court's order disposing of the instant motion, to file response to defendants, District of Columbia, Anthony Willams, DeVon Brown, Edward D. Reiskn, Nora Tally and Gloria Nelson's ("defendants")(joint) motions to dismiss the complaint and/or for summary judgment.

In support of the motion, plaintiff cites the following:

The two referenced motions of the defendants are complex and will require a comprehensive, thorough response, including affidavits, sworn statements, court records, orders. Moreover, the Plaintiff's **Monell** (Custom, usage, systemic pattern and practice, historical statistics and statistical) requirements are substantial. The

Plaintiff needs additional time to develop the evidence, the facts to adequately prepare and to appropriately submit his defense to these dispositive motions.

See also Plaintiff's Rule 56(e) Motion and Affidavits attached thereto.

See also Plaintiff's Motion for Discovery, a discovery scheduling order to perpetuate the record prior to being required to submit response to the instant motions.

In addition to the numerosity of mishaps associated with the DOC overdetaining the Plaintiff, there exist evidence that the Plaintiff ought to have been released from custody on December 17, 2004, when the Plaintiff completed his six month sentence in Virginia after having been released pursuant to court order from custody of the District of Columbia in connection with the Court's order of June 7, 2004. The government has no authority to require the Plaintiff to serve his consecutive sentence in installments. The Plaintiff needs additional time to secure the facts, the evidence and for purposes of briefing this issue.

As cited heretofore, the Plaintiff never waived his right to an extradition hearing to challenge the constitutionality of the Virginia indictment, all of which gave rise to the Virginia detainer were dismissed by the Virginia Court. During the Plaintiff's incarceration from April 8, 2004 through June, 2004, the Virginia Commonwealth Attorney seized all of the Plaintiff's clients files, files of attorneys, government employees, FBI employees, CIA, Department of Justice, Federal Police, Capitol Police, Treasury Department employees, were seized and this entire array of evidence was suppressed from the Plaintiff by the Commonwealth Attorney, and the Plaintiff's two attorneys, until the appeal was denied on the basis of timeliness, when and while

the Plaintiff was 1-RCL over-Detained in the over-crowded inmate lock-down of the CTF and then the DC Jail for 40 plus days at the minimum, and possibly some one year, three months and 11 plus days. (1-yr, 11 days).

**See further, Plaintiff's Motion to Stay defendants** District of Columbia, Anthony Williams, DeVon Brown, Robert Clay, Edward D. Reiskin, Nora Tally, and Gloria Nelson motions to dismiss without prejudice pending completing of discovery.

The non-moving parties do not stand to be unduly prejudiced as a result of the continuance requested.

_____
Simon Banks

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF PLAINTIFF'S MOTION
## FOR EXTENSION OF TIME

The Plaintiff citeFed. R. Civ. P. 6(a) in support of the motion. See attached.

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, Plaintiff's Motion for Extension of Time To Respond To defendants' 2 sets of Motions to Dismiss the complaint and/or for summary judgment was mailed, via electronic mail,
this day of 9th day of November, 2006, to the following:

**VIA EMAIL TO**
**Denise.baker@dc.gov**
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

**VIA EMAIL TO**
Megan.benary@eclairryan.com
Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

**Facsimile 602 263-1784**
Daniel P. Struck
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,