UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS,           )<br>                        )<br>       Plaintiff   )<br>                        )<br>v.                      )<br>                        )<br>S. ELWOOD YORK, JR., ET AL.   )<br>                        )<br>       Defendants   )<br>                        ) | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge<br><br><br>November 10, 2006 |

**PLAINTIFF'S ERRATA TO PLAINTIFF'S
MOTION FOR EXTENSION OF TIME TO SUBMIT RESPONSE TO
MOTIONS TO DISMISS AND/OR FOR SUMMARY JUDGMENT OF
DEFENDANTS  DISTRICT OF COLUMBIA, ANTHONY WILLIAMS, DEVON
BROWN, EDWARD D. REISKIN, NORA TALLY, AND GLORIA NELSON**

   Comes now, Simon Banks, Plaintiff, and submit Plaintiff's errata to Plaintiff's Motion for Extension of Time to Submit Response To Motions To Dismiss And/Or for Summary Judgment of Defendants District of Columbia, Anthony Williams, DeVon Brown, Edward D. Reiskin, Nora Tally, and Gloria Nelson.

   Please insert, Pursuant to LCR 7.1(M), the Plaintiff after serving notice of the Plaintiff's intent to file the instant motion, counsel for defendants stated they do not consent to the filing of this motion.

   The Plaintiff submit Fed. R. Civ. P. 6(b(1), as Memorandum of Points and Authorities  in support of the motion.

   The Plaintiff incorporate by reference the affidavits and exhibits submitted by the Plaintiff in support of Plaintiff's Rule 56(e) motion.

Whether the Court construes the defendants two motions to dismiss as a motion to dismiss and/or motion for summary judgment, the Plaintiff needs additional time of at least 20 days to respond to the motion.

_____/s/_____
Simon Banks

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, Plaintiff's Motion for Extension of Time To Respond To defendants' 2 sets of Motions to Dismiss the complaint and/or for summary judgment was mailed, via electronic mail,
this day of 10th day of November, 2006, to the following:

**VIA EMAIL TO**
Denise.baker@dc.gov
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

**VIA EMAIL TO**
Megan.benary@eclairryan.com
Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

**Facsimile 602 263-1784**
Daniel P. Struck
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

_____/s//_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,