UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS,                          ]
                                      ]
    PLAINTIFF                         ]
                                      ]
Vs.                                   ]   Case No. 1: 04CV00903
                                      ]   Judge Royce C. Lamberth
STEVEN SMITH,                         ]
                                      ]   DCCA No. 02-BG-1374
    DEFENDANT                         ]
                                      ]   June 24, 2005
                                      ]

**Plaintiff was unable to secure the government's response to whether or not it objects to the filing of this pleading. The government has not responded regarding this pleading.**

### PLAINTIFF'S MOTION FOR EMERGENCY MEDICAL FURLOUGH

Comes now the plaintiff and submit Motion for Emergency Medical Furlough, and in support of the Motion cites the following:

1. The plaintiff is 66 ½ years of age and suffers from diabetes and high blood pressure.

2. The plaintiff is in imminent danger of loss of seven to eight teeth resulting from exposure of (7) of plaintiff's teeth having been sawed down in February and March 2004 for purposes of installing a crown which provides for porcelain teeth coverings.

3. The plaintiff was scheduled to return to his dentist for his prepaid dental treatment completion of root canal which was partially to be performed on April 9, 2004 however, the plaintiff was incarcerated on April 8, 2004, and the DC Court of Appeals directly and through Judge Kramer, continuous denied

plaintiff's Motion for Emergency Medical Furlough to resolve this medical problem.

4. On February 12, 2005 Correctional Officers of the DC Jail effectuated a shakedown of the cells in the cellblock and seized and trashed plaintiff's temporary crown, leaving plaintiff's seven sawed down teeth vulnerable to chipping and breakage. In addition, the plaintiff has been administered penicillin on three different occasions and painkillers, Motrin and other medication to relieve infection resulting from plaintiff's dental problems. The DC Jail dentist states that the only option they can afford is to pull plaintiff's teeth.

5. As a consequence of plaintiff's inability to chew solid foods because of the dental dilemma, the plaintiff has lost thirty pounds.

The plaintiff incorporate by reference Plaintiff's Affidavit of Simon Banks.

**Please see attached** Motion of Plaintiff for Emergency Medical Furlough filed on December 30, 2004.

Wherefore, the plaintiff pray that the motion be granted.

_____
Simon Banks, J.D., Pro se

**CERTIFICATE OF SERVICE**

   I, hereby certify that a copy of this pleading was mailed to the following, this 24th day of June 2005:

Steven Smith
Warden
DC Jail
1901 D Street, S.E.
Washington, DC  20003

202-305-4882
Kenneth W. Wainstein
United States Attorney
555 – 4th Street, N.W.
Special Proceedings Section – 10th Floor
Washington, DC  20530

Robert Okum
Chief, Special Proceedings Section
555 – 4th Street, N.W.
Special Proceedings Section – 10th Floor
Washington, DC  20530

Janice Praver
Assistant United States Attorney
555 – 4th Street, N.W.
Special Proceedings Section – 10th Floor
Washington, DC  20530

_____
Simon Banks, J.D., Pro se
DC Jail
1901 D Street, S.E., #269768
Washington, DC  20003

And

Simon Bank, J.D., Pro se
P.O. Box 17052
Alexandria, VA  22302