Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA  22302
And
CTF
1901 E Street, S.E., #269768
Washington, DC  20003

November 3, 2005

**202-698-3301 VIA FACSIMILE**
Medical Director
CTF
1901 E Street, S.E.
Washington, DC 20003

Re:  Simon Banks, #269768

SICK CALL REQUST

Name:  Simon Banks

Date of Birth:  10/9/38

I wish to be seen at Sick Call because (Describe Problem) I have an Emergency Dental Problem – second chipping and breakage of tooth.  I am in continuous pain.

Dental Treatment

This is my 32nd request.  I am in continuous pain.  Second breakage and chipping of tooth.  I promised – guarantee civil action – immediate – this week.

_____
Simon Banks

Internal Sick Call Request submitted on November 2, 2005
Sick Call Request for November 3, 2005 submitted internally