Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA  22302
And
DC Jail
1901 D Street, S.E.
S.W. 1, Cell 23
#269768
Washington, DC  20003

February 11, 2005

**202-698-4877 (Fax)**
Mr. Larry Corbin, Acting Warden
DC Jail
1901 D Street, S.E.
Washington, DC  20003

RE:  Removal and Trashing of Temporary Crown

Dear Mr. Corbin:

This is to inform you that your officers, during one of the two shake downs that occurred on Wednesday, February 9, 2005, removed and trashed my temporary crown which was sitting in a cup in a sanitary glove (see through).  As a consequence, all of my sawed-down teeth (seven) are exposed and I am suffering pain.  Moreover, my ability to eat cold, hot and non-soft foods is obstructed.  Unless provisions are made for me to be seen by my dentist, Pamela Brady in Southwest Washington, for treatment and replacement and for installation of permanent or temporary crowns, I will have no alternative but to seek Judicial Relief pursuant to 42 U.S.C. § 1983, Negligence and other rights, in the United States District Court for the District of Columbia, where I will further seek immediate Injunctive Relief.

While I do not wish nor do I have time to pursue this option, should it however become necessary, I will cover a wide-host of and myriad of problems, defects, deprecatory conditions existing at the DC Jail.

Sincerely,


Simon Banks