# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **SIMON BANKS,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1514 (ESH)** |
| | ) | **Ellen Segal Huvelle, Judge** |
| **S. ELWOOD YORK, JR., ET AL.** | ) | |
| | ) | |
| **Defendants** | ) | **November 28, 2006** |
| | ) | |

## PLAINTIFF'S ERRATA TO THIRD AMENDED COMPLAINT

Comes now Simon Banks, Plaintiff and submit errata to Third Amended

Complaint, as follows:

At Page 1 of the Complaint, after:

"Anthony Williams, Mayor
District of Columbia
Government
John A. Wilson Building
1350 Pennsylvania Avenue, NW.
Washington, DC 2004", **insert:**

"District of Columbia Government
John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 2001
**Serve:  Hon. Anthony Williams, Mayor"**

At Page 5, under "Parties", and after:
¶7 "The Plaintiff Simon Bans is an adult resident of the State of Virginia," **Insert:**

"Defendant District of Columbia operates the Central Detention Facility ("the DC
Jail") and was responsible for the overdetention, the strip searching, and the
Constitutional deprivation, <u>inter alia,</u> that caused the injuries and damages that the

Plaintiff pray for in the Third Amended Complaint." The Plaintiff remained in the custody and control of the District at all times relevant in this complaint.

_____/s/_____

Simon Banks

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, Plaintiff's Motion for _____mailed, via electronic mail, this day of  28th day of November, 2006, to the following:

**VIA EMAIL TO**
**Denise.baker@dc.gov**
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

**VIA EMAIL TO**
Megan.benary@eclairryan.com
Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

**VIA EMAIL TO**
dstruck@jshfirm.com
**Facsimile 602 263-1784**
Daniel P. Struck
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,
703 965-5637