# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS

Office of the General Counsel



November 1, 2006

Dr. Simon Banks
P.O. Box 17052
Alexandria, VA 22302

Dear Dr. Banks:

This is the final response to your Freedom of Information Act request that was received in this office on October 2, 2006. Initial response was provided on October 20, 2006.

As you further clarified in a letter dated October 27, your request is for "current, corrected face sheet" and "all documents that show how" all your face sheets were computed. You added that your "request covers January 2005 through May 1, 2006." The following records were determined to be responsive to your request:

1. Three (3) face sheets prepared 4/26/06, 2/28/06, 8/30/05 and 7/13/05 respectively

2. Bench Warrant issued 6/24/04

3. Amended Judgment and Commitment/Probation Order issued 9/1/04 *nunc pro tunc* 6/3/04

4. Order for Return of Fugitive Upon Waiver issued 6/18/04

5. Release Order issued 6/7/04

6. Judgment and Commitment/Probation Order issued 6/3/04

7. MPD Detainer dated 5/28/04

A copy of these records has been made, and it is enclosed with this letter. The copying fee of $4.00 is waived for this request.

If you consider this response a denial of your request, you have the right to appeal to the Mayor, or to seek judicial review in the Superior Court of the District of Columbia, pursuant to D.C. Official Code §2-537 (2001) and 1 D.C.M.R. §412. If you elect to appeal to the Mayor, your appeal should be in writing, and include a statement of the

security of its materials, or in support of a thorough request. You should also include a copy of this letter with your appeal.

Sincerely,

Oluwasegun Obebe
Records, Information & Privacy Officer

Enclosure

# DC Department of Corrections
# Face Sheet



| | | | |
|---|---|---|---|
| DCDC #: **269768** | Name: **BANKS, SIMON** | | PDID #: **364353** |
| Commitment Date: **12/17/2004** | Admission type: **SENTENCED MISDEMEANOR** | | |
| Race: **BLACK** | DOB: **10/09/1938** | Sex: **M** | Height: **5' 8"**   Weight: **178** |
| Sentence type: **CONSECUTIVE SENTENCE** | Location: **CORRECTIONAL TREATMENT FACILITY** | | |
| Effective date: **06/03/2004**  Short Term Date: **03/20/2006** | Full Term Date: **03/20/2006** | | Parole Elig. Date: **03/20/2006** |
| Agg. Sentence: **0 Years 24 Months 0 Days** | **0 Years 24 Months 0 Days** | | |
| Jail credit: **75 day(s)** | | | |

---

Case #: **M0642504C**     **CONTEMPT (MISD)**     Misdemeanor

Charge typ   **CONSECUTIVE SENTENCE**

**SENTENCED AND SERVING**

Minimum sentence 0 year(s), 6 month(s), 0 day(s)     Maximum sentence 0 year(s), 6 month(s), 0 day(s)

This charge is consecutive to charge M0642504B

Sentence Status:   **CONSECUTIVE SENTENCE**

Judge:   **KRAMER**

| COMMITMENT DATE | OFFENSE DATE | HEARING DATE | CONVICTION DATE | SENTENCE DATE | DISPOSITION DATE | DISCHARGE DATE |
|---|---|---|---|---|---|---|
| 12/17/2004 | 04/05/2004 | 06/03/2004 | | 06/03/2004 | | |

Charge notes:

---

Case #: **M0642504D**     **CONTEMPT (MISD)**     Misdemeanor

Charge typ   **CONSECUTIVE SENTENCE**

**SENTENCED AND SERVING**

Minimum sentence 0 year(s), 6 month(s), 0 day(s)     Maximum sentence 0 year(s), 6 month(s), 0 day(s)

This charge is consecutive to charge M0642504C

Sentence Status:   **CONSECUTIVE SENTENCE**

Judge:   **KRAMER**

| COMMITMENT DATE | OFFENSE DATE | HEARING DATE | CONVICTION DATE | SENTENCE DATE | DISPOSITION DATE | DISCHARGE DATE |
|---|---|---|---|---|---|---|
| 12/17/2004 | 04/05/2004 | 06/03/2004 | | 06/03/2004 | | |

Charge notes:   **THIS INMATE WAS RELEASE IN ERROR AT NO FAULT OF HIS OWN TO AN MPD DETAINER FOR ALEAANDRIA VA. HE REMAINED IN CUSTODY THE ENTIRE TIME. THE COURT HAS RULED THAT YOU CANNOT REQUIRE AN INMATE TO SERVE HIS/HER SENTENCE IN INSTALLMENTS.**

