District Of Columbia
Court Of Appeals



No. 02-BG-1374

IN RE: SIMON BANKS                                                      04-SP-789

                          Respondent.

# ORDER

    Upon consideration of the fact that on May 23rd, 2006 the undersigned judge was designated temporarily to serve on this court, to resolve the petitioner's Motion for Credit for Time Served and for Immediate Release, filed on April 28th, 2006, as well as the defendant's *pro se* Emergency Motion for Release and to Correct Sentence, filed on April 12th, 2006 and it appearing that the defendant was released from the Department of Corrections' custody on April 28th, 2006 (see attachment), it is hereby this 8th day of June, 2006

    ORDERED that the respondent show cause by June 21, 2006 why his motions should be not be denied as moot.

ANN O'REGAN KEARY
Associate Judge
Sitting by Designation

Copies to:

Cynthia Nordone, Esq.
419 Seventh Street, N.W.
Suite 401
Washington, D.C. 20004

Roy McLeese III
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Simon Banks
P.O. Box 17052
Alexandria, VA 22302

Simon Banks
#269-768
1901 E Street, S.E.
Washington, D.C. 20003

## Inmate Record

### 269768 - BANKS, SIMON

Institution: 12 - CENTRAL DETENTION FACILITY (CDF)
Current Location: RELEASED
Record Status: INACTIVE
Booking Number: 2004-17059
PDID Number: 364353
Social Security #: [redacted]
US Marshal #: N/A
# Total Bookings: 5 Booking History
Commitment Date: 12/17/2004
Release Date: 04/28/2006 ←
Release Type: EXPIRATION
In Custody Of: SELF
Parole Elig. Date: 03/20/2006
Short Term Date: 03/20/2006
Full Term Date: 03/20/2006



### Personal Data

Sex: MALE
Birth Date: 10/09/1938
Birth Place: OH

Hair: BLACK
Eyes: BROWN
Weight: 178
Height: 5' 8"

Race: BLACK
Ethnicity: AFRICAN AMERICAN
Education: 18
Occupation: ADMINISTRATION ADVOCATE

Address: PO BOX 17052
ALEX., VA 22302

Aliases: (No Alias SSN's)   (No Alias Names)

### Charges

Charge: SUP-U300 - CONTEMPT (MISD)
Case#: M0642504A
Court: SUPERIOR COURT
Offense Date: 04/05/2004
Date Charged: 12/17/2004
Counts: 1
Disposition: Z - CHARGE EXPIRED

Min Sentence: 0 yrs 6 mths 0 days
Max Sentence: 0 yrs 6 mths 0 days
Date Sentenced: 06/03/2004
VVCC: $ N/A
Bond Amount: $ N/A
Bond Type: N/A

Charge: SUP-U300 - CONTEMPT (MISD)
Case#: M0642504D
Court: SUPERIOR COURT
Offense Date: 04/05/2004
Date Charged: 12/17/2004
Counts: 1
Disposition: Z - CHARGE EXPIRED

Min Sentence: 0 yrs 6 mths 0 days
Max Sentence: 0 yrs 6 mths 0 days
Date Sentenced: 06/03/2004
VVCC: $ N/A
Bond Amount: $ N/A
Bond Type: N/A

Charge: SUP-U300 - CONTEMPT (MISD)
Case#: M0642504C

Min Sentence: 0 yrs 6 mths 0 days

| | | | |
|---|---|---|---|
| Court: | SUPERIOR COURT | Max Sentence: | 0 yrs 6 mths 0 days |
| Offense Date: | 04/05/2004 | Date Sentenced: | 06/03/2004 |
| Date Charged: | 12/17/2004 | VVCC: | $ N/A |
| Counts: | 1 | Bond Amount: | $ N/A |
| Disposition: | Z - CHARGE EXPIRED | Bond Type: | N/A |

**Charge: SUP-U300 - CONTEMPT (MISD)**

| | | | |
|---|---|---|---|
| Case#: | M0642504B | Min Sentence: | 0 yrs 6 mths 0 days |
| Court: | SUPERIOR COURT | Max Sentence: | 0 yrs 6 mths 0 days |
| Offense Date: | 04/05/2004 | Date Sentenced: | 06/03/2004 |
| Date Charged: | 12/17/2004 | VVCC: | $ N/A |
| Counts: | 1 | Bond Amount: | $ N/A |
| Disposition: | Z - CHARGE EXPIRED | Bond Type: | N/A |

## Detainers

(No Detainer History)

## Transfer History

| | Date/Time | Institution |
|---|---|---|
| From: | 12/17/2004 10:00:16 PM | INITIAL |
| To: | 12/17/2004 10:00:16 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| From: | 8/30/2005 6:42:42 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| To: | 8/31/2005 5:48:45 AM | 11 - CORRECTIONAL TREATMENT FACILITY |
| From: | 4/26/2006 12:11:26 PM | 11 - CORRECTIONAL TREATMENT FACILITY |
| To: | 4/26/2006 10:36:17 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| From: | 4/28/2006 9:35:15 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| To: | 4/28/2006 9:35:15 PM | RELEASE |

## Booking History

| Booking# | Committment Date | Release Date | |
|---|---|---|---|
| 2004-17059 | 12/17/2004 | 04/28/2006 | <<<---Displayed Above |
| 2004-08133 | 06/18/2004 | 06/23/2004 | |
| 2004-04711 | 04/08/2004 | 06/18/2004 | |
| 26976801 | 09/12/1997 | 12/07/1997 | |
| 26976800 | 05/08/1996 | 06/05/1996 | |

The Washington, DC Department of Corrections updates this information regularly. Therefore, information on this site may not reflect the current location, status, release date or other information regarding an inmate.

For additional information, please contact the DC Department of Corrections