UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| SIMON BANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
| | ) | |
| S. ELWOOD YORK, JR., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Defendants have filed motions to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Although the Court ordered plaintiff to file his opposition to defendants' motions by November 10, 2006, plaintiff has not done so. Rather, he has filed seven papers, none of which is an opposition. On the belief that defendants have filed motions for summary judgment, plaintiff asks to conduct discovery so that he can prepare his response.

Defendants, however, do not move for summary judgment on any claim. (*See* Memorandum of Points and Authorities in Support of Defendants' Motion to Strike Plaintiff's Rule 56(f) Motion and Docket Entries, Numbers 65, 66, 67 and 70, ¶ 5.) Defendants do not present matters outside plaintiff's Third Amended Complaint, and the Court has no basis for treating these motions to dismiss as motions for summary judgment under Rule 56. The ruling on a motion under Rule 12(b)(6) does not test a plaintiff's likelihood of success on the merits; rather, it tests whether a plaintiff properly has stated his claims. *See Scheuer v. Rhodes*, 416 U.S.

232, 236 (1974). At this stage, plaintiff need not prove any claim, and discovery is premature. The Court will deny without prejudice all of plaintiff's motions regarding discovery, and will direct plaintiff to file his opposition to defendants' motions to dismiss within 20 days of entry of this Order.

Accordingly, it is hereby

**ORDERED** that plaintiff's motions for mandamus [Dkt. #67], to stay [Dkt. #68, 81], for judicial notice [Dkt. #69], and for discovery [Dkt. #71] are **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that plaintiff's motion for an extension of time [Dkt. #70] is **GRANTED**. Plaintiff shall file his opposition or other response to defendants' motions to dismiss within 20 days of entry of this Order. If plaintiff fails to file his opposition timely, the Court will treat the motions as conceded and may dismiss this action. It is further

**ORDERED** that the "District Defendants' Motion to Strike Plaintiffs' Rule 56(f) Motion, and Docket Entries, Numbers 65, 66, 67 and 70" [Dkt. #74] is **DENIED**; and it is further

**ORDERED** that, <u>absent emergency circumstances, plaintiff shall not file any paper other than his opposition to defendants' pending motions to dismiss before the Court issues its ruling on those motions</u>.

**SO ORDERED**.

                                                /s/
                                  ELLEN SEGAL HUVELLE
                                  United States District Judge

Date: November 29, 2006