**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **SIMON BANKS,** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| v. | ) **Civil Action No. 05-1514 (ESH)** |
|  | ) |
| **S. ELWOOD YORK, JR.,** *et al.*, | ) |
|  | ) |
| **Defendants.** | ) |
|  | ) |

**ORDER**

The Court's November 29, 2006 Order expressly stated that, absent emergency circumstances, plaintiff shall not file any paper other than his opposition to defendants' pending motions to dismiss before the Court issues its ruling on those motions. Because plaintiff failed to establish the existence of an emergency, it is hereby

**ORDERED** that plaintiff's motion for leave to file a fourth amended complaint [#83] and his Fourth Amended Complaint [#84] are **STRICKEN** from the record.

**SO ORDERED**.

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: December 5, 2006

1