UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS, )<br>)<br>          Plaintiff )<br>)<br>v. )<br>)<br>S. ELWOOD YORK, JR., ET AL. )<br>)<br>          Defendants )<br>) | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge<br><br>December 18, 2006 |

**PLAINTIFF'S MOTION FOR ONE-DAY EXTENSION
OF TIME TO SUBMIT RESPONSE TO DISTRICT OF
COLUMBIA MOTION TO DISMISS THE COMPLAINT**

**PLAINTIFF'S CERTIFICATION PURSUANT TO LCVR 7.1 (M)
That before filing his motion Plaintiff requested defendant's consent
To the relief requested in such motion however the defendants did not
Give their consent to the relief requested in the motion**

Comes now, Simon Banks, Plaintiff and submit Motion for a one-day extension of time to submit response to the District of Columbia Government's Motion to Dismiss the Complaint, and in support cites the following:

Plaintiff has had some difficulty with the function of the plaintiff's computer and as a consequence the Plaintiff needs an extension of one day to submit Plaintiff's Response to the District of Columbia Government's Motion to Dismiss the Complaint.

The extremely short extension requested will not unduly prejudice the non-moving party.

WHEREFORE, Plaintiff pray that the relief requested be granted.

_____

Simon Banks

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, Plaintiff's Motion for _____ mailed, via electronic mail,
this day of 18th day of December, 2006, to the following:

**VIA EMAIL TO**
Denise.baker@dc.gov
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

**VIA EMAIL TO**
Megan.benary@eclairryan.com
Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

**VIA EMAIL TO**
dstruck@jshfirm.com
**Facsimile 602 263-1784**
Daniel P. Struck
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

_____

Dr. Simon Banks, J.D.

P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,
703 965-5637

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SIMON BANKS, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 05-1514 (ESH) |
|  | ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. | ) ) | |
| Defendants | ) ) | December 18, 2006 |

**ORDER**

Upon consideration of the Plaintiff's Motion for a one-day extension of time to submit response to District of Columbia Government's Motion to Dismiss the Complaint, it is, this _____ day of December, 2006,

**HEREBY,**
**GRANTED**

_____
United States Judge

drsbanks@msn.com
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302

**Denise.baker@dc.gov**
Denise J. Baker,
Assistant Attorney General, DC

3

441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

Megan.benary@eclairryan.com
Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

dstruck@jshfirm.com
Daniel P. Struck
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012