UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS )<br>)<br>Plaintiff, )<br>v. )<br>)<br>S. ELWOOD YORK, JR. ET AL. )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1514 (ESH) |

**DISTRICT DEFENDANTS MOTION TO ENLARGE TIME TO REPLY TO
OPPOSITION TO MOTION TO DISMISS THIRD AMENDED COMPLAINT**

Pursuant to Rule 6(b)(1), Fed. R. Civ. P., District Defendants, Williams, Pane, Tally, Brown, Reskin, and Nelson, by counsel, respectfully request an enlargement of time to reply to the Plaintiff's opposition to the District Defendants' motion to dismiss the third amended complaint.

1. On August 25, 2006, Plaintiff caused the civil clerk to docket his third amended complaint in the above-captioned matter.

2. On November 6, 2006, District Defendants filed their Motion to Dismiss Plaintiff's Third Amended Complaint.

3. On Thursday December 21, 2006, Plaintiff served his memorandum in opposition to District Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint.

4. Defendants move this Court for an enlargement of time to respond until January 22, 2007 for the following reasons:

      a) Counsel for District Defendants will be away from the office from December 22, 2006 through January 2, 2007 and will need additional time to prepare a reply;

      b) The prolix opposition is over 30 pages long and requires a thorough and lengthy review with key personnel before an appropriate reply may be formulated.

5. This requested enlargement will not prejudice any party, is not for undue delay, and is supported by good cause.

6. District Defendants contacted the Plaintiff via email on December 21, 2006, to request consent to the relief requested in this motion. Plaintiff responded via email that he did not consent to the relief sought.

WHEREFORE, District Defendants request an enlargement of time to file a reply to Plaintiff's Opposition to the District Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint until January 22, 2007.

                                        Respectfully submitted,

                                        EUGENE A. ADAMS
                                        Interim Attorney General for the
                                        District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General, Civil Litigation Division

                                        /s/ Ellen A. Efros
                                        ELLEN A. EFROS
                                        Chief, Equity I

                                        /s/ Denise J. Baker
                                        DENISE J. BAKER
                                        Assistant Attorney General
                                        441 Fourth Street, N.W., Suite 6S079

Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2006 true copies of the foregoing Motion, Memorandum of Points and Authorities, and proposed Order were filed electronically with the Court for ECF service to:

Simon Banks
P.O. Box 17052
Alexandria VA 22302

_____
Denise J. Baker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIMON BANKS | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
| | ) | |
| S. ELWOOD YORK, JR., ETAL. | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISTRICTDEFENDANTS' MOTION TO ENLARGE TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO
MOTION TO DISMISS THIRD AMENDED COMPLAINT**

1. Fed. R. Civ. P. 6(b).

2. The record herein.

3. Absence of prejudice to the parties.

4. The equitable powers of this Court.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

RICHARD S. LOVE [340455]
Chief, Equity I

_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001

5

202-442-9887