UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | |
| S. ELWOOD YORK, JR., etal., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of District Defendants', Williams, Pane, Tally, Brown, Reskin, and Pane's, Motion to Enlarge Time to Reply to Plaintiff's Opposition to Motion to Dismiss the Third Amended Complaint, the memorandum of points and authorities in support thereof, any opposition thereto, and the entire record herein, it is this _____ day of _____, 200__, for the reasons stated by District Defendants in their papers,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is,

**FURTHER ORDERED** that District Defendants may reply to Plaintiff's Opposition to Motion to Dismiss the Third Amended Complaint on or before January 22, 2007.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
Equity Division
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

Simon Banks
P.O. Box 17052
Alexandria VA 22302