# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____ )
SIMON BANKS,                      )
                                  )
            Plaintiff             )
                                  )
v.                                )        Civil Action No. 05-1514 (ESH)
                                  )        Ellen Segal Huvelle, Judge
S. ELWOOD YORK, JR., ET AL.       )
                                  )
            Defendants            )        December 22, 2006
_____ )

## PLAINTIFF'S MOTION
## FOR EXTENSION OF TIME TO FILE
## EXHIBITS AND ATTACHMENTS TO PLAINTIFF'S
## OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
## THE THIRD AMENDED COMPLAINT

PLAINTIFF'S CERTIFICATION PURSUANT TO LCVR 7.1 (M)
That before filing his motion Plaintiff requested defendant's consent
To the relief requested in such motion and the defendants did
Give their consent to the relief requested in the motion

Comes now Simon Banks, Plaintiff, and submit Motion for Extension of Time to

File Exhibits and Attachments to Plaintiff's Opposition to District Defendants (Joint)

Motion to Dismiss the Third Amended Complaint, and in support Plaintiff cites the

following:

1.    On December 20, the Plaintiff attempted to access the ECF filing system

      for purposes of filing the Plaintiff's Opposition to District's (Joint) Motion

      to Dismiss and after attempting to do so for ½ hour, the Plaintiff submitted

his filing through the alternative generic email address, and because of the lengthy number of exhibits, having been advised, by the clerk's office of the United States District Court, that it was more efficient and less cumbersome if the Plaintiff awaited until the Main pleading was docketed by the ECF clerk, before submitting this number of exhibits, some 45.  On the morning of the 21st, yesterday, at 8:30 a.m. the Plaintiff telephoned the clerk's office and was advised that the ECF system was down and to wait until its up before submitting the exhibits.

2.    The Plaintiff telephoned the Clerk's Office to ascertain the status of logging of the Plaintiff's Opposition and whether it was feasible for the Plaintiff to submit the generic filing of his exhibits, in response the clerk informed the Plaintiff that the clerk responsible for docketing the filing of the Opposition was not yet in the office and to wait.  This information the Plaintiff articulated to the District's Counsel when the Plaintiff informed her yesterday, December 21, 2006 that Plaintiff would be filing Motion for Extension of Time to submit Exhibits and Attachments to Plaintiff's Third Amended Complaint.

3.    The Plaintiff has been ready, willing and able to submit Plaintiff's Exhibits and Attachments to Plaintiff's Third Amended Complaint since December 20, 2006.

4.    The District consents to the filing of this motion.

5.    The Plaintiff will file his Exhibits just as soon as the Clerk dockets the Plaintiff's Opposition to the District's (Joint) Motion to Dismiss.

**6.**     As of the moment of the filing of this pleading, the Clerk's office has not

docketed Plaintiff's Opposition to the District's Motion to Dismiss

Plaintiff's Third Amended Complaint.

**WHEREFORE,** Plaintiff pray that the relief requested be granted.


_____/s/_____

Simon Banks

<b>CERTIFICATE OF SERVICE</b>

I, hereby certify that a copy of this pleading, Plaintiff's Motion for
_____mailed, via electronic mail,
this day of  22nd day of  December, 2006, to the following:


**Denise.baker@dc.gov**
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887


Megan.benary@eclairryan.com
Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314


dstruck@jshfirm.com
Daniel P. Struck
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| **SIMON BANKS,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1514 (ESH)** |
| ) | **Ellen Segal Huvelle, Judge** |
| **S. ELWOOD YORK, JR., ET AL.** ) | |
| ) | |
| **Defendants** ) | **December 22, 2006** |
| _____ ) | |

**ORDER**

Upon consideration of the Plaintiff's Motion For Extension of Time to File

Exhibits and Attachments to Plaintiff's Opposition to District Defendants Motion to

Dismiss the Third Amended Complaint, the argument, it is

> **HEREBY**
> **GRANTED**

_____
UNITED STATES DISTRICT COURT JUDGE

CC:

Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

**Denise.baker@dc.gov**
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001

(202) 442-9887

Megan.benary@eclairryan.com
Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

dstruck@jshfirm.com
Daniel P. Struck
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012