UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS,                    )<br>                                 )<br>         Plaintiff              )<br>                                 )<br>v.                               )<br>                                 )<br>S. ELWOOD YORK, JR., ET AL.      )<br>                                 )<br>         Defendants             )<br>                                 ) | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge<br><br>December 22, 2006 |

PLAINTIFF'S OPPSITION TO DISTRICT
DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
THE THIRD AMENDED COMPLAINT

Comes now Simon Banks, Plaintiff, and submit Plaintiff's Opposition to District Defendants (Joint) Motion For Extension of Time to File Response to Plaintiff's Opposition to District's Motion to Dismiss the Third Amended Complaint, and in support Plaintiff cites the following:

The District Defendants have not made adequate or sufficient proffer as to support its motion for extension of time, with respect to each allegation set forth in the Third Amended Complaint, in particular given the basic requirements met by the Plaintiff in his opposition to carry his burden under *Conley v. Gibson, Inter alia*, as to what facts and verifying documentation upon which it rely that would overcome all of the Constitutional

issues and claims set forth in the Third Amended Complaint as articulated in Plaintiff's Opposition to Defendant's Motion to Dismiss.

The District Motion is piecemeal as its entire position, and as well premature, it has not been copied with Plaintiff's Exhibits and Attachments to the Plaintiff's Opposition, because of the reasons cited in Plaintiff's Motion for Extension of time. There are some 45 exhibits. (which the District was copied with Plaintiff's reasons for not having filed these exhibits yesterday, December 21, 2006.

Unless the District is capable of submitting a global proffer sufficient to justify its belated extreme request, it would be a waste of judicial resources and economy coupled with further delay in the prosecution of this case.  The District has not provided the Court with sufficient justification for its request.  Moreover, the District has had its opportunity to make its case in its (double/joint) motion to dismiss.

Any response by the District that is outside of the realm of what has already been submitted, would justify the Plaintiff's surrebuttal-response, on and on.

**WHEREFORE,** Plaintiff pray that the relief requested by the District Defendants not be granted.


_____/s/_____

Simon Banks

### CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, Plaintiff's Motion for _____mailed, via electronic mail,
this day of  22nd day of  December, 2006, to the following:

**Denise.baker@dc.gov**

2

Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887


Megan.benary@eclairryan.com
Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314


dstruck@jshfirm.com
Daniel P. Struck
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012



_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SIMON BANKS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
| | ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. | ) | |
| | ) | |
| Defendants | ) | December 22, 2006 |
| | ) | |

### ORDER

Upon consideration of the District Defendant's Motion For Extension of Time to File Response to Plaintiff's Opposition to District Defendants Motion to Dismiss the Third Amended Complaint, the argument, it is

**HEREBY
DENIED**

_____
UNITED STATES DISTRICT COURT JUDGE

CC:

[Denise.baker@dc.gov](mailto:Denise.baker@dc.gov)
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW

4

Sixth Floor South
Washington, DC 20001
(202) 442-9887


Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

Megan.benary@eclairryan.com
Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

dstruck@jshfirm.com
Daniel P. Struck
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012