UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>S. ELWOOD YORK, JR., ET AL. )<br>)<br>Defendants ) | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge<br><br>December 20, 2006 |

PLAINTIFF SUPPLEMENT TO
OPPOSITION TO DISTRICT MOTION TO DISMISS THE
THIRD AMENDED COMPLANIT

**Comes now Simon Banks,** Plaintiff and supplement his Opposition to District Motion to Dismiss the Third Amended Complaint, by incorporating by reference, Exhibits submitted by Plaintiff as follows:

1. In Support of Plaintiff's Rule 56(f)(e) Motion
2. Master List of Exhibits entered 11/15/2006, Document 65, 66
3. Doc. 67 filed 11/14/2006 (Exhibit)
4. Doc. 68 Affidavit of Simon Banks entered 11/14/2006
5. Doc 79 Memorandum re 66 of law in support of 56(f) Motion filed by Simon Banks, attachments #1 Exhibit 1#2, Exhibit 2#3, 4 Exhibit 4#5 Exhibit 5#6 7 Exhibit 7 #8, entered 11/28/2006
6. Exhibits to Doc 73,

_____

Simon Banks

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, Plaintiff's Motion for mailed, via electronic mail,
this day of 20th day of December, 2006, to the following:

**VIA EMAIL TO**
**Denise.baker@dc.gov**
Denise J. Baker,
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-9887

**VIA EMAIL TO**
Megan.benary@eclairryan.com
Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

**VIA EMAIL TO**
dstruck@jshfirm.com
**Facsimile 602 263-1784**
Daniel P. Struck
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,
703 965-5637

2

3