UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCUS BYNUM, ET AL ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 02-956 |
| ) | |
| ) | (RCL) |
| DISTRICT OF COLUMBIA, ET AL ) | |
| ) | |
| Defendants ) | January _____, 2007 |
| ) | |

**ORDER**

Upon consideration of Simon Banks, J.D. Applicant, Motion to Lift, Modify and Intervene in the Protective Order governing the parties to these proceedings, and for the limited purpose of being afforded the right to receive tangible, documentary, and electronic evidence that the District of Columbia Government Defendant provided the Plaintiffs' counsel to these proceedings, subject to the restrictions set forth in the Protective Order binding the parties, for the restricted use in *Banks v. York, 05-1514,* it is;

**HEREBY
GRANTED**

Simon Banks, J.D. Applicant, may have access to the following records produced to the Plaintiffs herein: (Pursuant to Order Document 108, filed 03/22/2004): (1) records from selected fields, from the DC Jail's database JACCS, the District of Columbia Superior Court's database, CIS, and the entire Records Office "discrepancy" databases

(databases that records all persons prematurely released or overdetained, as well as other data); (2) code documentation and other documents (in electronic format where available) required to interpret, program and decode the databases, including documents explaining any codes used in the databases, and (3) persons most knowledgeable about the databases for depositions ("database discovery"), database records in delimited ascii text file, free format with delimiters, using delimiter that does not also perform some other function in the database, and labels which refer to each column in text format, delimited by tabs.

The Applicant may have access to copy of (1) a list (provided to the Plaintiffs) of every person who was overdetained and the length of the overdetention, and (2) a list of every person who was returned to the DC Jail with no other pending cases, detainers or warrants, and was then subjected to a blanket strip search after a judge ordered his/her release during the period from May 1, 1999 up to the date the case is terminated;

The Applicant may have access to the following records provided, *Id.,* copy of CD or DVD or DVDs, in the original format and in Excel format, all of the discrepancy data bas(s), discrepancy database which include all databases containing persons released before or after their court ordered release dates and also includes the "release discrepancy database" mentioned on page 391 of the deposition of Steven Smith taken on March 6, 2003.

The Applicant may be provided and have access to the following records provided, *Id.,* copy of:

| | |
|---|---|
| Jail database | Records from fields in the following tables: Booking, BondMaster, Charge History, Charges, Detainer, Disposit, Good Time, Grieve, Moad, OSF, PHAUDIT, RCLOCA, RTYPE, SCOM, TRHIST. |
| Superior Court | Each field in the Superior Court database corresponding |

| | |
|---|---|
| Database | to each entry in the one page "Update Final Disposition" data entry screen on page 3 of Plaintiffs' Exhibit 3 from the Foor-Cipullo deposition (page 3 which was attached) |
| Discrepancy Databases | Entire databases |

The Applicant may have access to and provided, *Id.,* copy of, all depositions taken by the respective parties to these proceedings, copy of all stipulations and admissions entered into by the respective parties, copy of all statements of material facts not in dispute asserted by the respective parties.

 

_____
UNITED STATES JUDGE