UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

SIMON BANKS,                               :
                                           :
        Plaintiff,                         :
                                           :
        v.                                 :      Civil Action No. 05cv1514(ESH)
                                           :
S. ELWOOD YORK, JR., *et al.*,             :
                                           :
        Defendants.                        :


## ENTRY AND WITHDRAWAL OF APPEARANCE

Please enter the appearance of Paul J. Maloney, Esq., Mariana D. Bravo, Esq. and Colleen E. Durbin, Esq. on behalf of defendants Corrections Corporation of America and John Caulfield in the above entitled matter.

Please withdraw the appearance of Kelvin L. Newsome, Esq. and Megan Starace Ben'Ary, Esq. on behalf of defendants Corrections Corporation of America and John Caulfield in the above entitled matter.

Respectfully submitted,

LeCLAIR RYAN

CARR MALONEY P.C.

*Megan Ben'Ary / with permission by C. Durbin*

Kelvin L. Newsome, Esq. #439206
Megan Starace Ben'Ary, Esq. #493415
225 Reinekers Lane
Suite 700
Alexandria, VA 22314
(703) 647-5933 (Telephone)
(703) 647-5983 (Facsimile)

*Colleen E Durbin*

Paul J. Maloney, Esq. #362533
pjm@carrmaloney.com
Mariana D. Bravo, Esq. # 473809
mdb@carrmaloney.com
Colleen E. Durbin, Esq.  #500039
ced@carrmaloney.com
1615 L Street, N.W.
Suite 500
Washington, DC 20036
(202) 310-5592 (Telephone)
(202) 310-5555 (Facsimile)

entry of appearance

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically transmitted on this 23rd day of January to:

Simon Banks
P.O. Box 17052
Alexandria, VA 22302
*Pro se*

Denise J. Baker, Esq.
Office of the Attorney General
For the District of Columbia
441 4th Street, NW
Room 6S028
Washington, DC 20001

Richard S. Love, Esq.
Office of Corporation Counsel
441 4th Street, NW
Washington, DC 20001

Daniel P. Struck, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Ave.
Suite 800
Phoenix, Arizona 85012

Colleen E. Durbin

entry of appearance