**DISTRICT OF COLUMBIA**
**COURT OF APPEALS**

| | |
|---|---|
| In Re Simon Banks | D.C.C.A. No. 02-BG-1374 |
| | 04-SP-789 |
| | Defendant's Collateral Attack upon |
| | Imposition of the Sentence and the Sentence |
| | Computation |
| | Response to Show Cause Order dated |
| | 06/08/2006 |
| | |
| | (Judge Ann O'Regan Keary, |
| | Sitting by Designation) |
| | |
| | June 21, 2006 |

**(RESPONDENT'S RESPONSE TO SHOW CAUSE ORDER)**

# RESPONDENT ATTACHMENT _4

Notice to the Mayor C/O Risk Management informing the District of Columbia that the Respondent proposed to file suit in order to facilitate his Emergency Release from the DC Department of Corrections