Dr. Simon Banks<br>
Doctor of Laws<br>
P.O. Box 17052<br>
Alexandria, VA  22302<br>
And<br>
CTF<br>
1901 E Street, S.E., #269768<br>
Washington, DC  20003

April 12, 2006

Clerk
DC Court of Appeals
For the District of Columbia
500 Indiana Avenue, N.W.
Washington, DC  20001

Dear Clerk:

Please find attached Defendant's Emergency Motion for Release and to Correct Sentence pursuant to DC Code § 23-110 (1996) DC Code § 16-1901 (1989) and/or in the Alternative Emergency Motion for Mandamus directing the Department of Corrections to Release the Defendant and/or in the Alternative Injunctive Relief enjoining the DC Department of Corrections, Temporarily, Preliminarily and Permanently from Failing to Release the Defendant, Case No. D.C.C.A. 02-BG-1374.

Sincerely,


Dr. Simon Banks

CC:

John D. Griffith, Asst. US Atty.
Judicial Center Bldg.
555 4th Street, N.W.
Washington, DC  20001

1