Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA 22302
And
CTF
1901 E Street, S.E., #269768
Washington, DC 20003

April 24, 2006

Mr. Brooks
DC Court of Appeals
500 Indiana Avenue, N.W., 6th Floor
Washington, DC 20001

Subject: Defendant's collateral attack upon imposition of the sentence computation
(J. Kramer sitting by designation)
In Re Simon Banks D.C.C.A. No. 02-BG-1374)


Re: Return of Postconviction Motion pursuant to DC Code § 23 110 (1996)

Dear Mr. Brooks:

This is to protest the return of the Postconviction Motion that was filed on April 12, 2006. Apparently, the motion was rejected based upon the conclusion that it is an appeal case. It is clear that your affixing the handwritten case number 04-SP-789 on the cover letter as well as the motion in the case that there is a presumption that this is an appellant matter when in fact this motion is being submitted to the Trial Judge. However, the defendant is requesting that Judge Kramer recuse herself from this case. Once again all pleadings in connection with this case are properly filed before the Court of Appeals and Judge Noel Kramer was acting as a Designated Judge of the DC Court of Appeals. So no filing has ever been made in the Superior Court.

Accordingly, I am requesting an explanation as to why Defendant's Emergency Motion for Release and to Correct Sentence pursuant to DC Code § 23-110 (1996), DC Code § 16-1901 (1989) and/or in the alternative Emergency Motion for Mandamus Directing the Department of Corrections to Release the Defendant and/or in the Alternative Injunctive Relief enjoining the DC Department of Corrections, Temporarily, Preliminarily and Permanently from failing to Release the Defendant.

It is highly irregular for the Clerk to revise my filing by placing an incorrect case number on the file to make it a Court of Appeals filing in connection with the appeal of the case. Once again this is a Postconviction Collateral Attack upon Imposition of the Sentence

Computation. Pursuant to DC Code § 23-110 (1996) this Postconviction Motion could be filed at any time and it has been filed pursuant the District of Columbia Code.

Sincerely,



Simon Banks

Enclosure:
Refiling of "DEFENDANT'S EMERGENCY MOTION FOR RELEASE AND TO CORRECT SENTENCE PURSUANT TO D.C. CODE § 23-110 (1996), DC CODE § 16-1901 (1989) AND/OR IN THE ALTERNATIVE EMERGENCY MOTION
FOR MANDAMUS DIRECTING THE DEPARTMENT OF CORRECTIONS TO RELEASE THE DEFENDANT AND/OR IN THE ALTERNATIVE INJUNCTIVE RELIEF ENJOINING THE DC DEPARTMENT OF CORRECTIONS, TEMPORARILY, PRELIMINARILY AND PERMANENTLY FROM FAILING TO RELEASE THE DEFENDANT"

CC:
Honorable Eric Washington
Chief Judge
DC Court of Appeals
500 Indiana Avenue, N.W., 6th Floor
Washington, DC 20001

Honorable John Terry
DC Court of Appeals
500 Indiana Avenue, N.W., 6th Floor
Washington, DC 20001

Honorable William Pryor
DC Court of Appeals
500 Indiana Avenue, N.W., 6th Floor
Washington, DC 20001

Honorable Inez Smith Reid
DC Court of Appeals
500 Indiana Avenue, N.W., 6th Floor
Washington, DC 20001