## SUBJECT INDEX

<u>**SUBJECTS**</u>                                                                                     <u>**PAGE**</u>

Clearly Established Law of the United States
Preempt Rule 49 and Order 18……………………………………………………………2

All Contact Actions Alleged by the Government
Against the Defendant as having Occurred in the
District of Columbia were before Administrative
Agencies of the United States ……………………………………………………………..6

The Injunction, Order 18, is void for Vagueness and
Violates Rule 65 (D)  ………………………….………………………………………...7

The Government Contact Exception Preempts
The Court Jurisdiction over the Defendant in
Connection with the Defendant's Contacts
with the United States Government……………………………………………………..8

Specific Jurisdiction under DC Code § 13-423
"Transacting Business"…………………………………………….……………………9

The Government Must Establish Jurisdiction
Over the Person……………………………………………………………...…………10

The Government Failed to Show Regularly Doing
Business or Persistent Course of Conduct
Sufficient to Satisfy § 13-423 (A) (4) ……………………………………………………10

Submitting an Article that is Published Throughout
the Nation does not Constitute Doing or Soliciting
Business or Engaging in a Persistent Course of Conduct ………………………………11

The Contacts Doctrine Precludes the Conduct of
Dianne Eickman as a Basis for Jurisdiction …………………………………………….11

Defendant, a Resident of the State of Virginia
from March 1987 to the Present was Authorized
by the Laws of Virginia Which Preempt
Rule 49 Order 18………………………………………………………………………….12

**SUBJECTS**                                                    **PAGE**

Dianne Eickman, Government Witness,
Called Banks from a Location in the
District of Columbia to Banks Located
in the State of Virginia …………………………………………………13

Entrapment by Estoppel ………………………………………………13

Mandamus is the Proper Means to
Challenge an On-Going Wrong ………………………………………14

Defendant will be Prejudiced and
Damaged in Ways Not Correctable on
Appeal………………………………………………………….…………14

The Government showed no Injury……………………………………14

Fifth Amendment and Equal
Protection………………………………………………………...………..15

Act and Injury Must Occur in the
District of Columbia……………………………………………………16

The Department of Corrections Erroneously
Calculated Defendant's Release Date as
October 2, 2006 When Defendant Should
be Released on April 7, 2006……………………………………………17

The Defendant was Subjected to the Harshest
of Sentence Ever Imposed in Connection with
a Rule 49 Violation Charge…………………………………………18

The Defendant was Subjected to an Unduly
Oppressive Imprisonment in Connection
With the Charge Violation of Rule 49 ………………………………..18

Enforcement of Rule 49 an Order Came
Under a Color of State Law …………………………………………..18

Enforcement of Order 18
Prohibiting Nationwide Service ………………………………………19

Rule 49 is Unconstitutional as it
Has Been Applied to the Defendant …………………………………..19