**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SIMON BANKS                                    ]
                                               ]
               Plaintiff                       ]
                                               ]
Vs.                                            ]         Civil Action No.
                                               ]
ELWOOD YORK, JR., ET AL                        ]
                                               ]
                                               ]         July 6, 2005
                                               ]
               Defendants

**Plaintiff was unable to reach by telephone the defendants as to whether they consent to the filing of this motion.**

**PLAINTIFF'S MOTION FOR TEMPORARY, PRELIMINARY AND**
**PERMANENT INJUNCTIVE RELIEF**

Comes now the plaintiff and submit Motion for Temporary, Preliminary and Permanent Injunctive Relief to Enjoin Relief from Defendants from Continuing to operate without a Budget for Recreation for the DC Jail.

Enjoin the defendants from continuing to operate with only one law library for over two thousand inmates and/or library sufficiently staffed and containing adequate up-to-date law books and current decisions of the local federal courts, F.3d.s, Federal Supplements, Atlantic Reporters.

Enjoin the defendants from continuing to operate its law library with less than twenty-four hours access.

Enjoin the defendants from continuing to provide adequate medical staff for the DC Jail inmate population.

Enjoin the defendants from continuing to violate population cap.

Enjoin the defendants from continuing to violate established clean drinking laws, rules, regulations and guidelines of the Environmental Protection Agency and the Washington Water and Sewer Authority.

Enjoin the DC Department of Health from continuing to fail to conduct environmental inspections of the DC Jail at least three times a years.

Enjoin the Edward D. Eiskin, Deputy Mayor for Public Safety from failing to do his duty with respect to complying with the DC Law and the laws of the United States regarding DC Jail overcrowding and maintaining the DC Jail within the bounds of statutory requirement.

Enjoin defendant Larry Corbett from subjecting plaintiff to retaliation and reprisal and from continuing to subject the plaintiff to retaliation and reprisal for petitioning government for redress.

Enjoin the defendant from continuing to subject the plaintiff to an over crowed jail in excess of the jail's authorized population capacity.

Enjoin subjecting plaintiff to unreasonable imprisonment and more than twenty-three hour day lockdowns.

Enjoin the defendants from denying plaintiff medical and dental care and risk of loss of teeth by failing to provide plaintiff with a furlough to see his personal dentist or in the alternative defendant to transport plaintiff to his personal dentist, and/or in the alternative failing to take plaintiff to a local hospital for replacement of his dental crown containing caps or replacement by a permanent crown.

Enjoin the defendants from continuing to deny plaintiff access to the courts by understaffing the jail's law library and failing to maintain the law library with up-to-date

law books, F.3ds., Fed. Supps., Atlantic 2ds., Supreme Court Reporters, U.S. Reports, up-to-date Shephards, a current Black's Law Dictionary.

Enjoin the defendants from continuing to house plaintiff and other non-violent inmates with violent felons and persons charged with murder and other major felonies.

Enjoin defendants from subjecting plaintiff to unwarranted risk of personal injury, health risks, and other life threatening risks.

Enjoin the defendants from continuing to subject plaintiff to third-world unsanitary showers that are made of aluminum steel and which are infested with bacteria and gathering water.

Enjoin the defendants from subjecting the plaintiff to unsanitary, polluted drinking water and shower water that intermingles with raw sewage, and where there have been numerous sewage backups at the Southwest One Cell Block that has emitted sickening stench of sewage.

Enjoin defendants from continuing to lock plaintiff down twenty-three hours per day because of jail overcrowding and because lack of inadequate correctional staff per ratio inmate and because of retaliation and reprisal for petitioning government and courts for redress.

Enjoin defendants from continuing to subject plaintiff to falsify third-world jail upgrades with cosmetic smokescreens set forth to disguise deprecatory prison conditions.

Enjoin the defendants from continuing to operate without a budget for recreation for the DC Jail

Enjoin the defendants from continuing to operate with only one law library for over Two Thousand inmates and/or a law library being insufficiently staffed and

3

containing inadequate update with respect to law books and current decisions of local

federal court laws.

Enjoin the defendants from continuing to operate its law library with less than

twenty-four hours access per day for seven day per week.

Enjoin the defendants from continuing to fail to provide adequate medical staff

for the DC Jail inmate population.

Enjoin defendants from continuing to violate the inmate population cap.

Enjoin defendants from continuing to violate established safe, clean drinking

water laws, rules, regulations and guidelines of the Environmental Protection Agency

(EPA) and of the Washington Suburban Sanitation Commission Requirements.

Enjoin the DC Department of Health from continuing to fail to conduct

environmental inspections of the DC Jail at least three times a year.

Enjoin Reiskin, Deputy Mayor for Public Safety from failing to do his duty with

respect to complying with DC Law and the laws of the United States with regarding DC

Jail overcrowding, and maintain the DC Jail within the bounds of statutory requirements.

Enjoin defendants Larry Corbett from subjecting plaintiff to retaliation and

reprisal and from continuing to subject the plaintiff to retaliation and reprisal for

petitioning the courts, the government for redress and for filing grievances and

complaints with the District of Columbia Jail.

Enjoin defendants York and Corbett from continuing to deny plaintiff

confinement at the Central Treatment Facility (CTF) ("CCH"), and/or a halfway house.

Enjoin defendants York and Corbett from continuing to place inmates with the

plaintiff and other inmates in cells who have skin diseases, open sores. And who more

4

likely than not have contagious disease including but not limited to fungus diseases on arms, legs, face, head, as well as AIDS

Enjoin defendants York and Corbett from directly and indirectly causing plaintiff to be locked in cell(s) without running hot and cold water.

Enjoin defendants York and Corbett from denying plaintiff access to the jail's law library.

Enjoin defendants York and Corbett from continuing to subject plaintiff to steel and aluminum showers placed in close proximity to electrical outlets risk of electrocution, risk of electric shock, injury or death.

Enjoin defendants York and Corbett from locking down the plaintiff and other DC Jail inmates so that DC Jail Correction Officers can attend parties, funerals, Christmas parties, as they did from December 19, 2004 through March 2005.

Enjoin defendant York and Corbett from locking down inmates at the DC Jail and feeding them "bag lunches" of processed meats on Thanksgiving, Christmas and New Year's Day, while the DC Correction Officers attend parties and other festivities, celebrations such as holidays, thereby deliberately causing the DC Jail to be understaffed, and causing the DC Jail Inmates to be deprived of traditional holiday dinner and deprivation of constitutional rights to humane treatment.

Enjoin defendants York and Corbett from continuing to violate the established jail population gap.

Enjoin defendants York and Corbett from continuing to place two inmates in cells which were constructed to accommodate one inmate.

Enjoin defendants Williams from continuing to provide the DC Jail with a depressed budget which he knows and has reason to know is cost ineffective, fiscally unsound, impractical and economically unfeasible to facilitate bringing the DC Jail up to established prevailing and national accredited standards.

Enjoin the defendants Williams, York and Corbett from continuing to violate established laws, rules and orders governing, touching and concerning the operation of the District of Columbia Jail.

Enjoin defendants Jordan and Corbett from failing to provide new intake inmates with bed space for in excess of twenty-four hours and requiring them to sleep on the floor in holding cells in excess of twenty-four hours where the holding cells are overcrowded and where there is no toilet or running water to accommodate the inmates so held, maintaining and creating a unsafe and unsanitary, environmental condition.

Enjoin defendants York, Corbett and Williams from failing to declare a state of emergency when the DC Jail exceeds its authorized ceiling cap based upon the design capacity requiring that immediate action be taken by defendants to reduce the inmate population at the DC Jail.

Enjoin defendants York and Corbett from continuing to deny plaintiff diabetic foods, diabetic tray, fruits, milk and late-night snack.

Enjoin defendants York, Corbett and Tally from continuing to have plaintiff in sections of the DC Jail reserved for housing offenders who may have committed violation of infractions of DC Jail and/or DC Department of Corrections Rules and Regulations.

Enjoin defendants York, Corbett and Tally from continuing to confine plaintiff in a cell for twenty or twenty-three hours per day.

Enjoin defendants York, Corbett and Tally from continuing to fail to transfer plaintiff to the CTF of the District of Columbia, "CCA".

Unless the Court grant the Motion for Temporary, Preliminary and Injunctive Relief the plaintiff stands to be irreparably harmed and subject to an imminent danger of risk of loss of teeth, danger of personal injury, danger of assault, danger of threat to life and health and safety.

The plaintiff incorporate by reference affidavit of Simon Banks.

Wherefore, the plaintiff pray that the Motion for Temporary, Preliminary and Injunctive Relief be granted.

_____
Simon Banks, J.D., Pro Se

## CERTIFICATE OF SERVICE

I, hereby certify that the parties are being served pursuant to Rule 4 with a copy of

this complaint.


S. Elwood York, Jr.,
Acting Director DC Department of Corrections
1923 Vermont Avenue, N.W.
Washington, DC  20001

Larry Corbett, Acting Warden
DC Jail
1901 D Street, S.E.
Washington, DC  20003

Captain N. Tally
DC Jail
1901 D Street, S.E.
Washington, DC  20003

Edward D. Reiskin
District of Columbia Deputy Mayor for Public Safety,
1350 Pennsylvania Avenue, N.W.
Suite 327
Washington, DC  20004

Anthony Williams
Mayor District of Columbia
1350 Pennsylvania Avenue, N.W.
Washington, DC  20004

Darlene Fields
Office of the Attorney General
For the District of Columbia
441 – 4th Street, N.W.
6th Floor South, Suite 600
Washington, DC 20001

Dr. Gregory Pane
Director of District of Columbia
Department of Health
825 North Capitol Street, N.E.
Washington, DC  20002

_____

Simon Banks
DC Jail
1901 D Street, S.E., #269768
Washington, DC  20003

And

Simon Banks
P.O. Box 17052
Alexandria, VA  22302