Simon Banks
DC Jail
1901 D Street, S.E.
#269768
Washington, DC  20003
And
P.O. Box 17052
Alexandria, VA  22302

June 10, 2005

**202-698-8288 (fax)**
Mr. Larry Corbett,
Acting Warden
DC Jail
1901 D Street, S.E.
Washington, DC  20003

RE:  No longer being provided with diabetic meals

Subject:  My letter dated May 6, 2003

Dear Mr. Corbett:

On May 6, 2005 I submitted a letter to you concerning the cut off of the diabetic meals which include fruit, apples and oranges and snack tray.  Moreover, during our discussion of last February 22, 2005 I discussed with you my concern regarding being notified of an incorrect release date and a correction of the release date.  The release date set forth in your computer record is October 2, 2006.  There has been no credit afforded for me for the time I spent in jail since April 8, 2004 to the present.  Particularly, I was released to a Detainer from the Alexandria Circuit Court, after being adjudicated released by a Superior Court Judge a week prior to being released to the city of Alexandria on June 23, 2004.  I had been informed that this was a mistake.  Moreover, on June 23, 2004 Judge Noel Kramer issued a Bench Warrant and a Detainer on June 23, 2004, simultaneously or in close proximity to my being released to the Virginia Sheriff's Department.

I have filed complaints with the Federal Bureau of Investigation regarding this matter as well as with the United States Senate and the United States Department of Justice and the DC Judicial Tenure Commission.  This situation coupled with my illegal incarceration I have raised before these entities because I am responsible for the removal of a Superior Court Judge as well as a victim of a conspiracy to retaliate and deprive me of my Constitutional Rights.

2

With respect to the issue concerning my meals, my medical dilemma, and my incorrect release date, my concerns not being reasonable addressed, I shall seek immediate Injunctive Relief against the Director of Corrections and yourself as the Acting Warden by next Tuesday. I believe I have exhausted all reasonable means required to secure redress for the above-referenced, to no avail.

Please find attached my letter dated May 6, 2005 for your reference.

Thank you for your prompt attention to these matters.

Sincerely,


Simon Banks