## OFFICE OF THE ATTORNEY GENERAL
## FOR  THE DISTRICT OF COLUMBIA



Equity I
Civil Litigation Division

November 7, 2005

Barrett S. Litt
1055 Wilshire Blvd., #1880
Los Angeles, CA 90017

William Claiborne
717 D Street, NW, Ste 210
Washington, DC 20004

Re:  Bynum v. DC  02-956 (D.C.D.C., RCL ) Reversion Proposal

Dear Counselors,

The District of Columbia has reviewed the proposals for the use of the reversion fund in the
above referenced case and has decided to allocate the entire $3 million on the design and
building of an Inmate Processing Center at the D.C. Jail.  We believe that this proposal would
most benefit the class members and address issues which were the subject of the plaintiffs'
claims.

### Proposal for Use of Bynum Case Reversion Fund

The Department of Corrections (DOC) proposes to use the $3 million in settlement money to
build a state of the art  Inmate Processing Center (IPC) within the foot print of the DC Jail site.
The additional $2 million required to complete the $5 million project will be provided by District
government.

The purpose of the Inmate Processing Center will be to provide adequate processing facilities for
intakes and releases, and associated records processing.  The IPC will:

- Include required processing space, stations, and protocols for new system
  intakes, inmates returning from court hearings with legal matters pending,

inmates returning from court post sentencing, and inmates returning from court with dismissed charges and no legal matters pending. The processing stations will be set up in a logical flow allowing for booking the inmate, collection of property and funds, required searches, risk assessment and classification, generation of photographs and id wristbands, distribution of clothing, establishment of required accounts, orientation, and dissemination of rules and regulations. Court ordered releases will be separated from inmates to be held in custody. The Center could potentially provide for pre-release counseling stations as well, offering job, education and referrals to community and governmental resources. The Center's capacity will be sufficient to adjust operational work stations to match changing demand patterns. DOC's goal is to create a processing environment that is more humane and business-like in appearance.

- Incorporate "boss chairs" and other non-invasive detection technologies in the process flow with the goal of minimizing physical contact and providing for clothed body searches, except where evidence warrants a search. The focus would be on detecting metals, explosives, drugs and other contraband

- Utilize technology aided inmate property management whereby inmates' property will be digitally photographed prior to storage, and inmates will be given a receipt for property retrieval upon release.

- Contain space for inmate records processing so this function is seamlessly integrated with the new Inmate Processing Center.

- Take advantage of positive id technology at system intake and release points to verify the identity of individuals prior to intake and release.

Existing staff and computer equipment will be re-located to the IPC. DOC expects the IPC to yield substantial operational benefits as a result of the co-location of interdependent intake/release functions and the logical process flow layout of the Center. In an effort to strengthen IPC operations still further, DOC is requesting capital funds in FY 07 to install a wireless LAN at the DC Jail and an RFID system. The latter system will allow DOC to track inmate movements and locations electronically, conduct real-time counts, and assure positive identification.

Sincerely Yours,

_____/s/_____
Maria Amato
Senior Assistant Attorney General

cc: Brenda Baldwin-White

2

3

Case 1:02-cv-00956-RCL    Document 96-4-2    Filed 01/24/2007    Page 3 of 3