# EVALUATION OF THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS RECORDS OFFICE

Prepared by

James Austin

and

Julie Murray

The National Council on Crime and Delinquency
1325 G. Street, NW, Suite 770
Washington, DC 20005

(202)-638-0556 Fax (202)-638-0723
March 1998



I. **INTRODUCTION**

The National Council on Crime and Delinquency (NCCD) was contracted by the District of Columbia Department of Corrections (DOC) in coordination with the Chief Financial Office (CFO) of the District of Columbia to conduct a study of the performance and effectiveness of the records office at the D.C. Department of Corrections (DOC). In conducting this analysis, NCCD reviewed a combination of personnel, institutional training and disciplinary files. In addition, on-site evaluations were conducted to examine work flow, staffing assignments, working environment, and production outcomes. Interviews were conducted with the Chief of Records as well as numerous other records office staff.

The primary objectives of this assessment were to (1) assess the performance of the DOC's records office staff and (2) determine the future staffing needs of the records office once the Bureau of Prisons (BOP) has assumed full responsibility for all records keeping and MIS functions associated with the sentenced felon population.

It is important to note that the files reviewed for the staffing analysis were confidential. Access was granted based upon the agreement that all information compiled was for the sole purpose of completing the audit of the Records Office in order to make the most informed recommendations to the Director of the Department of Corrections. The contents of this report, therefore, should remain classified and be distributed at the discretion of the Director.