UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MERLE WATSON,                    )
                                 )
        Plaintiff,               )
                                 )
v.                               ) Civil Action No. 02-980 (GK)
                                 )
DISTRICT OF COLUMBIA, et al.,    )
                                 )
        Defendants.              )
_____)

## DECLARATION OF ODIE WASHINGTON

I, ODIE WASHINGTON, declare under penalty of perjury that the following is true and correct:

1. I was appointed Director of the D.C. Department of Corrections by Mayor Anthony A. Williams on March 8, 1999. I lead a workforce of approximately 1,000 uniform and civilian employees. As Director, I oversee operations of the District's Central Detention Facility (D.C. Jail), the agency's contract community correctional centers, and the city's 20-year contract with the Corrections Corporation of America for management of the Corrections Treatment Facility (CTF).

2. I have personally reviewed an internal report dated March 1998, entitled "Evaluation of the District of Columbia Department of Corrections Records Office," prepared for the former Director of the Department of Corrections, Margaret Moore, by James Austin and Julie Murray of the National Council on Crime and Delinquency. According to the report, the D.C. Department of Corrections contracted with the National Council on Crime and Delinquency to conduct a study to assess the performance of Records Office staff and to determine future staffing needs of the office.

3. The personnel and disciplinary files of Records Office staff reviewed for the study's staffing analysis were confidential. According to the report, the consultant's access to these confidential files was granted only upon an agreement that all information compiled was for the sole purpose of the study in order to make the most informed recommendations to the Director. The recommendations of the report were intended only for the Director's use and consideration. It was therefore understood that the contents of the report were to remain classified.

4. Upon my review of the report, I believe that the report should not be disclosed in the interest of correctional administration. The report reflects recommendations critical to an important governmental decision-making process. Disclosure of the report would be reasonably

likely to hinder the flow of advice and information to the Director of the Department of Corrections so that the Director can make the most informed decisions regarding departmental operations and staffing. Moreover, staffing recommendations are particularly sensitive issues, the disclosure of which can significantly impair employee relations and effective management of the Department of Corrections.

Executed on this 30th day of October, 2003.

_____
ODIE WASHINGTON

2