UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MERLE WATSON,            )
                         )
        Plaintiff,       )
                         )
    v.                   ) Civil Action No. 02-980 (GK)
                         )
DISTRICT OF COLUMBIA, et al.,  )
                         )
        Defendants.      )
_____)

## DECLARATION OF REGINA C. GILMORE

I, REGINA C. GILMORE, declare under penalty of perjury that the following is true and correct:

1. I am employed as the Manager of the Office of Internal Controls, Compliance and Accreditation within the District of Columbia Department of Corrections.

2. The mission of the Office of Internal Controls, Compliance and Accreditation is to develop or coordinate development of policies and procedures that meet federal and local laws and regulations as well as American Correctional Association (ACA) Standards; conduct audits to ensure that Department of Corrections' programs are operating effectively and efficiently in compliance with applicable policies, procedures, standards and regulations and that existing systems of internal control adequately protect the Department of Corrections from fraud, waste, abuse and mismanagement; serve as the agency liaison for all external audits, surveys and research projects; and to provide oversight for the ACA accreditation process.

3. As Manager of the Office of Internal Controls, Compliance and Accreditation, I directed and participated in a comprehensive internal audit of all major program disciplines at the D.C. Jail, including the administration and management of inmate records, which occurred in February – March 2000. In October – November 2000, I also directed and participated in a follow-up internal audit of D.C. Jail operations that revisited several program areas, including inmate records.

4. The Office of Office of Internal Controls, Compliance and Accreditation did not conduct audits regarding Records Office performance in 2001 because Records Office functions were being reengineered and the Jail and Community Corrections System ("JACCS") was being implemented, so it was too new to audit. The Office of Office of Internal Controls, Compliance and Accreditation has not conducted subsequent audits of Records Office operations.

5.  Audits such as those in 2000 were prepared in the belief that they were confidential and only for internal quality assurance purposes. The audits contain candid opinions of the audit team members and rely upon frank, open communications with Department of Corrections' managers and staff. Disclosure of these audits would be reasonably likely to discourage the free flow of opinions and information necessary to a thorough and effective auditing process. The chilling effect of disclosure would be expected to interfere significantly with the Office of Internal Controls, Compliance and Accreditation's goal of conducting quality program reviews to enable conformance with applicable policies and standards and to ensure a safe, secure and orderly operation of the Department of Corrections.

Executed on this __27TH__ day of October, 2003.

_____
REGINA C. GILMORE