District Of Columbia
Court Of Appeals

FILED
JUN - 8 2006
DISTRICT OF COLUMBIA
COURT OF APPEALS

No. 02-BG-1374

IN RE: SIMON BANKS                                                          04-SP-789

Respondent.

# ORDER

Upon consideration of the fact that on May 23rd, 2006 the undersigned judge was designated temporarily to serve on this court, to resolve the petitioner's Motion for Credit for Time Served and for Immediate Release, filed on April 28th, 2006, as well as the defendant's pro se Emergency Motion for Release and to Correct Sentence, filed on April 12th, 2006 and it appearing that the defendant was released from the Department of Corrections' custody on April 28th, 2006 (see attachment), it is hereby this 8th day of June, 2006

ORDERED that the respondent show cause by June 21, 2006 why his motions should be not be denied as moot.

ANN O'REGAN KEARY
Associate Judge
Sitting by Designation

Copies to:

Cynthia Nordone, Esq.
419 Seventh Street, N.W.
Suite 401
Washington, D.C. 20004

Simon Banks
P.O. Box 17052
Alexandria, VA 22302

Roy McLeese III
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Simon Banks
#269-768
1901 E Street, S.E.
Washington, D.C. 20003

## Inmate Record

## 269768 - BANKS, SIMON

| | |
|---|---|
| Institution: | 12 - CENTRAL DETENTION FACILITY (CDF) |
| Current Location: | RELEASED |
| Record Status: | INACTIVE |
| Booking Number: | 2004-17059 |
| PDID Number: | 364353 |
| Social Security #: | ~~███-██-████~~ |
| US Marshal #: | N/A |
| # Total Bookings: | 5 Booking History |
| Commitment Date: | 12/17/2004 |
| Release Date: | 04/28/2006  |
| Release Type: | EXPIRATION |
| In Custody Of: | SELF |
| Parole Elig. Date: | 03/20/2006 |
| Short Term Date: | 03/20/2006 |
| Full Term Date: | 03/20/2006 |

### Personal Data

| | | | |
|---|---|---|---|
| Sex: | MALE | Race: | BLACK |
| Birth Date: | 10/09/1938 | Ethnicity: | AFRICAN AMERICAN |
| Birth Place: | OH | Education: | 18 |
| | | Occupation: | ADMINISTRATION ADVOCATE |
| Hair: | BLACK | | |
| Eyes: | BROWN | Address: | PO BOX 17052 |
| Weight: | 178 | | ALEX., VA 22302 |
| Height: | 5' 8" | | |
| Aliases: | (No Alias SSN's) | (No Alias Names) | |

### Charges

**Charge: SUP-U300 - CONTEMPT (MISD)**

| | | | |
|---|---|---|---|
| Case#: | M0642504A | Min Sentence: | 0 yrs 6 mths 0 days |
| Court: | SUPERIOR COURT | Max Sentence: | 0 yrs 6 mths 0 days |
| Offense Date: | 04/05/2004 | Date Sentenced: | 06/03/2004 |
| Date Charged: | 12/17/2004 | VVCC: | $ N/A |
| Counts: | 1 | Bond Amount: | $ N/A |
| Disposition: | Z - CHARGE EXPIRED | Bond Type: | N/A |

**Charge: SUP-U300 - CONTEMPT (MISD)**

| | | | |
|---|---|---|---|
| Case#: | M0642504D | Min Sentence: | 0 yrs 6 mths 0 days |
| Court: | SUPERIOR COURT | Max Sentence: | 0 yrs 6 mths 0 days |
| Offense Date: | 04/05/2004 | Date Sentenced: | 06/03/2004 |
| Date Charged: | 12/17/2004 | VVCC: | $ N/A |
| Counts: | 1 | Bond Amount: | $ N/A |
| Disposition: | Z - CHARGE EXPIRED | Bond Type: | N/A |

**Charge: SUP-U300 - CONTEMPT (MISD)**

| | | | |
|---|---|---|---|
| Case#: | M0642504C | Min Sentence: | 0 yrs 6 mths 0 days |

| | |  | |
|---|---|---|---|
| Court: | SUPERIOR COURT | Max Sentence: | 0 yrs 6 mths 0 days |
| Offense Date: | 04/05/2004 | Date Sentenced: | 06/03/2004 |
| Date Charged: | 12/17/2004 | VVCC: | $ N/A |
| Counts: | 1 | Bond Amount: | $ N/A |
| Disposition: | Z - CHARGE EXPIRED | Bond Type: | N/A |

**Charge: SUP-U300 - CONTEMPT (MISD)**

| | | | |
|---|---|---|---|
| Case#: | M0642504B | Min Sentence: | 0 yrs 6 mths 0 days |
| Court: | SUPERIOR COURT | Max Sentence: | 0 yrs 6 mths 0 days |
| Offense Date: | 04/05/2004 | Date Sentenced: | 06/03/2004 |
| Date Charged: | 12/17/2004 | VVCC: | $ N/A |
| Counts: | 1 | Bond Amount: | $ N/A |
| Disposition: | Z - CHARGE EXPIRED | Bond Type: | N/A |

### Detainers

(No Detainer History)

### Transfer History

| | Date/Time | Institution |
|---|---|---|
| From: | 12/17/2004 10:00:16 PM | INITIAL |
| To: | 12/17/2004 10:00:16 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| From: | 8/30/2005 6:42:42 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| To: | 8/31/2005 5:48:45 AM | 11 - CORRECTIONAL TREATMENT FACILITY |
| From: | 4/26/2006 12:11:26 PM | 11 - CORRECTIONAL TREATMENT FACILITY |
| To: | 4/26/2006 10:36:17 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| From: | 4/28/2006 9:35:15 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| To: | 4/28/2006 9:35:15 PM | RELEASE |

### Booking History

| Booking# | Committment Date | Release Date | |
|---|---|---|---|
| 2004-17059 | 12/17/2004 | 04/28/2006 | <<<---Displayed Above |
| 2004-08133 | 06/18/2004 | 06/23/2004 | |
| 2004-04711 | 04/08/2004 | 06/18/2004 | |
| 26976801 | 09/12/1997 | 12/07/1997 | |
| 26976800 | 05/08/1996 | 06/05/1996 | |

The Washington, DC Department of Corrections updates this information regularly. Therefore, information on this site may not reflect the current location, status, release date or other information regarding an inmate.

For additional information, please contact the DC Department of Corrections

http://164.82.223.19/DCSC+Reg.nsf/MainLookup?OpenAgent&SysID=250394&RecentFl... 5/26/2006