DISTRICT OF COLUMBIA
COURT OF APPEALS

In Re Simon Banks       D.C.C.A. No. 02-BG-1374

               **(J. Kramer, sitting by Designation)**

               **June 2, 2004**

**RULE 27 DISCLOSURE**

**The government has not responded to facsimile regarding this motion**

**DEFENDANT'S OBJECTS TO THE EXTRADITION TO THE PLAINTIFF IN THE STATE OF VIRGINIA ON THE BASIS THE WARRANT WAS SECURED BY FRAUD, MISREPRESENTATION AND DECEIT AND PURSUANT TO A CONSPIRACY BETWEEN THOMAS ZENO, JOHN GRIFFITH AND DETECTIVE CHARLES PAK, TO STIGMATIZE THE PLAINTIFF AS PRACTICING LAW WITHOUT A LICENSE WHERE NO LICENSE IS REQUIRED OR NEEDED IN CONNECTION WITH PLAINTIFF'S AUTHORIZED PRACTICE**

  Comes now the defendant and objects to the Extradition of the Plaintiff to the State of Virginia on the basis the warrant was secured by fraud, misrepresentation and deceit and pursuant to a conspiracy between Charles Pak, to stigmatize the plaintiff a practicing law without a license where no license is required or needed in connection with plaintiff's authorized practice.

_____
Simon Banks, pro se
P.O. Box 17052
Alexandria, Va. 22302
[703] 845-9630
[703] 575-8489 Fax#

**CERTIFICATE OF SERVICE**

   I, hereby certify that a copy of this motion was faxed and mailed to the following, this 2nd day of June, 2004:

VIA FACSIMILE TO 202-307-2304
202-353-2453 (tel)
John D. Griffith, Asst. US Atty.
Judicial Center Bldg.
555 4th Street, N.W.
Washington, DC  20001




_____
Simon Banks, pro se
P.O. Box 17052
Alexandria, Va. 22302
[703] 845-9630
[703] 575-8489 Fax#