DATE  5/05/05          DISTRICT OF COLUMBIA COURT OF APPEALS

CASE NUMBER 02-BG-001374

CASE TITLE

UNITED STATES

PETITIONER

V.

SIMON BANKS

RESPONDENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ATTORNEYS FOR PETITIONER          ATTORNEYS FOR RESPONDENT

GRIFFITH, JOHN D.                 BANKS, SIMON
US ATTORNEY'S OFFICE              PRO SE
U.S. ATTORNEY'S OFFICE            P.O.B. 17052
555 FOURTH STREET, NW
WASHINGTON      DC 20530-0000     ALEXANDRIA      VA  22302-0000
202-353-2453                      703-845-9630
FOR:  UNITED STATES               FOR:  BANKS, SIMON

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COURT/AGENCY #: SP1008-04
PETITION FOR ORDER TO SHOW CAUSE: 12/11/2002
    CASE DISPOSED:  6/03/2004

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REMARKS:  UNAUTHORIZED PRACTICE OF LAW

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ATTORNEYS

HOWARD, ROSCOE C.                 UNITED STATES
US ATTORNEY'S OFFICE              PETITIONER
US ATTORNEY'S OFFICE

WASHINGTON       DC

ZENO, THOMAS E.                   UNITED STATES
US ATTORNEY'S OFFICE              PETITIONER
U. S. ATTORNEY'S OFFICE
555 5TH ST, NW, RM 5243
WASHINGTON       DC 20001-0000

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FILINGS/PROCEEDINGS

CASE NUMBER 02-BG-001374

IN RE: SIMON BANKS

Rule 22 of Revised Rules," are Denied. (Judge Noel 
Anketell Kramer).
EBROOKS

6/02/2004    MEMORANDUM in aid of sentencing (Government)
EBROOKS

6/02/2004    NOTICE RECEIVED of respondent's objection to the
extradition of the respondent in the State of
Virginia on the basis the warrant was secured by
fraud, misrepresentation and deceit and pursuant
to conspiracy between Thomas Zeno, John Griffith
ad Detective Charles Pak, to stigmatize the
respondent as practicing law without a license
where no license is required or needed in
connection with respondent's authorized practice.
EBROOKS

6/02/2004    RESPONDENT'S OPPOSITION to the extradition to the
respondent in the State of Virginia on the basis
the warrant was secured by fraud,
misrepresentation and deceit and pursuant to a
conspiracy between Thomas Zeno, John Griffith and
Detective Charles Pak, to stigmatize the plaintiff 
as practicing law without a license where no
license is required or needed in connection with
respondent's authorized practice.
EBROOKS

6/03/2004    DISMISSED (JUDGMENT AND COMMITMENT/PROBATION ORDER 
The above named defendant having entered a
plea of not guilty to the charges of Counts A, B,
C, D - Contempt, and having been found guilty by
the court, it is hereby ORDERED that the defendant
has been convicted of and is guilty of the
offenses charged, and is hereby SENTENCED as to
Counts A, B, C, D - 6 (six) months in jail. Counts
A,B,C,D to run consecutively. Fine of $4,000
payable 6 months after release from jail
ORDERED that the defendant be committed to
the custody of the Attorney General for
imprisonment for the period imposed above. Cost in
the aggregate amount of $200. (Judge Noel A.
Kramer)
EBROOKS

6/22/2004    RESPONDENT'S MISCELLANEOUS PROCEDURAL MOTION
to reduce the sentence to time served.
EBROOKS

6/22/2004    NOTICE RECEIVED of respondent's motion to reduce
the sentence to time served.
EBROOKS