Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA  22302
And
CTF
1901 E Street, S.E., #269768
Washington, DC  20003

November 2, 2005

**202-698-3301 VIA FACSIMILE**
F.E. Figueroa, Warden
Medical Director-CTF-CCA
CTF
1901 E Street, S.E.
Washington, DC 20003

Re:  Request of Simon Banks, #269768 for Medical Treatment

Subject:  Request for Transport to DC General for Private Pre-Paid Dental Service, Installation of Dental Crown

Dear Warden Figueroa
Medical Director:

This is to request permission for arrangements to be made with Dr. Pamela Brady, Dental Surgeon (DDS), for dental treatment and installation of dental crown which Simon Banks has personally prepaid $8,000 for prior to seven teeth being sawed down and temporary crown having been installed, awaiting installation of permanent crown.

A second tooth has been destroyed because of Simon Banks inability to secure dental appointment at CTF and/or dental treatment despite twenty-nine Inmate Sick Requests for dental appointments.

_____
Simon Banks
#269768

CC:
Anthony Williams, Mayor
C/O Risk Management
1350 Pennsylvania Avenue, N.W.
6th Floor
Washington, DC  20004

**615-263-3070 FAX**
Via Facsimile and First Class Mail
CCA Board of Directors
10 Burton Hills Boulevard
Nashville, TN  37215