Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA  22302
And
CTF
1901 E Street, S.E., #269768
Washington, DC  20003

November 8, 2005

**202-698-3301 VIA FAX**
Cary Parker
Monitor
CCA Correctional Treatment Facility
1901 E Street, S.E.
Washington, DC  20003

RE:  Emergency Appeal

This is to appeal the denial (constructive of the undersigned inmate's request for Emergency Dental – Medical Treatment, Blankets, and denial of request for the right to receive CDs containing preinstalled decisions of the United States Supreme Court for use in the undersigned's personal case.

The undersigned has submitted some thirty-two requests for dental appointments since September 2005 with not one appointment having been provided.  The undersigned has submitted numerous requests to the warden, Warden Figueroa regarding the same, the above referenced with no response except there has been all denial of request for the right to receive the CDs which would be stored at the Law Library for purposes of the undersigned's use.  These CDs were previously approved by Elwood York, Director of Corrections and Mr. Corbett, Warden at the DC Jail on August 30, 2005.

Wherefore, the undersigned request intervention by the Contract Monitor.

Sincerely,



Simon Banks