UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERLE WATSON, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 02-980 (GK/JMF) |
| | ) Next Court Event: |
| DISTRICT OF COLUMBIA, et al., | ) Pretrial Conference 12/10/04 |
| | ) |
|       Defendants. | ) |
| _____ | ) |

## NOTICE REGARDING EXHIBITS

The Clerk of the Court will please take notice that the exhibits (1-32) to the defendants' motion for summary judgment are being filed on a CD-ROM on this date.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Teresa J.A. Quon /s/
TERESA J.A. QUON [462500]
Section Chief
General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 724-6624