UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. ) | |
| ) | |
| Defendants ) | January 4, 2007 |
| ) | |

**ERRATA TO PLAINTIFF'S EXHIBIT
PLAINTIFF'S MOTION TO INTERVENE IN THE
PROTECTIVE ORDER ENTERED IN BYNUM V DC GOVT., ET AL
02-956(RCL)
IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DISTRICT'S MOTION TO DISMISS THE THIRD
AMENDED COMPLAINT**

Comes now Simon Banks, Plaintiff, and submit errata to Plaintiff's Exhibit Plaintiff's Motion to Intervene In the Protective Order Entered in *Bynum v. Government of the District of Columbia,* 02-956(RCL), and submit corrected Exhibit which reflect the correct named caption, which, change:

"Carl Barnes, et al, Plaintiff" to "Marcus Bynum, et al"


_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,
703 965-5637