**PLAINTIFF'S CORRECTED CHRONOLOGY
OF SEQUENCE OF EXHIBITS FILED IN
SUPPORT OF PLAINTIFF'S OPPOSITION TO
DISTRICT'S MOTION TO DISMISS 3RD
AMENDED COMPLAINT**

**Exhibit** | **Description**

| Exhibit | Description |
|---|---|
| 1 | Plaintiff's Motion for Mandamus to Direct Corbett and York to Correct Records |
| 2 | Banks v. DC Department of Corrections Complaint 5-12-2005 |
| 3 | Notice to Risk Management re Intent to Sue, 4-3-2006 |
| 4 | Letter to Clerk Superior Court Attached Deft's Emergency Motion to Correct Sentence, DC Code 23-110 4-7-2006 |
| 5 | Letter to Mr. Brooks DCCA Return of Postconviction Motion filed April 12,2006 |
| 6 | Defendant's Emergency Motion for Release Pursuant to DC Code §23-110 |
| 7 | Subject Index to Defendant's Emergency Motion for Release Pursuant to DC Code 23-110 or in the Alternative, Mandamus |
| 8 | Plaintiff's Motion for Temporary, Preliminary and Permanent Injunctive Relief 7-6-2005 |
| 9 | Affidavit of Simon Banks, 3-13-2005 |
| 10 | Letter to Acting Warden Corbin (sic) Ref. Temp.Crown, 2-14-2005 |
| 11 | Letter to Corbett, Meals, Medical, Release Date. I will seek relief, 6-10-2005 |
| 12 | Memorandum Opinion Bynum, 02-956, Over 70 Overdetained |
| 13 | Bynum $3 Million of Reversion Funds for Inmate Processing Center |
| 14 | Certification of Class, Bynum v. District of Columbia |
| 15 | Fee Petition for Bynum Plaintiffs |
| 16 | Order Preliminarily Approving Settlement |
| 17 | Final Approval Order, Bynum Case Settlement |
| 18 | Grassian Stuart, Expert, Isolation harmful 23 hrs per day |
| 19 | Report of Attorney General re Leo Gonzales Wright |
| 20 | Watson v. DC Study on Doc and Records Office, Excerpt |
| 21 | Watson v. DC Declaration of Odie Washington |
| 22 | Watson v. DC Excerpt Deposition of James Austin |
| 23 | Watson v. DC Motion for Protective Order, re James Austin |
| 24 | Watson v. DC Memorandum in Opposition to Motion for Protective Order |
| 25 | Watson v. DC Declaration of Regina Gilmore, Mgr. Office of Internal Controls |
| 26 | Plaintiff's Rule 56(f) Motion |
| 27 | Plaintiff's Rule 56(f) Affidavit in Support of Plf's Rule 56(e) Motion |
| 28 | Table of Exhibits attached to Rule 56(f) Motion 11-10-2006 |
| 29 | Plaintiff's Second Set of Exhibits In Support of Rule 56(e)(f) Motion |
| 30 | Order of Judge Keary Re April 28, 2006 Release Per Defendant's Emergency Motion |
| 31 | Exhibits Containing Facesheets and Release Dates |

| | |
|---|---|
| 32 | Notice of Filing Objection to Extradition 6-2-2004 |
| 33 | Objection to Extradition, N 6-02-2004 |
| 34 | Docketsheet 02-BG-1374, Objection to Extradition |
| 35 | Letter to York, Request for Dental Appointment 8-22-2005 |
| 36 | Letter to Acting Warden Corbin Ref. Temp.Crown 2-14-2005 |
| 37 | Letter to Figeroa, Medical Director, Request Transfer to DC General |
| 38 | Letter to Cary Parker, Emergency Appeal, 11-7-2005 |
| 39 | Watson v. DC Notice, Dist Exhs Filed on CD |
| 40 | Plaintiff's Motion to Intervene in Marcus Bynum v DC 1-4-2007 [Exhibit] |
| 41 | Plaintiff's errata to Motion to Intervene Exhs to Plf's Opp to Motion to Dmiss [Exhibits] |
| 42 | Plaintiff's Proposed Order re Motion to Intervene in Bynum v DC [Exhibit] |
| 43 | [Strike Motion to Intervene in Carl Barnes v. DC 12-20-2006] |