UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                  )
DR. SIMON BANKS,                    )
                                                  )
            Plaintiff,                    )
                                                  )    Civil Action No. 05-1514 (ESH)
            v.                              )
S. ELWOOD YORK, JR., et al.,      )
                                                  )
            Defendants.                )
_____)

**DISTRICT DEFENDANTS' PRAECIPE TO CLARIFY ARGUMENT MADE IN
REPLY BRIEF TO OPPOSITION TO MOTION TO DISMISS
PLAINTIFF'S THIRD AMENDED COMPLAINT**

**TO THE HONORABLE COURT:**

      On January 22, 2007, the District Defendants filed their reply brief [Dkt. No. 94] ("Brief") to plaintiff's opposition to motion to dismiss plaintiff's third amended complaint. On page six at paragraph "D" of the Brief, the District Defendants argued that plaintiff failed to submit a Notice pursuant to Rule 12-309 of the D.C. Code.

      Upon further review, the District Defendants have located an August 23, 2005 letter from the plaintiff, which was addressed to the acting director of the D.C. Department of Corrections and copied to Anthony Williams, then Mayor of the District of Columbia, in which plaintiff gives notice that the August 23, 2005 letter was a "precursor to civil litigation against the dentist at the DC Jail in their official and personal capacity pursuant to the requirements of the DC Code §12-309, et seq. for failure to treat [him] . . .."  (See, Exhibit attached hereto.)

      Since the dentists at the D.C. Jail were and are independent contractors there was some confusion as to the applicability of the §12-309 notice. Nevertheless, out of an abundance of caution, District Defendants clarify their argument made in the Brief by stating that on August

25, 2005, plaintiff gave notice that he was going to sue the dentists at the DC jail, and that the notice was received in the time provided for in the statute.

                Respectfully submitted,

                LINDA SINGER
                Acting Attorney General for the
                District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                ELLEN EFROS [250746]
                Chief, Equity Section I

                _____/s/_____
                Denise J. Baker
                D.C. Bar No. 493414
                Assistant Attorney General