Simon Banks
DC Jail
1901 D Street, S.E., #269768
Washington, DC 20003
And
P.O. Box 17052
Alexandria, VA 22302

August 23, 2005

Elwood York, Jr.
Acting Director
DC Department of Corrections
1923 Vermont Avenue, N.W.
Washington, DC 20001

Re: Request for Dental Appointment

Subject: DC Code § 12-309

Dear Mr. York:

Please be advised that this constitutes my precursor to civil litigation against the dentists at the DC Jail in their official and personal capacity pursuant to the requirements of the DC Code § 12-309, et seq., for failure to treat me, provide me with an appointment, although I have now submitted seventeen requests for dental appointments. Several months ago, specifically March 2005, the DC Corrections' Officers confiscated my crown protecting seven (7) teeth. I reported this and subsequently met with Larry Corbett then Acting Warden, having been provided various assurances to no avail. Subsequent to meeting with Larry Corbett, I have been subjected to retaliation and reprisal and my request for dental appointment has fallen on death ears.

Sincerely,


Simon Banks

CC:   Anthony Williams, Mayor
      C/O Risk Management
      441 – 4th Street, N.W.
      Suite 800 South
      Washington, DC 20001