FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SIMON BANKS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
| | ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. | ) | |
| | ) | |
| Defendants | ) | February 5, 2007 |

# EXHIBIT 4

Affidavit of James Parker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al.,                  :
                                      :
        Plaintiffs                    :
                                      :   Civil Action No. 06-315 (RCL)
        v.                            :
                                      :
Government of the District            :
Of Columbia,                          :
                                      :
        Defendants.                   :

## AFFIDAVIT OF JAMES W. PARKER

I, James W. Parker, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On March 9, 2005 the Honorable Brian Holeman sentenced me to 3 months incarceration on one count of misdemeanor Contempt of Court in case 04-FEL-7701 and to 15 months incarceration (consecutive) on one count of Distribution of a Controlled Substance in case 04-FEL-3998 in D.C. Superior Court.

2. Accordingly, I was taken from the courtroom at D.C. Superior Court and confined at the D.C. Jail to serve the misdemeanor sentence of 3 months incarceration.

3. I completed the 3 month misdemeanor sentence imposed in case 04-FEL-7701 at the D.C. Jail and I was transferred to the Federal Bureau of Prisons to serve the 15 month felony sentence (case 04-FEL-3998) in April, 2004. I completed said 15 month sentence on January 13, 2006. On January 13, 2006 in Beckley,

West Virginia, I was released from Federal custody to a D.C. Detainer and transferred from Beckley FCI to a local jail in Beckley. I was strip searched on admittance. Said D.C. Detainer was based on USW-1371 issued on December 16, 2004 in D.C. Superior Court.

4. I was held on the D.C. Detainer and transferred back to Washington, D.C. I was transferred from the local jail in Beckley, West Virginia to a detention facility in Oklahoma then to Washington, D.C. I was strip searched prior to leaving Beckley, West Virginia and I was strip searched on admittance to the detention facility in Oklahoma.

5. On January 31, 2006 I was transferred to Washington, D.C. where I was arraigned before Magistrate Judge Pamela Diaz in D.C. Superior Court in case 2006-CMD-1849 on one count of misdemeanor Contempt of Court. I was released on Personal Recognizance. Said Contempt charge was based on Arrest Warrant USW-1371-04.

6. USW-1371-04 issued on December 16, 2004 and was the basis of the arrest and Contempt indictment in case 04-FEL-7701 and which was disposed of on March 9, 2005 at sentencing after I entered a plea of guilty to the lesser included offense of misdemeanor contempt.

7. My attorney, Gregory English, file a Motion to Dismiss case 06-CMD-1849 and this motion was granted on February 21, 2006.

8. I was illegally detained on an invalid warrant on January 13, 2006 and transported from Beckley, West Virginia to Oklahoma to Washington, D.C. on January 31, 2006 when I was released on Personal Recognizance.