UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. ) | |
| ) | |
| Defendants ) | February 5, 2007 |

# EXHIBIT 5

Affidavit of Adam Hamilton

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al.,

    Plaintiffs

    v.   Civil Action No. 06-315 (RCL)

Government of the District
Of Columbia,

    Defendant.

## AFFIDAVIT OF ADAM HAMILTON

I, Adam Hamilton, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On April 28, 2006 I appeared before the Honorable Janet Albert in the Superior Court for the District of Columbia for Arraignment Hearings in cases 2006-CMD-8310 and 2006-DMC-8362 and I also appeared before the Honorable Janet Albert (standing in for the Honorable Ann O'Reagan Keary) for a Bench Warrant Return Hearing in case 2006-CMD-4248. Judge Albert entered orders holding me without bond in all three of the aforementioned cases.

2. On May 8, 2006 I appeared before the Honorable Ann O'Reagan Keary for Status Hearings in cases 2006-CMD-4248, 2006-CMD-8310 and 2006-CMD-8362. At approximately 12:30 p.m. on said date, Judge Keary entered orders placing me on Personal Recognizance in all three of the aforementioned cases.

3. Instead of being taken to the grounds of the D.C. General Hospital and processed out after my release by Judge Keary on May 8, 2006, I was transported back to the D.C. Jail, strip searched, and confined at the jail.

4. I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks. I had to open my mouth. The guard looked in my mouth.

5. I was released from the D.C. Jail at approximately 6:15 p.m. on May 9, 2006.

6. I did not have any arrest warrants, wants, detainers or holds of any kind after my court appearance before Judge Keary at approximately 12:30 p.m. on May 8, 2006.

1449-502284

0051-001

Date: ~~May~~ August 8, 2006
City: CTF, Washington, DC
DCDC: 310213
PDID: 582978
DOB:
SSN:

*Adam Hamilton*
Adam Hamilton

Address: 20806 Crown Ridge ct
Germantown, MD 20876

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al.,         :
                             :
    Plaintiffs               :
                             :   Civil Action No. 06-315 (RCL)
    v.                       :
                             :
Government of the District   :
Of Columbia,                 :
                             :
    Defendant.               :

## AFFIDAVIT OF ADAM HAMILTON

I, Adam Hamilton, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On April 28, 2006 I appeared before the Honorable Janet Albert in the Superior Court for the District of Columbia for Arraignment Hearings in cases 2006-CMD-8310 and 2006-DMC-8362 and I also appeared before the Honorable Janet Albert (standing in for the Honorable Ann O'Reagan Keary) for a Bench Warrant Return Hearing in case 2006-CMD-4248. Judge Albert entered orders holding me without bond in all three of the aforementioned cases.

2. On May 8, 2006 I appeared before the Honorable Ann O'Reagan Keary for Status Hearings in cases 2006-CMD-4248, 2006-CMD-8310 and 2006-CMD-8362. At approximately 12:30 p.m. on said date, Judge Keary entered orders placing me on Personal Recognizance in all three of the aforementioned cases.

3. Instead of being taken to the grounds of the D.C. General Hospital and processed out after my release by Judge Keary on May 8, 2006, I was transported back to the D.C. Jail, strip searched, and confined at the jail.

4. I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks. I had to open my mouth. The guard looked in my mouth.

5. I was released from the D.C. Jail at approximately 6:15 p.m. on May 9, 2006.

6. I did not have any arrest warrants, wants, detainers or holds of any kind after my court appearance before Judge Keary at approximately 12:30 p.m. on May 8, 2006.

1449-502284

0051- 001