# Legal Times
# COURTWATCH

# il Faces More Claims of Illega[l]

nd suit against D.C. corrections officials says inmates are still being impriso[ned]

**BY BETHANY BROIDA**



IN THROUGH THE OUT DOOR: Former inmates of D.C.'s Central Detention Facility claim they

fter serving four months in jail for possession of marijuana and carrying a pistol without a [license,] Ricardo Luzano thought he was [going h]ome on May 3. That didn't hap[pened. Ins]tead, he spent nine more days in [the Dist]rict of Columbia's Central Deten[tion Fac]ility waiting for corrections offi[cials to r]elease him.

[Now,] Luzano is one of several former [inmates] suing the D.C. government, [claiming] they were held in the jail past [their rele]ase date despite the fact that they [did not] have any open cases or warrants [against] them. Some of the inmates say [they wer]e subjected to illegal strip-search[es after t]he court ordered their release.

[Lawy]ers for the former inmates say at [least 5]00 people have been "over[detained]" by the D.C. Department of [Correcti]ons since September 2005, with

Case 1:05-cv-01514-RCL   Document 100-11   Filed 02/05/2007   Page 2 of 4

1449-502451
0056- 001

Page 1 (top)

# Legal Times

LAW AND LOBBYING IN THE NATION'S CAPITAL

JUNE 5, 2006

ALM

**Held Over:** A second lawsuit has been filed against the District claiming that inmates are still being kept in jail after their sentences have been served. **Page 8**

## Asbestos Work Could Cause Third-Degree Burn

Gilbert Heintz Fights Order To Pay Back $9.7 Million

BY ALEXIA GARAMFALVI

The sleek design and glistening motorcycles in the lobby of Gilbert Heintz & Randolph's Washington, D.C., office are a testament to the insurance-recovery firm's successes representing clients in asbestos bankruptcies and other matters. The office certainly doesn't give the impression that the firm itself could be teetering toward the edge of bankruptcy.

But that's the situation Gilbert Heintz could be in if it is forced to immediately make good on an order from a New Jersey court to return approximately $9.7 million in legal fees it earned representing New Jersey flooring manufacturer Congoleum Corp. in asbestos bankruptcy proceedings, says the firm's lawyer fighting the order.

"Common sense would tell you that

## Decoding the Libby Defense



WILLIAM JEFFRESS, SCOOTER LIBBY, AND THEODORE WELLS

# LegalTimes

LAW AND LOBBYING IN THE NATION'S CAPITAL

JUNE 5, 2006

**Held Over:** A second lawsuit has been filed against the District claiming that inmates are still being kept in jail after their sentences have been served. **Page 8**

ALM

## Asbestos Work Could Cause Third-Degree Burn

Gilbert Heintz Fights Order To Pay Back $9.7 Million

BY ALEXIA GARAMFALVI

The sleek design and glistening motorcycles in the lobby of Gilbert Heintz & Randolph's Washington, D.C., office are a testament to the insurance-recovery firm's successes representing clients in asbestos bankruptcies and other matters. The office certainly doesn't give the impression that the firm itself could be teetering toward the edge of bankruptcy.

But that's the situation Gilbert Heintz could be in if it is forced to immediately make good on an order from a New Jersey court to return approximately $9.7 million in legal fees it earned representing New Jersey flooring manufacturer Congoleum Corp. in asbestos bankruptcy proceedings, says the firm's lawyer fighting the order.

"Common sense would tell you that



# Decoding the Libby Defense

WILLIAM JEFFRESS, SCOOTER LIBBY, AND THEODORE WELLS

Page 1 (bottom)

GHR 'can't survive," said Alan Kraus, a partner at Latham & Watkins' Newark, N.J., office, at a May 15 hearing held in the U.S. District Court for the District of New Jersey on the firm's motion to stay the disgorgement order pending its appeal. Kraus said the firm had $2.3 million in liquid assets as of the end of March and argued that if Congoleum were to execute on the judgment immediately, it could drive Gilbert Heintz out of business—"potentially into bankruptcy." And that would mean Congoleum would get none or nearly none of the $9.7 million back, he added.

But that's exactly what Congoleum has done. The company asked the court last week to enter the order, which would allow it to execute the judgment, register it with the District of Columbia, and begin collecting the money. Judge Kathryn Ferguson of the U.S. Bankruptcy Court for the District of New Jersey will hold a hearing on Congoleum's request this month. If she grants the

SEE GILBERT, PAGE 19



A Special Report: Page 29
Summer Associates

Scooter Libby's lawyers are leaving clues to their strategy for his upcoming perjury trial.

BY SARAH KELLEY

I. Lewis "Scooter" Libby Jr. never meant to lie to the FBI or to a federal grand jury. Instead, his lawyers blame "confusion" or a "faulty memory" for his failure to disclose conversations he had with reporters about CIA operative Valerie Plame.

In other words, he simply forgot.

Given the hectic nature of his job as Vice President Dick Cheney's chief of staff, Libby's lawyers say, it's understandable that their client might have failed to remember "snippets of conversation" he felt were unimportant.

SEE LIBBY, PAGE 12

# Help Wanted

Social conservatives seek a new vanguard.

BY JOE CREA AND ANDY METZGER

This week brings to Capitol Hill a bunch of familiar conservative standards that play like a greatest-hits package from a venerable rock band: A constitutional amendment to ban same-sex marriage. Another amendment to outlaw flag burning. Tax cuts pitched as a family value.

But if the songs remain the same, the front man has gone missing.

For social conservatives, getting their issues a public airing has been a cakewalk since President George W. Bush took office in 2001, but legislative victories have been few and far between. Now with the social-conservative champion, former House Majority Leader Tom

SEE SOCIAL, PAGE 14



TOM DELAY

## Open Mouth, Go to Jail



The convictions of Enron executives Kenneth Lay (right) and Jeffrey Skilling show the dangers of defendants testifying in their own defense, warns Joseph Aronica. Other CEOs ought to pay attention. Points of View, **Page 66**

