UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS,  )
)
        Plaintiff  )
)
v.  )    Civil Action No. 05-1514 (ESH)
)    Ellen Segal Huvelle, Judge
S. ELWOOD YORK, JR., ET AL.  )
)
        Defendants  )    February 5, 2007
)

# EXHIBIT 12

Affidavit of Glendale McLaurin, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al.,                :
                                    :
    Plaintiffs                      :
                                    :   Civil Action No. 06-315 (RCL)
    v.                              :
                                    :
Government of the District          :
Of Columbia,                        :
                                    :
    Defendants.                     :

## AFFIDAVIT OF GLENDALE MCLAURIN, Jr.

I, Glendale McLaurin Jr., pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On May 13, 2006 I was presented in D.C. Superior Court on one count of Unauthorized Use of a Motor Vehicle in case 06-CF2-9521 and released on Personal Recognizance. The Honorable John Ramsey Johnson entered an Order placing me on Probation in said matter on July 6, 2006 and revoked Probation on September 21, 2006, sentencing me to 180 days in jail. I was stepped back to the D.C. Jail on September 21, 2006. On November 7, 2006 (and again on 12/22/06) Judge Johnson reconsidered my sentence and amended it to 90 days in jail.

2. On August 16, 2006 I was presented in D.C. Superior Court in case 06-CF3-17561 and ordered held without bond by the Honorable Frederick Sullivan. On August 22, 2006 the Honorable James Boasberg entered an order that I be held in a Halfway House in said matter. On December 21, 2006 Judge Boasberg amended my conditions of release and entered an order placing me on Personal Recognizance in the Heightened Supervision Program in said matter. A Release Order was executed. The case remains open at this time.

1449-502457

3. My sentence of 90 days in jail in case 06-CF2-9521 expired on December 19, 2006. On December 21, 2006 I appeared before Judge Boasberg and was placed on Personal Recognizance in the Heightened Supervision Program such that I should have been released that same day.

4. After my court appearance before Judge Boasberg on December 21, 2006 I was not taken to the grounds of the D.C. General Hospital and processed out. I was taken back to the D.C. Jail and incarcerated.

5. On my return to the D.C. Jail on December 21, 2006 I was strip searched. I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

6. I was taken from the D.C. Jail to the Hope Village Halfway House on December 22, 2006. I remained incarcerated at the Hope Village Halfway House during the Christmas Holiday until my release on December 31, 2006.

7. I was illegally detained for 10 days, from December 21, 2006 to December 31, 2006.

8. I was subjected to 1 illegal strip search.

9. I did not have any arrest warrants, wants, detainers, holds, or warrants as of December 21, 2006.

Date: February 2, 2007
City: Riverdale, Maryland

Respectfully submitted,

Glendale McLaurin, Jr.
1424 Montello Avenue, NE
Washington, D.C.

PDID: 585321
DCDC: 311487
DOB:
SSN:

1449-502458

0058- 002