IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Simon Banks, J.D.<br>P.O. Box 17052<br>Alexandria, VA  22302,<br><br>    Plaintiff,<br><br>  v.<br><br>DEVON BROWN, DIRECTOR DC DEPARTMENT<br>OF CORRECTIONS<br>1923 VERMONT AVENUE, NW<br>WASHINGTON, DC 2003, et al.<br>102 WOODMONT BOULEVARD, SUITE 800<br>NASHVILLE, TN  37205<br><br>JOHN CAUFIELD, WARDEN<br>CENTRAL TREATMENT FACILITY (CTF)<br>CORRECTIONS CORPORATION OF AMERICA<br>1901 E. STREET, S.E.<br>WASHINGTON, DC 20003,<br><br>    Defendant. | Civil Action No. 05-1514 (ESH) |

### DEFENDANT CAULFIELD'S RESPONSE TO MOTION TO STRIKE

  Defendant Caulfield responds to Plaintiff's Motion to Strike Defendant Caulfield's Motion to Dismiss.   In his motion, Plaintiff complains of two things:  (1) that Defendant Caulfield violated LCvR 7(m)[1] by filing his Motion to Dismiss without first conferring with Plaintiff and (2) that referring to Plaintiff as "Inmate Banks" is improper.

  As an initial matter, however, Fed. R. Civ. P. 7(b)(3) and 11 require that all motions be signed by the party or the party's attorney.  "An unsigned paper <u>shall</u> be stricken unless omission of the signature is corrected promptly after being called to the attention of the attorney or the party. Fed. R. Civ. P. 11(a) (emphasis added).  Plaintiff's Motion to Strike was filed without signature on January 24, 2007.  As of the date of this Response, Plaintiff has not corrected that

---

[1] Plaintiff incorrectly cites this rule as 7.1(m).

1740171.1

filing. Accordingly, Plaintiff's Motion to Strike must be stricken, and Defendant Caulfield should not be required to respond to Plaintiff's Motion to Strike.

To the extent that a response to Plaintiff's Motion to Strike is required, Defendant responds as follows.

First, Plaintiff argues that Defendant Caulfield's Motion to Dismiss should be stricken because Defendant Caulfield did not comply with Fed. R. Civ. P. 7(m) before filing said motion. Plaintiff misunderstands Rule 7(m), however, which requires parties to confer before filing "nondispositive" motions. Specifically, LCvR 7(m) provides:

> Before filing any <u>nondispositive</u> motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel, either in person or by telephone, in a good faith effort to determine whether there is any opposition to the relief sought and, if there is opposition, to narrow the areas of disagreement. The duty to confer also applies to non-incarcerated parties appearing pro se. A party shall include in its motion a statement that the required discussion occurred, and a statement as to whether the motion is opposed.

<u>Id.</u> (emphasis added). Defendant Caulfield's Motion to Dismiss Plaintiff's Third Amended Complaint is a dispositive motion. Therefore, Rule 7(m) does not apply.

Next, Plaintiff makes much of the fact that he is referred to as "Inmate Banks" in Defendant Caulfield's Motion to Dismiss. Plaintiff extrapolates and alleges that this reference is a "racial slur" and meant to "denigrate, smear, [and] humiliate" Plaintiff. To the contrary, Defendant Caulfield's counsel has never met Plaintiff and was unaware of his ethnicity or race. Further, Plaintiff's entire Complaint against Defendant Caulfield is based on his experience as an inmate at Correctional Treatment Facility. Thus, referring to Plaintiff as Inmate Banks was meant to describe Plaintiff's standing at the time his claims arose and nothing more.

In any event, Plaintiff has not met his burden pursuant to Fed. R. Civ. P. 12(f). Motions to strike, as a general rule, are disfavored. See <u>Canady v. Erbe Elektromedizin GmbH</u>, 307 F.Supp.2d 2, 7-8 (D.D.C.2004); <u>see also</u> <u>Stabilisierungsfonds Fur Wein v. Kaiser Stuhl Wine Distribs. Pty. Ltd.</u>, 647 F.2d 200, 201 (D.C.Cir.1981). The burden lies with the movant, and the

- 2 -

1740171.1

proponent of such a motion must shoulder a "formidable burden."  U.S. ex rel. K & R Ltd. Partnership v. Massachusetts Housing Finance, 456 F.Supp.2d 46, 53 (D.D.C. 2006).  In considering a motion to strike, the court will draw all reasonable inferences in the pleader's favor and resolve all doubts in favor of denying the motion to strike.  Naegele v. Albers, 355 F.Supp.2d 129, 142 (D.D.C.2005).  Plaintiff's bare an exaggerated contention that Defendant Caulfield's Motion to Dismiss was made in bad faith (which it was not) does not meet this "formidable burden."  Therefore, Plaintiff's Motion to Strike should be denied.

Based upon the foregoing, Defendant Caulfield respectively requests that this Court deny Plaintiff's Motion to Strike and his request for sanctions.  Defendant Caulfield further requests that the Court strike from the record Plaintiff's Motion to Strike pursuant to Fed. R. Civ. P. 11(a).

Dated: this 5th of February, 2007.

By:   s/  Daniel P. Struck
     Daniel P. Struck, DC Bar No. CO0037
     JONES, SKELTON & HOCHULI, P.L.C.
     2901 North Central Avenue
     Suite 800
     Phoenix, Arizona  85012
     Telephone:   (602) 263-1700
     Facsimile:    (602) 263-1784

Paul J. Maloney, Esq. #362533
pjm@carrmaloney.com
Mariana D. Bravo, Esq. #473809
mdb@carrmaloney.com
Colleen E. Durbin, Esq. #500039
ced@carrmaloney.com
CARR MALONEY, P.C.
1615 L Street, NW
Suite 500
Washington, D.C.  20036
(202) 310-5592 (Telephone)
(202) 310-5555 (Facsimile

Attorneys for Defendants *Caulfield and Corrections Corporation of America*

Electronically filed this 5th day of February, 2007.

Copy delivered electronically
this even date to:

Judge Ellen Segal Huvelle
United States District Court
   for the District of Columbia

Simon Banks, J.D.
P.O. Box 17052
Alexandria, VA  22302
*Pro Per*

Denise J. Baker
OFFICE OF THE ATTORNEY GENERAL
        FOR THE DISTRICT OF COLUMBIA
441 4th Street, NW
Room 6S028
Washington, DC 20001
Attorneys for Defendants *Tally, Reiskin, Williams,
        Pane, Brown and Nelson*

Richard S. Love
OFFICE OF CORPORATION COUNSEL
441 Fourth Street, NW
Washington, DC 20001
Attorneys for Defendants *Tally, Williams and Pane*

Paul Maloney
Mariana Bravo
Colleen Durbin
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C.  20036


       s/  Carol S. Madden

1740171.1