UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS,                          )<br>                                                )<br>            Plaintiff            )<br>                                                )<br>v.                                          )<br>                                                )<br>S. ELWOOD YORK, JR., ET AL.   )<br>                                                )<br>            Defendants       )<br>                                                ) | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge<br><br><br>February 5, 2007 |

PLAINTIFF'S MOTION TO SUPPLEMENT
PLAINTIFF'S OPPOSITION TO DISTRICT DEFENDANTS'
MOTION TO DISMISS THE THIRD

PLAINTIFF'S CERTIFICATION PURSUANT TO LCVR 7.1 (M)
That before filing his motion Plaintiff requested defendant's consent
To the relief requested in such motion however the defendants did not

Give their consent to the relief requested in the motion

Comes now, Simon Banks, Plaintiff and submit Motion to Supplement Plaintiff's Opposition to District Defendants' Motion to Dismiss Third Amended Complaint and in support cite the following:

Plaintiff incorporate Plaintiff's Memorandum of Points & Authorities In Support of Plaintiff's Motion to Supplement Plaintiff's Opposition to District Defendants' Motion to Dismiss 3rd Amended Complaint.


____/s/_____
Simon Banks

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIMON BANKS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
| | ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. | ) | |
| | ) | |
| Defendants | ) | February 5, 2007 |
| | ) | |

PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF
PLAINTIFF'S MOTION TO SUPPLEMENT
PLAINTIFF'S OPPOSITION TO DISTRICT DEFENDANTS'
MOTION TO DISMISS THE THIRD

Comes now, Simon Banks, Plaintiff and in support of Plaintiff's Opposition to District Defendants Motion to Supplement Plaintiff's Opposition to District Defendants' Motion to Dismiss Third Amended Complaint and in support cite the following:

Fed. Rule Civ. P. 15(a). Under Federal Rules of Civil Procedure 15(a), a party may amend its pleading once as a matter of course at any time before a responsive pleading is served.  Fed. R. Civ. P. 15(a), *Wiggins v. Dist. Cablevision, Inc.,* 853 F. Supp. 484, 499 (D.D.C. 1994)(Lamberth, J.); 6 Fed. Prac. & Proc. 2d § 1474. [1]

The District of Columbia Circit has "repeatedly clarified that a motion to dismiss is not a responsive pleading for the purposes of Rule 15, *James v. Hurson Assocs., Inc. v.*

---

[1] When a plaintiff's amendment of the complaint is "as a matter of course" under Rule 15(a), the plaintiff's filing of a motion requesting the court's leave to amend does not nullify the plaintiff's right to amend and invoke the court's authority to deny leave.  E.g., *Pure County, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002).

2

*Glickman,* 229 F.3d 277, at 283 (D.C. Cir. 2000). Thus, where a "defendant has filed a motion to dismiss and not a responsive pleading, the court may grant the plaintiff's proposed amendment as of right." *Adams v. Quattlebaum,* 219 F.R.D. 195, 197 (D.D.C. 2004). See also, 26 C.F.R. § 301.7433-1.

The Plaintiff cite Plaintiff's Third Motion for Discovery and Discovery Scheduling Order, filed on February 5, 2007.

**THE PENDING MOTIONS BEFORE THE COURT HAVE BEEN FULLY BRIEFED WITH EXCEPTION OF THE NEWLY DISCOVERED OVERDETENTIONS**

The District's Motion to Dismiss has been fully briefed with exception of the affidavit exhibits the Plaintiff seeks to submit in supplement to the Plaintiff's Opposition, the Plaintiff has filed an opposition, The District has filed a Reply to Plaintiff's Opposition and the Plaintiff has filed a Surreply to the District's Reply attaching affidavits and other exhibits.

Attached to this motion are the following listed 11 exhibits, recently filed in the case of *Carle A. Barnes v Government of the District of Columbia*, CA No. 06-315 [RCL] *Id.*: (These Exhibits contain Plaintiff's Exhibit Number as well as the same exhibit number listed in the Carle A. Barnes Case for purposes of coordinating them with Master List filed herein and in *Barnes, Id.*)

Plaintiff submit that the newly discovered evidence attached as affidavits and other exhibits, support Plaintiff's **Monell, Id.** claim, and support Plaintiff's opposition to District Defendants' motion to dismiss the third amended complaint.

| Plaintiff's Exhibit # | Description | Days |
|---|---|---|
| Plaintiff's Exhibit # 1 (Exhibit #47) | Affidavit of Keenan Miller re over-detention and stip | 7 days |

3

| | | |
|---|---|---|
| | search | |
| Plaintiffs' Exhibit # 2 (Exhibit 48) | Affidavit of Jerry Kidd Re over-detention and strip search | 13 days |
| Plaintiffs' Exhibit #3 (Exhibit #49) | Affidavit of Shelly Berry re over-detention | 2 days |
| Plaintiffs' Exhibit #4 (Exhibit #50) | Affidavit of James Parker re over-detention and strip search | 1 |
| Plaintiffs' Exhibit #5 (Exhibit #51) | Affidavit of Adam Hamilton re over-detention and strip search | 1 |
| Plaintiff's Exhibit #6 (Exhibit #52) | Affidavit of Razina Jones re over-detention/strip search | 1 |
| Plaintiff's Exhibit #7 (Exhibit #53) | Affidavit of Derrick Suggs Re over-detention and strip search | 1 |
| Plaintiff's Exhibit #7 (Exhibit #53) | Affidavit of Derrick Suggs Re over-detention and strip search | 1 |
| Plaintiff's Exhibit #8 (Exhibit #54) | Affidavit of Chetonia Eldridge re over-detention and strip search | 4 |
| Plaintiff's Exhibit #9 (Exhibit #55) | Affidavit of Charles Williams re over-detention and strip search | 1 |
| Plaintiff's Exhibit #10 (Exhibit #56) | Legal Times Newspaper Article: "Jail Faces More Claims of Illegal Detention | |
| Plaintiff's Exhibit #11 (Exhibit #57) | Affidavit of David Peterson | 4 |
| Plaintiff's Exhibit #12 (Exhibit #58) | Affidavit of Glendale McLaurin, Jr. | 10 |

The Plaintiff respectfully submit, that the attached exhibits, coupled with the affidavits and exhibits filed by the Plaintiff as attachments to Plaintiff's Rule 56(f) and (e) Motion and affidavits, show that the Plaintiff has established a predicate *Monell*[2] claim.

---

[2] *Monell v. Dep't of Soc. Servs.,* 436 U.S. 658 (U.S. 1978)

4

WHEREFORE, Plaintiff pray that this Honorable Court grant the relief requested.

____/s/_____
Simon Banks

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SIMON BANKS,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
| | ) | Ellen Segal Huvelle, Judge |
| **S. ELWOOD YORK, JR., ET AL.** | ) | |
| | ) | |
| Defendants | ) | February 5, 2007 |
| | ) | |

## ORDER

Upon consideration of Plaintiff's Motion to Supplement Plaintiff's Opposition to the District Defendants Motion to Dismiss the Third Amended Complaint, it is, this ___day of February, 2007

**HEREBY GRANTED**

_____
JUDGE UNITED STATES DISTRICT COURT

5