UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. ) | |
| ) | |
| Defendants ) | February 5, 2007 |

# EXHIBIT 2

AFFIDAVIT OF JERRY KIDD

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al.,

    Plaintiffs

    v.

Government of the District
Of Columbia,

    Defendant.

Civil Action No. 06-315 (RCL)

### AFFIDAVIT OF JERRY KIDD

I, Jerry Kidd, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On October 22, 2005 I was arrested and appeared before a Magistrate Judge in the Superior Court for the District of Columbia for a misdemeanor Arraignment Hearing in case 2005-CMD-11160. I was charged with one count of Unlawful Entry in said matter and I was released on Personal Recognizance.

2. On April 11, 2006 I appeared before the Honorable Brian Holeman in case 05-CMD-11160. During this hearing, I entered a guilty plea to one count of Unlawful Entry and I was ordered held without bond pending sentencing. I was stepped back to the D.C. Jail and held without bond. On August 11, 2006 I was brought from the DC Jail and again appeared before Judge Holeman in case 05-CMD-11160 who entered an order sentencing me to 120 days incarceration with credit for time served.

3. Inasmuch as I had already served 122 days in jail in case 05-CMD-11160 by the time of my sentencing on August 11, 2006, I should have been taken from D.C. Superior Court to the grounds of D.C. General Hospital and released.

4. Instead of being taken to the grounds of the D.C. General Hospital and processed out, I was transported back to the D.C. Jail, strip searched, and confined at the jail.

5. During said strip search, I was forced to remove all of my clothes (a jail issued jump suit) and my genitals were examined, I was forced to spread my buttock cheeks for examination, I was forced to open my mouth for examination, and I was forced to raise my arms for examination.

6. I was informed by DOC personnel that my file was lost and had been sent to Suitland, Maryland. I was released from the D.C. Jail on August 24, 2006.

1449-502329

0048- 001

7. I was illegally incarcerated at the D.C. Jail for thirteen days, from August 11, 2006 to August 24, 2006.

8. I did not have any arrest warrants, wants, detainers or warrants after my sentencing in case 05-CMD-11160 on August 11, 2006.

Date: October 10, 2006
City: Washington, D.C.
DCDC: 171002
PDID: 223820
DOB: 12/8/1949

Address: 53 L Street, NW
Washington, D.C. 20001

*Jerry W. Kidd*
Jerry Kidd

*Ralph Robinson*
Witness

1449-502330

0048- 002