UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. ) | |
| ) | |
| Defendants ) | February 5, 2007 |
| ) | |

# EXHIBIT 7

Affidavit of Derrick Suggs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Carl Barnes, et al., | : | |
| Plaintiffs | : | |
| | : | Civil Action No. 06-315 (RCL) |
| v. | : | |
| | : | |
| Government of the District | : | |
| Of Columbia, | : | |
| | : | |
| Defendants. | : | |

## AFFIDAVIT OF DERRICK SUGGS

I, Derrick Suggs, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On November 18, 2006 I appeared before the Honorable Ann O'Regan Keary in D.C. Superior Court in cases 2006-CMD-25768 and 06-CMD-22741. Judge Keary entered an order that I be held on a $1,000.00 bond in both of said matters. On November 18, 2006 I also appeared before the Honorable Michael McCarthy in case 06-CDC-22768. Judge McCarthy entered an order that I be held on a $25.00 cash bond in said matter.

2. Accordingly, I was taken from Courtroom 314 at D.C. Superior Court and confined at the D.C. Central Detention Facility (D.C. Jail) on November 18, 2006 and incarcerated until my next court dates on November 21, 2006.

3. None of the bonds set in my 3 cases were posted. On November 21, 2006 I was transported from the D.C. Jail to D.C. Superior Court where I again appeared before Judge McCarthy in case 2006-CDC-22768 and entered a plea of guilty. Judge McCarthy sentenced me to Time Served at approximately 1:18 p.m.

4. After my court appearance before Judge McCarthy on November 21, 2006, I appeared before Judge Keary in cases 06-CMD-25768 and 06-CMD-

1449-502431

0053- 001

22741. At approximately 12:59 p.m. Judge Keary amended my conditions of release in said matters by removing the $1,000.00 bond and placing me on Personal Recognizance in both of said matters.

5. After my court hearings on November 21, 2006 I was not taken to the grounds of the D.C. General Hospital and processed out. Rather, I was taken back to the D.C. Jail and incarcerated.

6. On my return to the D.C. Jail on November 21, 2006 I was strip searched. I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

7. I was released from the D.C. Jail on November 22, 2006.

8. I was illegally detained for 1 day, from November 21, 2006 to November 22, 2006.

9. I did not have any arrest warrants, wants, detainers or warrants as of November 21, 2006.

Date: 11/28/06
City: Washington, D.C.

Respectfully submitted,

*[signature]*
Derrick Suggs

PDID: 556107
DCDC: _____
DOB: 6/3/62
SSN: 238 15 1400

1449-502432

0053- 002