UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>S. ELWOOD YORK, JR., ET AL. )<br>)<br>Defendants ) | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge<br><br>February 14, 2006 |

**PLAINTIFF'S ERRATA TO PLAINTIFF'S MOTION FOR EXTENSION OF
TIME TO FILE RESPONSE TO DEFENDANT CAULFIELD'S
MOTION TO DISMISS OPINED TO BE MOTION FOR
SUMMARY JUDGMENT**

Comes now Simon Banks, Plaintiff, and submit errata to Plaintiff's motion for extension of time to submit response to defendant Caulfield's motion to dismiss the third amended complaint:

1. At Page 1, in the caption, please change November 13, 2006 to February 14, 2006.
2. At Page 2, line 7, strike the word "these" and insert the words "that were released",
3. At Page 3, 3rd line from the bottom change the word "one" to "won"
4. At Page 3, last line on the page, change the word "accommodation" to "commendation"

_____/s/_____
Simon Banks