UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS, )<br>)<br>           **Plaintiff** )<br>)<br>v. )<br>)<br>S. ELWOOD YORK, JR., ET AL. )<br>)<br>           **Defendants** )<br>) | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge<br><br>February 21, 2007 |

**PLAINTIFF'S MOTION FOR LIMITED DISCOVERY
REGARDING DEFENDANT CAULFIELD,
CORRECTION CORPORATION OF AMERICA**

Comes now Simon Banks, Plaintiff, pursuant to FRCP 6(b)(1), Fed. R. Civ. P. 26, FRCP 56(f), and moves this Honorable Court for limited discovery regarding defendant Caulfied, Correction Corporation of America (CCA), and the medical contractor assigned to CCA, and Central Treatment Facility, and in support cites the following:

At the present time the Plaintiff does not have sufficient facts to justify his opposition to defendant Caulfield's motion to dismiss the third amended complaint.

The Plaintiff incorporate by reference Plaintiff's Memorandum of Law in Support of plaintiff's Motion for discovery.

The Plaintiff incorporate by reference Plaintiff's Affidavit in support of Plaintiff's Motion for Discovery.

_____/s/_____
Simon Banks

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIMON BANKS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
| | ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. | ) | |
| | ) | |
| Defendants | ) | February 21, 2007 |
| | ) | |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S MOTION FOR LIMITED DISCOVERY
REGARDING DEFENDANT CAULFIELD,
CORRECTION CORPORATION OF AMERICA**

Plaintiff cites:

1. Fed. R. Civ. P. 6(b)(1)

2. Fed. R. Civ. P.

3. Discovery is appropriate where facts and evidence needed to oppose motion to dismiss is within the exclusive control of the nonmoving party. *Carmona v. Toledo,* 215 F.3d 124, 133-134 (1st Cir. 2000)..

4. Rule 56(f) motions are granted in this Circuit as a matter of course as along as the moving party has been pursuing discovery diligently. *Berkley v. Home Ins. Co.* 68 F.3d 1409 (D.C. Cir. 1995)(any motion for summary judgment is premature until close of discovery process); *Cobell v. Babitt,* 30 F. Supp. 2d 24, 28-29 (D.D.C. 1998). See also, *Loughlin v. United States,* 230 F. Supp. 2d 26, 51 (D.D.C. 2002).

_____/s/_____
    Simon Banks

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. ) | |
| ) | |
| Defendants ) | February ___, 2007 |

ORDER

Upon consideration of Plaintiff's Motion for Limited Discovery regarding Defendant Caulfield, Correction Corporation of America, and employees assigned to the Central Treatment Facility, District of Columbia, it is this ____ day of _____, 2007,

**HEREBY GRANTED**

_____
Ellen Segal Huelle, United States Judge