IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Simon Banks, J.D.<br>P.O. Box 17052<br>Alexandria, VA 22302,<br><br>     Plaintiff,<br><br>  v.<br><br>DEVON BROWN, DIRECTOR DC DEPARTMENT OF CORRECTIONS<br>1923 VERMONT AVENUE, NW<br>WASHINGTON, DC 2003, et al.<br>102 WOODMONT BOULEVARD, SUITE 800<br>NASHVILLE, TN 37205<br><br>JOHN CAUFIELD, WARDEN<br>CENTRAL TREATMENT FACILITY (CTF)<br>CORRECTIONS CORPORATION OF AMERICA<br>1901 E. STREET, S.E.<br>WASHINGTON, DC 20003,<br><br>     Defendant. | Civil Action No. 05-1514 (ESH) |

**DEFENDANT CAULFIELD'S COMBINED RESPONSE TO PLAINTIFF'S MOTION
FOR EXTENSION OF TIME REGARDING DEFENDANT'S MOTION TO DISMISS
AND PLAINTIFF'S MOTION FOR DISCOVERY**

  Although Plaintiff's Response to Defendants' Motion to Dismiss was due on February 16, 2007, Defendant Caulfield does not have an objection to a reasonable extension of time for Plaintiff to file a Response. Defendant Caulfield does, however, object to Plaintiff's request for additional time to conduct extraneous discovery.

  This lawsuit has been subjected to numerous delays by Plaintiff. Each attempt to delay the resolution of this matter subjects Defendant Caulfield to additional costs and attorneys fees. Now, Plaintiff claims he needs additional time to obtain copies of his grievances (which he

already has) from the Department of Corrections ("DOC") and records regarding Correctional Treatment Facility's ("CTF") law library access.

Pursuant to Correctional Treatment Facility's ("CTF") grievance policy, Plaintiff was provided a copy of each grievance after initial resolution, and if he had appealed those decisions (which he did not), he would have been provided a copy of each appeal.  See Policy 14-5 at I (1.)(1-2), J(7.), and L (3.) (attached as Exhibit 1).  Thus, Plaintiff already has the records he needs to respond to the Motion to Dismiss, and does not need additional time to obtain them from the DOC.

Plaintiff further purports that he needs records regarding CTF's law library access before responding to the Motion to Dismiss.  These records have nothing to do with the issue raised by Defendant's Motion to Dismiss, namely, whether Plaintiff violated the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a) ("PLRA").  The PRLA requires Plaintiff to exhaust administrative remedies before bringing a lawsuit.  Thus, the issue raised by Defendant's Motion to Dismiss is simple—did Plaintiff exhaust those remedies or not.  As explained, Plaintiff already has the necessary documents he needs (i.e. copies of his grievances) to show whether he met the PRLA prerequisites before filing this lawsuit.

Accordingly, Defendant Caulfield does not oppose Plaintiff request for a brief extension to file a response to the Motion to Dismiss, but requests that this Court deny Plaintiff's motion for discovery.

| | |
|---|---|
| Dated: this 26th day of February, 2007. | By    /s/  Daniel P. Struck |

Daniel P. Struck, Bar No. CO0037
dstruck@jshfirm.com
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:   (602) 263-1700
Facsimile:    (602) 263-1784

Paul J. Maloney, Esq. #362533
pjm@carrmaloney.com
Mariana D. Bravo, Esq. #473809
mdb@carrmaloney.com
Colleen E. Durbin, Esq. #500039
ced@carrmaloney.com
1615 L Street, NW
Suite 500
Washington, D.C.  20036
Telephone:  (202) 310-5592
Facsimile:  (202) 310-5555

Attorneys for Defendant Caulfield

Electronically filed this 26th day with:

United States District Court
   for the District of Columbia

Copy delivered electronically this even date to:

Judge Ellen Segal Huvelle
United States District Court
   for the District of Columbia

Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, VA  22302
*Pro Per*

Denise J. Baker
OFFICE OF THE ATTORNEY GENERAL
     FOR THE DISTRICT OF COLUMBIA
441 4th Street, NW
Room 6S028
Washington, DC 20001
Attorneys for Defendants Tally, Reiskin, Williams,
    Pane, Brown and Nelson

- 4 -

Richard S. Love
OFFICE OF CORPORATION COUNSEL
441 Fourth Street, NW
Washington, DC 20001
Attorneys for Defendants Tally, Williams and Pane


Paul Maloney
Mariana Bravo
CAR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C.  20036


   /s/   Carol S. Madden