**EXHIBIT 1**

| | |
|---|---|
| **CHAPTER 14:** | INMATE/RESIDENT RIGHTS |
| **SUBJECT:** | INMATE/RESIDENT GRIEVANCE PROCEDURES |
| **SUPERSEDES:** | JULY 15, 2000 |
| **EFFECTIVE DATE:** | DECEMBER 1, 2002 |
| **FACILITY:** | CORRECTIONAL TREATMENT FACILITY |
| **FACILITY SUPERSEDES:** | AUGUST 14, 2001 |
| **FACILITY EFFECTIVE DATE:** | MARCH 6, 2003 |

**APPROVED:** **SIGNATURE ON FILE AT CORPORATE OFFICE**
JIMMY TURNER
VICE PRESIDENT, OPERATIONS

**APPROVED:** **SIGNATURE ON FILE AT CORPORATE OFFICE**
G. A. PURYEAR
EXECUTIVE VICE PRESIDENT/ GENERAL COUNSEL

## 14-5.1 PURPOSE:

To establish procedures for inmates/residents to formally file complaints about facility conditions, treatment, policies, and procedures. To provide that such complaints are reviewed in a fair and expeditious manner and resolved in the best interest of both the inmate/resident and the facility.

## 14-5.2 AUTHORITY:

Corporate and Facility Policy and Contract.

## 14-5.3 DEFINITIONS:

A. <u>Emergency Grievance</u> - A grievance, the resolution of which, if subject to the normal time limits, would subject the grievant to a substantial risk of personal injury or irreparable harm.

B. <u>Facility Grievance Officer</u> – Facility staff member responsible for tracking, coordinating grievance investigations and answering grievances.

C. <u>Grievance</u> - A written complaint concerning the substance or application of a written or unwritten policy or practice, any single behavior or action toward an inmate/resident by staff or other inmates, or any condition or incident within the department or institution which personally affects the inmate/resident.

D. <u>Grievant</u> - The inmate/resident who filed the formal complaint

E. <u>Informal Resolution</u> - An attempt to address concerns through discussion with appropriate staff.

F. <u>Inmate/Resident</u> - Any adult or juvenile, male or female, housed in a CCA facility. Inmates/residents may also be referred to as detainees, prisoners or offenders depending on classification and in accordance with facility management contracts.

G. <u>Reasonable Suspicion</u> - A suspicion which is based upon documentable, articulable facts which, together with the employee's knowledge and experience, lead him/her to believe that an unauthorized situation or violation of rules exists.

H. <u>Reprisal</u> - Any action or threat of action against anyone for the good faith use of or good faith participation in the grievance procedure.

**Proprietary Information - Not for Distribution - Copyrighted**
**Property of Correction Corporation of America**

   e. **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

    <u>Grievances for Sexual Misconduct will follow the procedures contained in policy 14-100.</u>

2. Upon notice to the grievant, the time limitations may be extended to allow for a more complete investigation of the claims. Justification for the extension must be provided to the grievant on Form 14-6B, Grievance Extension Notice.

3. At all stages of the grievance process, upon receipt of the grievance, the grievance will be date stamped.

H. **EMERGENCY GRIEVANCE PROCEDURE**

1. If the subject matter of the grievance is such that compliance with the regular time guidelines would subject the grievant to risk of personal injury, the grievant may ask that the grievance be considered an emergency and detail the basis for a need of immediate response.

2. If the Facility Grievance Officer, after reviewing the basis for the grievance being designated an emergency, determines that an emergency does exist, action shall be taken to resolve the grievance within twenty-four (24) hours of receipt of the grievance.

3. After the initial action, and within seventy-two (72) hours of receipt of the grievance, the Facility Grievance Officer will prepare and give a written decision to the grievant.

4. If the grievant appeals the decision, the Warden/Administrator or designee will respond with a written decision within five (5) days.

I. **FILING THE GRIEVANCE**

1. In filing a grievance, the inmate/resident must complete the Inmate/Resident Grievance Form (Form 14-5A) and place it in the Grievance Mail Box, or, if a Grievance Mail Box is not used, forward it to the Facility Grievance Officer.

The Facility Grievance Officer will check the Grievance Mail Boxes daily, <u>except for weekends and holidays</u>. If a mailbox is not used, grievances are to be forwarded daily to the Facility Grievance Officer.

**AT THIS FACILITY, THE PROCEDURE FOR FORWARDING THE GRIEVANCE TO THE GRIEVANCE OFFICER IS AS FOLLOWS:**

<u>1. Emergency grievances and grievances filed by inmates in segregation may be given to any staff member in the grade of Assistant Shift Supervisor or above. The receiving staff will provide a receipt for the grievance.</u>

<u>2. The inmate grievance form is a three part form, the last page of the form is the inmates copy to verify that the inmate submitted a grievance.</u>

2. Grievances are considered special correspondence. If a sealed envelope is labeled "Grievance" and addressed to the Facility Grievance Officer, it will not be opened for inspection unless there is reasonable suspicion to believe the sealed envelope contains contraband. If reasonable suspicion exists and the Warden/Administrator or designee's approval is obtained, the envelope may be opened and inspected only for contraband.

3. If a grievance is submitted for review and the grievant is released from custody, efforts to resolve the grievance will normally continue. It is the grievant's responsibility to notify the Facility Grievance Officer of the pending release and to provide a forwarding address and any other pertinent information.

**Proprietary Information - Not for Distribution - Copyrighted**
**Property of Correction Corporation of America**

   <u>4.</u> **AT THIS FACILITY, PROCEDURES FOR FILING A GRIEVANCE AGAINST THE CONTRACTING AGENCY ARE AS FOLLOWS:**

    **NONE**

J. **FACILITY GRIEVANCE OFFICER**

The Warden/Administrator is to designate an individual or individuals as Facility Grievance Officer(s) whose responsibilities will include the following:

1. overall coordination of the grievance procedure,
2. see that informal resolution has been attempted,
3. assign a number to the grievance and maintain a permanent grievance log,
4. coordinate the timely investigation of grievances,
5. prepare written decisions on grievance matters utilizing Form 14-5A
6. ensure that when a grievance decision specifies that an action is to be taken, that a date is included for completing the action,
7. provide a copy of the completed Form 14-5A to the grievant and have him/her sign it upon receipt,
8. follow-up that all remedies/ required actions are fulfilled by the imposed deadline, and
9. maintain all grievance records and documents as outlined in 14-5.5.M.

K. **GRIEVANCE REMEDIES**

The grievance procedure is to afford the grievant a meaningful remedy. Remedies shall cover a broad range of reasonable and effective resolutions. Remedies include the following:

1. Replacement - Restoration of property by substituting a similar or like item. This will normally be ordered before monetary reimbursement is given. Replacement as a grievance remedy will only occur after the procedures of CCA Corporate and Facility Policy 14-6 have been followed.

2. Reimbursement - Money will be given for items lost or destroyed. The value to be reimbursed will be determined by the Warden/Administrator. Reimbursement as a grievance remedy will only occur after the procedures of CCA Corporate and Facility Policy 14-6 have been followed.

3. Change of procedures or practices appropriately related to the complaint or conditions;
4. Correction of records; or
5. Other remedies, as appropriate

L. **APPEAL**

1. If a grievant is not satisfied with the decision of the Facility Grievance Officer, the grievant may appeal to the Warden/Administrator or designee by completing the Request for Warden/Administrator Review portion of the grievance form and submitting this form to the Warden/Administrator. The Warden/Administrator or designee's decision is final unless otherwise specified in the facility management contract.

  **AT THIS FACILITY, ADDITIONAL APPEAL PROCEDURES ARE AS FOLLOWS:**

  i. <u>If the inmate is not satisfied with the Warden's response, the inmate may appeal to the Contract Monitor within five (5) days of receipt of the Warden's decision.</u>

**Proprietary Information - Not for Distribution - Copyrighted
Property of Correction Corporation of America**

    ii. **If the inmate is not satisfied with the Contract Monitor's response, the inmate may appeal to the Director DC Department of Corrections within five (5) days of receipt of the Contract Monitor's decision.**

    iii. **All appeals must have the original grievance and response attached when filed.**

    iv. **The Grievance Officer will log all appeals and forward the appeal, along with any supporting documentation, to the appropriate level of appeal office in accordance with Department Order 4030.1D.**

  2. The Warden/Administrator or designee will review the issue of the grievance and the decision to determine if the grievance has been appropriately addressed. The Warden/Administrator can obtain and review any information necessary to render a decision as to the appeal.

  3. A copy of the completed grievance form will be returned to the Facility Grievance Officer who will forward a copy to the inmate/resident.

  4. Barring extraordinary circumstances, a grievance will be considered settled if the decision at any step is not appealed by the inmate/resident within the given time limit.

  5. Grievances which are prematurely appealed to the Warden/Administrator or designee will be returned without review.

M. **RECORDS**

  1. Records regarding the filing and disposition of grievances shall be collected and maintained systematically by the Facility Grievance Officer through either hard copy or computerized form. The record shall include a log showing the following:

    a. grievance number;

    b. date of receipt;

    c. name of grievant;

    d. subject of grievance;

    e. disposition date;

    f. brief description of the disposition; and

    g. appeal results, if any.

  This log will be forwarded to the Corporate Quality Assurance Department on a monthly basis.

  2. Record Retention. Records will be retained according to CCA Corporate and Facility Policy 1-15.

  3. Record Location. No copies of grievances shall be placed in an inmate/resident's file.

  4. Confidentiality. Records regarding the participation of an individual in the grievance procedures will not be available to employees or inmates/residents, except for clerical processing of records by CCA. Employees participating in the disposition of a grievance shall have access to records essential to the resolution of the grievance.

N. **DISTRIBUTION AND TRAINING**

A copy of this Policy and Procedure will be available to each staff member currently employed and for each inmate/resident currently housed at the facility. All new staff will receive a presentation on this Policy and Procedure during pre-service training. New inmates/residents will be informed of the grievance procedure upon entry to the facility and a copy will be