Dr. Simon Banks
Doctor of Laws
CTF
#269768
1901 E Street, S.E., E2A
Washington, DC  20003
And
P.O. Box 17052
Alexandria, VA  22302

October 7, 2005


**202-698-3301 FAX**
Mr. F. E. Figueroa
Warden
CTF
1901 E Street, S.E.
Washington, DC  20003

RE:  Request for permission to receive pre-stored legal opinions onto c.d.s and to floppy disks

Dear Mr. Figueroa:

This is to clarify my request for permission to receive c.d.s which were purchased from USSC and Geronimo Corporation, that contain hundreds of opinions of United States Supreme Court, the Fourth Circuit Court of Appeals as well as two floppy disks that contain researched material needed for my personal use in my personal case.

I requested that permission be provided for one of my staff to bring these two c.d.s and two floppy disks to CTF.  I wish to have them stored at the Law Library for my personal use.

Thank you once again for your prompt response to my request.

Sincerely,



Simon Banks