Dr. Simon Banks<br>
Doctor of Laws<br>
P.O. Box 17052<br>
Alexandria, VA  22302<br>
And<br>
CTF<br>
1901 E Street, S.E., #269768<br>
Washington, DC  20003

October 28, 2005

**202-698-3301 FAX**
F.E. Figueroa, Warden
CTF
1901 E Street, S.E.
Washington, DC 20003

Re:  Simon Banks #269768 E2A

Subject:  Appeal of Decision of Walter Fulton, Program Manager
        A.W. Banks, Deputy Warden
        Denying Request for Permission to House Pre-formatted CD containing Decisions
        of U.S. Supreme Court and Two Floppy Disks containing Personal Legal
        Research

Dear Mr. Figueroa:

This Pre-Suit Appeal against CCA-CTF is to appeal the rejection of Walter Fulton, Program Manager and A.W. Banks, Deputy Warden denying my request to receive CDs purchased from USSC containing Supreme Court Decisions and two floppy disks containing personal legal research of the undersigned.  These items are needed for pending cases of the undersigned.

The reasons given:  "If I do it for you I'd have to do it for everyone", is implausible.

Without the benefit of discovery and FOIA Request, I would venture to assume at CTF-CCA has not received more than two if not less such requests as the undersigned.  First the CDs cost Three Hundred Dollars.  Secondly, unless the petitioner has other use post-incarceration for these items it is unlikely that any other such pro se litigant/inmate lacking a law degree, would make such a request as the undersigned who litigates for a living.

Albeit, should this request be denied or I do not receive a positive response resolving this issue by November 3, 2005, I shall exercise my right to challenge this denial in the courts. However, be advised should this course be necessary, my Emergency Civil Suit will be global with respect to all problems and concerns I am apprise of. However, I have sued the DC Jail and the Mayor of the District of Columbia and would rather avoid further protracted litigation if possible.

Sincerely,


Simon Banks