Dr. Simon Banks
CTF
#269768
1901 E Street, S.E., E2A
Washington, DC  20003
And
P.O. Box 17052
Alexandria, VA  22302

September 23, 2005

**202-698-3301 FAX**
Mr. Figueroa
Warden
CTF
1901 E Street, S.E.
Washington, DC  20003

Re:  Request for permission to receive legal c.d. disks and floppy disks in mail for storage at Law Library

Dear Mr. Figueroa:

This to request permission to receive c.d. disks and floppy disks in mail for storage and for my use in the Law Library.  This is to further request that the Law Librarian be the custodian of the legal c.d. which contains opinions of the Supreme Court of the United States from early 1800s to the present.

I am a lawyer, have a law degree and I am in litigation.  This request also covers five books I previously purchased from the publishers which were placed in my property and picked up.  The above-referenced were previously approved by Mr. Corbett, Warden at the DC Jail before I was transferred to CTF.  I need these books and c.d.s and disks.

Sincerely,



Dr. Simon Banks