Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA  22302
And
CTF
1901 E Street, S.E., #269768
Washington, DC  20003

February 13, 2006


**202-698-3301 FAX**
Mr. Fulton
Program Manager
CTF
1901 E Street, S.E.
Washington, DC 20003

Dear Mr. Fulton:

The law librarian Ms. Bivens has pursuant to your instructions issued a notice that I would have access to the law library from 1:00 p.m. to 4:00 p.m. on Mondays and Tuesdays this is the third occasion when it is now 1:35 p.m. and we have not received an escort to go to the law library.  On the last occasion which was last week Tuesday it was two o'clock before we were allowed to get to the law library and this seems to be a pattern that either Ms. Bivens is not communicating with the correctional officers for transport or that there appears to be some other obstacle in affording access to the law library from 1:00 to 4:00 p.m. which has to date never occurred within a reasonable time. It is understood that perhaps fifteen minutes might be a delay in getting transported to the law library but a delay of forty-five minutes to one hour and one hour and fifteen minutes is excessive and is contradictory to the asserted time afforded.

Your assistance in this matter is greatly appreciated.

Sincerely,



Simon Banks