Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA  22302
And
CTF
1901 E Street, S.E., #269768
Washington, DC  20003

February 22, 2006

**202-698-3301 FAX**
Mr. Fulton, Program Mgr.
CTF
1901 E Street, S.E.
Washington, DC 20003

Deprivation of Access to Law Library

Subject:  Request for Additional Access to Law Library for Appellant Brief

Dear Mr. Fulton:

First, please allow me to express my thanks to you for your continued prompt actions to afford me with access to the CCA's Law Library.  Your assistance is greatly appreciated.

However, once again on this date, it appears that Ms. Bivens was unavailable early this morning and at 9:45 a.m. through 10:30 a.m., when I was escorted to the Law Library within five minutes of a telephone call to you for assistance, although according to Ms. Bevins' memo of February 8, 2006, I am scheduled to have access to the Law Library from 7:30 a.m. to 11:00 a.m. on Wednesday and 1:00 p.m. to 4:00 p.m. on Monday and Tuesday.  Needless to say, Tuesday we were escorted to the Law Library at 2:35 p.m. and Monday, February 22, 2006 no access was afforded.

After being escorted to the Law Library today at 9:45 a.m. I was denied access when Ms. Bevins was unavailable once again to accommodate my access as previously afforded, 7:30 a.m. to 11:00 a.m.  Perhaps reedification to Ms. Bivens is appropriate.

Accordingly, I request additional access on this Thursday and Friday, February 22 and 23, 2006 respectively.

Sincerely,


Simon Banks