**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **SIMON BANKS,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1514 (ESH)** |
| | ) | **Ellen Segal Huvelle, Judge** |
| **S. ELWOOD YORK, JR., ET AL.** | ) | |
| | ) | |
| **Defendants** | ) | **March 8, 2007** |
| | ) | |

**PLAINTIFF'S OPPOSITION TO CAULFIELD**
**COMBINED MOTION TO DISMISS THE THIRD AMENDED**
**COMPLAINT AS TO CAULFIELD**

Comes now Simon Banks, Plaintiff and submit Opposition to Caulfield combined motion to dismiss the Third Amended Complaint as to Caulfield, and in support cites the following:

The Plaintiff incorporate by reference the following:

1.    Plaintiff's Statement of Material Facts Upon Which There Exist Genuine Dispute.

2.    Plaintiff Affidavit in Support of Plaintiff's Opposition to Caulfield's Motion to Dismiss the Third Amended Complaint.

**3.**    Plaintiff's Sworn-to Reply to Defendant Caulfield's Combined Response to Plaintiff's Motion for Extension of Time Regarding Defendant's Motion to Dismiss Plaintiff's Motion For Discovery, **Document 107.**

2

4.    **Plaintiff's Memorandum of Law In Opposition to Caulfield's Motion**

      **to Dismiss the Third Amended Complaint.**

_____/s/_____
Simon Banks