UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. ) | |
| ) | March 13, 2007 |
| Defendants ) | |
| ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
THROUGH MARCH 14, 2007 TO SUBMIT
MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO CAULFIELD'S
MOTION TO DISMISS THIRD AMENDED COMPLAINT**

PLAINTIFF'S CERTIFICATION PURSUANT TO LCVR 7.1 (M)
That before filing his motion Plaintiff requested defendant's consent
To the relief requested in such motion however the defendants have consented to the
relief requested

Comes now Simon Banks, Plaintiff, and submit Motion for Extension of Time through March 14, 2007 to submit Memorandum of Law in Support of Plaintiff's Opposition to Caulfield (combined) Motion to Dismiss the Third Amended Complaint, and in support cites the following:

The Plaintiff incorporate by reference Plaintiff's Memorandum of Law Motion for Extension of Time through March 14, 2007 to submit Memorandum of Law in Support of Plaintiff's Opposition to Caulfield (combined) Motion to Dismiss the Third Amended Complaint.

_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
703 965-5637
[drsbanks@msn.com](mailto:drsbanks@msn.com),

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS,                    )<br>                                                )<br>            Plaintiff            )<br>                                                )<br> v.                                           )<br>                                                )<br> S. ELWOOD YORK, JR., ET AL.  )<br>                                                )<br>            Defendants         )<br>                                                ) | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge |

PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S MOTION FOR EXTENSION OF TIME
THROUGH MARCH 14, 2007 TO SUBMIT
MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO CAULFIELD'S
MOTION TO DISMISS THIRD AMENDED COMPLAINT

Comes now Simon Banks, Plaintiff, and submit Plaintiff's Memorandum of Law In Support of Plaintiff's Motion for Extension of Time through March 14, 2007 to submit Memorandum of Law in Support of Plaintiff's Opposition to Caulfield (combined) Motion to Dismiss the Third Amended Complaint, and in support cites the following:

Over the weekend of March 11, 2007, the Plaintiff suffered the lost of his son who was killed in an auto accident. This tragedy mitigated in the delay of this memorandum of law in addition to the fact that the Plaintiff's computer and computer files were temporarily crippled by a computer virus.

The non-moving parties do not stand to be unduly prejudiced by the short continuance.

**Wherefore,** Plaintiff request that the relief requested be granted.

_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
703 965-5637
drsbanks@msn.com,

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. ) | |
| ) | |
| Defendants ) | |

**ORDER**

Upon consideration of Plaintiff's Motion for Extension of Time through March 14, 2007 to Submit Memorandum of Law in Support of Plaintiff's Opposition to Caulfield (combined) Motion to Dismiss the Third Amended Complaint, it is

This ____ day of March, 2007,

    HEREBY
    GRANTED

_____
UNITED STATES JUDGE