UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SIMON BANKS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | |
| **S. ELWOOD YORK, JR.,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

It is hereby

**ORDERED** that plaintiff's motion for an extension of time [#103] is **GRANTED** nunc pro tunc.  It is further

**ORDERED** that plaintiff's motion for discovery [#105] is **DENIED**.  It is further

**ORDERED** that plaintiff's motion for an extension of time to file a memorandum of points and authorities opposing defendant Caulfield's dispositive motion [#109] is **GRANTED**. Plaintiff shall file his memorandum by March 19, 2007.  No further extensions of time will be granted.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: March 14, 2007

-1-