UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, )<br>)<br>　　　　Plaintiff )<br>)<br>v. )<br>)<br>S. ELWOOD YORK, JR., ET AL. )<br>)<br>　　　　Defendants ) | Civil Action No. 05-1514 (ESH)<br>Ellen Segal Huvelle, Judge<br><br>March 13, 2007 |

ERRATA TO
PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S MOTION FOR EXTENSION OF TIME
THROUGH MARCH 14, 2007 TO SUBMIT
MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO CAULFIELD'S
MOTION TO DISMISS THIRD AMENDED COMPLAINT

At Page 1¶1, after the phrase "Comes now Simon Banks, Plaintiff," please insert "pursuant to Rule 6(b)(1), Fed. R. Civ. P., "

_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
703 965-5637
drsbanks@msn.com,