UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIMON BANKS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
| | ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. | ) | |
| | ) | |
| Defendants | ) | April 23, 2006 |
| | ) | |

**PETITIONER'S NOTICE OF FILING
COPY OF MEMORANDUM OPINION AND ORDER
IN THE CASE OF CARL A. BARNES V DISTRICT OF COLUMBIA, ET AL
06-315, ISSUED ON MARCH 26, 2007 (RCL)**

Comes now, Simon Banks, Plaintiff, and notes the filing of copy of Memorandum and Order issued by the Honorable Judge, R.C. Lamberth on March 26, 2007, referencing the pattern and practice of the Department of Corrections overdetaining inmates as a continuation of the conduct the Court noted in the case of *Bynum v. District of Columbia,* 02-956 (RCL).

At 1 of the Memorandum of Opinion the Court opined:

> **"This cased is directly linked to one that previously came before this Court, *Bynum v. District of Columbia,* Civil Action No. 02-956 (RCL). In that case the Court certified a class of some 4,000 former prisoners of the District of Columbia's Department of Corrections ("D.O.C") who alleged they had been detained by D.O.C. beyond the point at which their release had been ordered, for periods ranging from an extra day to many days or even months on end."**

At 1 of Order, *Id.* the Court opined:

**(Overdetention Class**

**"(a)  Each person who has been, is, or in the future will be incarcerated in any District of Columbia Department of Corrections facility from September 1, 2005 forward; and (b) who was not released, or, in the future, will not be released by midnight on the date on which the person is entitled to be released by court order or the date on which the basis for his or her detention has otherwise expired."**

_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading, Plaintiff's Notice of Filing Memorandum Opinion and Order issued by Judge Royce Lamberth on March 26, 2007, in the case of *Carl A. Barnes v. District of Columbia,* 06-315, was served upon all parties via electronic mail

_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,