UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIMON BANKS, | ) | |
|  | ) | |
| Plaintiff | ) | |
|  | ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
|  | ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. | ) | |
|  | ) | |
| Defendants | ) | April 30, 2007 |
|  | ) | |

**PETITIONER, SIMON BANKS, MOTION THAT THE COURT TAKE
JUDICIAL NOTICE OF
MEMORANDUM OPINION AND ORDER ISSUED
IN THE CASE OF CARL A. BARNES V DISTRICT OF COLUMBIA, ET AL
06-315, ISSUED ON MARCH 26, 2007 (RCL)**

PLAINTIFF'S CERTIFICATION PURSUANT TO LCVR 7.1 (M)
That before filing his motion Plaintiff requested defendant's consent
To the relief requested in such motion however the defendants did not
Give their consent to the relief requested in the motion

Comes now, Simon Banks, Plaintiff, Motion this Honorable Court to take Judicial Notice of Memorandum and Order issued by the Honorable Judge, R.C. Lamberth on March 26, 2007, referencing the pattern and practice of the Department of Corrections overdetaining inmates as a continuation of the conduct the Court noted in the case of *Bynum v. District of Columbia,* 02-956 (RCL).   The issues in this case and two of the prayer's for relief, "Overdetention" and "Unconstitutional Strip Search" are issues in this instant case.

At 1 of the Memorandum of Opinion the Court opined:

> **"This cased is directly linked to one that previously came before this Court, *Bynum v. District of Columbia*, Civil Action No. 02-956 (RCL). In that case the Court certified a class of some 4,000 former prisoners of the District of Columbia's Department of Corrections ("D.O.C") who alleged they had been detained by D.O.C. beyond the point at which their release had been ordered, for periods ranging from an extra day to many days or even months on end."**

At 1 of Order, *Id.* the Court opined:

**(Overdetention Class**

**"(a)  Each person who has been, is, or in the future will be incarcerated in any District of Columbia Department of Corrections facility from September 1, 2005 forward; and (b) who was not released, or, in the future, will not be released by midnight on the date on which the person is entitled to be released by court order or the date on which the basis for his or her detention has otherwise expired."**


_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIMON BANKS, | ) | |
|  | ) | |
| Plaintiff | ) | |
|  | ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
|  | ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. | ) | |
|  | ) | |
| Defendants | ) | April 30, 2007 |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF, SIMON BANKS, MOTION THAT THE COURT TAKE
JUDICIAL NOTICE OF
MEMORANDUM OPINION AND ORDER ISSUED
IN THE CASE OF CARL A. BARNES V DISTRICT OF COLUMBIA, ET AL
06-315, ISSUED ON MARCH 26, 2007 (RCL)**

PLAINTIFF'S CERTIFICATION PURSUANT TO LCVR 7.1 (M)
That before filing his motion Plaintiff requested defendant's consent
To the relief requested in such motion however the defendants did not
Give their consent to the relief requested in the motion

Comes now, Simon Banks, Plaintiff, and submit Memorandum of Law in Support

of Plaintiff's Motion that this Honorable Court to take Judicial Notice of Memorandum

and Order issued by the Honorable Judge, R.C. Lamberth on March 26, 2007, referencing

the pattern and practice of the Department of Corrections overdetaining inmates as a

continuation of the conduct the Court noted in the case of *Bynum v. District of Columbia,*

02-956 (RCL).

It is without dispute that the court may take judicial notice of public records such as the Court's order in *Carl A. Barnes v. District of Columbia,* 06-315 issued on March 26, 2007 by the Honorable Judge R. C. Lamberth. *EEOC v. St. Francis Xavier Parochial Sch.,* 117 F.3d 621, 624-25 (D.C. Cir. 1997).

The decision in *Barnes v. District of Columbia,* 06-315, *Id.,* support the Plaintiff's contention that the Plaintiff can prove facts in support of his claim of overdetention, and that the actions and inactions of the defendant District of Columbia, et al., and its defective release policy, records, its actions and inactions, and its implementation of its failed-*on-going* custom, policy, pattern, practices and procedures, caused the Plaintiff's unconstitutional overdetention and the unconstitutional overdetention of others, currently, recently, and within the past several years. *Abigail Alliance For Better Access to Developmental Drugs and Washington Legal Found. V. Von Eschenbach,* 445 F.3d 470, 475 (D.C. Cir. 2006)(quoting *Conley v. Gibson,* 355 U.S. 41-46 (1957).

The court's decision in *Carl A. Barnes v. District of Columbia,* 06-315 issued on March 26, 2007 coupled with the affidavits previously submitted regarding overdetained individuals, show that the Plaintiff can prove set of facts that would entitle Plaintiff to relief and that affording the Plaintiff with the right of discovery would exponentially develop the Plaintiff's ability to submit additional evidence of the pattern, practice, custom and usage of the District of Columbia Department of Corrections defective release policy that resulted in the Plaintiff's overdetention, a policy, practice and procedure that DOC had prior knowledge was in extreme disrepair and had been used by DOC causing many other individuals to be unwarrantly overdetained.

The reference decision that the Plaintiff seek to have this Honorable Court take judicial notice of clearly identify facts to be discovered that would create a triable issue and show why the Plaintiff cannot produce those facts in opposition to the defendants dispositive motions. *Banks,* 402 F. Supp. 2d at 47 (citing *Byrd v. EPA,* 174 F.3d 239, 248 n.8 (D.C. Cir. 1999), *cert denied,* 529 U.S. 1018 (2000)(emphasis added).

The reference decision that the Plaintiff seek to have the Court take judicial notice of, mitigate in the Plaintiff's favor the requirement that "The party must also demonstrate a reasonable basis to suggest that discovery might reveal triable issues of fact." *Id.* (citing *Carpenter v. Nat'l Mortgage Ass'n,* 174 F.3d 231, 237 (D.C. Cir. 1999), *cert denied,* 528 U.S. 876 (1999).

The referenced decision, *Id.* that the Plaintiff seek to have this Honorable Court take judicial notice of, show that the District Defendants' action of overdetaining the Plaintiff, was "patently egregious and unlawful and that anyone undertaking [it] should have known it unlawful, and would cause unconstitutional overdetention. *Laningham,* 813 F.2d at 1242.

The decision and order of the Court in *Carl A. Barnes v. District of Columbia,* 06-315 issued on March 26, 2007, concerning the conduct of DOC in overdetaining individuals, based upon and custom, policy, practice and procedure implemented by DOC that caused the Plaintiff's overdetention, cannot reasonably be questioned.  See Rule 201, Article II.  Judicial Notice.  See 55 *Harv. L. Rev.* 364, 404-407 (1942), 55 *Colum. L. Rev.* 945 (1955), *Hughes v. Vestal,* 264 N.C. 500 (1965), *McCormick* §§ 324m 325; 57 *Harv. L. Rev.* 269, 279 (1944).  See also, *People v. Mayes,* 113 Cal. 618 (1896); *Ross v. United States,* 374 F.2d 97 (8th Cir. 1967).

**WHEREFORE,** Plaintiff request that the relief prayed for be granted.

_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
703 965-5637
e-Mail:  703 965-5637

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. ) | |
| ) | |
| Defendants ) | |

# ORDER

Upon consideration of Simon Banks, Plaintiff, Motion for Court to take Judicial Notice of Memorandum and Order issued by the Honorable Judge, R.C. Lamberth on March 26, 2007, referencing the pattern and practice of the Department of Corrections overdetaining inmates as a continuation of the conduct the Court noted in the case of *Bynum v. District of Columbia,* 02-956 (RCL.

It is, this _____ day of _____, 2007

**HEREBY
GRANTED**

_____
United States District Court Judge

7