IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS<br><br>                Plaintiff,<br><br>   v.<br><br>JOHN CAUFIELD, et al.,<br><br>                Defendants. | Civil Action No. 05-1514 (ESH) |

**DEFENDANT CAULFIELD'S OPPOSITION TO PLAINTIFF'S MOTION FOR JUDICIAL NOTICE**

      Defendant John Caulfield, through counsel, opposes Plaintiff's Motion for Judicial Notice of Memorandum Opinions and Order Issued in the case of *Barnes v. District of Columbia*, Case No.06-315.

      This is Plaintiff's second motion for this Court to take judicial notice of the *Barnes* case. In denying Plaintiff's first request, this Court expressly ordered that, absent an emergency, Plaintiff shall not file *any paper* before the Court issues its ruling on Defendants' motions to dismiss under Rule 12(b)(6). (Order of 11/28/06, DKT #82.) Apparently, Plaintiff disregarded that Order and filed this Motion before the Court has had an opportunity to rule on Defendants' motions to dismiss.

      Further, Plaintiff's reason for needing judicial notice is misplaced. Plaintiff believes that he will escape dismissal if judicial notice of the Memorandum Decision is taken. "The reference decision that the Plaintiff seek [sic] to have this Honorable Court take judicial notice of clearly identify [sic] facts to be discovered that would create a triable issue and show why the Plaintiff cannot produce those facts in opposition to the defendants [sic] dispositive motions." (*See* Plaintiff's Motion of 4/30/07, DKT. #115, at p. 5.) This Court, however, noted that none of

1776953.1

Defendants' motions to dismiss go to the merits of the case, therefore, Plaintiff need not prove any claim at this time. (Order of 11/28/06, DKT #82.) Thus, Plaintiff's instant motion is premature.

In any event, the Memorandum Decision Plaintiff would like this Court to take notice of is a denial of a motion to dismiss or in the alternative for summary judgment and a class certification. It is not a decision on the merits of the underlying claims and it does not include specific findings of fact in connection with the underlying claims. Therefore, there are no facts that are appropriate for this Court to take judicial notice of pursuant to FED. R. EVID. 201.

For the foregoing reasons, Defendant Caulfield respectfully requests that Plaintiff's Motion for Judicial Notice be denied.

Dated: this 10th day of May, 2007.

By   /s/ Daniel P. Struck
Daniel P. Struck, Bar No. 012377
Jamie D. Williams, Bar No. 022095
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:   (602) 263-1700
Facsimile:   (602) 263-1784

Paul J. Maloney, Esq. #362533
pjm@carrmaloney.com
Mariana D. Bravo, Esq. #473809
mdb@carrmaloney.com
Colleen E. Durbin, Esq. #500039
ced@carrmaloney.com
1615 L Street, NW
Suite 500
Washington, D.C.  20036
Telephone: (202) 310-5592
Facsimile: (202) 310-5555

Attorneys for Defendant
John Caulfield

1776953.1

Copy delivered electronically
this even date to:

Judge Ellen Segal Huvelle
United States District Court
   for the District of Columbia

Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, VA  22302
*Pro Per*

Denise J. Baker
OFFICE OF THE ATTORNEY GENERAL
     FOR THE DISTRICT OF COLUMBIA
441 4th Street, NW
Room 6S028
Washington, DC 20001
Attorneys for Defendants Tally, Reiskin, Williams,
    Pane, Brown and Nelson

Richard S. Love
OFFICE OF CORPORATION COUNSEL
441 Fourth Street, NW
Washington, DC 20001
Attorneys for Defendants Tally, Williams and Pane

Paul Maloney
Mariana Bravo
CAR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C.  20036

                                                  /s/ Daniel P. Struck