NITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| ) | |
| S. ELWOOD YORK, JR., et al. ) | |
| ) | |
| Defendants. ) | |

OPPOSITION OF DISTRICT OF COLUMBIA DEFENDANTS' TO PLAINTIFF'S
MOTION FOR JUDICIAL NOTICE

Defendants, Anthony Williams, Gregory Pane, M.D., Nora Tally, Gloria Nelson, Edward D. Reiskin, and Devon Brown (herein collectively the "District Defendants"), hereby oppose Plaintiff's Motion for Judicial Notice of Memorandum Opinions and Order Issued in the case of *Barnes v. District of Columbia*, Case No. 06-315. In support of their opposition, the District Defendants incorporate by reference the arguments and opposition set forth in Defendant Caulfield's Opposition to Plaintiff's Motion for Judicial Notice, Docket 117.

WHEREFORE, the District Defendants respectfully request that this Court deny the relief sought in the Plaintiff's Motion pending the ruling on the outstanding dispositive motions.

Respectfully submitted,

LINDA SINGER

                                  Attorney General for the District of Columbia

                                  GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS (250746)
Chief, Equity I

_____/s/_____
BY:   DENISE J. BAKER [493414]
       Assistant Attorney General
       Equity I Section
       Civil Litigation Division
       441 4th Street, N.W.
       Washington, DC 20001
       (202) 442-9887

Dated: May 11, 2007