UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DR. SIMON BANKS,                    )
                                    )
            Plaintiff,              )
                                    )   Civil Action No. 05-1514 (ESH)
      v.                            )
S. ELWOOD YORK, JR., et al.,        )
                                    )
            Defendants.             )
_____)

**ENTRY OF APPEARANCE**

The Clerk of the Court will please ENTER the appearance of Ellen A. Efros, Esquire, Office of the Attorney General for the District of Columbia, as counsel for defendants, District of Columbia, Gregory Pane, Nora Tally, Devon Brown, Edward D. Reiskin, and the Mayor of the District of Columbia, in the above-captioned matter.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Ellen A. Efros
    ELLEN A. EFROS
    Chief, Equity I

    /s/ Denise J. Baker
    DENISE J. BAKER
    Assistant Attorney General
    441 Fourth Street, N.W., Suite 6S079
    Washington, D.C. 20001
    (202) 442-9887 (telephone)
    (202) 727-3625 (fax)