BEFORE THE DISTRICT OF COLUMBIA COURT OF APPEALS

No. 04-SP-789

SIMON BANKS, Appellant

v.

DISTRICT OF COLUMBIA COURT OF APPEALS, Appellee

(Improvidently titled by the Clerk of the District
of Columbia Court of Appeals)

No. 04-SP-789

SIMON BANKS

v.

UNITED STATES, Appellee

(Although the United States is not a party and there is no federal interest)

APPELLANT'S EN BANC MOTION TO DISMISS THE UNITED STATES AS THE APPELLEE

The appellee reserves its position on the motion

Comes now, Simon Banks, appellant, pro se, and submit Appellant's Pro Se En Banc Motion to Dismiss the United States as the Appellee, and in support cites the following:

Appellant incorporate by reference Memorandum of Law In Support of the Appellant's Pro Se En Banc Motion to Dismiss the United States as the Appellee.

_____
**Dr. Simon Banks, J.D.**
**P.O. Box 17052**
**Alexandria, Va. 22302**
**703 965-5637**
**drsbanks@msn.com**

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading was mailed, postage prepaid, and/or sent via electronic mail, this 7th day of August, 2007, to:

John P. Mannarino, Esq. AUSA
555 4th Street, N.W.
Washington, D.C. 20305
Tele# 202 514-0065
Jeffrey A. Taylor, Esq. AUSA
W. McLeese, III, AUSA
Lisa Schertler and
John D. Griffith
John.mannarino@usdoj.gov,
Jeffrey.taylor@usdoj.gov,
Roy.mcleese@usdoj.gov
lisa.schertler@usdoj.gov,
john.griffith@usdoj.gov

_____
**Dr. Simon Banks, J.D.**
**P.O. Box 17052**
**Alexandria, Va. 22302**
**703 965-5637**
**drsbanks@msn.com**