UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SIMON BANKS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05cv1514(ESH) |
| S. ELWOOD YORK, JR., *et al.*, | : |
| Defendants. | : |

## ENTRY AND WITHDRAWAL OF APPEARANCE

Please enter the appearance of Paul J. Maloney, Esq., Mariana D. Bravo, Esq. and Colleen E. Durbin, Esq. on behalf of defendants Corrections Corporation of America and John Caulfield in the above entitled matter.

Please withdraw the appearance of Kelvin L. Newsome, Esq. and Megan Starace Ben'Ary, Esq. on behalf of defendants Corrections Corporation of America and John Caulfield in the above entitled matter.

entry of appearance

Respectfully submitted,

| LeCLAIR RYAN | CARR MALONEY P.C. |
|---|---|
| *[signed]* Megan Ben'Ary / with permission by C. Durbin<br>Kelvin L. Newsome, Esq. #439206<br>Megan Starace Ben'Ary, Esq. #493415<br>225 Reinekers Lane<br>Suite 700<br>Alexandria, VA 22314<br>(703) 647-5933 (Telephone)<br>(703) 647-5983 (Facsimile) | *[signed]*<br>Paul J. Maloney, Esq. #362533<br>pjm@carrmaloney.com<br>Mariana D. Bravo, Esq. # 473809<br>mdb@carrmaloney.com<br>Colleen E. Durbin, Esq. #500039<br>ced@carrmaloney.com<br>1615 L Street, N.W.<br>Suite 500<br>Washington, DC 20036<br>(202) 310-5592 (Telephone)<br>(202) 310-5555 (Facsimile) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically transmitted on this 23rd day of January to:

Simon Banks
P.O. Box 17052
Alexandria, VA 22302
*Pro se*

Denise J. Baker, Esq.
Office of the Attorney General
For the District of Columbia
441 4th Street, NW
Room 6S028
Washington, DC 20001

Richard S. Love, Esq.
Office of Corporation Counsel
441 4th Street, NW
Washington, DC 20001

Daniel P. Struck, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Ave.
Suite 800
Phoenix, Arizona 85012

Colleen E. Durbin

entry of appearance