UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS,                                 ) <br> ) <br> Plaintiff                ) <br> ) <br> v.                                              ) <br> ) <br> S. ELWOOD YORK, JR., ET AL.     ) <br> ) <br> Defendants         ) <br> ) | Civil Action No. 05-1514 (ESH) <br> Ellen Segal Huvelle, Judge <br><br> October 3, 2007 |

**PLAINTIFF'S NOTICE OF APPEAL APPEALING
THE DECISION OF THE COURT DATED SEPTEMBER 17, 2007,
DISMISSING DEFENDANTS CTF AND CAUFIELD WITH PREJUDICE**

Come now, Simon Banks, Plaintiff and submit Notice of Appeal, appealing the court's decision dismissing defendants CTF and Caulfield from the case with prejudice, and in support of the appeal the following is cited.

1. The decision of the Court is against the decisions of the Supreme Court and the laws, rules and *stare decisis* governing the PLRA, and on the additional basis that the Plaintiff filed suit against defendants CTF, Corrections Corporation of America, and defendant Caulfield, subsequent to being released from incarceration at the DC Jail.

2. Defendants CTF, Corrections Corporation of America, and Caulfield were not joined as defendants to the complaint until after the Plaintiff was released from custody, including but not limited to the fact that the

        Plaintiff was entitled to be released from custody on March 20, 2006 and/or June 7, 2004.

3. Defendant CTF, Corrections Corporation of America and Caulfield did not file response to the Plaintiff's complaint until after the Plaintiff was released from incarceration from the CTF, CCA and the DC Department of Corrections.

4. The Plaintiff was not required to exhaust his administrative remedies with respect to completing the steps regarding the Plaintiff grievances filed, and with respect to the Plaintiff's requirement to file grievances and negotiate the Department of Corrections, CCE and the Central Treatment Facility (CTF) grievance process and procedures as a precondition for Plaintiff filing of his civil complaint filed against CTF and defendant Caulfield.

5. The decision of the trial court is arbitrary.

6. The decision of the trial court of dismissing the Central Treatment Facility (CTF), Corrections Corporation of America (CCA) and Caulfield from the case, constitute an abuse of discretion.

**WHEREFORE**, the Plaintiff pray that the United States Court of Appeals for the District of Columbia, reverse the decision of the trial court.


\_\_\_\_\_/ s / _____
Simon Banks

CERTIFICATE OF SERVICE

      I, hereby certify upon information and belief, that a copy of this pleading, Plaintiff's Notice of Appeal, appealing the decision of the trial court dated September 17, 2007, dismissing defendants CTF, CCE and Caulfield, was mailed, via electronic mail, this day of 5th day of February, 2007, to counsel to parties to these proceedings.


_____/ s / _____
Simon Banks