UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIMON BANKS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
| | ) | Ellen Segal Huvelle, Judge |
| S. ELWOOD YORK, JR., ET AL. | ) | |
| | ) | |
| Defendants | ) | October 17, 2007 |
| | ) | |

**PLAINTIFF'S NOTICE OF APPEAL OF ORDER DATED SEPTEMBER 17, 2007, DISMISSING PLAINTIFF CLAIM THAT DISTRICT DEFENDANT VIOLATED THE PLAINTIFF'S PROCEDURAL DUE PROCESS AND SUBSTANTIVE DUE PROCESS RIGHTS AND STATUTORY RIGHTS WHEN IT EXTRADITED THE PLAINTIFF TO VIRGINIA**

Comes now Simon Banks, Plaintiff and submit interlocutory appeal of the Court's Order dated September 17, 2007, dismissing the Plaintiff's claim of wrongful, unconstitutional, violation of Plaintiff's rights pursuant to the laws of the United States, the Compact Act, the laws of the District of Columbia, and Plaintiff's substantive right to substantive procedural due process, when the District extradited the Plaintiff to the State of Virginia, without an extradition hearing, although the Plaintiff had protested the Writ of Extradition, and the Warrant as the product of a fraud.

The Court's action was arbitrary and an abuse of discretion.

**Wherefore, the Plaintiff request the appeals court reverse the trial court.**

_____/S/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
drsbanks@msn.com,