UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al.,                    :
                                        :
     Plaintiffs                         :
                                        :        Civil Action No. 06-315 (RCL)
          v.                            :
                                        :
Government of the District  :
Of Columbia,                            :
                                        :
     Defendants.            :

## AFFIDAVIT OF DAVID PETERSON

I, David Peterson, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.    On February 13, 2006 I was ordered by the Honorable Michael Rankin to suffer a sanction of 7 days in jail pursuant to my participation in the Superior Court Drug Treatment Intervention Program (SCDIP) as a condition of my probation in case 2005 FEL 2201.

2.    Accordingly, I was taken from the courtroom at DC Superior Court and confined at the DC Jail on February 13, 2006.

3.    On February 24, 2006 I was released from confinement at the DC Jail.

4.    I was illegally detained from February 20, 2006 to February 24, 2006.

**1449-500663**

0057- 001

5.     During my period of illegal confinement at the DC Jail, I was transported from the DC Jail to Superior Court and appeared before Judge Rankin for a Review Hearing on February 21, 2006. The Court entered an order that I be released.  I was not released.

6.     On my return to the DC Jail from D.C. Superior Court on February 21, 2006 I was strip searched.

7.     I had to take off all of my clothes (the Department of Corrections jump suit I was wearing).  A guard looked at my genitals.  I had to turn around and spread my butt cheeks.  The guard looked in my butt cheeks.

8.     I did not have any arrest warrants, wants, detainers or warrants as of February 21, 2005.

Date: _3/18/06_

City: _Washington, DC_

DCDC: 252552

DOB: 1/21/67

Respectfully submitted,

_David Peterson_
David Peterson