UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al.,          :
                              :
    Plaintiffs                :
                              :    Civil Action No. 06-315 (RCL)
    v.                        :
                              :
Government of the District    :
Of Columbia,                  :
                              :
    Defendants.               :

## AFFIDAVIT OF JAMES W. PARKER

I, James W. Parker, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On March 9, 2005 the Honorable Brian Holeman sentenced me to 3 months incarceration on one count of misdemeanor Contempt of Court in case 04-FEL-7701 and to 15 months incarceration (consecutive) on one count of Distribution of a Controlled Substance in case 04-FEL-3998 in D.C. Superior Court.

2. Accordingly, I was taken from the courtroom at D.C. Superior Court and confined at the D.C. Jail to serve the misdemeanor sentence of 3 months incarceration.

3. I completed the 3 month misdemeanor sentence imposed in case 04-FEL-7701 at the D.C. Jail and I was transferred to the Federal Bureau of Prisons to serve the 15 month felony sentence (case 04-FEL-3998) in April, 2004. I completed said 15 month sentence on January 13, 2006. On January 13, 2006 in Beckley,

1449-502302

0050- 001

West Virginia, I was released from Federal custody to a D.C. Detainer and transferred from Beckley FCI to a local jail in Beckley. I was strip searched on admittance. Said D.C. Detainer was based on USW-1371 issued on December 16, 2004 in D.C. Superior Court.

4. I was held on the D.C. Detainer and transferred back to Washington, D.C. I was transferred from the local jail in Beckley, West Virginia to a detention facility in Oklahoma then to Washington, D.C. I was strip searched prior to leaving Beckley, West Virginia and I was strip searched on admittance to the detention facility in Oklahoma.

5. On January 31, 2006 I was transferred to Washington, D.C. where I was arraigned before Magistrate Judge Pamela Diaz in D.C. Superior Court in case 2006-CMD-1849 on one count of misdemeanor Contempt of Court. I was released on Personal Recognizance. Said Contempt charge was based on Arrest Warrant USW-1371-04.

6. USW-1371-04 issued on December 16, 2004 and was the basis of the arrest and Contempt indictment in case 04-FEL-7701 and which was disposed of on March 9, 2005 at sentencing after I entered a plea of guilty to the lesser included offense of misdemeanor contempt.

7. My attorney, Gregory English, file a Motion to Dismiss case 06-CMD-1849 and this motion was granted on February 21, 2006.

8. I was illegally detained on an invalid warrant on January 13, 2006 and transported from Beckley, West Virginia to Oklahoma to Washington, D.C. on January 31, 2006 when I was released on Personal Recognizance.

9. I was illegally detained for 18 days, from January 13, 2006 to January 31, 2006. I was also subjected to a false arrest in case 06-CMD-1849 as I was arrested and charged on an invalid warrant. This matter was open for 22 days. I was arraigned on January 31, 2006 and the case was dismissed on February 21, 2006

10. I was illegally strip searched on 4 occasions: prior to release from federal custody in Beckley, FCI; prior to entering the local detention facility in Beckley; prior to leaving the local detention facility in Beckely; and prior to entering the detention facility in Oklahoma.

11. On each of these 4 illegal strip searches, I had to take off all of my clothes (the prison issued jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

12. I did not have any valid arrest warrants, wants, detainers or warrants of any kind as of January 13, 2006.

Date: August 12, 2006
City: Washington, D.C.
DCDC: 213-036
Reg. No. 35835-007
DOB: 12/14/61

Respectfully submitted,

*James W. Parker*
James W. Parker

1449-502304

0050- 003