UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carl Barnes, et al., | : |
| Plaintiffs | : |
| | : Civil Action No. 06-315 (RCL) |
| v. | : |
| Government of the District Of Columbia, | : |
| Defendants. | : |

## AFFIDAVIT OF KEENAN MILLER

I, Keenan Miller, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.   I was arrested on September 13, 2003 in case 2003 CF2 5689 and an Initial Hearing was held on September 15, 2003 wherein I was ordered held without bond by a judicial officer in Superior Court of the District of Columbia in said matter.

2.   On January 6, 2006 I was sentenced to a term of 90 days incarceration in case 2003 CF2 5689.

3.   On September 15, 2003 I was ordered held without bond by a judicial officer in case 2003 CF2 2714 in Superior Court of the District of Columbia.

4.   On January 6, 2004 I was sentenced to a term of 2 years incarceration and a term of 90 days incarceration, both consecutive to the term of confinement imposed in case 2003 CF2 5689, in case 2003 CF2 2714.

5.   Accordingly, I served my term of incarceration at a Bureau of Prisons facility and was returned to confinement at the DC Jail on June 6, 2005.

1449-500739

0047- 001

6.  My release date from incarceration at the DC Jail was December 5, 2005 and I was duly given a Department of Corrections Release Authorization Form reflecting a release date of December 5, 2005. However, I was not released from the DC Jail until December 12, 2005.

7.  I was illegally detained from December 5, 2006 to December 12, 2006.

8.  I was strip searched during my illegal detention at the DC Jail from December 5 to December 12, 2005. I was strip searched immediately prior to my release on December 12, 2005.

9.  I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

10. I did not have any arrest warrants, wants, detainers or warrants as of December 12, 2005.

Date: 3/23/06
City: Washington, DC
DCDC: 264994
DOB: 5/21/64

Respectfully submitted,

*Keenan O. Miller*
Keenan Miller

1449-500740

0047- 002