UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL A. BARNES, et al<br><br>　　　　　Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE<br>DISTRICT OF COLUMBIA,<br><br>　　　　　Defendant | Civil Action No: **06-315 (RCL)**<br><br>Next Event: None scheduled |

PROPOSED ORDER

Plaintiffs motion is granted and the parties shall conduct initial discovery according to the following schedule calculated from the date of this Order:

Database discovery.

a.   (30 days from date of this Order) Defendant shall provide to plaintiff a list of databases containing information about their operations, along with the technical manuals and user manuals

1

relating to the databases, a data dictionary[1] for each database, and a list of data elements from each database needed to ascertain persons overdetained and lengths of overdetention, and a class list for each of the overdetention and strip search class.

b. (30-60 days from date of this Order) The parties' experts confer informally, as needed, and discuss queries needed to identify the information about class members plaintiffs need (plaintiffs' may handle this as a 30(b)(6) deposition if the parties cannot agree in informal meetings).

c. (30-60 days from date of this Order) Defendant provides plaintiffs with all records from the relevant fields from the databases for the class period in ASCII format, in a delimited format, with column headers describing the data, on a CD or DVD. If necessary, the data productions, which include information about persons who are not class members, could be produced without names, by using unique identification numbers such as DCDC.

---

[1] "Data dictionary" means a listing of all tables and their relations, the accompanying descriptions for the tables, and the names and descriptions of all data fields in each table, including the screen name and software name of every field, which includes the name of each field in the computer, and the name of any screen field name

2

d.      (30-60 days from date of this Order) Plaintiffs (with the assistance of Defendant's information technology (IT) persons) run queries on the records in the fields produced by defendants, and compile the lists plaintiffs need.

Plaintiffs use document production requests and interrogatories if the parties cannot agree to informal meetings and productions for these items.

Depositions

(15-30 days from date of this Order) Plaintiffs may also depose certain Superior Court staff and Records Office staff familiar with overdetentions and the problems it causes court administration.

_____
Judge Royce C. Lamberth
United States District Court Judge

copies to:

Counsel for Plaintiffs
William Claiborne
717 D Street, NW
Suite 210

---

to which it relates and describe the function of every such data element.

3

Washington, DC 20004
Phone 202/824-0700
Fax 202/824-0745

Ralph Robinson
8160 Skelton Circle
Falls Church, Virginia 22042
Phone/Fax: (703) 846-0596
Email: ralph_29104@msn.com


Denise J. Baker
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
Phone 202/724-6642
Fax: 202/727-0431
Counsel for District of Columbia