# BARNES et al v. DISTRICT OF COLUMBIA
## Plaintiff's Cumulative Master Exhibit List

| Bates Start | Bates Start | Exhibit # | Description | Strip Search | Over-Det. | Release Date | Exit Date | Days Over Detained |
|---|---|---|---|---|---|---|---|---|
| 1449-500942 | 1449-500943 | 1 | Affidavit of Shankeisha Mitchell re over detention and strip search | Yes | Yes | 1/13/2006 | 1/14/2006 | 1 day over detention |
| 1449-500803 | 1449-500804 | 2 | Affidavit of Toney Malloy re over detention and strip search | Yes | Yes | 2/24/2006 | 3/3/2006 | 7 day over detention |
| 1449-500805 | 1449-500806 | 3 | Affidavit of David Peterson regarding the filing of an administrative grievance as to over detention and illegal strip searches | n/a | n/a | n/a | n/a | |
| 1449-500807 | 1449-500808 | 4 | Affidavit of Maurice Williams re over detention and strip search | Yes | Yes | 2/8/2006 | 3/1/2006 | 21 day over detention |
| 1449-500537 | 1449-500538 | 5 | Affidavit of Carl Barnes re over detention and strip search | Yes | Yes | 2/15/2006 | 2/212/06 | 7 day over detention |
| 1449-501012 | 1449-501013 | 5.A | Inmate Record for Carl A. Barnes | n/a | n/a | n/a | n/a | |
| 1449-500873 | 1449-500874 | 6 | Affidavit of James G. Jones Regarding Over detention, Strip search, and Filing of a Grievance at the D.C. Jail | Yes | Yes | 4/24/2006 | 4/25/2006 | 1 day over detention |
| 1449-500887 | 1449-500888 | 7 | Affidavit of Mickey Crawford re over detention and strip search | Yes | Yes | 1/19/2006 | 1/26/2006 | 6 day over detention |
| 1449-500896 | 1449-500897 | 8 | Affidavit of Terrance Barfield re over detention and strip search | Yes | Yes | 12/21/2005 | 12/24/2005 | 3 day over detention |

# BARNES et al v. DISTRICT OF COLUMBIA
## Plaintiff's Cumulative Master Exhibit List

| Bates Start | Bates Start | Exhibit # | Description | Strip Search | Over-Det. | Release Date | Exit Date | Days Over Detained |
|---|---|---|---|---|---|---|---|---|
| 1449-500907 | 1449-500908 | 9 | Affidavit of Judith Jamison re over detention and strip search | Yes | Yes | 1/20/2006 | 1/21/2006 | 1 day over detention |
| 1449-500930 | 1449-500931 | 10 | Affidavit of Joe Jarrell re over detention and strip search | Yes | Yes | 2/1/2006 | 2/24/2006 | 23 day over detention |
| 1449-500963 | 1449-500964 | 11 | Affidavit of Robert Young re over detention and strip search | Yes | Yes | 3/17/2006 | 3/28/2006 | 11 day over detention |
| 1449-500993 | 1449-500994 | 12 | Affidavit of Marcellus Summers re over detention and strip search | Yes | Yes | 2/7/2006 | 2/13/2006 | 6 day over detention |
| 1449-501001 | 1449-501002 | 13 | Affidavit of Antonio Harris re over detention and strip search | Yes | Yes | 1/6/2006 | 1/28/2006 | 22 day over detention |
| 1449-501003 | 1449-501004 | 14 | Affidavit of Quenta Ennis re over detention and strip search | Yes | Yes | 10/31/2005 | 11/4/2005 | 4 day over detention |
| | | 15 | RESERVED | | | | | |
| 1449-501008 | 1449-501009 | 16 | Affidavit of Anthony Howe re over detention and strip search | Yes | Yes | 1/18/2006 | 1/20/2006 | 2 day over detention |
| 1449-500719 | 1449-500720 | 17 | Affidavit of Percival Pendergrass re over detention and strip search | Yes | Yes | 11/3/2005 | 11/14/2005 | 20 day over detention |

# BARNES et al v. DISTRICT OF COLUMBIA
## Plaintiff's Cumulative Master Exhibit List

| Bates Start | Bates Start | Exhibit # | Description | Strip Search | Over-Det. | Release Date | Exit Date | Days Over Detained |
|---|---|---|---|---|---|---|---|---|
| 1449-500584 | 1449-500585 | 18 | Affidavit of Dernard Hawkins re over detention and strip search | Yes | Yes | 2/15/2006 | 2/22/2006 | 7 day over detention |
| 1449-500839 | 1449-500840 | 19 | Affidavit of Jeanette Grey re over detention | No | Yes | 3/20/2006 | 3/31/2006 | 11 day over detention |
| 1449-500949 | 1449-500950 | 20 | Affidavit of William Bunn re over detention | No | Yes | 2/13/2006 | 2/15/2006 | 2 day over detention |
| 1449-501010 | 1449-501011 | 21 | Affidavit of Ricardo Luzano re over detention | No | Yes | 5/3/2006 | 5/12/2006 | 9 day over detention |
| 1449-501014 | 1449-501015 | 22 | Affidavit of Alvin Scott re over detention | No | Yes | 5/3/2006 | 5/8/2006 | 5 day over detention |
| 1449-501016 | 1449-501027 | 23 | Declaration of Barrett S. Litt | n/a | n/a | n/a | n/a | |
| 1449-501028 | 1449-501032 | 24 | Affidavit of William Claiborne in Support of Motion for Class Certification | n/a | n/a | n/a | n/a | |
| 1449-501033 | 1449-501034 | 25 | Affidavit of Ralph D. Robinson in Support of Motion for Class Certification | n/a | n/a | n/a | n/a | |
| 1449-501035 | 1449-501043 | 26 | Declaration of Richard A. Berk | n/a | n/a | n/a | n/a | |

# BARNES et al v. DISTRICT OF COLUMBIA
## Plaintiff's Cumulative Master Exhibit List

| Bates Start | Bates Start | Exhibit # | Description | Strip Search | Over-Det. | Release Date | Exit Date | Days Over Detained |
|---|---|---|---|---|---|---|---|---|
| 1449-501044 | 1449-501066 | 27 | Plaintiff's Proposed Trial Plan and Proposed Notice Procedures | n/a | n/a | n/a | n/a | |
| 1449-501067 | 1449-501080 | 28 | Affidavit of Tony Edward Savage | n/a | n/a | n/a | n/a | |
| 1449-502112 | 1449-502114 | 29 | Affidavit of lead managing counsel William Claiborne in support of the Rule 56(f) motion | n/a | n/a | n/a | n/a | |
| 1449-502108 | 1449-502109 | 30 | Affidavit of Named Plaintiff David Peterson in support of the Rule 56(f) motion | n/a | n/a | n/a | n/a | |
| 1449-501914 | 1449-501914 | 31 | Handling of In-Custody-Defendants," Administrative Order No. 02-22, July 25, 2002 | n/a | n/a | n/a | n/a | |
| 1449-501812 | 1449-501820 | 32 | Docket Sheet Maruice Williams 04-cmd-6502 | n/a | n/a | n/a | n/a | |
| 1449-501821 | 1449-501838 | 33 | Docket Sheet Maruice Williams 05 CMD 976432 and 33 | n/a | n/a | n/a | n/a | |
| 1449-501839 | 1449-501852 | 34 | Docket Sheet Maurice Williams 06 CTF 2022 | n/a | n/a | n/a | n/a | |
| 1449-400362 | 1449-400366 | 35 | Probation Report and Show Order Cause for Maurice Williams | n/a | n/a | n/a | n/a | |

4

# BARNES et al v. DISTRICT OF COLUMBIA
## Plaintiff's Cumulative Master Exhibit List

| Bates Start | Bates Start | Exhibit # | Description | Strip Search | Over-Det. | Release Date | Exit Date | Days Over Detained |
|---|---|---|---|---|---|---|---|---|
| 1449-501915 | 1449-501916 | 36 | American Correctional Association's Standards for Adult Local Detention Facilities, 3d ("ACA Standards"), 3-ALDF-1F-01 to -11 | n/a | n/a | n/a | n/a | |
| 1449-501917 | 1449-501918 | 37 | Affidavit of Chantel Henson re over detention and strip search | Yes | Yes | 7/21/2006 | 7/22/2006 | 1 day over detention |
| 1449-501919 | 1449-501920 | 38 | Affidavit of Jeffrey Owens re over detention and strip search | Yes | Yes | 12/23/2005 | 3/29/2006 | 96 day over detention |
| 1449-501921 | 1449-501922 | 39 | Affidavit of John West re over detention | No | Yes | 3/13/2006 | 3/23/2006 | 10 day over detention |
| 1449-501923 | 1449-501924 | 40 | Affidavit of James Jones regarding second over detention and strip search | Yes | Yes | 7/17/2006 | 7/18/2006 | 1 day over detention |
| 1449-501925 | 1449-501926 | 41 | Affidavit of Raymond Butts re over detention | No | Yes | 7/7/2006 | 7/26/2006 | 19 day over detention |
| 1449-502110 | 1449-502111 | 42 | Affidavit of Ervin Haltiwanger re over detention and strip search | Yes | Yes | 7/26/2006 | 7/27/2006 | 1 day over detention |
| 1449-501927 | 1449-501929 | 43 | The Atlanta Journal and Constitution - Fulton County | n/a | n/a | n/a | n/a | |

# BARNES et al v. DISTRICT OF COLUMBIA
## Plaintiff's Cumulative Master Exhibit List

| Bates Start | Bates Start | Exhibit # | Description | Strip Search | Over-Det. | Release Date | Exit Date | Days Over Detained |
|---|---|---|---|---|---|---|---|---|
| 1449-501930 | 1449-501956 | 44 | JUSTIS Core Data Transfer Design - Information System for the District of Columbia - Phase 3 Project file. | n/a | n/a | n/a | n/a | |
| 1449-501957 | 1449-501973 | 45 | D. C. Criminal Justice System: Better Coordination Needed Among Participating Agencies (GAO-01-187, Mar. 30, 2001). TESTIMONY | n/a | n/a | n/a | n/a | |
| 1449-501974 | 1449-502107 | 46 | D. C. Criminal Justice System: Better Coordination Needed Among Participating Agencies (GAO-01-187, Mar. 30, 2001). | n/a | n/a | n/a | n/a | |
| 1449-500739 | 1449-500740 | 47 | **Affidavit of Keenan Miller re over detention and strip search** | Yes | Yes | 12/5/2005 | 12/12/2005 | 7 day over detention |
| 1449-502329 | 1449-502330 | 48 | **Affidavit of Jerry Kidd re over detention and strip search** | Yes | Yes | 8/11/2006 | 8/24/2006 | 13 day over detention |
| 1449-502338 | 1449-502339 | 49 | **Affidavit of Shelley Berry re over detention and strip search** | Yes | Yes | 10/3/2006 | 10/5/2006 | 2 day over detention |
| 1449-502302 | 1449-502304 | 50 | **Affidavit of James Parker re over detention and strip search** | Yes | Yes | 1/13/2006 | 1/31/2006 | 18 day over detention |
| 1449-502284 | 1449-502285 | 51 | **Affidavit of Adam Hamilton re over detention and strip search** | Yes | Yes | 5/8/2006 | 5/9/2006 | 1 day over detention |
| 1449-500563 | 1449-500564 | 52 | **Affidavit of Razina Jones re over detention** | No | Yes | 2/28/2006 | 3/1/2006 | 1 day over detention |

# BARNES et al v. DISTRICT OF COLUMBIA
## Plaintiff's Cumulative Master Exhibit List

| Bates Start | Bates Start | Exhibit # | Description | Strip Search | Over-Det. | Release Date | Exit Date | Days Over Detained |
|---|---|---|---|---|---|---|---|---|
| 1449-502431 | 1449-502432 | 53 | Affidavit of Derrick Suggs re over detention and strip search | Yes | Yes | 1/21/2006 | 1/22/2006 | 1 day over detention |
| 1449-502449 | 1449-502450 | 54 | Affidavit of Chetonia Eldridge re over detention and strip search | Yes | Yes | 9/5/2006 | 9/9/2006 | 4 day over detention |
| 1449-500573 | 1449-500574 | 55 | Affidavit of Charles Williams re over detention | No | Yes | 2/28/2006 | 3/1/2006 | 1 day over detention |
| 1449-502451 | 1449-502454 | 56 | Legal Times Newspaper Article: "Jail Faces More Claims of Illegal Detention" | n/a | n/a | n/a | n/a | |
| 1449-500663 | 1449-500664 | 57 | Affidavit of David Peterson | Yes | Yes | 2/20/2006 | 2/24/2006 | 4 day over detention |
| 1449-502457 | 1449-502458 | 58 | Affidavit of Glendale McLaurin, Jr. | Yes | Yes | 12/21/2006 | 12/31/2006 | 10 day over detention |