UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1514 (ESH) |
| S. ELWOOD YORK, JR., *et al.*, ) | |
| Defendants. ) | |

**ORDER**

Based on the status conference held today in the above-captioned case, and in order to streamline this case for administrative purposes, it is hereby

**ORDERED** that all of the remaining claims in plaintiff's Third Amended Complaint that do not relate to his overdetention (*i.e.*, plaintiff's Eighth Amendment claims against the District of Columbia based on the denial of a diabetic diet and the lack of heat at the D.C. Jail, his First Amendment claim against the District regarding the opening of his legal mail outside of his presence, and his negligent and training and supervision claim against the District relating to the provision of dental care) are hereby **DISMISSED WITHOUT PREJUDICE** to be re-filed by plaintiff as set forth herein.  Only plaintiff's constitutional and common law claims against the District of Columbia and Devon Brown relating to his overdetention shall remain part of this case, which shall be transferred to Judge Royce C. Lamberth as a related case to *Barnes v. District of Columbia*, No. 06-315 (D.D.C.).  It is

**FURTHER ORDERED** that within 20 days from the date of this Order, plaintiff shall

file a new complaint containing a short and plain statement of the four surviving non-overdetention-related claims listed in the preceding paragraph, all of which remain against the District of Columbia only. The new complaint shall not include any new claims or defendants, except that plaintiff may, if he wishes, add a new state-law claim that relates to the provision of dental care and may identify additional defendants with respect to that claim. The new complaint shall be assigned a new case number for administrative purposes only but shall otherwise relate back to and be treated as if it were a further amended complaint in plaintiff's existing case. Plaintiff shall not be required to pay a filing fee upon the filing of the new complaint, nor shall he be required to serve the new complaint on the District of Columbia. If plaintiff chooses to name any additional defendants, however, he will be required to serve those defendants. It is

**FURTHER ORDERED** that the District of Columbia shall file an answer or other responsive pleading to the new complaint within 10 days of receipt. The District shall retain the right to move to strike the complaint if it does not comply with the requirements of this Order. It is

**FURTHER ORDERED** that the Initial Scheduling Conference is hereby continued until such time as the new complaint as been filed and service has been effected on any new defendants. All discovery shall be stayed until an Initial Scheduling Conference is held.

**SO ORDERED**.

                                                /s/
                                  ELLEN SEGAL HUVELLE
                                  United States District Judge

Date: October 18, 2007