# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SIMON BANKS )
)
)
)
)
Plaintiff )
) Civil Case Number 05-1514 (RCL)
v. )
)
S. ELWOOD YORK, Jr., et al. ) Category    F
)
)
)
)
Defendant )
)

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 19, 2007</u> from <u>Judge Ellen S. Huvelle</u> to <u>Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Reassigned as related to 06-0315)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc: <u>Judge Huvelle</u> & Courtroom Deputy
<u>Judge Lamberth</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