# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

## No. 07-7155

## September Term, 2007

05cv01514

Simon Banks,
         Appellant

v.

Nora Tally, et al.,
         Appellees

_____

### 07-7158

Simon Banks,
         Appellant

v.

Nora Tally, et al.,
         Appellees

Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

NOV 6 2007

CLERK

05cv01514

## ORDER

Upon consideration of the notices of appeal and the district court's minute order filed October 18, 2007 withdrawing the appellant's notices, it is

**ORDERED**, on the court's own motion, that the above-captioned cases be consolidated. It is

**FURTHER ORDERED** that the Clerk is directed to note the docket to reflect that these cases are terminated as having been opened in error. No mandate shall issue.

FOR THE COURT:
Mark J. Langer, Clerk

BY: _____
Scott H. Atchue
Deputy Clerk