UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**DR. SIMON BANKS, J.D.**           )
                                    )
      **Plaintiff**          )
                                    )
      v.                     )    **Case: 1:05-cv-1514 (RCL)**
                                    )
**S. ELWOOD YORK, JR., et al.,**    )
                                    )
                                    )
      **Defendants**         )
_____)

## ORDER

    Upon consideration of District Defendants Motion to Dismiss and for sanctions, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____day of _____, 2007, for the reasons stated by defendants in their papers,

    **ORDERED** that the motion be, and the same hereby is, **GRANTED;**

    **FURTHER ORDERED,** that the Plaintiff's Complaint is dismissed with prejudice, and Plaintiff must seek leave of court prior to filing any new claim in the U. S. District Court for the District of Columbia;

    **FURTHER ORDERED,** that the Civil Clerk's Office shall no longer accept for filing anything in writing submitted by plaintiff Simon Banks in this case without him first seeking leave of court to do so;

    **FURTHER ORDERED,** that the Civil Clerk's Office shall not accept for filing any pleadings submitted by plaintiff Simon Banks for any new cases, including motions to proceed *in forma pauperis*, and if plaintiff Simon Banks seeks to file any new cases, he shall accompany the

complaint with a motion for leave to file the complaint, which shall then be forwarded to the Presiding Judge for a determination as to whether leave to file shall be granted; and it is,

**FURTHER ORDERED,** that any motion for leave to file must be accompanied by a complete copy of this Order and Memorandum Opinion; and it is,

**FURTHER ORDERED**, that any motion for leave to file a new lawsuit must also be accompanied by a notarized statement: (1) that the claims are made in good faith and are not frivolous; (2) setting forth a valid basis for each claim; (3) that the claims either have or have not been raised before in other litigation, and if they have, the name of the case, the court where it was filed, the identifying number of the case, and the disposition, and (4) that, as to each claim made, the District Court has jurisdiction;

**SO ORDERED.**


_____
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

Simon Banks
P.O. Box 17052
Alexandria VA 22302