UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1514 (RCL) |
| ) | Royce C. Lamberth, Judge |
| S. ELWOOD YORK, JR., ET AL. ) | |
| ) | |
| Defendants ) | December 19, 2007 |
| ) | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 55(b)**

PLAINTIFF'S CERTIFICATION PURSUANT TO LCVR 7.1 (M)
That before filing his motion Applicant requested the parties consent
To the relief requested in such motion and the Defendants District of Columbia and
Devon Brown do not consent to the Relief Requested

Comes now Simon Banks, Plaintiff, and Motion this Honorable Court for Default Judgment against Defendants District of Columbia and Devon Brown, and in support cite the following:

The Plaintiff incorporate by reference Plaintiff's Memorandum of Law In Support of Motion for Default Judgment.

The Plaintiff incorporate by reference Plaintiff's Affidavit (Affidavit of Simon Banks) in support of the Motion for Default Judgment.

_____/s/_____

2

Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, VA. 22302
Tele#: 703 965-5637
e-mail: drsbanks@msn.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1514 (RCL) |
| ) | Royce C. Lamberth, Judge |
| S. ELWOOD YORK, JR., ET AL. ) | |
| ) | |
| Defendants ) | December 19, 2007 |
| ) | |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT PURSUANT TO RULE 55(b), FED. RULES CIVIL PROCEDURE**

Comes now Simon Banks, Plaintiff, and submit Memorandum of Law In Support of Plaintiff's Motion this Honorable Court for Default Judgment against Defendants District of Columbia and Devon Brown, pursuant to Fed. R. Civ. P. 55(b) and in support cite the following:

This Honorable Court issued an Order, Document 120, on 09/17/2007 at 2, requiring the defendants District of Columbia and Devon Brown to answer Plaintiff's Third Amended Complaint on or before October 1, 2007.

Defendants District of Columbia and Devon Brown did not file an Answer to Plaintiff's Third Amended Complaint as ordered, and the District of Columbia and Devon Brown are in default.

3

Defendant District of Columbia and Defendant Brown were properly served by service of process.

Defendant District of Columbia and Defendant Brown are not minors or incompetent.

As Plaintiff's claims for compensatory and punitive damages are not for a sum certain, Plaintiff hereby request an evidentiary hearing pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure to establish his entitlement to damages.

Due to the importance of this case, Plaintiff plan to present the testimony of the Plaintiff and other witnesses, as well as documentation, about the damages Plaintiff have suffered and the reprehensible and heinous nature of Defendants actions.

**WHEREFORE,** Plaintiff pray that this Honorable Court grant default judgment against the District of Columbia and Devon Brown.


_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, VA. 22302
Tele#: 703 965-5637
e-mail: drsbanks@msn.com

4

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SIMON BANKS,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1514 (ESH) |
| | ) | Ellen Segal Huvelle, Judge |
| **S. ELWOOD YORK, JR., ET AL.** | ) | |
| | ) | |
| Defendants | ) | December ____, 2007 |
| | ) | |

**ORDER**

5

Upon consideration of the Plaintiff's Motion for Default Judgment, it is hereby,

this ____ day of December, 2007,

**HEREBY,
GRANTED**.

                                              Royce C. Lamberth,
                                                United States Judge

Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, VA. 22302
Tele#: 703 965-5637
e-mail: drsbanks@msn.com

**Denise J. Baker**
Office of the General Counsel
441 4th Street, NW
Room 6S028
Washington, DC 20001