UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-1514 (ESH) |
| v. ) | |
| S. ELWOOD YORK, JR., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Plaintiff's Motion for Default and the District Defendants Opposition thereto, the memoranda of points and authorities, and the entire record herein, it is this _____ day of _____, 2007, for the reasons stated by defendants in their papers,

**ORDERED** that the motion be, and the same hereby is, **DENIED;**

**FURTHER ORDERED,** that the affidavit filed by Plaintiff in support of Motion for Default is **STRICKEN**;

**FURTHER ORDERED,** that Plaintiff shall pay reasonable attorney's fees and costs for filing this frivolous Motion for Default.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

Simon Banks
P.O. Box 17052
Alexandria VA 22302