## Baker, Denise (OAG)

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Monday, October 01, 2007 5:17 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:05-cv-01514-ESH BANKS v. YORK et al Answer to Amended Complaint

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Columbia

## Notice of Electronic Filing

The following transaction was entered by Baker, Denise on 10/1/2007 at 5:16 PM and filed on 10/1/2007
**Case Name:**         BANKS v. YORK et al
**Case Number:**       1:05-cv-1514
**Filer:**             DISTRICT OF COLUMBIA GOVERNMENT
                       DEVON BROWN
**Document Number:** 123

**Docket Text:**
ANSWER to Amended Complaint by DEVON BROWN, DISTRICT OF COLUMBIA GOVERNMENT. Related document: [49] Amended Complaint, filed by SIMON BANKS.(Baker, Denise)


**1:05-cv-1514 Notice has been electronically mailed to:**

SIMON BANKS     drsbanks@msn.com

Denise J. Baker     denise.baker@dc.gov, djbakerbrown@msn.com, richard.love@dc.gov

Megan Starace Ben'Ary     megan.benary@leclairryan.com, csocha@leclairryan.com

Colleen Elizabeth Durbin     ced@carrmaloney.com, asw@carrmaloney.com

Ellen A. Efros     ellen.efros@dc.gov

Richard S. Love     richard.love@dc.gov

Kelvin L. Newsome     kelvin.newsome@leclairryan.com, barbara.webne@leclairryan.com, megan.ben'ary@leclairryan.com

12/19/2007

Daniel P. Struck    dstruck@jshfirm.com, cmadden@jshfirm.com, mgiardina@jshfirm.com

**1:05-cv-1514 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**U:\12.06 MY DOCUMENTS\BANKS V S ELWOOD YORK ETAL\ANSWER THIRD AMENDED COMPLAINT\FINAL_ANSWER 3RD_AMENDED_BANKS_COMPLAINT.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/1/2007] [FileNumber=1568708-0]
[03a6822b6f88c055def88b48e091750cc701d7895c97a5a739e6bc7cab799bcfe66a
6edcb100f4f2f9b232a54e5eb903f9f473d8cf579f3707dc09d3f190896d]]

12/19/2007