UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1514 (RCL) |
| ) | Royce C. Lamberth, Judge |
| S. ELWOOD YORK, JR., ET AL. ) | |
| ) | |
| Defendants ) | December 20, 2007 |
| ) | |

**AFFIDAVIT OF SIMON BANKS IN SUPPORT OF
PLAINTIFF'S MOTION TO STRIKE AND FOR SANCTIONS**

**I,** Simon Banks, hereby swear pursuant to 28 U.S.C. § 1746 and pursuant to the penalty of perjury, to the best of my knowledge and belief as follows:

1. Pursuant to the Requirements of LCVR 7.1 (M)[1]

At 12:46 PM on December 19, 2007, I telephoned the Defendants Attorney, Denise Baker, at 202 442-9887 for purposes of informing her that I proposed to file Motion for Default Judgment against the Defendants District of Columbia and Devon Brown and to seek consent for the filing of the motion.

2. Denise Baker, counsel for the District and Devon Brown, exhibited surprise that the I was about to file this motion. Ms. Baker asked of me, "what do you base this on? I filed a motion to dismiss and for sanctions." To this comment

---

[1] Seeking to secure the District and Devon's position as to whether the Defendants District and Devon Brown would consent to the filing of Plaintiff's Motion for Default Judgment

    I responded, "you filed that motion in *Banks v. District of Columbia and Devon Brown.* This is *Banks v. York.* The court ordered you to do something and you did not do it." To this statement Ms. Baker responded, "I will file the answer within an hour." To this comment, I responded, "I will wait until 3:00 O'clock." Ms. Baker said thanks.

2.     However, Denise Baker did not submit an answer to the Third Amended Complaint as ordered by the Court on 09/17/2007, Document 120 at 2, which required the District and Devon Brown to submit an answer to the Plaintiff's Third Amended Complaint. Rather, Baker, at 1:05 pm, December 19, 2007 within a few minutes subsequent to my telephone call to her seeking her consent for filing Plaintiff's Motion for Default Judgment, filed the exact same motion, Motion to Dismiss and for Sanctions, that the Defendants filed in *Simon Banks v. District of Columbia, et al,* 07-2115 (ESH) with Judge Huvelle on Friday, December 14, 2007, resulting in Judge Huvelle's order dated 12/17/2007, Document 10, advising the Plaintiff of the District Court's requirement to take pains to advise a *pro se* party, pursuant to the mandate contained in *Fox v. Strickland, 837* F.2d 507 (D.C. Cir. 1988) of the consequences of failing to respond to a dispositive motion.

11.     The signatures of Ellen A. Efros and Denise Baker at 3 of 14, Def's Mot. to Dismiss and for Sanctions, certificate pursuant to LCVR 12-1 improperly certify that Denise Baker, District's counsel, emailed the Plaintiff a copy of the Motion to Dismiss and for sanctions filed in this case, in this court on December 19, 2007, Document 139, when she did not. I was never in receipt of nor did the above-referenced signatories to

the LCVR 12-1 certificate, submit via email counsel's of the defendants' intention to file this motion to dismiss, as provided by Denise J. Baker.

        12,     The Certificate Pursuant to LCVR12-1 at 3 of 4 provide:

> **The undersigned counsel hereby certifies that on December 14, 2007, she email counsel of the defendants' intention to file this motion to dismiss, to which Plaintiff has not responded and it is assumed that the motion is opposed**.

This statement is not true. Denise Bake did not email the Plaintiff the Motion she filed as District of Columbia Motion to Dismiss and for Sanctions, 05-1514 (RCL), prior to filing it. Nor did Denise Baker inform the Plaintiff verbally or otherwise prior to filing the District of Columbia Motion to Dismiss and for Sanctions, filed as Document 139, December 19, 2007, that the District intended to file it, and I did not offer my consent or object to the filing of this referenced motion because I was never requested to consent to the filing of the District's Motion to Dismiss and for sanctions or otherwise informed of it prior to its filing.

_____/s/_____