UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DR. SIMON BANKS, J.D.               )
                                    )
    **Plaintiff**                       )
                                    )
    v.                              )   Case: 1:05-cv-1514 (RCL)
                                    )
S. ELWOOD YORK, JR., et al.,        )
                                    )
                                    )
    **Defendants**                      )
_____)


### NOTICE OF WITHDRAWAL OF MOTION TO DISMISS
### AND MOTION FOR SANCTIONS

**TO THE CLERK OF COURT:**

    Kindly withdraw from this Court's consideration the Motion to Dismiss filed on December 19, 2007, Docket No. 138, and Motion for Sanctions, Docket No. 139, filed on December 19, 2007, by the Defendants, District of Columbia and Devon Brown.

    Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)