UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, J.D. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case: 1:05-cv-1514 (RCL) |
| ) | |
| S. ELWOOD YORK, JR., et al., ) | |
| ) | |
| Defendants ) | |

**DISTRICT DEFENDANTS NOTICE OF CERTIFICATE OF SERVICE**

**TO THE CLERK OF COURT:**

The District of Columbia served NOTICE OF WITHDRAWAL OF MOTION by DEVON BROWN re [139] MOTION for Sanctions and NOTICE OF WITHDRAWAL OF MOTION by DEVON BROWN re [138] MOTION to Dismiss *Complaint* on December 20, 2007 by electronic mail at DRSimon Banks [drsbanks@msn.com].

__/S/_____
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest
6th Floor South
Washington, D.C. 20001
202-442-9887
Denise.baker@dc.gov