UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DR. SIMON BANKS, J.D.               )
                                    )
       **Plaintiff**           )
                                    )
       v.                      )   Case: 1:05-cv-1514 (RCL)
                                    )
S. ELWOOD YORK, JR., et al.,        )
                                    )
                                    )
       **Defendants**          )
_____)


## DISTRICT DEFENDANTS' REQUEST TO CORRECT THE
## DOCKET TO ADD THE DISTRICT OF COLUMBIA AS A DEFENDANT/PARTY

TO THE CLERK OF COURT:

     Kindly correct the Docket to add the District of Columbia as a Defendant/Party to the above captioned action so that filings may be made on behalf of the District of Columbia. It is believed that the District of Columbia was inadvertently dropped as a party to the above-captioned civil action when the case was severed.


                    __/S/_____
                    Denise J. Baker
                    D.C. Bar No. 493414
                    Assistant Attorney General
                    441 4th Street, Northwest
                    6th Floor South
                    Washington, D.C. 20001
                    202-442-9887
                    Denise.baker@dc.gov

**CERTIFICATE OF SERVICE**

    The District of Columbia and Devon Brown certify that they served plaintiff with the Request to Correct the Docket to Add a Party on December 20, 2007 by electronic mail at DRSimon Banks [drsbanks@msn.com].

                                                                                             _/S/_____
                                                                                             Denise J. Baker
                                                                                             D.C. Bar No. 493414
                                                                                             Assistant Attorney General
                                                                                             441 4th Street, Northwest
                                                                                             6th Floor South
                                                                                             Washington, D.C. 20001
                                                                                             202-442-9887
                                                                                             Denise.baker@dc.gov