UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, J.D. | ) |
| Plaintiff | ) |
| v. | ) Case: 1:05-cv-1514 (RCL) |
| S. ELWOOD YORK, JR., et al., | ) |
| Defendants | ) |

**DISTRICT DEFENDANTS OPPOSITION TO MOTION TO STRIKE DEFENDANTS DISTRICT AND BROWN MOTION TO DISMISS AND FOR SANCTIONS**

On December 20, 2007, Clerk of the Court was requested to remove the Motions to Dismiss and for Sanctions from the docket and from the Court's consideration. (See Docket entries 145 and 145 respective.). As such, Plaintiff's Motion to Strike Defendants District and Brown Motion to Dismiss and for Sanctions is **moot.**

**CONCLUSION**

For the foregoing reasons, Plaintiff's motion to strike District Defendant's motions to dismiss and for sanctions, respectively, should be denied.

　　__/S/_____
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest
6th Floor South
Washington, D.C. 20001
202-442-9887
Denise.baker@dc.gov

**CERTIFICATE OF SERVICE**

The District of Columbia and Devon Brown certifies that the above Opposition was served on December 21, 2007 by electronic mail at DRSimon Banks [drsbanks@msn.com].

    __/S/_____
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest
6th Floor South
Washington, D.C. 20001
202-442-9887
Denise.baker@dc.gov