UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, J.D. | ) |
| **Plaintiff** | ) |
| v. | ) Case: 1:05-cv-1514 (RCL) |
| S. ELWOOD YORK, JR., et al., | ) |
| **Defendants** | ) |

# ORDER

Upon consideration of Plaintiff's Motion to Strike the District Defendants' Motion to Dismiss and Motion for Sanctions, the District Defendants Opposition thereto, the memoranda of points and authorities, and the entire record herein, it is this _____ day of

_____, 2007, for the reasons stated by defendants in their papers,

**ORDERED** that the motion be, and the same hereby is, **DENIED;**

**SO ORDERED.**

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

Simon Banks
P.O. Box 17052
Alexandria VA 22302