UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>S. ELWOOD YORK, JR., ET AL. )<br>)<br>Defendants )<br>) | Civil Action No. 05-1514 (RCL)<br>Royce C. Lamberth, Judge<br><br>December 19, 2007 |

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT PURSUANT TO RULE 55(b), FED. RULES CIVIL PROCEDURE**

Comes now, Simon Banks, Plaintiff, pursuant to 28 U.S.C. §1746, and swear pursuant to the penalty of perjury, to the best of my knowledge and belief as follows: Defendant District of Columbia and Defendant Brown were properly served by service of process.

The Defendants District of Columbia and Devon Brown, have not filed answer to the complaint as ordered by the Court on September 17, 2007, Document No. 120, which required them respectively to file answer to the complaint by October 21, 2007.

Defendant District of Columbia and Defendant Brown are not minors or incompetent.

The Plaintiff's claims for compensatory and punitive damages.

_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, VA. 22302

Case 1:05-cv-01514-RCL   Document 149-2   Filed 12/29/2007   Page 2 of 2