UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, J.D. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case: 1:05-cv-1514 (RCL) |
| ) | |
| S. ELWOOD YORK, JR., et al., ) | |
| ) | |
| Defendants ) | |

**DISTRICT DEFENDANTS RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS DISTRICT AND BROWN ANSWER TO THIRD AMENDED COMPLAINT AND FOR SANCTIONS [DOCKET 151]**

On December 21, 2007, Plaintiff filed the above-captioned motion (Document 151) requesting that the Court strike the District Defendants' Answer to the Third Amended Complaint (Document 141). In support of the relief sought, Plaintiff alleges the doctrine of judicial estoppel, failure to obtain judicial consent pursuant to Fed. R. Civ. Pro. Rule 6, and waiver. Factually, Plaintiff alleges that the Answer to the Third Amended Complaint was filed out of time since it should have been filed no later than October 21, 2007 pursuant to the Court's Order of September 17, 2007. (Plaintiff's Mem. Op. Page 3.).

Plaintiff disregards the fact that the District Defendants complied with the September 17, 2007 Court Order on October 1, 2007 by filing its "Answer to Amended Complaint" by way of ECF. (Document 123). (See attached Notice of Electronic Filing attached hereto as Exhibit "A" and made a part hereof.).

Plaintiff threatened to file a default judgment within two hours time if an answer was not filed. Out of an abundance of caution, counsel for the District Defendants re-filed the Answer.

As such, Plaintiff's Motion to Strike District Defendants' District Answer to the Third Amended Complaint is **moot.**

Sanctions should not be assessed against the District Defendants for filing a second time what had already been filed. There are many repetitious pleadings filed by Plaintiff that only a sentry at constant post can consistently and expediently wade through the morass.

**CONCLUSION**

For the foregoing reasons, Plaintiff's motion to strike District Defendants' Answer to the Third Amended Complaint and for sanction should be denied.

> Respectfully submitted,
>
> LINDA SINGER
> Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General, Civil Litigation Division
>
>
> /s/ Ellen A. Efros
> ELLEN A. EFROS
> Chief, Equity I
>
> /s/ Denise J. Baker
> DENISE J. BAKER
> Assistant Attorney General
> 441 Fourth Street, N.W., Suite 6S079
> Washington, D.C. 20001
> (202) 442-9887 (telephone)
> (202) 727-3625 (fax)

**CERTIFICATE OF SERVICE**

The District of Columbia and Devon Brown certifies that the above Opposition was served on January 4, 2008 by electronic mail at DRSimon Banks [drsbanks@msn.com].

                    __/S/_____
                    Denise J. Baker
                    D.C. Bar No. 493414
                    Assistant Attorney General
                    441 4th Street, Northwest
                    6th Floor South
                    Washington, D.C. 20001
                    202-442-9887
                    Denise.baker@dc.gov