**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ) | | |
| **SIMON BANKS,** ) | | |
| ) | | |
| **Plaintiff)** | | |
| ) | | |
| **v.** ) | **Civil Action No. 05-1514 (RCL)** | |
| ) | | |
| **S. ELWOOD YORK, JR., ET AL.** ) | | |
| ) | | |
| **Defendants** ) | **January 7, 2008** | |
| ) | | |

**PLAINTIFF'S REPLY TO DISTRICT'S RESPONSE TO PLAINTIFF'S MOTION
TO STRIKE DEFENDANTS DISTRICT AND BROWN ANSWER TO THIRD
AMENDED COMPLAINT AND FOR SANCTIONS [DOCKET 151]**

The District filed its Answer to the Plaintiff's Second Amended Complaint on

October 1, 2007, Document 123.  And on 12/19/2007 the District filed its Answer to the

Plaintiff's Third Amended Complaint, (Document 141) thereby intending to supersede

and otherwise nullify the District's Answer filed on October 1, 2007, to Plaintiff's

Second Amended Complaint. The District is currently arguing that:

**a)** the Answer the District filed on October 1, 2007 was in fact the District's

answer to the Plaintiff's Third Amended complaint and not its answer to Plaintiff's

Second Amended Complaint notwithstanding the fact that it is titled Answer to Plaintiff's

Second Amended Complaint and its contents clearly are submitted in response to the

allegations of the Plaintiff's second amended complaint;

**b)**  The District omits that it filed Motion to Dismiss and for Sanctions which was

intended to be the District's Answer to Plaintiff's Third Amended Complaint, in response

to the Court's Order dated September 17, 2007 requiring the District and Evon Brown [hereinafter "District"] to file an Answer to the Plaintiff's Third Amended Complaint by October 21, 2007.

c) The District filed Motion to withdraw its Motion to Dismiss and for Sanctions. (purported response to the court's order ordering it to file its answer by the 21st of October, 2007), in the form of a letter to the clerk of court.   Here, once again the District is attempting to nullify its erroneous successive filings without suffering any consequence.  The District is attempting befuddle the court and cause the court to ignore the fact that it filed successive non-responsive sham pleadings which the District purport was intended to be in response to the Court's order directing it to file an Answer to the Plaintiff's Third Amended Complaint by October 21, 2007.

Now, the District is further requesting this Honorable Court to accept its October 1, 2007 Answer to the Plaintiff's Second Amended Complaint as the District's Answer to the Plaintiff's Third Amended Complaint notwithstanding its non-conformity and latent and patent defects, given it has been submitted as the reported "Answer" to Plaintiff's Third Amended Complaint.

The District, conflictingly, is also further requesting the Court to accept the answer it filed on 12/19/2007, without leave of court, and without an extension of time to file it, as its answer to Plaintiff's Third Amended Complaint, and not subject it to sanctions, although the District filed imposter pleadings and although the District's Answer to Plaintiff's Third Amended Complaint was due on October 21, 2007; and although the District failed to seek leave of court pursuant to Rule 6 FRCP, before it filed its 12/19/2007 Answer, and although the District filed this pleading without first filing a

motion pursuant to Fed. R. Civ. P. 15, to amend the October 1, 2007 non-conformant

pleading, and despite the fact that it failed to file a motion pursuant to Fed. R. Civ. P. 15,

for leave to amend its Motion to Dismiss and for Sanctions, which the District submitted

also as the District's amended answer to Plaintiff's Third Amended Complaint,

(Amending the answer the District filed to Plaintiff's second Amended Complaint).  The

District expects this Honorable Court to ignore the District's filing of these two (2) prior

pleadings which were also filed by the District as the District's answer to the Plaintiff's

Third Amended Complaint.  This is such an unbelievable succession of comedic errors

that would astonish the most gullible, inebriated, schizophrenic delusionary dreamer.

Were counsel for the District a lay, pro se, pleader and/or a new, untutored

litigator, untutored in the law, specifically Fed. R. Civ. P. 11, the Federal Rules of Civil

Procedure and the Local Rules of this Court, perhaps the conduct of the District might be

entitled to some difference due to epic-phenomenal ignorance of the rules of this Court.

However, Rule 11 requires the District's attorneys to peruse pleadings before they are

filed and to file them in good faith.  Here, the District's attorney, acknowledge that she

acted in **"the abundance of caution" ..because Plaintiff threatened to file a default**

**judgment within two hours of time if an answer was not filed. [Emphasis Added]** (at

1-2 of District's Response) when she filed the frivolous sham Motion to Dismiss and for

Sanctions, knowing that it was not a responsive pleading, and knowing that it was a sham

pleading, and knowing that it would waste the precious resources of the court.  **[This**

**does not excuse the District's sham filings]**

After all of the above, the District's counsel attempt to cover-up the *sham*

*pleading (Motion to Dismiss and for Sanctions)* by withdrawing it and declaring that no

harm was done, and that the issue is moot simply because the District submitted a letter to the clerk of the Court to withdraw it, rather than a motion without complying with Local Rule 7.1(m).  This letter is in improper form, functionally it is a motion submitted by the District's lead counsel disguised as a letter, requesting the clerk to usurp the Court and deprive the Plaintiff of due process of law.  A further act of egregious disrespect for the rule of law, a mockery with respect to the integrity of the court; and a smack in the face of Rule 11. *Id.*

Moreover, the District's lead counsel, not only does not cease and desist from filing frivolous pleadings, it has filed a another pleading from the seed of the poisonous tree that bears the taint of the original seed, a filing more frivolous than the letter to the clerk, the motion to dismiss and for sanctions, the answer to Plaintiff's second amended complaint, and the answer to Plaintiff's Third Amended Complaint, filed on 12/19/2007 without leave of court and without an extension of time to file it, and which was filed without a prior notice to Plaintiff pursuant to LCr7(m), and since it, again is a pleading which amend each of the foregoing, it was filed without filing a motion pursuant to Rule 15 of the Fed. R. Civ. P. 15. **(When will counsel stop these knee-jerk, impulsive; and irrational actions – seemingly implemented to extricate the District from its self-generated quicksand)**

Finally, the District list the wrong judge in the caption of its motion.  At the time of filing each of these pleadings the case hereof was before this Honorable Court.

**WHEREFORE**, the Plaintiff request sanctions of the most severe type to address these egregious acts in derogation of the rule of law, the ethical responsibility of counsel, and the integrity of the administration of justice.  The Plaintiff request, in addition to

4

5

Rule 11 Sanctions, that the Plaintiff be awarded compensation of Two Thousand Dollars ($2000.00), at the rate of $150.00 per hour for having been required to submit responses to the District and Brown's Motions and pleadings connected with the District's purported attempt to file Answer to the Plaintiff's Third Amended Complaint, and the District having filed various sham pleadings connected with its attempt to untangle itself from its fabricated attempt to extricate itself from the horse manure of its own creation and deceptive activities, at the expense of the judicial economy.


_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
703 965-5637
Email: disbands@msn.com