UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1514 (RCL) |
| | ) |
| S. ELWOOD YORK, JR. *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM & ORDER**

On August 18, 2006, plaintiff herein moved for leave to file a Third Amended Complaint. Judge Huvelle granted plaintiff's motion, and the Third Amended Complaint, which had been lodged as an exhibit with plaintiff's motion, was filed.  On August 23, 2006, pursuant to Judge Huvelle's order, the document actually filed says "3rd Amended Complaint" on the Cover Page, but on Page 2 has the title, below the caption, "Plaintiff's Second Amended Complaint."  This document consists of 49 pages, plus a certificate of service for "Plaintiff's Amended Complaint."

By order filed September 17, 2007, Judge Huvelle dismissed portions of the Third Amended Complaint, and ordered the defendants District of Columbia and Devon Brown to answer the Third Amended Complaint on or before October 1, 2007.

On October 1, 2007, defendants District of Columbia and Devon Brown filed an answer to what was called the Second Amended Complaint.  The answer was to all 189 paragraphs set forth in the Third Amended Complaint.  The Second Amended Complaint, which was filed on August 1, 2006, had only 175 paragraphs and was only 36 pages long, plus a certificate of service.  It is clear, therefore that the answer filed by the District of Columbia and Devon Brown was incorrectly titled "Answer to Second Amended Complaint" when it was in fact an "Answer

to Third Amended Complaint." The Court shall therefore deem the document docketed at #123 and timely filed on October 1, 2007, to be the Answer to the Third Amended Complaint by defendants District of Columbia and Devon Brown. The plaintiff's own error in the document he filed (as an exhibit to his motion at docket 45), as the Third Amended Complaint but had the title "Second Amended Complaint" when it was filed on August 23, 2006, presumably contributed to the defendants' error.

Thereafter, on December 14, 2007, defendants District of Columbia and Devon Brown filed a motion to dismiss.

Plaintiff filed a motion [140] for default judgment, claiming that the District of Columbia and Devon Brown had not filed an answer to the Third Amended Complaint.

On December 20, 2007, defendants District of Columbia and Devon Brown withdrew their newly filed motion to dismiss. Plaintiff's motion [143] to strike the motion to dismiss is therefore DENIED as moot.

Plaintiff also filed a motion [151] to strike the answer of the District of Columbia and Devon Brown, claiming that a timely answer to the Third Amended Complaint had not been filed. Plaintiff is incorrect and his motion to strike is DENIED. Plaintiff's motion [140] for default judgment is also DENIED.

The document [141] filed by defendants on December 19, 2007, as Answer to Third Amended Complaint, is the same—except for the title—as the Answer [123] timely filed on October 1, 2007. Since it has the correct title, it will not be stricken and it will be deemed timely filed since the text of it was in fact filed on October 1, 2007, albeit with an erroneous title.

It is now time to set a schedule for how this case will proceed. Since plaintiff is a member of the class in *Barnes v. District of Columbia*, Civil Action No. 06-315, the proceedings

in that case will obviously affect how this case will proceed.

Since defendants District of Columbia, and Devon Brown have filed an answer, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendants. Within fourteen (14) days thereafter, and in accordance with Local Rule 16.3(d), the parties shall jointly submit the following: (1) a written report outlining the discovery plan; and (2) a proposed scheduling order.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on January 22, 2008.