UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1514 (RCL) |
| S. ELWOOD YORK, JR., *et al.*, ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Plaintiff's Motion for CM/ECF Password [157] in the instant case, it is hereby

ORDERED that Plaintiff's Motion for CM/ECF Password [157] is GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, May 30, 2008.