UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, J.D. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case: 05-1514 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants ) | |

## SCHEDULING ORDER

Upon Consideration of the District Defendants' LCvR 16.3 Report [155], the Plaintiff's LcvR 16.3 Report [156] and the entire record herein, it is hereby ORDERED that:

1. Joinder of additional parties shall be completed no later than 45 days after the scheduling conference.

2. The parties need not exchange the initial disclosures required by Fed. R. Civ. 26(a)(1).

3. Fact discovery, including answers to interrogatories, document production, admissions, and depositions to be completed within 180 days after the Scheduling Conference.

4. The number of interrogatories is to be limited to 25 per side.

5. The number of depositions is to be limited to 5 per side.

6. The duration of each deposition is to be limited pursuant to LCvR 26.2(c).

7. Plaintiff's expert report(s) and information shall be served no later than 30 days after the close of fact discovery.

8. Defendants' expert report(s) and information shall be served no later than 60 days after the close of fact discovery.

9. All discovery on the parties' experts shall close 90 days after the close of fact discovery.

10. All dispositive motions shall be filed no later than 30 days after the close of expert discovery.

11. Memoranda of points and authorities in opposition to any dispositive motions shall be filed no later than 30 days after filing of the dispositive motion.

12. Reply memoranda shall be filed no later than 15 days after filing of the opposition(s).

13. A status conference shall be set, if necessary, after the Court rules upon any dispositive motion.

14. The pretrial and trial dates will be set at the status conference.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, May 30, 2008.