UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIMON BANKS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1514 (RCL) |
| S. ELWOOD YORK, JR., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ERRATA

It is hereby ORDERED that the following changes be made to the Scheduling Order [159] issued by this Court on May 30, 2008:

Paragraph 1: substitute "May 30, 2008" for the words "the scheduling conference".

Paragraph 3: substitute "May 30, 2008" for the words "the scheduling conference".

Signed by Royce C. Lamberth, Chief Judge, May 30, 2008.