**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| **DR. SIMON BANKS, J.D.** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Case: 1:05-cv-1514 (RCL)** |
| | ) | |
| **S. ELWOOD YORK, JR., et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants** | ) | |
| _____ | ) | |

**DEFENEDANTS' MOTION FOR ENLARGMENT OF TIME**
**TO RESPOND TO DISCOVERY REQUESTS**

Pursuant to Fed. R. Civ. P. 6(b), the District Defendants hereby move this Court

for an enlargement of time to file responses to Plaintiff's discovery requests, from August

4, 2008, up to and including August 29, 2008, and as grounds, therefore, states as

follows:

1.    On or about February 7, 2008, Plaintiff filed the above-captioned

matter.  On or about February 7, 2008, Defendants received the

complaint and summons.  On or about April 30, 2008, the plaintiff

filed an amended complaint in the above-captioned matter.  The

amended complaint was received by the District on or about April

30, 2008.

2.    Since that time, Plaintiff has also filed motions to disqualify

counsel, to strike all pleadings filed by the Attorney General for

the District of Columbia (though there have been none), to further

amend the complaint, and for default judgment. At present,

Defendants are working on responses to these numerous motions.

3.      Long-planned summer vacations have been scheduled to take place

during the next few weeks.

4.      Out of an abundance of caution, particularly in light of the

numerous motions that have already been filed by Plaintiff, the

District respectfully requests that this Court extend the time to file

responses to Plaintiff's requests for discovery from August 4, 2008

to August 29, 2008.

5.          Fed. R. Civ. P. 6(b) provides that,

"[w]hen by these rules or by a notice given thereunder or
by order of court an act is required or allowed to be done
within a specified time, the court… may in its discretion (1)
with or without motion or notice order the period enlarged
if request therefor is made before the expiration of the
period originally prescribed or as extended by previous
order…."

6.      This request is being made prior to the expiration of the prescribed

period, and is for cause shown.

7.      No party will be unduly prejudiced should the Court grant the

requested relief.

8.      By electronic mail dated July 21, 2008, District Defendants

requested plaintiff's consent to the relief requested herein. On that

same date Plaintiff responded that he did not consent to the relief.

For all the above-stated reasons, additional time up to and including August 29, 2008, is requested to respond to Plaintiff's discovery requests.  A memorandum of points and authorities in support of this motion is hereto attached.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of
Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation
Division

_____/s/___Ellen Efros_____
ELLEN EFROS [250746]
Assistant Deputy Attorney General, Civil
Litigation Division

/s/ Denise J. Baker
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)
Denise.baker@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ | ) |
| | ) |
| **DR. SIMON BANKS, J.D.** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **S. ELWOOD YORK, JR., et al.,** | ) |
| | ) |
| | ) |
| **Defendants** | ) |
| _____ | ) |

**Case: 1:05-cv-1514 (RCL)**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DISTRICT DEFENDANTS' MOTION FOR ENLARGMENT OF TIME
TO RESPOND TO DISCOVERY REQUESTS**

In support of their Motion for Enlargement of Time to Respond to Discovery

Requests, District Defendants rely upon the following authorities:

1.     Inherent Power of the Court.

2.     Fed. R. Civ. P. 6(b)(1).

3.     The lack of prejudice to the parties.

4.     The record herein.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of
Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation
Division

     /s/    Ellen Efros_____
ELLEN EFROS [250746]

Assistant Deputy Attorney General, Civil
Litigation Division

/s/ Denise J. Baker
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)
Denise.baker@dc.gov