UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, J.D. | ) |
| Plaintiff | ) |
| v. | ) Case: 1:05-cv-1514 (RCL) |
| S. ELWOOD YORK, JR., et al., | ) |
| Defendants | ) |

**O R D E R**

Upon consideration of the District Defendants' Motion for Enlargement of Time To Respond to Discovery Requests, and the entire record in this matter, it is, by this Court, this _____ day of _____, 2008,

ORDERED that the Motion is GRANTED:

FURTHER ORDERED that the Scheduling Order for this matter is amended as follows:

Defendant's Response to Plaintiff's Discovery Requests Due:  August 29, 2008.

_____
Royce C. Lamberth
Judge, U.S. District Court for the District of Columbia