UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| DR. SIMON BANKS, J.D. ) | | |
| P.O. BOX 17052 ) | | |
| ALEXANDRIA, VA. 22302 ) | | |
| ) | | |
|        Plaintiff ) | | |
| ) | | |
| v. ) | Case: 05-1514 (RCL) | |
| ) | | |
| ELWOOD YORK, JR ) | | |
| ET AL ) | | |
| ) | July 25, 2008 | |
|        Defendants ) | | |

PLAINTIFF'S OPPOSITION TO DISTRICT'S MOTION FOR EXTENSION OF
TIME TO RESPOND TO DISCOVERY REQUEST OF PLAINTIFF THROUGH
AUGUST 29, 2008

      Comes now, Dr. Simon Banks, Plaintiff in opposition to the District's Motion for Extension of time through August 29, 2008 to respond to Plaintiff's discovery request which was submitted to the District on July 3, 2008, Plaintiff's First Interrogatories and Plaintiff's First Request for Production of Documents, and in support the Plaintiff cites the following – all connected with the Plaintiff's Third Amended Complaint:

      On 09/17/2008 the Court entered an Order, Document 120 connected with the District's Motion to Dismiss the Plaintiff's Third Amended Complaint.

      On 10/01/2007 the District filed Document 123 Answer to Second Amended Complaint (which the District later stated it was actually its response to the Plaintiff's Third Amended Complaint.

On 10/15/2007 the District filed Document 130, its Meet and Confer Statement regarding Plaintiff's Third Amended Complaint.

On 10/17/2007 the Plaintiff filed Document 117, Plaintiff's Meet and Confer Statement in connection with Plaintiff's Third Amended Complaint

On 12/19/2007 the District filed Document 139, District Defendants' Motion to Dismiss and for Sanctions (14 pages). At ¶1 (Page 4 of 4) of District's Memorandum of Points And Authorities In Support of District Defendants' Motion to Dismiss and for Sanctions, **the District provides:**

### I. INTRODUCTION

Undersigned counsel sparred repeatedly against three (3) amended complaints, which alleged a plethora of institutional wrongs brought against Defendants by Plaintiff, Simon Banks (hereinafter "Banks" or "Plaintiff") under separate caption (See docket Case 1:0f-cv-0154 – ESH).  After several years of struggle, the litigation resulted in a succinct order of this Court, which stated, inter alia:

**[p]laintiff may continue to pursue against the District of Columbia (1) his Sectin 1983 claim for overdetention; (2) his Eighth Amendment claims based on the denial of a diabetic diet and the lack of heat at the D.C. Jail; (3) his claim regarding the opening of his legal mail outside of his presence; and (4) his negligent traiing and supervision claims.  Plaintiff may also continue to pursue his Section 1983 claim for overdetention and his negligent training and supervision claims against Devon Brown in his individual capacity.**

On 12/19/2007 the District filed Document 141, Answer to Third Amended Complaint (32 pages).

On 12/20/2007 the Plaintiff filed Document 143, Plaintiff's Motion to Strike and for Sanctions.  **See** Page 3-9 of 10 of Plaintiff's Memorandum of

Law In Support of Plaintiff's Motion to Strike and for Sanctions which shows the District filed numerous erroneous pleadings after it was told the Plaintiff planned to file Motion for Default Judgment, connected with the District's filing pleadings against the Plaintiff's Third Amended Complaint.

On 12/20/2007 the District filed Document 145, Notice of Withdrawal of Motion to Dismiss and Motion for Sanctions.

On 12/21/2007 the Plaintiff filed Document 151, Plaintiff's Motion to Strike the Answer of the District and Devon Brown to Plaintiff's Third Amended Complaint.

On 1/04/2008 the District filed Document 152, District Defendants Response to Plaintiff's Motion to Strike Defendant District and Brown Answer to Third Amended Complaint.

On 02/21/2008 the Plaintiff filed Document 156, a 16 page **"Plaintiff's Meet and Confer Statement and Repor**t Pursuant to 16.3, and from Pages 8-16 the Plaintiff listed his discovery requests.  So the District had substantial prior notice of what the Plaintiff would be requesting by way of discovery.

**THE DISTRICT IS WHOLLY INCORRECT AS TO ITS CHRONOLOGY
OF PLEADINGS LISTED IN ITS MOTION FOR EXTENSION OF TIME**

In the District's Motion for extension of time, it has mixed up this case with *Banks v. Kramer,* 08-215 (RCL), where it provide:

**1. On or about February 7, 2008, Plaintiff filed the above-captioned matter. On or about February 7, 2008, Defendants received the complaint and summons. On or about April 30, 2008, the plaintiff filed an amended complaint in the above-captioned matter. The amended complaint was received by the District on or about April 30, 2008.**

3

**2. Since that time, Plaintiff has also filed motions to disqualify counsel, to strike all pleadings filed by the Attorney General for the District of Columbia (though there have been none), to further amend the complaint, and for default judgment. At present, Defendants are working on responses to these numerous motions.**
**3. Long-planned summer vacations have been scheduled to take place during the next few weeks.**
**4. Out of an abundance of caution, particularly in light of the numerous motions that have already been filed by Plaintiff, the District respectfully requests that this Court extend the time to file responses to Plaintiff's requests for discovery from August 4, 2008 to August 29, 2008.**

The above-cited is plainly incorrect. The instant Third Amended Complaint has been litigated for over a year.

In addition to the above-cited, the District has the records the Plaintiff requested assembled on its electronic database and has submitted responses to request for discovery in both the ***Bynum v. District of Columbia, et al, 02-956 RCL),*** and ***Carl L. Barnes v. Government of District of Columbia, 06-315 (RCL).***

Accordingly, the responses given to the questions asked and the documents requested ought to be readily available in the District's storage archives for easy retrieval and access.

**WHEREFORE,** the District's motion for extension of time is just another attempt to protract and delay without justifiable excuse and the Plaintiff request that the District's Motion for extension of time be denied.

_____/S/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
571 970 8327
drsbanks@msn.com,