UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
DR. SIMON BANKS, J.D. )
)
      **Plaintiff** )
)
      v. )   Case: 1:05-cv-1514 (RCL)
)
S. ELWOOD YORK, JR., et al., )
)
)
      **Defendants** )
_____)

**DEFENEDANTS' REPLY TO OPPOSITION TO ENLARGE TIME TO RESPOND TO DISCOVERY**

Plaintiff' rationale for opposing the District's enlargement of time is that "the District had substantial prior notice of what the Plaintiff would be requesting by way of discovery." (Pltf. Opp. Mot. Page 3). The District's response to Plaintiff's contention is that even if the District could infer or divine the requests, the actual requests were not tendered for response until July 2008. Therefore, Plaintiff's rationale is without merit.

Plaintiff also alleges that the "instant Third amended Complaint has been litigated for over a year," (*id*. at page 4), as a basis to deny the enlargement of time. Again, until the actual discovery requests are made the responding party has no duty to infer the content of future requests.

Lastly, Plaintiff contends that because the documents requested "ought to be readily available in the District's storage achieves for easy retrieval and access" (*id*.), makes unsupported assumptions about materials archived since 2004. Moreover, whether materials are readily retrievable is irrelevant to whether written responses may be generated, objected to, and reviewed by senior attorneys, which is the basis for the requested enlargement.

Most importantly, Plaintiff's opposition fails to assert any legally valid reason for denial of the District's motion. It does not state that Plaintiff will be prejudiced by the delay. It does not state that the District failed to request Plaintiff's consent to the relief sought prior to filing the motion.

As stated in the District's motion, vacation schedules prevent timely responses to the request for discovery, objects, and strategic decisions with respect to responses. For those reasons the District requests this, its first, enlargement of time to respond.

For all the above-stated reasons, additional time up to and including August 29, 2008, is requested to respond to Plaintiff's discovery requests.

    Respectfully submitted,

    PETER J. NICKLES
    Acting Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

      /s/    Ellen Efros_____
    ELLEN EFROS [250746]
    Assistant Deputy Attorney General, Civil Litigation Division

    /s/ Denise J. Baker
    Denise J. Baker
    D.C. Bar No. 493414
    Assistant Attorney General
    441 4th Street, Northwest, 6th Floor South
    Washington, D.C. 20001
    202-442-9887 (Telephone)
    202-727-0431 (Facsimile)
    Denise.baker@dc.gov