UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
**DR. SIMON BANKS, J.D.**             )
                                      )
      **Plaintiff**         )
                                      )
      v.                   )    **Case: 1:05-cv-1514 (RCL)**
                                      )
**S. ELWOOD YORK, JR., et al.,**      )
                                      )
                                      )
      **Defendants**        )
_____)


ORDER

Upon consideration of District Defendants' Motion to Stay Discovery Pending resolution of defendants' motion to consolidate, the memorandum of points and authorities in support thereof, the opposition thereto, and the entire record herein, it is this _____day of _____, 200__,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that discovery is stayed until thirty (30) days after this Court rules on the District Defendants' motion to consolidate.


                                                                       _____
                                                                       ROYCE C. LAMBERTH
                                                                       U.S. DISTRICT COURT JUDGE