UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, J.D. ) | |
| Plaintiff ) | |
| v. ) | Case: 1:05-cv-1514 (RCL) |
| S. ELWOOD YORK, JR., et al., ) | |
| Defendants ) | |

**DISTRICT DEFENDANTS' OPPOSITION TO SURREPLY [DOCKET NO. 165]**

The District Defendants oppose and object to Plaintiff's filing a surreply to the District Defendants' reply regarding an enlargement of time to respond to discovery. It is hornbook law that a surreply is a discretionary pleading requiring leave of Court and specific bases for filing.

If a movant raises arguments for the first time in his reply to the nonmovant's opposition, the court may provide the nonmovant an opportunity to respond to those arguments by granting leave to file a surreply. In such circumstances, consideration of a surreply furthers the interests of fairness and elucidation of the law through the adversarial process. *United States ex rel. Purcell v. MWI Corp.*, 520 F. Supp. 2d 158, 167 (D.D.C. 2007); *Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003). Otherwise, consideration of new arguments would be "manifestly unfair" to the nonmovant. *Herbert v. National Academy of Sciences*, 974 F.2d 192, 196 (D.C. Cir. 1992).

This is **not** one of those situations where a surreply is appropriate. The District Defendants raised no new arguments. Nothing in the reply is patently unfair or requires further "elucidation of the law through the adversarial process." *Id*.

**Wherefore,** the District Defendants respectfully request that this Court disregard or strike the surreply filed by plaintiff [Dkt. 65].

    Respectfully submitted:

    PETER NICKLES
    Acting Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    ELLEN EFROS [250746]
    Chief, Equity Section I

    /s/ Denise J. Baker
    Denise J. Baker
    D.C. Bar No. 493414
    Assistant Attorney General
    441 4th Street, Northwest, 6th Floor South
    Washington, D.C. 20001
    202-442-9887 (Telephone)
    202-727-0431 (Facsimile)
    Denise.baker@dc.gov