UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**DR. SIMON BANKS, J.D.**          )
                                   )
    **Plaintiff**          )
                                   )
    v.                     )   **Case: 1:05-cv-1514 (RCL)**
                                   )
**S. ELWOOD YORK, JR., et al.,**   )
                                   )
                                   )
    **Defendants**         )
_____)

# ORDER

Upon consideration of Plaintiff's Surreply, the memorandum of points and authorities in support thereof, the opposition thereto, and the entire record herein, it is this _____day of _____, 200__,

**ORDERED** that the Plaintiff's Surreply be, and the same hereby is, **STRICKEN** from the docket.

**SO ORDERED.**

                                                    _____
                                                  ROYCE C. LAMBERTH
                                                  U.S. DISTRICT COURT JUDGE