UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, J.D. | ) |
| Plaintiff | ) |
| v. | ) Case: 1:05-cv-1514 (RCL) |
| S. ELWOOD YORK, JR., et al., | ) |
| Defendants | ) |

# O R D E R

Upon consideration of the District Defendants' Motion for Enlargement of Time To Respond to Discovery Requests, and the entire record in this matter, it is, by this Court, this 7th day of August, 2008,

ORDERED that the Motion is GRANTED:

FURTHER ORDERED that the Scheduling Order for this matter is amended as follows:

Defendant's Response to Plaintiff's Discovery Requests Due: August 29, 2008.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on August 7, 2008.