**DR. SIMON BANKS, J.D.**
P.O. BOX 17052
ALEXANDRIA, VA. 22302
[703] 571-970-8327
Email:  **drsbanks@msn.com**

August 2, 2008

**VIA EMAIL TO:**
**Denise.baker@dc.gov**
Ms. Denise Baker
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001

      **Re:**  Banks v. York, et al
      **No:**  1:05-cv-1514
   **SUBJECT:**  Overdue response to discovery/Attempt to resolve
        Issue without burdening court with motion to
        Compel and for Sanctions

Dear Ms. Baker:

This is to seek an amicable resolution of the outstanding discovery (Plaintiff's Interrogatories and Request for Production of Documents) which were due on August 29, 2008 without the necessity of burdening the court with Motion to Compel and For Sanctions.

Please inform me whether the District propose to provide responsive response to Plaintiff's Interrogatories and Request for Production of Documents, and when.

Should I not receive responsive response to this attempt to resolve the outstanding discovery issue, I shall promptly file Motion to Compel and for Sanctions against the District.


Sincerely,


_____ /s/_____
Simon Banks