**DR. SIMON BANKS, J.D.**
**P.O. BOX 17052**
**ALEXANDRIA, VA. 22302**
**[703] 571-970-8327**
**Email: drsbanks@msn.com**

September 8, 2008

**VIA EMAIL TO:**
**Denise.baker@dc.gov**
Ms. Denise Baker
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001

      **Re:** Banks v. York, et al
      **No:** 1:05-cv-1514
      **SUBJECT:** Overdue response to discovery/Attempt to resolve
          Issue without burdening court with motion to
          Compel and for Sanctions (**Plaintiff's 2nd Attempt**
          **To secure compliance with discovery prior to**
          **Filing Motion to Compel and for Sanctions**

Dear Ms. Baker:

**This is my second attempt seeking an amicable resolution of the outstanding discovery** (Plaintiff's Interrogatories and Request for Production of Documents) which were due on August 29, 2008 without the necessity of burdening the court with Motion to Compel and For Sanctions.

As of this date, I have not received any response to my initial letter per this issue.

Should I not hear from you by the close of business September 9, 2008P informing me whether the District propose to provide responsive response to Plaintiff's Interrogatories and Request for Production of Documents, in the very near future, and
Should I not receive responsive response to this attempt to resolve the outstanding discovery issue, I shall promptly file Motion to Compel and for Sanctions against the District,  immediately subsequent to the close of business, September 9, 2008.

Sincerely

_____ /s/_____
Simon Banks