Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA  22302
And
CTF
1901 E Street, S.E., #269768
Washington, DC  20003

April 4, 2006

**202-727-8319 Via Facsimile**
202-727-8600 (ph)
Risk Management
441 4th Street, NW
800 South
Washington, DC  20001

Attn:  Kelly Valentine, Interim Chief Risk Officer

RE:  Simon Banks #269768

Subject:  Notice of Intent to Sue for Emergency Release

This is to serve notice that the undersigned propose to bring an Emergency Complaint for Relief pursuant to DC Code § 23-110, 42 USC § 1983, for Mandamus and for Injunctive Relief against the DC Department of Corrections connected with its erroneous computation of the undersigned's release date which has been computed to be October 2, 2006 rather than April 7, 2006.

Sincerely,


Simon Banks