UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ] | |
| ] | |
| PLAINTIFF ] | |
| ] | |
| Vs. ] | Case No. 1: 04CV00903 |
| ] | Judge Royce C. Lamberth |
| STEVEN SMITH ] | |
| ] | DCCA No. 02-BG-1374 |
| DEFENDANT ] | |
| ] | June 24, 2005 |
| ] | |

**Plaintiff was unable to secure the government's response to whether or not it objects to the filing of this pleading. The government has not responded regarding this pleading.**

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR MANDAMUS TO CORRECT TIME SERVED, GOOD TIME CREDIT AND RELEASE RECORDS OF PLAINTIFF**

Comes now the plaintiff and in support of the Motion for Mandamus cites the following:

The Court has opined that 28 U.S.C. § 2254 is the correct vehicle for contesting the loss of good time credit. See *McBride*, 188 F.3d. 784 (7th Cir. 1999), *Sincrock v. Hanks*, 216 F.3d. at 634, 639 (2000); *Martin v. United States*, 96 F.3d 853 (7th Cir. 1996). See *Wolf v. McDonald*, 418 U.S. 539, 556 (1974). See also *Blair-Bey v. Quick*, 151 F. 3d at 1040-41 (DC Cir. 1998).

The procedure used by the DC Department of Corrections and the DC Jail computing plaintiff's time served and good time credit, are violative of the Due Process Clause of the Fourteenth Amendment. See also § 24-431 (c ), Jail Time, provides:

"Any person who is sentenced to a term of confinement in a correctional facility or hospital shall have deducted from the time all time actually spent, pursuant to a Court

2

Order by the person in a hospital for examination purposes or treatment prior to trial or pending appeal. (April 11, 1987, DC Law 6-218, § 5, 34 DCR 484.

      Wherefore, the plaintiff pray that the Court Order the DC Jail and the Department of Corrections to Correct the Plaintiff's Time Served Records and Release Date.

_____
Simon Banks, J.D., Pro se

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading was mailed to the following, this 24th day of June 2005:

Steven Smith
Warden
DC Jail
1901 D Street, S.E.
Washington, DC  20003

202-305-4882
Kenneth W. Wainstein
United States Attorney
555 – 4th Street, N.W.
Special Proceedings Section – 10th Floor
Washington, DC  20530

Robert Okum
Chief, Special Proceedings Section
555 – 4th Street, N.W.
Special Proceedings Section – 10th Floor
Washington, DC  20530

Janice Praver
Assistant United States Attorney
555 – 4th Street, N.W.
Special Proceedings Section – 10th Floor
Washington, DC  20530



_____
Simon Banks, J.D., Pro se
DC Jail
1901 D Street, S.E., #269768
Washington, DC  20003

And

Simon Bank, J.D., Pro se
P.O. Box 17052
Alexandria, VA  22302