**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DR. SIMON BANKS, J.D.  )<br>P.O. BOX 17052  )<br>ALEXANDRIA, VA. 22302  )<br>  )<br>       Plaintiff  )<br>  )<br>v.  )<br>  )<br>ELWOOD YORK, JR  )<br>ET AL  )<br>  )<br>       Defendants  ) | Case:  05-1514 (RCL)<br><br>September 12, 2008 |

**PLAINTIFF'S LIST OF ATTACHMENTS THAT WERE**
**SERVED UPON THE DISTRICT WITH**
**PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR**
**PRODUCTION OF DOCUMENTS**

| No. | Description | Source |
|---|---|---|
| 1 | Affidavit of Simon Banks, See ¶¶8 at 3, ¶22 at 6; | Banks v. York, Jul. 6, 2005 |
| 2 | Complaint for TRO, July 6, 2005.  See ¶Z5 at 12 | Banks v. York, Jul. 6, 2005 |
| 3 | Letter to Risk Management, April 4, 2006 Re erroneous computation of sentence |  |
| 4 | Simon Banks Motion for Mandamus directing Larry Corbett, acting Warden and Elwood York, Jr. Dir. Of DC DOC for Correction of Time Served, June 24, 2005 (one year before Plf's released, and one year before overdetention). See ¶¶8, 9 at 3. | Simon Banks v. Steven Smith, No. 04 cv 903 (RCL) |
| 5 | Affidavit of Simon Banks.  See ¶¶8,9, 11 at 3, and ¶22 at 6. | Simon Banks v. Steven Smith, No. 04 cv 903 (RCL) |
| 6 | Simon Banks, Plf's Mem. Of Pts & Auth, in Support of Mot for Mand to Correct Time Served, Good Time Credit and Release Records of Plf (filed one year before over-detention).  See Cert. of Serv. On Steven Smith, Warden, Janice Praver AUSA, DC | Simon Banks v. Steven Smith, No. 04 cv 903 (RCL) |

_____/s/_____
Dr. Simon Banks, J.D.