**Dr. Simon Banks v. Elwood York, Jr., et al, 05-1514 [RCL]**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DR. SIMON BANKS, J.D.**<br>**P.O. BOX 17052**<br>**ALEXANDRIA, VA. 22302**<br><br>        **Plaintiff**<br><br>v.<br><br>**ELWOOD YORK, JR**<br>**ET AL**<br><br>        **Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br>Case:  05-1514 (RCL)<br><br><br><br>**September 12, 2008** |

**SUBJECT INDEX TO**

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**
**AND FOR SANCTIONS**

The District does not consent to the relief requested in this motion.

The Plaintiff, after diligent effort to resolve the discovery dispute was unable to secure compliance or resolve the non-compliance.  **See Plaintiff's attached letters to District's counsel seeking to resolve the District's non-compliance prior to filing motion to compel**

**Dr. Simon Banks v. Elwood York, Jr., et al, 05-1514 [RCL]**

## SUBJECT INDEX
## TO MOTION TO COMPEL

| No. | Page | SUBJECT |
|---|---|---|
| 1 | 2 | Work Product – Demand for Strict Proof |
| 2 | 2 | Responses Fail to Comply With Instructions |
| 3 | 2 | The District's Attorneys signed the Interrogatories and They are Not Signed Under Oath By An Employee of the District Nor By the Assistant Attorney General |
| 4 | 5 | District Claim of Privilege and Attorney-Client Privilege is a Sham and A Ploy Concocted to Frustrate Discovery |
| 5 | 5 | Defendant's General Objections |
| 6 | 7 | The following responses to Interrogatories are Non Responsive |
| 7 | 24 | Memorandum of Law |
| 8 | 24 | Legal Standard |
| 9 | 26 | The District and its Counsels Waived Its Claim of Attorney-Client Privilege |
| 10 | 27 | Relevance to Plaintiff's 42 U.S.C. § 1983 Proof Requirement Re Imposing Liability Under 42 U.S.C. § 1983 |
| 11 | 27 | Waiver of Attorney-Client Privilege |
| 12 | 31 | The Court Should Impose Sanctions On District Under Rule 37(b)(2) |
| 13 | 31 | Failure to Disclose Relevant Evidence |
| 14 | 32 | Entitlement to Show At District's Expense Through Forensic Examination of District Defendant's Databases That the Evidence Sought Are Available And Electronically Stored |
| 15 | 33 | District's Failure to Produce a Single Document In Response to the Plaintiff's Request for Production of Documents |
| 16 | 34 | The District's Attorney Without Participation of the Client May Not Claim Attorney-Client Privilege Since the Privilege Belongs to the Client |
| 17 | 38 | See Attached List of Exhibits filed with Plaintiff's First Interrogatories and Request for Production of |
|  |  |  |

_____/s/_____
**Dr. Simon Banks, J.D.**