**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DR. SIMON BANKS, J.D., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.  05-1514 (RCL) |
| S. ELWOOD YORK, JR., *et al.,* | : | |
| Defendants. | : | |

## DISTRICT DEFENDANTS' REPORT

The parties have conferred as directed by the Court, and they agree that the case should remain stayed, at least until the Plaintiff's pending appeals have all been resolved.

Respectfully submitted,

IRVIN B. NATHAN
Attorney General for the District of Columbia

ELLEN EFROS
Deputy Attorney General
Public Interest Division


/s/ *Grace Graham*
GRACE GRAHAM, D.C. Bar No. 472878
Chief, Equity Section
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C.  20001
Direct Dial: (202) 442-9784
Receptionist: (202) 727-6295
Facsimile: (202) 741-8892
Email: grace.graham@dc.gov

/s/ *Jacques P. Lerner*_____
JACQUES P. LERNER, D.C. Bar No. 440998
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C.  20001
Direct Dial:  (202) 724-1342
Receptionist:  (202) 727-6295
Facsimile:  (202) 741-5908
Email: jacques.lerner@dc.gov


   /s/ *Chad Copeland*_____
CHAD COPELAND, D.C. Bar No. 982119
Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, D.C.  20001
Direct Dial:  (202) 724-6623
Fax:  (202) 727-3625
E-mail: chad.copeland@dc.gov

**NOVEMBER1, 2011**          **COUNSEL FOR THE DISTRICT DEFENDANTS**