UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 05-1514 (RCL) |
| S. ELWOOD YORK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the defendants' Report [257], Nov. 1, 2011, the Court has determined that this Court's Order [252], Aug. 9, 2011 staying this case should be extended at least until the resolution of plaintiff's pending appeals before the United States Court of Appeals for the District of Columbia Circuit. It is therefore

ORDERED that this case is STAYED until such time as plaintiff's pending appeals are resolved.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on November 9, 2011.