February 28, 2006  
3:34:40 pm

# DC Department of Corrections
## Face Sheet



| | | | |
|---|---|---|---|
| DCDC #: **269768** | Name: **BANKS, SIMON** | | PDID #: **364353** |
| Committment Date: **12/17/2004** | Admission type: **SENTENCED MISDEMEANOR** | | |
| Race: **BLACK** | DOB: **10/09/1938** | Sex: **M** | Height: **5' 8"**  Weight: **178** |
| Sentence type: | | Location: **CORRECTIONAL TREATMENT FACILITY** | |
| Effective date: **12/17/2004** Short Term Date: **10/02/2006** | Full Term Date: **10/02/2006** | Parole Elig. Date: **10/02/2006** | |
| Agg. Sentence: **0 Years 24 Months 0 Days** | **0 Years 24 Months 0 Days** | | |
| Jail credit: **75 day(s)** | | | |

## Sentencing notes

JAIL CREDIT:
04/05/04 THRU 06/18/04 = 75 DAYS

## Charges

Case #: **M0642504A**  CONTEMPT (MISD)  Misdemeanor
Charge typ  **CONSECUTIVE SENTENCE**
**SENTENCED AND SERVING**
Minimum sentence 0 year(s), 6 month(s), 0 day(s)    Maximum sentence 0 year(s), 6 month(s), 0 day(s)

Sentence Status:   CONSECUTIVE SENTENCE
Judge:  **KRAMER**

| COMMITMENT DATE | OFFENSE DATE | HEARING DATE | CONVICTION DATE | SENTENCE DATE | DISPOSITION DATE | DISCHARGE DATE |
|---|---|---|---|---|---|---|
| 12/17/2004 | 04/05/2004 | 06/03/2004 | | 06/03/2004 | | |

Charge notes:

---

Case #: **M0642504B**  CONTEMPT (MISD)  Misdemeanor
Charge typ  **CONSECUTIVE SENTENCE**
**SENTENCED AND SERVING**
Minimum sentence 0 year(s), 6 month(s), 0 day(s)    Maximum sentence 0 year(s), 6 month(s), 0 day(s)
This charge is consecutive to charge M0642504A
Sentence Status:   CONSECUTIVE SENTENCE
Judge:  **KRAMER**

| COMMITMENT DATE | OFFENSE DATE | HEARING DATE | CONVICTION DATE | SENTENCE DATE | DISPOSITION DATE | DISCHARGE DATE |
|---|---|---|---|---|---|---|
| 12/17/2004 | 04/05/2004 | 06/03/2004 | | 06/03/2004 | | |

Charge notes:

Prepared and Certified by: __L.L. Hawkins__  __L.L. Hawkins (signature)__  __2/28/06__
Print                        Signature            Date Prepared
Legal Instruments Examiner

_____  _____  _____
Print                        Signature            Date Reviewed
Legal Instruments Examiner

# DC Department of Corrections
## Face Sheet

August 30, 2005
3:58:05 pm

| | | |
|---|---|---|
| DCDC #: **269768** | Name: **BANKS, SIMON** | PDID #: **364353** |
| Committment Date: **12/17/2004** | Admission type: **SENTENCED MISDEMEANOR** | |
| Race: **BLACK** | DOB: **10/09/1938**   Sex: **M**   Height: **5' 8"** | Weight: **178** |
| Sentence type: | Location: **CENTRAL DETENTION FACILITY (CDF)** | |
| Effective date: **06/03/2005**   Short Term Date: **03/21/2007** | Full Term Date: **03/21/2007** | Parole Elig. Date: **03/21/2007** |
| Agg. Sentence: **0 Years 24 Months 0 Days** | **0 Years 24 Months 0 Days** | |
| Jail credit: **73 day(s)** | | |

---

Case number **M0642504C**       **CONTEMPT (MISD)**                           Misdemeanor
Charge ty    **CONSECUTIVE SENTENCE**

**SENTENCED AND SERVING**

Minimum sentence 0 year(s), 6 month(s), 0 day(s)       Maximum sentence 0 year(s), 6 month(s), 0 day(s)

This charge is consecutive to charge M0642504B

Sentence Status:   **CONSECUTIVE SENTENCE**

Judge: **KRAMER**

| COMMITMENT DATE | OFFENSE DATE | HEARING DATE | CONVICTION DATE | SENTENCE DATE | DISPOSITION DATE | DISCHARGE DATE |
|---|---|---|---|---|---|---|
| 12/17/2004 | 04/05/2004 | 06/03/2004 | | 06/03/2004 | | |

Charge notes:

---

Case number **M0642504D**       **CONTEMPT (MISD)**                           Misdemeanor
Charge ty    **CONSECUTIVE SENTENCE**

**SENTENCED AND SERVING**

Minimum sentence 0 year(s), 6 month(s), 0 day(s)       Maximum sentence 0 year(s), 6 month(s), 0 day(s)

This charge is consecutive to charge M0642504C

Sentence Status:   **CONSECUTIVE SENTENCE**

Judge: **KRAMER**

| COMMITMENT DATE | OFFENSE DATE | HEARING DATE | CONVICTION DATE | SENTENCE DATE | DISPOSITION DATE | DISCHARGE DATE |
|---|---|---|---|---|---|---|
| 12/17/2004 | 04/05/2004 | 06/03/2004 | | 06/03/2004 | | |

Charge notes: